IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| SORENSON COMMUNICATIONS, INC., | ) |
| | ) Case No. 14-[___] ([___]) |
| Debtor. | ) |
| | ) |

## LIST OF EQUITY SECURITY HOLDERS[1]

| Debtor | Registered Holder | Address of Registered Holder | Percentage of Equity Held |
|---|---|---|---|
| Sorenson Communications, Inc. | SCI Holdings, Inc. | 4192 South Riverboat Road Salt Lake City, Utah 84123 | 100% |

## DECLARATION UNDER PENALTY OF PERJURY

I, Scott Sorensen, the undersigned Chief Financial Officer of Sorenson Communications, Inc., named as the debtor in this case, declare under penalty of perjury that I have read the list of equity security holders and that it is true and correct to the best of my information and belief.

Dated: March 3, 2014

_____
Scott Sorensen
Chief Financial Officer

---

[1] This list serves as the disclosure required to be made by the debtor pursuant to Rule 1007 of the Federal Rules of Bankruptcy Procedure. All equity positions listed are based on the above-captioned debtor's books and records.