IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) (Involuntary) |
| SPECIALTY HOSPITAL OF | ) |
| WASHINGTON, LLC, | ) Case No. |
| | ) |
| Debtor. | ) |
| | ) |

**CORPORATE OWNERSHIP STATEMENT
(RULE 7007.1) OF PETITIONING CREDITOR**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the Petitioning Creditor in the above captioned action, certifies, as indicated below, that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

☐ None

The following directly or indirectly own(s) 10% or more of any class of the corporation's equity interests:

Amalgamated Capital Partners, LLP, is a Washington, D.C., Limited Liability Partnership, which is wholly owned by George H. Lowe, Jr.

_____
George H. Lowe, Jr. Managing Partner

Amalgamated Capital Partners, LLP

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) (Involuntary) |
| SPECIALTY HOSPITAL OF | ) |
| WASHINGTON, LLC, | ) Case No. |
| | ) |
| Debtor. | ) |
| | ) |

**CORPORATE OWNERSHIP STATEMENT
(RULE 7007.1) OF PETITIONING CREDITOR**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the Petitioning Creditor in the above captioned action, certifies, as indicated below, that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

☑ None

The following directly or indirectly own(s) 10% or more of any class of the corporation's equity interests:

_____

_____

_____

_____

_____
(Signature & Title) Authorized Representative for

METROPOLITAN MEDICAL GROUP, LLC
(Name of Petitioning Creditor)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) (Involuntary) |
| SPECIALTY HOSPITAL OF | ) |
| WASHINGTON, LLC, | ) Case No. |
| | ) |
| Debtor. | ) |
| | ) |

**CORPORATE OWNERSHIP STATEMENT**
**(RULE 7007.1) OF PETITIONING CREDITOR**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the Petitioning Creditor in the above captioned action, certifies, as indicated below, that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None

The following directly or indirectly own(s) 10% or more of any class of the corporation's equity interests:

_____

_____

_____

_____

_____  _____
(Signature & Title) Authorized Representative for

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) (Involuntary) |
| SPECIALTY HOSPITAL OF | ) |
| WASHINGTON, LLC, | ) Case No. |
| | ) |
| Debtor. | ) |
| | ) |

**CORPORATE OWNERSHIP STATEMENT
(RULE 7007.1) OF PETITIONING CREDITOR**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the Petitioning Creditor in the above captioned action, certifies, as indicated below, that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None

The following directly or indirectly own(s) 10% or more of any class of the corporation's equity interests:

_____

_____

_____

_____

*[Signature]* DIRECTOR - BUSINESS DEVELOPMENT
(Signature & Title) Authorized Representative for

CMH INC DBA CROPPMETCALFE
(Name of Petitioning Creditor)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) (Involuntary) |
| SPECIALTY HOSPITAL OF | ) |
| WASHINGTON, LLC, | ) Case No. |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |

**CORPORATE OWNERSHIP STATEMENT**
**(RULE 7007.1) OF PETITIONING CREDITOR**

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the Petitioning Creditor in the above captioned action, certifies, as indicated below, that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None

The following directly or indirectly own(s) 10% or more of any class of the corporation's equity interests:

_____

_____

_____

_James J. Washington_  TO  OWNER
(Signature & Title) Authorized Representative for

_JFW Services_
(Name of Petitioning Creditor)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) (Involuntary) |
| SPECIALTY HOSPITAL OF | ) |
| WASHINGTON, LLC, | ) Case No. |
| | ) |
| Debtor. | ) |
| | ) |

## CORPORATE OWNERSHIP STATEMENT
## (RULE 7007.1) OF PETITIONING CREDITOR

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the Petitioning Creditor in the above captioned action, certifies, as indicated below, that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

☐ None

The following directly or indirectly own(s) 10% or more of any class of the corporation's equity interests:

_Peter C. Shin_

_____

_____

_____

_(signature)_ _Shin_ CFO
(Signature & Title) Authorized Representative for

_Capitol Hill Group_
(Name of Petitioning Creditor)