## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:

REVSTONE INDUSTRIES, LLC, [1]

        Debtor.

Chapter 11

Case No. 12-13262 (BLS)

### NOTICE OF FILING OF CREDITOR MATRIX

PLEASE TAKE NOTICE that, on December 5, 2012, the above-captioned debtor and debtor in possession filed the attached **Creditor Matrix** with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801.

---

[1]    The federal tax identification number for the Debtor, Revstone Industries, LLC, is 26-3837222. The location of the Debtor's corporate headquarters and the Debtor's address for service of process is 2250 Thunderstick Dr., Ste. 1203, Lexington, Kentucky 40505.

Dated: December 5, 2012
      Wilmington, Delaware

Respectfully submitted,

_____
Mark D. Collins (No. 2981)
Christopher M. Samis (No. 4909)
Tyler D. Semmelman (No. 5386)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

-and-

MAYER BROWN LLP
Brian Trust
Howard S. Beltzer
Frederick D. Hyman
1675 Broadway
New York, New York  10019-5820
Telephone:  (212) 506-2500
Facsimile:  (212) 262-1910

*Proposed Attorneys for the Debtor and
Debtor in Possession*

RLF1 7636136v.1

Aamtech Business Systems
21477 Bridge Street, Unit 6
Southfield, MI  48034

ADT/Tyco Integrated Services
P.O. Box 371967
Pittsburgh, PA  15250-7967

Advanced Appliance
2418 Dix Highway
Lincoln Park, MI  48146

Aflac Group
ATTN:  Cassie Goodband
4623 Romence Rd.
Portage, MI  49024

American Express
P.O. Box 650448
Dallas TX  75265-0448

American General Life Ins. Company
P.O. Box 0798
Carol Stream, IL  60132

American Metal Market
P.O. Box 15127
North Hollywood, CA  91615-5127

American Safety Products Division
2209 Rowland Ave.
Royal Oak, MI  48067

Arkadin, Inc.
ATTN:  Accounts Receivable
P.O. Box 347261
Pittsburgh, PA  15251-4261

Ascalon Enterprises LLC
1020 Wes-Lee Drive
Paris, KY  40361

AT&T
P.O. Box 5019
Carol Stream, IL  60197-5019

AT&T
P.O. Box 5019
Carol Stream, IL  60197-5019

AT&T
P.O. Box 8100
Aurora, IL  60507-9100

AT&T
P.O. Box 5019
Carol Stream, IL 60197-5019

AT&T
P.O. Box 8100
Aurora, IL  60507-8100

AT&T - 4188
P.O. Box 5019
Carol Stream, IL  60197-5019

AT&T Mobility
P.O. Box 6463
Carol Stream, IL  60197-6463

Audit-All Group
5001 Porter Hollow Rd.
Rockford, MI  49431

Austin International Manufacturing, Inc.
409 Figueroa St.
Wilmington, CA  90744-4805

Automotive News
1155 Gratiot Ave.
Detroit, MI  48207

Berkshire Life Ins. Co. of America
P.O. Box 644786
Pittsburgh, PA  15264-4786

Box.Net, Inc.
P.O. Box 60762
Palo Alto, CA  94306

Brandt Fisher Alward & Pezzetti, PC
1241 E. Eighth St.

P.O. Box 5817
Traverse City, MI  49696-5817

Bruce Koenig
33880 Greentree Place
Lexington, KY  40517

Canon Business Solutions, Inc.
15004 Collections Center Dr.
Chicago, IL  60693

Canon Financial Services
14904 Collections Center Dr.
Chicago, IL  60693-0149

Cardmember Service
P.O. Box 15153
Wilmington, DE  19886-5153

Ceridian
P.O. Box 10989
Newark, DE  07193-0989

Chapman and Cutler LLP
330 Madison Ave., 34th Fl.
New York, NY  10017-5010

Charter Township of Chesterfield
Water Department
47275 Sugarbush Rd.
Chesterfield, MD  48047-5156

Churchill Downs Inc.
700 Central Ave.
Louisville, KY  40208

Cintas Document Management
P.O. Box 633842
Cincinnati, OH  45263-3842

Citi Cards
P.O. Box 182564
Columbus, OH  42318-2564

City of Southfield
Water & Sewer Dept.

