IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>REVSTONE INDUSTRIES, LLC,[1]<br><br>                Debtor. | Chapter 11<br><br>Case No. 12-13262 (BLS)<br><br>**Objection Deadline: January 2, 2013 at 4:00 p.m. (EST)**<br>**Hearing Date: January 9, 2013 at 11:00 a.m. (EST)** |

**DEBTOR'S MOTION FOR AN EXTENSION OF THE TIME TO FILE
(I) SCHEDULES OF ASSETS AND LIABILITIES, (II) SCHEDULES OF CURRENT
INCOME AND EXPENDITURES, (III) SCHEDULES OF EXECUTORY CONTRACTS
AND UNEXPIRED LEASES, AND (IV) STATEMENTS OF FINANCIAL AFFAIRS**

The above-captioned debtor and debtor in possession (the "**Debtor**") submits this motion (the "**Motion**") and respectfully states as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue of the Debtor's Chapter 11 case in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b). The statutory predicates for the relief sought hereby are Section 105(a) of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 1007(c) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 1007-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**").

---

[1] The Debtor in this case is Revstone Industries, LLC (Tax I.D. No. 26-3837222). The location of the Debtor's corporate headquarters and the Debtor's address for service of process is 2250 Thunderstick Dr., Ste. 1203, Lexington, Kentucky 40505.

## PROCEDURAL STATUS

2. On December 3, 2012 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

3. The Debtor continues to operate its businesses as debtor in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.  The Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**") has not yet appointed any official committees in this case, and no request has been made for the appointment of a trustee or an examiner.

4. A description of the Debtor's businesses, capital structure, and the circumstances leading to the Chapter 11 filing is set forth in the *Declaration of Jay N. Brown in Support of First Day Pleadings* [ECF No. 10] (the "**Brown Declaration**").

## RELIEF REQUESTED

5. Pursuant to section 521 of the Bankruptcy Code and Bankruptcy Rule 1007, the Debtor is required to file within fourteen (14) days of the Petition Date (i) schedules of assets and liabilities; (ii) schedules of current income and expenditures; (iii) schedules of executory contracts and unexpired leases; and (iv) statements of financial affairs (collectively, the "**Schedules**").

6. By this Motion, the Debtor respectfully requests that the Court extend the fourteen-day period within which it must file its Schedules for an additional thirty (30) days, pursuant to Bankruptcy Rule 1007(c) and Local Rule 1007-1(b), without prejudice to the Debtor's ability to request additional time should it become necessary.

## BASIS FOR RELIEF

7. Due to the burdens occasioned by preparing for this Chapter 11 case, the Debtor anticipates that it will be unable to complete the Schedules in the fourteen days provided by

Local Rule 1007-1(b). To prepare the Schedules, the Debtor must compile information from books, records, and documents relating to hundreds of claims, numerous contracts, and a large amount of assets. Collection of this information, which is voluminous, requires an enormous expenditure of time and effort on the part of the Debtor and its employees.

8. The Debtor's employees and professional advisors are working diligently and expeditiously on the preparation of the Schedules. However, at the same time the Debtor is ardently working to develop a comprehensive strategy for successfully maximizing value in this Chapter 11 case.[2] Accordingly, the Debtor anticipates that it will be unable to complete the process of preparing the Schedules within the first fourteen days of this Chapter 11 case. The Debtor therefore requests an extension of the time to file its Schedules up to and including January 16, 2013, which is forty-four days from the Petition Date, and thirty days after the Bankruptcy Rule 1007(c) and Local Rule 1007-1 deadline.

9. This Court has the authority to grant the requested extension under section 105(a) of the Bankruptcy Code, Bankruptcy Rule 1007(c), and Local Rule 1007-1(b). Section 105(a) of the Bankruptcy Code grants the Court broad authority to issue any order that is necessary and appropriate to carry out the provisions of the Bankruptcy Code. Bankruptcy Rule 1007(c) authorizes the Court to grant an extension of the date by which the Schedules must be filed "on motion for cause shown." *See also* Del. Bankr. L.R. 1007-1(b) (allowing extensions "for cause"). In light of the substantial complexity of these cases and the volume of material that must be compiled and reviewed by the Debtor's employees in order to complete the Schedules, there is more than ample "cause" for granting the requested extension.

