**UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Revstone Industries, LLC | : | Case No. 12-13262 (BLS) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtor. | : | CREDITORS |

---

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Boston Finance Group LLC**, Attn: Jonathan Golden, 4912 Creekside Dr., Clearwater, FL 33760, Phone: 727-497-1661, Fax: 727-497-1666

2. **Schoeller Arca Systems, Inc.,** Attn: Rafael Sanchez, 4320 Cotton Ln., Ste. 200, Goodyear, AZ 85338, Phone: 623-889-7981

3. **Patrick J. O'Mara**, 1189 E. Tuttle Rd., Ionia, MI 48846

4. **Thule Holding, Inc.,** Attn: Mark Schnitzler, Esq., 170 Mason St., Greenwich, CT 06830, Phone: 203-661-6000, Fax: 203-661-9462

5. **Pension Benefit Guaranty Corp.**, Attn: Craig Yamaoka, 1200 K St. NW, Washington DC 20005, Phone: 202-326-4070x3614, Fax: 202-842-2643


ROBERTA A. DEANGELIS
United States Trustee, Region 3


 /s/ Jane M. Leamy for
T. PATRICK TINKER
ASSISTANT UNITED STATES TRUSTEE

DATED: December 18, 2012

Attorney assigned to this Case: Jane M. Leamy, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Counsel: Christopher M. Samis, Esquire, Phone: (302) 651-7700, Fax: (302) 651-7701