## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| REVSTONE INDUSTRIES, LLC,[1] | Case No. 12-13262 (BLS) |
| Debtor. | **Related Docket No. 75, 76, and 80** |

**ORDER, PURSUANT TO FED. R. BANKR. P. 2004 AND DEL. BANKR. L.R. 2004-1, DIRECTING GEORGE HOFMEISTER TO PRODUCE DOCUMENTS AND TO APPEAR FOR DEPOSITION UPON ORAL EXAMINATION**

Upon consideration of the Motion of the Official Committee of Unsecured Creditors for Entry of an Order, Pursuant to Fed. R. Bankr. P. 2004 and Del. Bankr. L. R. 2004-1, Directing George Hofmeister to Produce Documents and to Appear for Deposition Upon Oral Examination (the "Rule 2004 Motion") and any responses thereto; and after a hearing on the Rule 2004 Motion, and upon the record thereof; and after due deliberation thereon; and good and sufficient cause existing therefor, it is hereby

**ORDERED, ADJUDGED AND DECREED that:**

1.      The Motion is granted in part as set forth herein.

2.      Mr. Hofmeister shall produce to the Committee all documents within his possession, custody, or control that are responsive to the categories set forth on Exhibit A attached hereto on a rolling basis following the entry of this Order so as to be completed no later than **February 4, 2013**.

---

[1]      The Debtor in this case is Revstone Industries, LLC (Tax I.D. No. 26-3837222).

3.    The Court grants the Committee's request in the Motion to conduct an oral examination of Mr. Hofmeister regarding the subject matters listed on Exhibit A attached hereto, subject to the timing limitation of this paragraph. Such deposition shall only be scheduled pursuant to a stipulation between counsel to the Committee and counsel to Mr. Hofmeister, or upon further order of the Court.

4.    Nothing in this Order shall be deemed to limit or restrict the Committee's right to seek further discovery from Mr. Hofmeister or Mr. Hofmeister's right to object.

5.    This Court shall retain jurisdiction to resolve any disputes arising from or related to this Order, and to interpret, implement and enforce the provisions of this Order.

Dated: January ___, 2013

The Honorable Brendan Linehan Shannon
United States Bankruptcy Judge