IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| REVSTONE INDUSTRIES, LLC,[1] | Case No. 12-13262 (BLS) |
| Debtor. | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that the Debtor and Debtor in Possession (the "Debtor") in the above-captioned case hereby appears through its proposed counsel, Pachulski Stang Ziehl & Jones LLP ("PSZJ"). The Debtor seeks to substitute PSZJ for its existing counsel, Mayer Brown LLP ("Mayer Brown") and Richards, Layton & Finger, P.A. ("RLF"), in the above-referenced case. Mayer Brown and RLF will no longer represent the Debtor in the above-referenced case, and all such representation will be undertaken by PSZJ. Accordingly, please withdraw the appearance of Mayer Brown and RLF as counsel to the Debtor.

**PLEASE TAKE FURTHER NOTICE** that PSZJ intends to promptly file an application for retention and employment as Debtor's bankruptcy counsel.

---

[1] The federal tax identification number for the Debtor, Revstone Industries, LLC, is 26-3837222. The location of the Debtor's corporate headquarters and the Debtor's address for service of process is 2250 Thunderstick Dr., Ste. 1203, Lexington, Kentucky 40505.

DOCS_DE:185287.1 73864/001

Dated: January 17, 2013

| PACHULSKI STANG ZIEHL & JONES LLP | RICHARDS, LAYTON & FINGER, P.A. |
|---|---|
| /s/ Laura Davis Jones<br>Laura Davis Jones (Bar No. 2436)<br>David M. Bertenthal (CA Bar No. 167624)<br>Timothy P. Cairns (Bar No. 4228)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile:  (302) 652-4400<br>Email: ljones@pszjlaw.com<br>         dbertenthal@pszjlaw.com<br>         tcairns@pszjlaw.com<br><br>[Proposed] Counsel to the Debtor and Debtor in Possession | /s/ Christopher M. Samis<br>Mark D. Collins<br>Christopher M. Samis<br>Tyler D. Semmelman<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: collins@rlf.com<br>         samis@rlf.com<br>         semmelman@rlf.com<br><br>-and-<br><br>MAYER BROWN LLP<br>Brian Trust<br>Howard S. Beltzer<br>Frederick D. Hyman<br>1675 Broadway<br>New York, NY 10019-5820<br>Telephone: (212) 506-2500<br>Facsimile:  (212) 262-1910<br>Email: btrust@mayerbrown.com<br>         hbeltzer@mayerbrown.com<br>         fhyman@mayerbrown.com<br><br>[Former] Counsel to the Debtor and Debtor in Possession |