IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| REVSTONE INDUSTRIES, LLC,[1] | Case No. 12-13262 (BLS) |
| Debtor. | **Related Docket No. 122** |

### DEBTOR'S LIMITED RESPONSE TO APPLICATION FOR ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF FTI AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

The Debtor and Debtor in Possession (the "Debtor") in the above-captioned case hereby presents its limited response to the Committee's Application[2] seeking to retain FTI Consulting, Inc. ("FTI") as financial advisor to the Committee.

The Application provides that FTI shall seek a Monthly Fixed Fee, a Fixed Completion Fee and a Variable Completion Fee as compensation for services rendered to the Committee as financial advisor. The Debtor has no comment regarding the payment of the Monthly Fixed Fee and Fixed Completion Fee as proposed. However, the Application proposes to pay FTI a Variable Completion Fee on a sliding scale for "recoveries resulting directly from FTI's forensic work." Application, ¶ 13. The explanation in the Application does not support the approval of the Variable Completion Fee pursuant to section 328(a) of the Bankruptcy Code. Specifically, the Application fails to provide any explanation regarding: (a) the types of recoveries that would justify the payment

---

[1] The federal tax identification number for the Debtor, Revstone Industries, LLC, is 26-3837222. The location of the Debtor's corporate headquarters and the Debtor's address for service of process is 2250 Thunderstick Dr., Ste. 1203, Lexington, Kentucky 40505.

[2] Capitalized terms not defined herein shall have the same meaning as defined in the Application.

DOCS_DE:185641.2 73864/001

of the Variable Completion Fee, (b) the expected amounts of the such recoveries, or (c) the anticipated timing of payment of the Variable Completion Fee.

The Debtor requests that FTI supplement the record as necessary to provide additional detail regarding the Variable Completion Fee. Alternatively, notwithstanding the Committee's request to approve the retention of FTI pursuant to section 328(a) of the Bankruptcy Code, the Debtor requests the right to review the reasonableness of the Variable Completion Fee pursuant to section 330 of the Bankruptcy Code. The Debtor's professionals have requested these clarifications and accommodations from FTI, but FTI has not responded satisfactorily to date.

WHEREFORE, the Debtor respectfully requests that the Court direct FTI to supplement its current Application and/or preserve the Debtor's right to review the reasonableness of any requested Variable Completion Fee at a later date.

| Dated: February 4, 2013 | PACHULSKI STANG ZIEHL & JONES LLP<br><br>/s/<br>_____<br>Laura Davis Jones (Bar No. 2436)<br>David M. Bertenthal (CA Bar No. 167624)<br>Timothy P. Cairns (Bar No. 4228)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email:  ljones@pszjlaw.com<br>            dbertenthal@pszjlaw.com<br>            tcairns@pszjlaw.com<br><br>[Proposed] Counsel to the Debtor and Debtor in Possession |
|---|---|