# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>REVSTONE INDUSTRIES, LLC,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 12-13262 (BLS)<br><br>Objections Due: February 19, 2013 at 4:00 p.m. ET<br>Hearing Date: March 19, 2013 at 2:00 p.m. ET |

## MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO APPOINT A CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. §§ 1104(a)(1) AND 1104(a)(2)

The Official Committee of Unsecured Creditors of Revstone Industries, LLC (the "Committee"), by and through its proposed undersigned counsel, hereby files this motion (the "Motion") pursuant to 11 U.S.C. §§ 1104(a)(1) and 1104(a)(2) to appoint a trustee in the above-captioned Chapter 11 case. In support of the Motion, the Committee relies upon its Memorandum of Law in Support of its Motion to Appoint a Chapter 11 Trustee Pursuant to 11 U.S.C. §§ 1104(a)(1) and 1104 (a)(2) (the "Memorandum of Law"), filed contemporaneously with the Motion.

---

[1]  The Debtor in this case is Revstone Industries, LLC (Tax I.D. No. 26-3837222).

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law, the Committee respectfully requests that this Court issue an Order granting the Motion and appointing a Chapter 11 trustee, and granting the Committee such other and further relief as this Court may deem just and appropriate.

Dated: February 4, 2013                    WOMBLE CARLYLE SANDRIDGE
                  & RICE, LLP

                  /s/ Matthew P. Ward
                  Steven K. Kortanek (DE Bar No. 3106)
                  Mark L. Desgrosseilliers (DE Bar No. 4083)
                  Matthew P. Ward (DE Bar No. 4471)
                  222 Delaware Avenue, Ste. 1501
                  Wilmington, DE 19801
                  Telephone: (302) 252-4320
                  Facsimile: (302) 661-7738
                  E-mail: skortanek@wcsr.com
                  E-mail: mdesgrosseilliers@wcsr.com
                  E-mail: maward@wcsr.com

                  *Proposed Counsel for the Official Committee of Unsecured Creditors of Revstone Industries, LLC*

WCSR 7618248v1