**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: | Chapter 11 |
|---|---|
| REVSTONE INDUSTRIES, LLC,[1] | Case No. 12-13262 (BLS) |
| Debtor. | |

***SEALED*** **MEMORANDUM OF LAW IN SUPPORT OF MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO APPOINT A CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. §§ 1104(A)(1) AND 1104(A)(2)**

**This document contains CONFIDENTIAL INFORMATION subject to Order of the Court and shall be kept under seal until further Order of this Court**

# DOCUMENT TO BE FILED AND KEPT UNDER SEAL

Dated: February 4, 2013

**Womble Carlyle Sandridge & Rice LLP**
Steven K. Kortanek (Del. Bar. No. 3106)
Mark L. Desgrosseilliers (Del. Bar No. 4083)
Matthew P. Ward (Del. Bar No. 4471)
222 Delaware Avenue, Ste. 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 661-7738
E-mail: skortanek@wcsr.com
E-mail: mdesgrosseilliers@wcsr.com
E-mail: maward@wcsr.com

*Proposed Counsel for the Official Committee of Unsecured Creditors of Revstone Industries, LLC*

[1] The Debtor in this case is Revstone Industries, LLC (Tax I.D. No. 26-3837222).