# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>REVSTONE INDUSTRIES, LLC, et al.,[1]<br>Debtor. | Chapter 11<br><br>Case No. 12-13262 (BLS)<br><br>Hrg. Date: 2/21/13 at 12:00 p.m. (Eastern)<br><br>Related Docket No. 3, 14, 31 (Case No. 13-10027) |

**LIMITED OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF REVSTONE INDUSTRIES, LLC TO GREENWOOD FORGINGS, LLC'S MOTION FOR INTERIM AND FINAL ORDERS AUTHORIZING DEBTOR TO (I) MAINTAIN EXISTING CASH MANAGEMENT SYSTEM AND BANK ACCOUNT, (II) CONTINUE USE OF EXISTING CHECKS AND BUSINESS FORMS, (III) OBTAIN LIMITED WAIVER OF SECTION 345(b), AND (IV) CONTINUE INTERCOMPANY TRANSACTIONS**

The Official Committee of Unsecured Creditors of Revstone Industries, LLC (the "Committee"), one of the above-captioned debtors and debtors-in-possession ("Revstone"), by and through its undersigned proposed counsel, hereby asserts its limited objection (the "Limited Objection") to Greenwood Forgings, LLC's ("Greenwood") Motion for Interim and Final Orders Authorizing Debtor to (I) Maintain Existing Cash Management System and Bank Account, (II) Continue Use of Existing Checks and Business Forms, (III) Obtain Limited Waiver of Section 345(b), and (IV) Continue Intercompany Transactions (Greenwood Docket No. 3) (the

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is 2250 Thunderstick Dr., Suite 1203, Lexington, KY 40505.

"Cash Management Motion"). In support of the Limited Objection, the Committee respectfully states as follows:

## BACKGROUND

### I. General Case Background

1. On December 3, 2012 (the "Petition Date"), Revstone filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code").

2. On December 17, 2012, the Office of the United States Trustee appointed the Committee pursuant to Bankruptcy Code section 1102(a)(1). The Committee selected and authorized the employment of Womble Carlyle Sandridge & Rice, LLP as its counsel and FTI Consulting, Inc. as its financial advisor.

3. To date, no trustee or examiner has been appointed in any of the above-captioned bankruptcy cases. The Committee's Motion to Appoint a Chapter 11 Trustee Pursuant to 11 U.S.C. §§ 1104(a)(1) and 1104(a)(2) (the "Trustee Motion") (Docket No. 163) is pending.

### II. Filing of Greenwood and Related Cases

4. On the Petition Date, a related entity, Spara, LLC, filed a petition under chapter 11 of the Bankruptcy Code.

5. On January 7, 2013, Greenwood and US Tool & Engineering, LLC also filed petitions under chapter 11 of the Bankruptcy Code, without any advance notice to the Committee.

6. On February 6, 2013, this Court entered an order authorizing the joint administration of the four (4) above-referenced cases (Docket No. 173).

### III. The Greenwood Cash Management Motion

7. On January 9, 2013, Greenwood filed the Cash Management Motion. A hearing on the Cash Management Motion was held on January 10, 2013.

8. On January 10, 2013, this Court entered an interim order granting the Cash Management Motion (the "Interim Order") (Greenwood Docket No. 14).

9. On January 17, 2013, Greenwood filed the Notice of (A) Entry of the Interim Order and (B) Scheduling of a Final Hearing Thereon (Greenwood Docket No. 31).

### LIMITED OBJECTION

10. The Committee does not object to the relief sought in the Cash Management Motion generally.

11. Rather, in furtherance of its fiduciary obligations, the Committee requests that its counsel and its financial advisors be kept informed regarding matters related to relief requested in the Cash Management Motion. Specifically, the Committee requests that its counsel and financial advisors be provided with records of all past or future intercompany transfers, transfers to non-debtors, and transfers to non-debtor affiliates.

12. Moreover, the Committee has grave concerns regarding the dissipation of value through transfers by Greenwood or its affiliates. In order to prevent any further such dissipation of value, the Committee requests that Greenwood

be ordered to provide the Committee's counsel and the Committee's financial advisors with five (5) business days' prior written notice with respect to (i) any payments by Greenwood, or any of its direct or indirect subsidiaries, to, or on behalf of, or for the benefit of Mr. or Mrs. George Hofmeister, Revstone Tool & Engineering, LLC, Revstone Industries, LLC, Ascalon Enterprise, LLC, the Hofmeister Family Trust, the Scott R. Hofmeister Family Trust, the Megan G. Hofmeister Family Trust, the Jamie S. Hofmeister Family Trust, or any Hofmeister-related entity (including any entities owned by the trusts and any affiliate of Greenwood and any other direct or indirect parent or any other brother or sister company) not otherwise identified on the organizational chart submitted with the Brown Declaration in Support of the First Day Pleadings, (ii) any payments by Greenwood, or any of its direct or indirect subsidiaries, to be made outside of the United States, or (iii) any Intercompany Transactions between Greenwood and its affiliates other than trade-related or management fee-related Intercompany Transactions. At such time, Greenwood also shall provide the business rationale along with appropriate supporting documentation with respect to any such payment.

13.     The Committee has proposed that the Cash Management Order be modified as identified in the blackline attached hereto as <u>Exhibit A</u>. To date, Greenwood has not agreed to the adoption of these proposed modifications.

WHEREFORE, for the foregoing reasons, the Committee respectfully requests that the Court sustain the Limited Objection, that any order granting the Cash Management Motion on a final basis be modified to reflect the changes set forth in <u>Exhibit A</u>, and that the Court grant the Committee such further relief as is just and proper.

Dated:  February 20, 2013            **WOMBLE CARLYLE SANDRIDGE**
                                                                           **& RICE, LLP**

<u>/s/ Mark L. Desgrosseilliers</u>
Steven K. Kortanek (Del. Bar No. 3106)
Mark L. Desgrosseilliers (Del. Bar No. 4083)
Matthew P. Ward (Del. Bar No. 4471)
222 Delaware Avenue, Ste. 1501
Wilmington, DE  19801
Telephone:  (302) 252-4320
Facsimile:  (302) 661-7738
E-mail: skortanek@wcsr.com
E-mail: mdesgrosseilliers@wcsr.com
E-mail: maward@wcsr.com

Proposed Counsel for the Official Committee of Unsecured Creditors of Revstone Industries, LLC