# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> REVSTONE INDUSTRIES, LLC, et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 12-13262 (BLS) <br><br> (Jointly Administered) |
| In re: <br><br> GREENWOOD FORGINGS, LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 13-10027 (BLS) <br><br> **Re: D.I. 35, 184, 207** |

## ORDER EXTENDING THE TIME TO FILE (I) SCHEDULES OF ASSETS AND LIABILITIES, (II) SCHEDULES OF CURRENT INCOME AND EXPENDITURES, (III) SCHEDULES OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND (IV) STATEMENTS OF FINANCIAL AFFAIRS

Upon the Motion[2], dated January 18, 2013, of the above-captioned debtor and debtor in possession (the "Debtor"), pursuant to section 1 0 5 ( a) of the Bankruptcy Code, Bankruptcy Rule 1007(c), and Local Rule 1007-1(b), for an extension of time to file the Schedules, as more fully described in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Debtor having provided notice of the Motion and Hearing (as defined below) to: (a) the

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is 2250 Thunderstick Dr., Suite 1203, Lexington, KY 40505.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

U.S. Trustee; (b) Counsel to Bridgeport Capital Funding LLC; (c) Counsel to Boston Finance Group LLC; (d) the parties included on the Debtor's list of twenty (20) largest unsecured creditors; and (e) all other parties that have requested or that are required to receive notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure and Local Rule 2002-1(b); and it appearing that no other or further notice need be provided; the Court finds and determines that the requested relief is in the best interests of the Debtor, its estate and creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just and sufficient cause to grant the requested relief herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as modified herein.

2. The time within which the Debtor must file its Schedules is extended to and including March 15, 2013.

3. Such extension is with prejudice to the Debtor's right to request a further extension of time to file the Schedules.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: February 21, 2013

THE HONORABLE BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY COURT JUDGE