IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| REVSTONE INDUSTRIES, LLC,[1] | Case No. 12-13262 (BLS) |
| Debtor. | Related Docket No. 121 |

**ORDER APPROVING THE EMPLOYMENT AND RETENTION OF WOMBLE CARLYLE SANDRIDGE & RICE, LLP AS COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS NUNC PRO TUNC TO DECEMBER 17, 2012**

Upon the application (the "Application")[2] of the Committee for entry of an order authorizing the Committee to employ and retain WCSR as counsel in the above-captioned case nunc pro tunc to December 17, 2012; and upon the Declaration of Mark L. Desgrosseilliers, Esq., filed in support of the Application; and it appearing that proper notice of the Application has been given and that no further notice or hearing is required; and the Court being satisfied based on the representations made in the Application and the Declaration that (i) WCSR represents no interest adverse to the Debtor's estate or the Debtor's creditors, other than its representation of the Committee in this case, and (ii) the employment of WCSR is necessary and would be in the best interests of the Committee and the estate, and after due deliberation thereon, and sufficient cause appearing therefor it is hereby:

---

[1] The Debtor in this case is Revstone Industries, LLC (Tax I.D. No. 26-3837222).
[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Application is hereby APPROVED.

2. In accordance with Bankruptcy Code section 1103(a) the Committee is hereby authorized to employ and empowered to retain WCSR as its counsel, <u>nunc pro tunc</u> to December 17, 2012, to represent the Committee in the Debtor's Chapter 11 case.

3. WCSR's compensation for services (including, but not limited to hourly rates) and reimbursement of expenses shall be subject to review pursuant to Bankruptcy Code sections 330 and 331, the Bankruptcy Rules, the Local Rules, and such other procedures as may be fixed by order of this Court.

4. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order

Dated: February 21, 2013
Wilmington, Delaware

The Honorable Brendan L. Shannon
United States Bankruptcy Judge

WCSR 7587549v4