# EXHIBIT A

**Professionals Utilized in the Ordinary Course of Business**

| Name | Address | Service Provided |
|---|---|---|
| KENNETH R. BEAMS PLLC<br>Kenneth R. Beams | 3338 Prairie Avenue<br>Royal Oak, MI 48073 | Litigation counsel in Michigan |
| BULLOCK & COFFMAN, LLP<br>Thomas Bullock | 234 North Limestone<br>Lexington, KY 40507 | Litigation counsel in Kentucky |
| HAYEK, BROWN, MORELAND & SMITH, L.L.P.<br>Matthew J. Hayek | 120 East Washington Street<br>Iowa City, IA 52240-3924 | Litigation counsel in Iowa |
| SOLOMON & TANENBAUM P.C.<br>WILLIAM COLEMAN<br>Clifford M. Solomon | 707 Westchester Avenue, Suite 205<br>White Plains, NY 10604-3102 | Litigation counsel in New York |
| KUHN, DARLING, BOYD & QUANDT, PLC<br>Edgar Roy III | 412 Union Street<br>PO Box 987<br>Traverse City, MI 49685 | Litigation counsel in Michigan |
| BRANDT, FISHER, ALWARD & PEZZETTI, P.C.<br>Nicole Graff | 1241 E. Eight Street, #1<br>Traverse City, MI 49686-2990 | Litigation counsel in Michigan |
| GROTH & ASSOCIATES<br>David Petitjean | 416 N. Erie Street<br>Toledo, OH 43604 | Litigation counsel in Ohio |
| HINCKLEY ALLEN SNYDER LLP<br>Michael McCormack<br>Amy Markim | 20 Church Street<br>Hartford, CT 06103 | Litigation counsel in Connecticut |
| MAYER BROWN LLP<br>Jeff Gordon | 1675 Broadway<br>New York, NY 10019-5820 | Litigation counsel in New York |
| MILLER JOHNSON<br>Michael Stroster<br>Sara Lachman | Calder Plaza Building<br>250 Monroe Avenue NW, Suite 800<br>Grand Rapids, MI 49503-2250 | Litigation counsel in Michigan |
| NOSSAMAN LLP<br>Rob McWhorter | 621 Capitol Mall, 25th Floor<br>Sacramento, CA 95814 | Litigation counsel in California |
| STRASBURGER & PRICE, LLP<br>Clinton A. Rosenthal | 720 Brazos Street<br>Austin, TX 78701 | Litigation counsel in Texas |
| CHAITONS, LLP<br>Harvey G. Chaiton | 5000 Yonge Street, 10th Floor<br>Toronto, CA M2N 7E9 | Litigation counsel in Ontario, Canada |
| SICILIANO MYCHALOWYCH & VAN DUSEN, PLC<br>Lindsay James & Andrew Mychalowych | 37000 Grand River Ave., Ste. 350<br>Farmington Hills, MI 48335 | Litigation counsel in Michigan |
| FROST BROWN TODD, LLC<br>Alan Meek | Lexington Financial Center, 250 West Main Street, Suite 2800<br>Lexington, Kentucky 40507 | Litigation counsel in Kentucky |
| FEIGE NAWROCKI LLP<br>Eric Feige | 3300-130 Adelaide St. W.<br>Toronto, ON M5H 3P5 | Litigation counsel in Canada |
| KEIGHTLEY & ASHNER LLP<br>Harold Ashner | 700 12th St. NW #700<br>Washington, DC 20005 | PBGC counsel |
| MELLEN, SMITH & PIVOZ PLC<br>Mark Smith | 30600 Telegraph Road, Suite 1131<br>Bingham Farms, MI 48025 | Accounting and Audit services |
| HAWKINS AND COMPANY, LLC<br>Ann Hawkins | 1267 West 9th Street, Suite 500<br>Cleveland, OH 44113 | Tax preparation and advisory services |
| GBQ PARTNERS LLC<br>Jim Lane | 230 West Street, Suite 700<br>Columbus, OH 43215 | Accounting and Audit services |