IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> REVSTONE INDUSTRIES, LLC, et al.,[1] <br><br> Debtors. | Chapter 11 <br> (Jointly Administered) <br><br> Case No. 12-13262 (BLS) <br><br> Hearing Date: March 19, 2013 at 2:00 p.m. <br> Objection Deadline: March 12, 2013 at 4:00 p.m. |

**MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR (I) ISSUANCE OF A LETTER OF REQUEST TO LUXEMBOURG; (II) ISSUANCE OF LETTERS OF REQUEST TO MEXICO; AND (III) APPROVAL OF RELATED PROCEDURES**

The Official Committee of Unsecured Creditors (the "Committee") of Revstone Industries, LLC ("Revstone"), one of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), by and through its undersigned counsel, files this motion (the "Motion") for an order (I) issuing letters of request for international judicial assistance to the appropriate judicial authorities of Luxembourg and Mexico pursuant to Rule 28 of the Federal Rules of Civil Procedure (the "Rules"), made applicable to this matter by Rules 9014 and 7028 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and 28 U.S.C. § 1781 and (II) approving procedures for issuing additional letter requests for international judicial assistance. In support of the Motion, the Committee respectfully states as follows:

## JURISDICTION

1. This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 1334 and 157(b). This matter is a core proceeding pursuant to 28 U.S.C. §157(b).

2. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is 2250 Thunderstick Dr., Suite 1203, Lexington, KY 40505.

## BACKGROUND

### I. General Case Background

3. On December 3, 2012 (the "Petition Date"), Revstone filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. Revstone continues to operate its business and manages its properties as a debtor in possession under Bankruptcy Code sections 1107(a) and 1108.

4. On December 17, 2012, the Office of the United States Trustee appointed the Committee pursuant to Bankruptcy Code 1102(a)(1). The Committee selected and authorized the employment of Womble Carlyle Sandridge & Rice LLP as its counsel and FTI Consulting, Inc. as its financial advisor.

### II. Filing of Related Cases

5. Also on the Petition Date, a related entity, Spara, LLC ("Spara"), filed a petition under chapter 11 of the Bankruptcy Code. See petition of Spara, LLC (C.A. No. 12-13262).

6. Since the Petition Date, two (2) affiliates of Revstone and Spara have also filed petitions under chapter 11 of the Bankruptcy Code. See petitions of Greenwood Forgings, LLC (C.A. No. 13-10027) and U.S. Tool & Engineering, LLC (C.A. No. 13-10028).

7. On February 6, 2013, this Court entered an order authorizing the joint administration of the Debtors' cases [D.I. 173].

8. To date, no trustee or examiner has been appointed in any of the above-captioned bankruptcy cases. The Committee's Motion to Appoint a Chapter 11 Trustee Pursuant to 11 U.S.C. §§ 1104(a)(1) and 1104(a)(2) remains pending.

## RELIEF REQUESTED

9. The Committee seeks an order issuing letters of request for international judicial assistance to the appropriate judicial authorities of (i) Luxembourg, in the form to be attached as the French version of Exhibit 1 to the proposed order, and (ii) Mexico, in the form to be attached as the Spanish version of Exhibits 2 through 5 to the proposed order. The requests are needed to compel ING Luxembourg, SA to produce documents because it is located at 52 route d'Esch, L-2965, Luxembourg, and to compel document production from four banks in Mexico located at the following addresses:

| Bank | Location |
|---|---|
| Banco Nacional de México, SA (a.k.a. Banamex, SA) | Suc. Gts Juarex Plaza Huasteca S.L.P. Mexico |
| Banorte | Cristobal Colon No. 14553 Paseos de Chihuahua Chihuahua, Chih. Mexico |
| HSBC México, SA | Centro Comercial Tangamanga S/N Local 7-8-9 San Luis Potosi Mexico |
| Santander | Blvd. Bernardo Quintana 526 1st Floor Arboledas 76140 Qro Mexico |

## BASIS FOR RELIEF REQUESTED

10. This Court has the power to issue letters of request for international judicial assistance, which are often referred to as "letters rogatory." *See DBMS Consultants Ltd. v. Computer Assocs. Int'l, Inc.*, 131 F.R.D. 367, 369 (D. Mass. 1990) ("It is settled that the courts have inherent authority to issue letters rogatory."). Courts in the United States regularly request

3

the assistance of local judicial authorities in other nations through letters of request, and "some good reason must be shown by the opposing party for a court to deny an application for a letter rogatory." *Id.* No such good reason exists here.

11. To the contrary, the Committee is "entitled to request the production of documents" through a request for international judicial assistance because the documents it seeks (which are specified in Exhibit A to Exhibits 1 through 5 to the proposed order) meet the "minimal threshold of relevance," which is the standard for determining whether issuing letters rogatory is appropriate. *In re Potash Antitrust Litig.*, 161 F.R.D. 405, 410 (D. Minn. 1995). The documents that the Committee seeks are critical allow the Committee to satisfy its fiduciary duty to perform its investigatory work. The documents that the Committee seeks thus readily satisfy the liberal standards of discovery set forth in Rule 26.

