IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>REVSTONE INDUSTRIES, LLC, et al.[1]<br><br>Debtors. | Chapter 11<br>(Jointly Administered)<br><br>Case No. 12-13262 (BLS)<br><br>Related Docket Nos. 198 |

**NOTICE OF FILING OF REDACTED PRELIMINARY OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO MOTION OF THE DEBTORS TO EMPLOY AND RETAIN HURON CONSULTING SERVICES LLC TO: (I) PROVIDE A CHIEF RESTRUCTURING OFFICER AND ADDITIONAL PERSONNEL FOR THE DEBTORS PURSUANT TO 11 U.S.C. § 363(B), NUNC PRO TUNC TO JANUARY 17, 2013; AND (II) PROVIDE FINANCIAL ADVISORY SERVICES TO THE DEBTORS PURSUANT TO 11 U.S.C. § 327(A), NUNC PRO TUNC TO THE PERIOD BETWEEN DECEMBER 17, 2012 AND JANUARY 16, 2013**

**PLEASE TAKE NOTICE** that on February 13, 2013, counsel for the above-captioned debtors (collectively, the "Debtors"), by and through its proposed counsel, filed the Motion of the Debtors to Employ and Retain Huron Consulting Services LLC to: (i) Provide a Chief Restructuring Officer and Additional Personnel for the Debtors Pursuant to 11 U.S.C. § 363(b), Nunc Pro Tunc to January 17, 2013; and (ii) Provide Financial Advisory Services to the Debtors Pursuant to 11 U.S.C. § 327(a), Nunc Pro Tunc to the Period Between December 17, 2012 and January 16, 2013 (Docket No. 198) (the "Application").

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is 2250 Thunderstick Dr., Suite 1203, Lexington, KY 40505.

PLEASE TAKE FURTHER NOTICE that on February 22, 2013, the Official Committee of Unsecured Creditors (the "Committee") of Revstone Industries, LLC, one of the above-captioned debtors and debtors-in-possession, by and through its undersigned counsel, filed the Preliminary Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors to Employ and Retain Huron Consulting Services LLC to: (i) Provide a Chief Restructuring Officer and Additional Personnel for the Debtors Pursuant to 11 U.S.C. §363(a), Nunc Pro Tunc to January 17, 2013; and (ii) Provide Financial Advisory Services to the Debtors Pursuant to 11 U.S.C. § 327(a), Nunc Pro Tunc to the Period Between December 17, 2013 [sic] and January 16, 2013 (Docket No. 265) (the "Objection").

PLEASE TAKE FURTHER NOTICE that on February 22, 2013, the Committee filed the Motion of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 105(a) and 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1 Permitting the Committee to File Temporarily Under Seal the Preliminary Objection of the Official Committee of Unsecured Creditors to Motion of the Debtors to Employ and Retain Huron Consulting Services LLC to: (i) Provide a Chief Restructuring Officer and Additional Personnel for the Debtors Pursuant to 11 U.S.C. §363(a), Nunc Pro Tunc to January 17, 2013; and (ii) Provide Financial Advisory Services to the Debtors Pursuant to 11 U.S.C. § 327(a), Nunc Pro Tunc to the Period Between December 17, 2013 [sic] and January 16, 2013 (Docket No. 266) (the "Motion to Seal").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as <u>Exhibit A</u>, is a copy of a redacted version of the Objection filed in response to certain objections filed with respect to the Motion to Seal.

Dated: March 6, 2013

WOMBLE CARLYLE SANDRIDGE & RICE, LLP

/s/ Mark L. Desgrosseilliers
Steven K. Kortanek (Del. Bar No. 3106)
Mark L. Desgrosseilliers (Del. Bar No. 4083)
Matthew P. Ward (Del. Bar No. 4471)
222 Delaware Avenue, Ste. 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 661-7738
E-mail: skortanek@wcsr.com
E-mail: mdesgrosseilliers@wcsr.com
E-mail: maward@wcsr.com

*Counsel for the Official Committee of Unsecured Creditors of Revstone Industries, LLC*