IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>REVSTONE INDUSTRIES, LLC, et al.[1]<br><br>Debtors. | Chapter 11<br>(Jointly Administered)<br><br>Case No. 12-13262 (BLS)<br><br>Related Docket Nos. 164 |

**NOTICE OF FILING OF REDACTED MEMORANDUM OF LAW IN SUPPORT OF MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO APPOINT A CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. §§ 1104(a)(1) AND 1104(a)(2)**

**PLEASE TAKE NOTICE** that on February 4, 2013, the Official Committee of Unsecured Creditors (the "Committee") of Revstone Industries, LLC, one of the above-captioned debtors and debtors-in-possession, by and through its undersigned counsel, filed the Memorandum of Law in Support of Motion of the Official Committee of Unsecured Creditors to Appoint a Chapter 11 Trustee Pursuant to 11 U.S.C. §§ 1104(a)(1) and 1104(a)(2) (Docket No. 164) (the "Trustee Brief").

**PLEASE TAKE FURTHER NOTICE** that on February 4, 2013, the Committee filed the Motion of the Official Committee of Unsecured Creditors Pursuant to 11 U.S.C. §§ 105(a) and 107(b), Bankruptcy Rule 9018, and Local Rule 9018-1 Permitting the Committee to File Temporarily Under Seal the Committee's Memorandum of Law in Support of Motion of the Official Committee of Unsecured Creditors to Appoint a

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is 2250 Thunderstick Dr., Suite 1203, Lexington, KY 40505.

Chapter 11 Trustee Pursuant to 11 U.S.C. §§ 1104(a)(1) and 1104(a)(2) (Docket No. 166) (the "Motion to Seal").

   **PLEASE TAKE FURTHER NOTICE** that attached hereto as <u>Exhibit A</u>, is a redacted version of the Trustee Brief filed in response to certain objections to the Motion to Seal.

Dated: March 6, 2013

WOMBLE CARLYLE SANDRIDGE
& RICE, LLP

/s/ Mark L. Desgrosseilliers
Steven K. Kortanek (Del. Bar No. 3106)
Mark L. Desgrosseilliers (Del. Bar No. 4083)
Matthew P. Ward (Del. Bar No. 4471)
222 Delaware Avenue, Ste. 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 661-7738
E-mail: skortanek@wcsr.com
E-mail: mdesgrosseilliers@wcsr.com
E-mail: maward@wcsr.com

*Counsel for the Official Committee of Unsecured Creditors of Revstone Industries, LLC*

WCSR 7685334v1