**EXHIBIT B**

**Certification of Compliance with Local Rule 2004-1**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| REVSTONE INDUSTRIES, LLC, et al.,[1] | ) Case No. 12-13262 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) |

**CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 2004-1 IN CONNECTION WITH EXPEDITED MOTION OF DEBTOR SPARA, LLC FOR ENTRY OF ORDER DIRECTING THE EXAMINATION OF SANDEEP GUPTA, JOHN FERNANDO AND BOSTON FINANCE GROUP, LLC PURSUANT TO BANKRUPTCY RULE 2004**

I, Timothy P. Cairns, hereby certify as follows:

1. I submit this certification as counsel to Spara, LLC (the "Debtor") in accordance with Rule 2004-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") in connection with the above-captioned motion (the "Motion") pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool & Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is 2250 Thunderstick Dr., Suite 1203, Lexington, KY 40505.

DOCS_DE:186295.2 73864/001

2. Prior to the filing of the Motion, I conferred with Stuart Brown, counsel for BFG, as to whether BFG and/or the Lexington officers would agree to voluntarily produce documents consistent with the Motion. Mr. Brown advised that BFG would not provide the documents requested pursuant to an agreed order. Accordingly, the Debtor filed the Motion to obtain the requested materials on an expedited basis.

Dated: March 12, 2013

By: _____
Timothy P. Cairns