UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

REVSTONE INDUSTRIES, LLC, etal.,[1]

Debtors.

Case No. 12-13262-BLS

Chapter 11
(Jointly Administered)
Hon. Brendan L. Shannon

**Related Docket No. 163**

---

**GENERAL MOTORS LLC'S JOINDER IN THE MOTION OF THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO APPOINT A
CHAPTER 11 TRUSTEE PURSUANT TO 11 U.S.C. §§ 1104(a)(1) AND 1104(a)(2)**

General Motors LLC ("GM"), by and through its undersigned counsel, hereby joins in the Motion of the Official Committee of Unsecured Creditors to Appoint a Chapter 11 Trustee Pursuant to 11 U.S.C. §§ 1104(a)(1) and 1104(a)(2) [Docket No. 163]

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is 2250 Thunderstick Dr., Suite 1203, Lexington, KY 40505.

12243967.1

(the "Motion"). Further, GM expressly reserves and preserves its right to be heard with respect to opposition to the Motion.

March 13, 2013                     MORRIS JAMES LLP

By: /s/ Jeffrey R. Waxman
Jeffrey R. Waxman (Bar No. 4159)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
Telephone: (302) 888-6800
Email: jwaxman@morrisjames.com

and

Aaron M. Silver (P65481)
HONIGMAN MILLER SCHWARTZ
AND COHN LLP
660 Woodward Avenue, Suite 2290
Detroit, MI 48226
Telephone: (313) 465-7560
Email: asilver@honigman.com

Counsel for General Motors LLC

12243967.1