## IN THE UNITED STATE BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> REVSTONE INDUSTRIES, LLC, <br><br> Debtor. | Chapter 11 <br><br> Case No. 12-13262 (BLS) <br><br> Related docket: Spara, LLC 12-13263, at 33 |

### NOTICE OF WITHDRAWAL OF BOSTON FINANCE GROUP, LLC'S MOTION FOR MODIFICATION OF THE AUTOMATIC STAY AND FOR ADEQUATE PROTECTION FILED IN SPARA, LLC

**PLEASE TAKE NOTICE** that Boston Finance Group, LLC ("BFG"), by and through its undersigned counsel, hereby withdraws, without prejudice, *Boston Finance Group LLC's Motion for Modification of the Automatic Stay and for Adequate Protection*, filed on January 10, 2013 [Spara, LLC docket 12-13263 No. 33] (the "Motion"). For the avoidance of any doubt, BFG expressly reserves any and all rights to seek the same or similar relief as that requested in the Motion at a future date.

Dated: March 13, 2013
Wilmington, DE

/s/ Stuart M. Brown
Stuart M. Brown (DE 4050)
R. Craig Martin (DE 5032)
**DLA PIPER LLP (US)**
919 N. Market Street, 15th Floor
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: Stuart.Brown@dlapiper.com
    Craig.Martin@dlapiper.com

-and-

Gregg M. Galardi (DE 2991; NY 4535506)
Sarah Castle (NY 4932240)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020-1104

Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: Gregg.Galardi@dlapiper.com
       Sarah.Castle@dlapiper.com