IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REVSTONE INDUSTRIES, LLC, et al.,[1] | ) | Case No. 12-13262 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF BAR DATES FOR FILING PROOFS OF CLAIM
AND CERTAIN ADMINISTRATIVE EXPENSE REQUESTS**

TO: ALL CREDITORS AND OTHER PARTIES IN INTEREST WITH CLAIMS AGAINST THE ABOVE-CAPTIONED DEBTORS:

PLEASE TAKE NOTICE that:

On April 23, 2013, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an Order (the "Bar Date Order") in the chapter 11 cases (the "Cases") of the above-captioned debtors and debtors in possession (the "Debtors") in accordance with Bankruptcy Rule 3003(c) fixing:

a. **June 28, 2013, at 4:00 p.m. prevailing Eastern time** (the "Claims Bar Date") as the **last day** for the **filing of proofs of claim** in these Cases for all claims against the Debtors arising prior to December 3, 2012 for Debtors Revstone Industries, LLC and Spara, LLC or January 7, 2013 for Debtors Greenwood Forgings, LLC and US Tool and Engineering, LLC (the "Petition Dates");

b. **July 8, 2013, at 4:00 p.m. prevailing Eastern time** (the "Governmental Unit Bar Date") as the **last day** for all governmental units, as defined in section 101(27) of the Bankruptcy Code, to assert claims arising before the Petition Dates; and

c. **June 28, 2013, at 4:00 p.m. prevailing Eastern time** (the "Administrative Claims Bar Date") as the **last day** for all parties asserting administrative expenses against the Debtors' estates (i) arising between the Petition Dates and May 31, 2013 (but excluding claims for fees and expenses of professionals retained in these proceedings and members of the Committee in this case) and (ii) whenever arising under Section 503(b)(9) of the Bankruptcy Code, to file a request for payment of such administrative expense (the "Administrative Expense Request").

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is 2250 Thunderstick Dr., Suite 1203, Lexington, KY 40505.

**All claims**, as defined in section 101(5) of title 11 of the United States Code (the "Bankruptcy Code"), **arising before the Petition Dates**, including in each case any claims against the Debtors' estates based on the Debtors' primary, secondary, direct, indirect, fixed, secured, unsecured, contingent, guaranteed, disputed, undisputed, liquidated, unliquidated, matured, unmatured, legal or equitable liability, or otherwise (each a "Claim"), except as otherwise provided for or specifically excepted herein, shall be filed with the claims agent, Rust Consulting/Omni Bankruptcy (the "Claims Agent"), in writing, together with supporting documentation, substantially conforming with Official Bankruptcy Form 10 (attached hereto as Exhibit 1), or as otherwise prescribed or authorized under the Bankruptcy Rules, on or before the Claims Bar Date or the Governmental Unit Bar Date at the following address:

> **Revstone Industries, LLC, et al.**
> **c/o Rust Consulting/Omni Bankruptcy**
> **Attn: Claims Processing**
> **5955 DeSoto Ave., Suite 100**
> **Woodland Hills, CA 91367**

**All Administrative Expense Requests** shall be filed with the United States Bankruptcy Court for the District of Delaware on or before the Administrative Claims Bar Date.[2]

The following claims are excepted from the provisions of the Bar Date Order (the "Excepted Claims") and are not required to be filed on or before the Claims Bar Date, the Governmental Unit Bar Date, or the Administrative Claims Bar Date:

a. claims already duly filed in these Cases with the Claims Agent, or with the Clerk of the Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801;

b. claims listed in the Debtors' schedules of assets and liabilities, or as listed in any supplements or amendments thereto (the "Schedules"), if the claimant does not dispute the amount or manner in which its claim is listed in the Schedules or the nature of the claim and if such claim is not designated therein as "contingent," "unliquidated," "subject to adjustment," "disputed," or "unknown" (or assigned a zero amount); and

c. claims arising on or after the Petition Dates, except as provided pursuant to the Administrative Claims Bar Date.

Should the Court, in the future, fix a date by which the Excepted Claims must be filed, you will be notified.

---

[2] Administrative Expense Requests filed without a notice shall not be scheduled for hearing.

2

Any proof of Claim required to be filed pursuant to the provisions of the Bar Date Order and not filed on or before the Claims Bar Date, the Governmental Unit Bar Date or the Administrative Claims Bar Date shall be **forever barred** from voting on any plan of reorganization filed in these Cases or participating in any distribution in these Cases including, but not limited to, any distribution under a confirmed plan.

The Debtors' Schedules and/or the Bar Date Order may be examined and inspected by interested parties during regular business hours at the office of the Clerk of the Bankruptcy Court, 824 Market Street, Wilmington, DE 19801. Creditors that wish to rely on the Schedules shall have the responsibility for determining that its Claims are accurately listed therein.

Any questions concerning this notice should be directed to the Claims Agent at 866-989-3042 or through their web site at http://www.omnimgt.com/RevstoneIndustries, or the Debtors' counsel, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) or (302) 652-4100, Attention: Laura Davis Jones, Esquire.

This notice may have been sent inadvertently to persons or entities that may not actually have a Claim against the Debtors. The fact that you have received this notice does not mean that you have a Claim, or that the Debtors or the Bankruptcy Court concedes that you have a Claim.

Dated: April 24, 2013

|  | PACHULSKI STANG ZIEHL & JONES LLP<br><br>_/s/ Laura Davis Jones_<br>Laura Davis Jones (Bar No. 2436)<br>David M. Bertenthal (CA Bar No. 167624)<br>Timothy P. Cairns (Bar No. 4228)<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware  19899-8705<br>(Courier 19801)<br>Telephone:  302-652-4100<br>Facsimile:   302-652-4400<br>email:   ljones@pszjlaw.com<br>            dbertenthal@pszjlaw.com<br>            tcairns@pszjlaw.com<br><br>Counsel for Debtors and Debtors in Possession |
|---|---|

DOCS_DE:187069.2 73864/001