# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Brendan L. Shannon
### #1

Calendar Date: 04/26/2013
Calendar Time: 10:00 AM ET

1st Revision 04/25/2013 01:59 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Revstone Industries, LLC | 12-13262 | Hearing | 5573693 | Desiree M Amador | (202) 326-4020 ext. 3094 | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LIVE |
| | | Revstone Industries, LLC | 12-13262 | Hearing | 5568268 | David M. Bertenthal | 415-263-7000 ext. 5104 | Pachulski Stang Ziehl & Jones (All Off | Debtor, Revstone Industries, LLC / LIVE |
| | | Revstone Industries, LLC | 12-13262 | Hearing | 5571060 | Stuart M. Brown | (302) 468-5700 | DLA Piper US, LLP | Creditor, Boston Finance Group LLC / LIVE |
| | | Revstone Industries, LLC | 12-13262 | Hearing | 5573704 | Katie Burgess | (202) 326-4020 ext. 3094 | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LIVE |
| | | Revstone Industries, LLC | 12-13262 | Hearing | 5573641 | Cassandra Burton-Caverly | 202-326-4020 ext. 3094 | Pension Benefit Guaranty Corporation | Representing, Pension Benefit Guaranty Corporation / LIVE |
| | | Revstone Industries, LLC | 12-13262 | Hearing | 5568271 | Timothy P. Cairns | (302) 778-6443 | Pachulski Stang Ziehl & Jones (All Off | Debtor, Revstone Industries, LLC / LIVE |
| | | Revstone Industries, LLC | 12-13262 | Hearing | 5571065 | Sarah E. Castle | (212) 335-4708 | DLA Piper US, LLP | Interested Party, Boston Finance Group, LLC / LIVE |
| | | Revstone Industries, LLC | 12-13262 | Hearing | 5571092 | Mark L. Desgrosseilliers | (302) 252-4359 | Womble Carlyle Sandridge & Rice, PLI | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Revstone Industries, LLC | 12-13262 | Hearing | 5568274 | John Didonato | (312) 880-5643 | Huron Consulting Group | Debtor, Revstone Industries, LLC / LIVE |
| | | Revstone Industries, LLC | 12-13262 | Hearing | 5571045 | Gregg Galardi | (212) 335-4640 | DLA Piper US, LLP | Interested Party, Boston Finance Group LLC / LIVE |
| | | Revstone Industries, LLC | 12-13262 | Hearing | 5571272 | Jonathan Golden | (727) 497-1661 | Boston Finance Group LLC | Interested Party, Boston Finance Group LLC / LIVE |
| | | Revstone Industries, LLC | 12-13262 | Hearing | 5568264 | Laura D. Jones | (302) 778-6454 | Pachulski Stang Ziehl & Jones (All Off | Debtor, Revstone Industries, LLC / LIVE |
| | | Revstone Industries, LLC | 12-13262 | Hearing | 5573685 | Kartar Khalsa | 202-326-4020 ext. 3045 | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Revstone Industries, LLC | 12-13262 | Hearing | 5568269 | Alan J. Kornfeld | 310-772-2395 | Pachulski Stang Ziehl & Jones (All Off | Debtor, Revstone Industries / LIVE |
| Revstone Industries, LLC | 12-13262 | Hearing | 5571610 | Stephen S. LaPlante | (313) 496-8478 | Miller Canfield Paddock & Stone, PLC | Creditor, Ford Motor Co. / LIVE |
| Revstone Industries, LLC | 12-13262 | Hearing | 5568277 | James Lukenda | (312) 583-8700 | Huron Consulting Services LLC | Debtor, Revstone Industries, LLC / LIVE |
| Revstone Industries, LLC | 12-13262 | Hearing | 5568280 | Jonathan Rose | (202) 239-3693 | Alston & Bird LLP | Interested Party, Hillsdale Pension Plan / LIVE |
| Revstone Industries, LLC | 12-13262 | Hearing | 5575075 | Matthew M. Scheff | (216) 522-3878 | U.S. Department of Labor Office of the | Interested Party, Matthew M. Scheff / LIVE |
| Revstone Industries, LLC | 12-13262 | Hearing | 5571364 | Aaron M. Silver | 313-465-7560 | Honigman Miller Schwartz and Cohn L | Creditor, General Motors / LIVE |
| Revstone Industries, LLC | 12-13262 | Hearing | 5570906 | Sheryl L. Toby | (248) 203-0522 | Dykema Gossett PLLC | Interested Party, Chrysler / LISTEN ONLY |
| Revstone Industries, LLC | 12-13262 | Hearing | 5571090 | Matthew P. Ward | (302) 252-4369 | Womble Carlyle Sandridge & Rice, PL | Creditor, Official Committee of Unsecured Creditors / LIVE |