### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REVSTONE INDUSTRIES, LLC, et al.,[1] | ) | Case No. 12-13262 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related Docket Nos. 163, 164, 446 and 573** |

### ORDER (I) GRANTING DEBTORS' MOTION FOR AN ORDER PURSUANT TO 11 U.S.C. § 1121(D) EXTENDING THE TIME PERIODS DURING WHICH THE DEBTORS HAVE THE EXCLUSIVE RIGHT TO FILE A PLAN AND SOLICIT ACCEPTANCES THEREOF AND (II) RESOLVING THE MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE APPOINTMENT OF A CHAPTER 11 TRUSTEE

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order pursuant to section 1121(d) of the Bankruptcy Code extending the Exclusive Periods in which to file a chapter 11 plan and to solicit acceptances thereof; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and this Motion is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been given; and after due deliberation and it appearing that sufficient cause exists for granting the requested relief; and it appearing that the relief requested under the Motion is in the best interests of the Debtors' estates and creditors; it is hereby

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are:  Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450).  The location of the Debtors' headquarters and the service address for each of the Debtors is 2250 Thunderstick Dr., Suite 1203, Lexington, KY  40505.

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

ORDERED that the Motion is granted as modified herein; and it is further

ORDERED that, subject to the limitations below granting potential termination of exclusivity with respect to the Committee, the Debtors' Exclusive Filing Period is extended through and including July 31, 2013; and it is further

ORDERED that the Debtors' Exclusive Solicitation Period is extended through and including September 30, 2013; and it is further

ORDERED that, in the event that the Debtors breach any of the Milestones (as defined in the Confidential Settlement Communication filed under seal at Docket No. 573), and fail to cure any such breach within the grace period provided in the Confidential Settlement Communication following receipt of a notice from the Committee asserting such breach, the Debtors' Exclusive Filing Period and Exclusive Solicitation Period shall terminate with respect to the Committee upon expiration of the grace period without cure of the breach by the Debtors, and the Committee shall have the immediate right to file and solicit a plan of reorganization; and it is further

ORDERED that this Order and the Confidential Settlement Communication resolve the Committee's previously filed motion to appoint a chapter 11 trustee and brief in support thereof (Docket Nos. 163, 164) (the "Trustee Motion") and that upon the entry of this Order the Trustee Motion shall be deemed resolved without further order of this Court; and it is further

ORDERED that, in the event of a dispute with respect to any breach of a Milestone, including any cure thereof, the Debtors and the Committee shall seek expedited

DOCS_DE:186623.9 73864/001

review of the dispute from this Court, and the termination of the Exclusive Filing Period shall

not occur before such dispute is heard by the Court; and it is further

ORDERED that this Order is without prejudice to the Debtors' rights to seek

additional extensions of the Exclusive Filing Period and Exclusive Solicitation Period and is

without prejudice to the right of any party to object to any such further extensions; and it is

further

ORDERED that the Court shall retain jurisdiction to hear and determine all

matters arising from or relating to this Order.

Dated:  May 16, 2013

The Honorable Brendan Shannon
United States Bankruptcy Judge