**SIGN-IN SHEET**

CASE NAME: Revstone
CASE NO: 12-13262 BLS
COURTROOM LOCATION: 1
DATE: 5.16.13  AT 10:00

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Tim Cairns | Pachulski Stang Ziehl + Jones | Debtors |
| Karen Bifferato | Connolly Gallagher | Plex Systems, Inc. |
| Matthew Ward | Womble Carlyle | Committee |
| Jane Leamy | US Trustee's Office | US Trustee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Brendan L. Shannon

Calendar Date: 05/16/2013
Calendar Time: 10:00 AM ET

Amended Calendar 05/16/2013 06:38 AM
#1

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Revstone Industries, LLC | 12-13262 | Hearing | 5612048 | Desiree M Amador | (202) 326-4020 ext. 3094 | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LIVE |
| | | Revstone Industries, LLC | 12-13262 | Hearing | 5612052 | Katie Burgess | (202) 326-4020 ext. 3094 | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LIVE |
| | | Revstone Industries, LLC | 12-13262 | Hearing | 5612042 | Cassandra Burton-Caverly | 202-326-4020 ext. 3094 | Pension Benefit Guaranty Corporation | Representing, Pension Benefit Guaranty Corporation / LIVE |
| | | Revstone Industries, LLC | 12-13262 | Hearing | 5607098 | Sarah E. Castle | (212) 335-4708 | DLA Piper US, LLP | Interested Party, Boston Finance Group, LLC / LIVE |
| | | Revstone Industries, LLC | 12-13262 | Hearing | 5605718 | Dennis Connolly | 404-881-7269 | Alston & Bird LLP | Creditor, Hillsdale Pension Plan / LIVE |
| | | Revstone Industries, LLC | 12-13262 | Hearing | 5608241 | Jonathan Golden | (727) 497-1661 | Boston Finance Group LLC | Interested Party, Boston Finance Group LLC / LIVE |
| | | Revstone Industries, LLC | 12-13262 | Hearing | 5608506 | Laura D. Jones | (302) 778-6454 | Pachulski Stang Ziehl & Jones | (All Off) Debtor, Revstone Industries, LLC / LIVE |
| | | Revstone Industries, LLC | 12-13262 | Hearing | 5612057 | Kartar Khalsa | 202-326-4020 ext. 3045 | Pension Benefit Guaranty Corporation | Creditor, Pension Benefit Guaranty Corporation / LIVE |
| | | Revstone Industries, LLC | 12-13262 | Hearing | 5534651 | Stephen S. LaPlante | (313) 496-8478 | Miller Canfield Paddock & Stone, PLC | Creditor, Ford Motor Company / LIVE |
| | | Revstone Industries, LLC | 12-13262 | Hearing | 5613714 | James Lukenda | (312) 583-8700 | Huron Consulting Services LLC | Debtor, Revstone Industries, LLC / LIVE |
| | | Revstone Industries, LLC | 12-13262 | Hearing | 5605716 | Jonathan Rose | (202) 239-3693 | Alston & Bird LLP | Interested Party, Hillsdale Pension Plan / LIVE |
| | | Revstone Industries, LLC | 12-13262 | Hearing | 5612434 | Matthew M. Scheff | (216) 522-3878 | U.S. Department of Labor Office of the Interested Party, Matthew M. Scheff / LIVE |
| | | Revstone Industries, LLC | 12-13262 | Hearing | 5610210 | Aaron M. Silver | 313-465-7560 | Honigman Miller Schwartz and Cohn L | Creditor, General Motors / LISTEN ONLY |