IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| REVSTONE INDUSTRIES, LLC, et al.,[1] | Case No. 12-13262 (BLS) |
| Debtors. | (Jointly Administered)<br>**Related Docket No.: 530, 581** |

EXHIBIT A TO CERTIFICATE OF NO OBJECTION REGARDING FIRST
MONTHLY FEE APPLICATION OF WERB & SULLIVAN FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS
COUNSEL FOR GREENWOOD FORGINGS, LLC FOR THE PERIOD
JANUARY 7, 2013 THROUGH APRIL 17, 2013

Attached hereto is Exhibit A to Certificate of No Objection Regarding First Monthly Fee Application of Werb & Sullivan for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for Greenwood Forgings, LLC for the Period January 7, 2013 through April 17, 2013 (D.I. 581).

Dated: May 24, 2013

**WERB & SULLIVAN**
/s/ Duane D. Werb
Duane D. Werb (No. 1042)
WERB & SULLIVAN
300 Delaware Avenue, Suite 1300
Wilmington, Delaware 19801
Telephone: (302) 652-1100
Fax: (302) 652 – 1111

*Temporary Bankruptcy Counsel to*
*Greenwood Forgings, LLC*

---

[1] The Debtor's in these Chapter 11 Cases and the last four digits of each Debtor's federal tax identification number are: Revstone Industries, LLS (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtor's headquarters and the service address for each of the Debtors is 2250 Thunderstick Dr., Suite 1203, Lexington, KY 40505.

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| REVSTONE INDUSTRIES, LLC, et al.,[2] | Case No. 12-13262 (BLS) |
| Debtors. | (Jointly Administered)<br>Related Docket No.: 530, 581 |

## ORDER APPROVING FIRST MONTHLY FEE APPLICATION OF WERB & SULLIVAN FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR GREENWOOD FORGINGS, LLC FOR THE PERIOD JANUARY 7, 2013 THROUGH APRIL 17, 2013

This matter is before the Court upon the First Monthly Application of Werb & Sullivan for Compensation for Services Rendered and Reimbursement of Expenses as Counsel for Greenwood Forgings, LLC for the Period January 7, 2013 through April 17, 2013. It appearing to the Court that the notice was given pursuant to this Court's local rules.

IT IS HEREBY ORDERED that Werb & Sullivan shall be allowed interim fees of $116,518.00 in professional fees and $3,643.08 in expenses from the bankruptcy estates in connection with their services as attorneys for the Debtors. The Debtors are authorized and directed to pay Werb & Sullivan 80% of the fees ($93,214.40) and 100% of the expenses ($3,643.08) for a total amount of $96,857.48.

IT IS SO ORDERED

May _____, 2013

_____
U.S. Bankruptcy Judge

---

[2] The Debtor's in these Chapter 11 Cases and the last four digits of each Debtor's federal tax identification number are: Revstone Industries, LLS (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtor's headquarters and the service address for each of the Debtors is 2250 Thunderstick Dr., Suite 1203, Lexington, KY 40505.