UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>REVSTONE INDUSTRIES, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 12-13262 (BLS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Kenneth J. Enos, a member of the bar of this Court, pursuant to Rule 9010-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), moves for the admission *pro hac vice* of Dennis J. Connolly of Alston & Bird, LLP, as co-counsel to Hillsdale Salaried Pension Plan and Hillsdale Hourly Pension Plan in the above-captioned cases.

/s/ *Kenneth J. Enos*
Kenneth J. Enos (Bar No. 4544)
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1(b), I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Georgia and New York, and pursuant to District Court Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for the District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

/s/ *Dennis J. Connolly*
Dennis J. Connolly
ALSTON & BIRD LLP
1201 Peachtree Street
Atlanta, Georgia 3030-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Motion granted.

Date: May 29, 2013

BY THE COURT:

Brendan L. Shannon
UNITED STATES BANKRUPTCY JUDGE

---

[1] The debtors in these chapter 11 cases (the "Debtors") and the last four digits of each Debtors federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is 2250 Thunderstick Dr., Ste. 1203, Lexington, Kentucky 40505.

01:13634643.1

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>REVSTONE INDUSTRIES, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 12-13262 (BLS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Kenneth J. Enos, a member of the bar of this Court, pursuant to Rule 9010-1(b) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), moves for the admission *pro hac vice* of Dennis J. Connolly of Alston & Bird, LLP, as co-counsel to Hillsdale Salaried Pension Plan and Hillsdale Hourly Pension Plan in the above-captioned cases.

/s/ Kenneth J. Enos
Kenneth J. Enos (Bar No. 4544)
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1(b), I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Georgia and New York, and pursuant to District Court Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for the District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

/s/ Dennis J. Connolly
Dennis J. Connolly
ALSTON & BIRD LLP
1201 Peachtree Street
Atlanta, Georgia 3030-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777

Motion granted.

BY THE COURT:

Date: May ___, 2013

_____
Brendan L. Shannon
UNITED STATES BANKRUPTCY JUDGE

---

[1] The debtors in these chapter 11 cases (the "Debtors") and the last four digits of each Debtors federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is 2250 Thunderstick Dr., Ste. 1203, Lexington, Kentucky 40505.

01:13634643.2

5-28-13
6 20