P.O. Box 33835
Detroit, MI  48232-0835

Cloud Sherpas
3525 Piedmont Rd.
Bldg. 8, Suite 710
Atlanta, GA  30305

Comcast
P.O. Box 3005
Southeastern, PA  19398-3005

Comprehensive Health and
Safety Education
P.O. Box 373
Farmington, MI  48332

Comvest Capital II LP
525 Okeechobee Blvd.
Suite 1050
West Palm Beach, FL  33401

Conech
LaSalle Bank
2214 Paysphere Circle
Chicago, IL  60674

Conway MacKenzie
303 W. Madison, Suite 1600
Chicago, IL  60606

Corporation Service Company
P.O. Box 13397
Philadelphia, PA  19801-3397

Cru International LTD
31 Mount Pleasant
London, England  WCIXOAD

CSM Worldwide, Inc.
21500 Haggerty Rd.
Suite 300
Northville, MD  48167

Culligan of Ann Arbor
Lockbox Processing

P.O. Box 2932
Wichita, KS  67201-2932

Dell Marketing LP
c/o Dell USA L.P.
P.O. Box 802816
Chicago, IL  60680-2816

Dickinson Wright
38525 Woodward Ave.
Suite 2000
Bloomfield Hills, MI  48304-5092

Donald B. Lifton
Attorney at Law PLLC
2000 Town Center, Suite 2100
Southfield, MI  48075

Dreambox Creations
556 N. Diamond Bar Blvd.
Suite 306
Diamond Bar, CA  91765

DTE Energy
P.O. Box 740786
Cincinnati, OH  45274-0786

E. Blair Rodriguez
4521 Wieuca Road NE
Atlanta, GA  30342

EP Minerals, LLC
ATTN:  Accounts Receivable
P.O. Box 12130
Reno, NV  89510

Expert Mechanical Service, Inc.
542 Biddle
Wyandotte, MI  48192

Fairfield Castings
905 W. Depot
Fairfield, VA  52556

Federal Express
P.O. Box 371461

Pittsburgh, PA  15250-7401

FedEx Office Customer
Administrative Services
P.O. Box 672085
Dallas, TX  75267-2085

Frank Devois
National Heating and Cooling
52256 Fairchild
Chesterfield, MD  48051

Frost Brown Todd LLC
P.O. Box 70087
Louisville, KY  40270-0087

Garvin & Hickey, LLC
181 East Livingston Ave.
Columbus, OH  43215

GB Asset Advisors, LLC
101 Huntington Ave.
10th Floor
Boston, MA  2199

Genworth Life & Annuity Ins.
ATTN:  Cashiers
3100 Albert Lankford
Linchburg, VA  24501

Getzler Henrich & Associates
295 Madison Ave.
20th Floor
New York, NY  10017

Global Commercial Credit LLC
30200 Telegraph Rd.
Suite 250
Bingham Farms, MI  48025

Global Supply Integrator
c/o Moore Penna & Associates PLLC
Mr. John P. Russi
13957 Plumbrook
Sterling Heights, MI  48312

Goldberg Kohn Ltd
55 East Monroe Street
Suite 3300
Chicago, IL  60603-5792

Goodrich Riquelme Asociados
JP Morgan Chase Bank, N.A.
Goodrich Riquelme Y Asoc.
P.O. Box 973727
Dallas, TX  75397-3727

GSL of ILL, LLC
4131 South State Street
Chicago, IL  60609

Guardian Alarm
P.O. Box 5003
Southfield, MI  48086-5003

Guardian Life Insurance Company
P.O. Box 677458
Dallas, TX  75267-6458

Harvard Resource Solutions LLC
3001 W. Big Beaver Road
Suite 222
Troy, MI  48084

Highbridge Spring Water Company
P.O. Box 100
Wilmore, KY  40390

Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
MI  48226-3506

Huron Consulting Services, LLC
4795 Paysphere Circle
Chicago, IL  60674

Indiana Department of Revenue
P.O. Box 1028
Indianapolis, IN  46206-1028

Intralinks, Inc.