---

[2] *See* Tr. of Dec. 6, 2012 Hr'g, 24:23-25:6 ("the debtors are exploring all options to maximize value" including "further potential asset dispositions," "financings" or "a comprehensive restructuring and/or recapitalization.").

10. Further, courts in this district have granted similar relief to that requested herein. *See, e.g.*, Order Granting Additional Time to File Schedules and Statements of Financial Affairs, *In re Ritz Camera & Image, L.L.C.*, Case No. 12-11868 (KG) (Bankr. D. Del. July 27, 2012), ECF No. 267 (extending by a period of thirty days deadline to file schedules and statements); Order Extending Deadline for Debtors to File Their Schedules and Statements of Financial Affiars, *In re WP Steel Venture LLC*, Case No. 12-11661 (KJC) (Bankr D. Del. June 1, 2012), ECF No. 60 (extending by a period of forty-five days deadline to file schedules and statements); Order Granting an Extension of Time for the Debtors to File Schedules of Assets and Liabilities, and Statement of Financial Affairs, *In re Saab Cars N. Am., Inc.*, Case No. 12-10344 (CSS) (Bankr. D. Del. Mar. 28, 2012), ECF No. 114 (extending by a period of twenty-one days deadline to file schedules and statements); Order Extending the Time To File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, List of Equity Security Holdings, Schedules of Current Income and Expenditures and Statements of Financial Affairs, *In re Aleris Int'l, Inc.*, Case No. 09-10478 (BLS) (Bankr. D. Del. Feb. 13, 2009), ECF No. 42 (extending by a period of sixty days deadline to file schedules and statements); Order Granting the Debtors an Extension of Time to File Schedules and Statements of Financial Affairs, *In re Buffets Holdings, Inc.*, Case No. 08-10141 (MFW) (Bankr. D. Del. Mar. 12, 2008), ECF No. 482 (granting a total extension of seventy-six days from the petition date for debtors to file their schedules and statements).

## NOTICE AND PRIOR MOTIONS

11. No trustee or examiner has been appointed in this Chapter 11 case. The Debtor shall provide notice of this Motion on the date hereof via U.S. first class mail to: (a) the U.S. Trustee; (b) Wells Fargo Capital Finance, LLC ("**Wells Fargo**"); (c) Otterbourg, Steindler, Houston & Rosen, P.C., counsel to Wells Fargo; (d) the parties included on the Debtor's list of

twenty (20) largest unsecured creditors; and (e) all other parties that have requested or that are required to receive notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and Local Rule 2002-1(b). The Debtor respectfully submits that no further notice of this Motion is required.

12. No previous request for the relief sought herein has been made by the Debtor to this or any other court.

WHEREFORE the Debtor respectfully requests that the Court enter an order, substantially in the form attached hereto as **Exhibit A**, granting the relief requested herein and such other and further relief as is just.

Dated: December 14, 2012  
       Wilmington, Delaware

Respectfully submitted,

/s/ *Tyler D. Semmelman*  
Mark D. Collins (No. 2981)  
Christopher M. Samis (No. 4909)  
L. Katherine Good (No. 5101)  
Tyler D. Semmelman (No. 5386)  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, Delaware 19801  
Telephone: (302) 651-7700  
Facsimile: (302) 651-7701

– and –

Brian Trust  
Howard S. Beltzer  
Frederick D. Hyman  
MAYER BROWN LLP  
1675 Broadway  
New York, NY 10019-5820  
Telephone: (212) 506-2500  
Facsimile: (212) 262-1910

*Proposed Attorneys for the Debtor and Debtor in Possession*