**A. Hague Convention - Luxembourg**

12. Both the United States and Luxembourg have ratified the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters (the "Convention"), so the Convention is in force between the two nations. *See* Hague Conference on Private International Law, *Hague Evidence Convention – Acceptances of Accessions* (Feb. 4, 2013), http://www.hcch.net/upload/overview20e.pdf. Accordingly, a request to compel evidence for use in this matter should be prepared using the Hague Model Letter of Request (available at http://www.hcch.net/upload/actform20e.pdf) and should be sent directly by this Court to the appropriate judicial authority in Luxembourg. *See* U.S. Dep't of State, *Luxembourg Judicial Assistance* (Dec. 2009), http://travel.state.gov/law/judicial/judicial_654.html#evidsum. Exhibit 1 hereto satisfies these requirements.

13. A letter of request to Luxembourg must be issued in French or German. *Id.* Exhibit 1 contains the English version of the letter of request. A French translation of the

English version will be filed with the Court prior to the hearing on the matter.

**B. Hague Convention – Mexico**

14. Mexico has acceded to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters (the "Convention") and the United States has accepted the accession, so the Convention is in force between the two nations. *See* Hague Conference on Private International Law, Hague Evidence Convention – Acceptances of Accessions (Feb. 4, 2013), http://www.hcch.net/upload/overview20e.pdf. Accordingly, a request to compel evidence for use in this matter should be prepared using the Hague Model Letter of Request (available at http://www.hcch.net/upload/actform20e.pdf) and should be sent directly by this Court to the appropriate judicial authority in Mexico. *See* U.S. Dep't of State, International Judicial Assistance Mexico (Dec. 2009), http://travel.state.gov/law/judicial/judicial_677.html#evidsum. Exhibits 2 through 5 hereto satisfy these requirements.

15. Chapter 553 of Mexico's Federal Code of Civil Procedures requires that "[a]ll the international exhorts received from abroad in a language different from Spanish will have to be accompanied by its translation." *See* Hague Conference on Private International Law, *Mexican Response to the 2008 Questionnaire* at 15, http://www.hcch.net/upload/wop/2008mexico20.pdf. Exhibits 2 through 5 to the proposed order contain English versions of each letter of request. Spanish translations of the English versions will be filed with the Court prior to the hearing on the matter.

## C. Requested Procedures Related to Issuance of Additional Letters Rogatory

16. The Committee may respectfully request further assistance from the Court with respect to issuing letters of international judicial assistance to various judicial authorities. By this Motion, the Committee seeks to establish an efficient procedure for obtaining additional letter(s) of request for international judicial assistance in these bankruptcy cases to minimize delay and reduce expenses to the Debtors' estates.

17. To the extent that additional letter(s) of request for international judicial assistance are necessary, the Committee proposes to file a notice of its intent to request such additional letters and serve such notice upon: (i) counsel for the Debtors; (ii) the Office of the United States Trustee; and (iii) all parties who have requested notice pursuant to Bankruptcy Rule 2002 (collectively, the "Notice Parties"). The Notice Parties and any other party in interest will have five (5) business days to object to the issuance of the letter(s) of request for international judicial assistance by filing an objection with the Bankruptcy Court and serving such objection on undersigned counsel. If no objection is filed and served in accordance with these procedures, the Committee may submit the proposed letter(s) of request for international judicial assistance to the Court under certification of counsel. If an objection is timely filed and served, then a hearing on the additional letter(s) of request for international judicial assistance will be scheduled for the next omnibus hearing (or such other date as is set by the Court).

WHEREFORE, the Committee respectfully requests that the Court enter an order (A) issuing letters of request for international judicial assistance to the appropriate judicial authorities of (i) Luxembourg, substantially in the form attached to the proposed order as Exhibit 1 (as such exhibit shall be modified to be the French translation) and (ii) Mexico, substantially in the form attached to the proposed order as Exhibits 2-5 (as such exhibits shall be modified to be the Spanish translations); (B) approving the proposed procedures for issuing additional letter(s) of request for international judicial assistance; and (C) granting such further relief as is just and proper.

Dated: March 1, 2013

**WOMBLE CARLYLE SANDRIDGE & RICE, LLP**

/s/ Matthew P. Ward
Steven K. Kortanek (DE Bar No. 3106)
Mark L. Desgrosseilliers (DE Bar No. 4083)
Matthew P. Ward (DE Bar No. 4471)
222 Delaware Avenue, Ste. 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 661-7738
E-mail: skortanek@wcsr.com
E-mail: mdesgrosseilliers@wcsr.com
E-mail: maward@wcsr.com

Counsel for the Official Committee of Unsecured Creditors of Revstone Industries, LLC