P.O. Box 10259
New York, NY  10259-0259

Jaffe, Raitt, Heuer & Weiss
P.O. Box 5034
Southfield, MI  48086-5034

James O'Toole
547 Will Parkway
Versailles, KY  40383

Jefferson Wells
24091 Network Place
Chicago, IL  60673-1240

Jerry's Electric, Inc.
P.O. Box 209
Colman, SD  57017-0209

Kenexa Compensation, Incl
P.O. Box 827674
Philadelphia, PA  19182-7674

Kentucky Utilities
P.O. Box 9001954
Louisville, KY  40290-1954

Lincoln National Life Insurance Company
P.O. Box 7247-0410
Philadelphia, PA  19170-0410

Logicalis
Dept. 172301
P.O. Box 67000
Detroit, MI  48267-1723

M Lee Smith Publishing
P.O.Box 5094
Brentwood, TN  37024-5094

MacGregor & Assoc. Inc.
997 Governors Lane
Suite 175
Lexington, KY  40513

Magna-Tech Manufacturing

3416 Hoyt Avenue
Muncie, IN  47302

McAfee & Taft
Two Leadership Square
211 N. Robinson
10th Floor
Oklahoma City, OK  73102-7103

McDonald Hopkins LLC
600 Superior Avenue E
Suite 2100
Cleveland, OH  44114

McGregor & Assoc. Inc.
997 Governors Lane
Suite 175
Lexington, KY  40513

Mellen, Smith & Pivoz PLC
30600 Telegraph Road
Suite 1131
Bingham Farms, MI  48025

Metavation LLC
21177 Hilltop Street
Southfield, MI  48033

Metlife Investors USA Insurance Company
P.O. Box 371487
Pittsburgh, PA  15250

Midland Loan Services
a Division of PNC Bank, National Assoc.
Lockbox Nr. 771223
1233 Solutions Center
Chicago, IL  60677

Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347

MPI LLC
21177 Hilltop Street
Southfield, MI  48033

Nelson E. Clemmens
13011 West Highway 42
Suite 108
Prospect, KY  40059

Netlink
999 Tech Row
Madison Heights, MI  48071

Nick A. Busche
P.O.Box 222
Albion, MI

Oakland County Treasurer
1200 N. Telegraph Road
Dept. 479
Pontiac, MI  48341

Orkin
20998 Bridge Street
Southfield, MI  48033-4087

Palm International
11080 Hall Road
Suite D
Sterling Heights, MI  48314

Paris Machining
1020 Wes Lee Drive
Paris, KY  40361

Pinnacle Printing & Promotions
21421 Hilltop Street, #12
Bridge Industrial Park
Southfield, MI  48033

Pitney Bowes Global Financial Svcs LLC
P.O. Box 371887
Pittsburgh, PA  15250-7887

Pitney Bowes Purchase Power
P.O.  Box 371874
Pittsburgh, PA  15250-7874

Plex Systems, Inc.

P.O. Box 673707
Detroit, MI 48267-3707

PM Technologies
29395 Wall Street
Wixom, MI 48393

PR Newswire Associations, LLC
G.P.O. Box 5897
New York, NY 10087-5897

Rehmann Corporate Investigative Services
5800 Gratiot Road
Suite 101
Saginaw, MI 48605-2025

Revstone Health Services
2008 Cypress Street
Paris, KY 40361

RJS Consulting LLC
25256 Hunter Lane
Flat Rock, MI 48134

Robert M. Carr
c/o Revstone
2250 Thunderstick Drive
Suite 1203
Lexington, KY 40505

Scrap Price Bulletin
P.O. Box 15127
North Hollywood, CA 91615

Semco Energy Gas Company
P.O. Box 740812
Cincinnati, OH 45274-0812

Sheldon S. Toll
2000 Town Center
Suite 2100
Southfield, MI 48075

Society of Automotive Analysts
P.O. Box 362
Lake Orion, MI 48361

Southfield Police Department
P.O. Box 2055
Reg #22143
Southfield, MI  48037-2055

Spara
31291 Comcast Drive
New Haven, MI  48048

Specialty Maintenance Service
34055 W. 9 Mile Road
Farmington Hills, MI  48335

Spitzer Herriman Stephenson
Holderead & Connor LLP
P.O. Box 927
Marion, IN  46952

Steven J. Matthews
Triem Electric Motors
496 Miller Road
Alanson, MI  49706

The Fallen and Wounded Soldiers Fund
P.O.  Box 510570
Livonia, MI  48151

The Orin Group LLC
111 Stow Avenue
Suite 200
Cuyahoga Falls, OH  44221

Thomas Elliot Shafer
47 Briarwood Place
Grosse Pointe Farms, MI  48236

Todd Associates, Inc.
23825 Commerce Park
Suite A
Beachwood, OH  44122

Tool North
2475 N. Aero Park Court
Traverse City, MI  49686

Ultracom-Intelesys
25860 Lahser Road
Southfield, MI  48033

UPS
Lockbox 577
Carol Stream, IL  60132-0577

UPS Consolidated
Lock Box 577
Carol Stream, IL  60132-0577

US Airways Card Services
P.O. Box 13337
Philadelphia, PA  19101-3337

USA Gateway
7071 Orchard Lake Road
Suite 205
West Bloomfield, MI  48322

Vanguard Cleaning Systems
of Greater Detroit
2386 Franklin Road
Bloomfield Hills, MI  48302

Vanguard Fire & Security
P.O. Box 9218
Grand Rapids, MI  49509

Venteon Finance
Dept. 7002
P.O. Box 30516
Lansing, MI  48909-8016

Ventourus, Ltd.
11905 Berry Hill Road
Louisville, KY  40243

VISA
P.O. Box 4512
Carol Stream, IL  60197-4512

Waste Management of Michigan
P.O. Box 4648
Carol Stream, IL  60197-4648

Wells Fargo/Wachovia Bank NA
Fee Group
P.O. Box 56357
Charlotte, NC  28256-3957

West Payment Center
P.O. Box 6292
Carol Stream, IL  60197-6292

Westcore Vine
4445 Eastgate Mall
Suite 210
San Diego, CA  92121-1979

Windstream
P.O. Box 9001908
Louisville, KY  40290-1908

Wolfson Bolton PLLC
3150 Livernois
Suite 275
Troy, MI  48083

Securities & Exchange Commission
Secretary of the Treasury
100 F Street, NE
Washington, DC  20549

Securities & Exchange Commission
Attn.: George S. Canellos
3 World Financial Center
Suite 400
New York, NY  10281-1022

Delaware State Treasury
820 Silver Lake Boulevard
Suite 100
Dover, DE  19904

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE  19903

Tool North
c/p Gregory M. Luyt
620-A Woodmere
Traverse City, MI  49686

Intralinks, Inc.
150 East 42nd Street
8th Floor
New York, NY  10017

Boston Finance Group, LLC
c/o Craig Neckers
Smith Haughey Rice & Roegge
101 N. Park St., Ste. 100
Traverse City, MI  49684

Schoeller Arca Systems, Inc.
c/o Suann Trimmer
Dawda, Mann, Mulcahy, & Sadler PLC
39533 Woodlawn Avenue
Suite 200
Bloomfield Hills, MI 48304

Dexter Foundry, Inc.
c/o Craig R. Foss
Foss, Kuiken & Cochran, P.C.
100 E. Burlington Ave.
First National Bank Building, Ste. 201
P.O. Box 30
Fairfield, IA 52556

Patrick O'Mara
c/o John T. Gregg
Barnes & Thornburg LLP
171 Monroe Ave. NW
Ste 1000
Grand Rapids, MI 49503

Thule Holdings, Inc. & Thule Towing Systems, LLC
c/o Mark Schnitzler
Ivey, Barnum & O'Mara, LLC
170 Mason Street
Greenwich, CT 06830

Kerry Capital

c/o Tom Janes
Two Liberty Square
10th Floor
Boston, MA 02109

Phare Capital
c/o Liz Varley Camp
9 West 57th Street
26th Floor
New York, NY 10019

SG Equipment Finance USA Corp.
c/o Kevin M. Chudler & Associates
26211 Central Park Blvd.
Suite 211
Southfield, MI 48076

Native American Logistics Worldwide, LLC
c/o Kevin N. Summers
Dean & Fulkerson
801 W. Big Beaver Road
Suite 500
Troy, MI 48084

StormHarbour Securities LP
 c/o Putney, Twombly, Hall & Hirson LLP
521 Fifth Avenue
New York, NY 10175

Och-Ziff Capital Management Group
c/o Justin L. Browder
9 West 57th Street
13th Floor
New York, NY 10019

Con-Way Freight Inc.
c/o Timothy Carl Aires Aires Law Firm
180 Newport Center Drive Suite 260
Newport Beach, CA 92660

Lazard Freres & Co., LLC
190 S. LaSalle Street
31st Floor
Chicago, IL, 60603

White & Case, LLP

c/o Dr. Axel Pajunk
Bockenheimer Landstr. 20
60323 Frankfurt am Main
GERMANY

Selwyn Isakow / Hilsel
c/o Bryan D. Marcus PC
29488 Woodward Ave.
Royal Oak, MI 48073

Deloitte & Touche, LLP
P.O. Box 7247-6446
Philadelphia, PA 19170-6446

H.I.G. Middle Market, LLC
c/o Brooks B. Gruemmer
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606

Austin International Manufacturing, Inc.
c/o Joseph Heath
Ford, Walker, Haggery & Behar
One World Trade Center
Twenty Seventh Floor
Long Beach, CA 90381

Huron Consulting Services, LLC
4795 Paysphere Circle
Chicago, IL  60674

SG Equipment Finance USA Corp.
c/o Michael Tsang
The Tsang Law Firm, P.C.
40 Wall Street
26th Floor
New York, NY 10005

Dexter Foundry Inc.
2211 W Grimes Ave.
Fairfield, IA 52556

GE CF Mexico, S.A. De C.V.
c/o Antonio Dovali Jaime No. 70, Piso 5
Colonia Santa Fe

01210 Mexico D.F.
MEXICO

RI SPC
c/o David Bartholomew
Bingham McCutchen LLP
One Federal Street
Boston, MA 02110

Comvest Capital II, L.P.
c/o Jonathan Cooper
Goldberg Kohn Ltd.
55 East Monroe Street
Suite 3300
Chicago, IL 60603

Loeb Financial Services, LLC
James Newman
4131 S. State Street
Chicago, IL 60609

Nexteer
c/o Dante Benedettini
3900 East Holland Road
Saginaw, MI 48601

Cabot - TX1L01, L.P.
c/o Cabot Properties, Inc.
One Beacon Street
17th Floor
Boston, MA 02108

General Motors
c/o Tricia Sherrick
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Detroit, MI 48226

Verde Chihuahua Industrial, S. De R.L De C.V.
Verde Chihuahua Ave., Antonio J. Bermudez
1451 Parque Industrial Bermudez
Ciudad Juarez
32470 Chihuahua, C.P.
MEXICO

Bridgeport Capital Funding
Jason Rosenstein
5541 N. University Drive
Suite 101
Coral Springs, FL 33067

GSL of ILL, LLC
James Newman
4131 S. State Street
Chicago, IL 60609

National Machine Tool
80 N Gordon Street
Elk Grove Village, IL 60007-1119

SAPA Group
Jeff Day
8550 W Bryn Mawr Ave
10th Floor
Chicago, IL 60031

JMP Industries, Inc.
c/o Shusheng Wang
Miller, Canfield, Paddock & Stone, P.L.C.
840 West Long Lake
Suite 200
Troy, MI 48098

Endevis, LLC
c/o Matthew Harper
One SeaGate, 24th Floor
PO Box 10032
Toledo, OH 43699

N&N International
c/o Shereef Akeel
888 W. Big Beaver Road
Suite 910
Troy, MI 48084

Brannon Holt
Charles Marr
302 West Main Street
Northville, MI 48167

Michael Delsignore

c/o John C. Cashen
Suit 500
201 W. Big Beaver Road
Troy, MI 48084

Prologis
Keith Kavinsky
8740 Orion Place
Suite 200
Columbus, OH 43240

Stout Risius Ross
Ronald B. Rich
30665 Northwestern Highway
Suite 280
Farmington Hills, MI 48334