**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| REVSTONE INDUSTRIES, LLC, *et al.*,[1] | Case No. 12-13262 (BLS) |
| Debtors. | Jointly Administered |

**MOTION AND ORDER**
**FOR ADMISSION PRO HAC VICE**

    Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Michael C. Hammer of Dickinson Wright PLLC, 350 S. Main Street, Suite 300, Ann Arbor, MI 48104, to represent Angstrom Holdings, LLC in these bankruptcy cases.

Dated:  May 29, 2013

                                           MONTGOMERY, MCCRACKEN, WALKER &
                                                    RHOADS, LLP

                                   By:    */s/ Davis Lee Wright*
                                                Davis Lee Wright, Esquire (I.D. # 4324)
                                                1105 North Market Street, Suite 1500
                                                Wilmington, DE  19801
                                                T: (302) 504-7800
                                                F: (302) 504-7820
                                                dwright@mmwr.com

                                                *Co-Counsel for Angstrom Holdings, LLC*

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's federal tax identification number are:  Revstone Industries, LLC (7222); Spara, LLC (6613) Greenwood Forgings, LLC (9285); and US Tool & Engineering, LLC (6450).  The location of the Debtors' headquarters and the service address for each of the Debtors is 2250 Thunderstick Dr., Suite 1203, Lexington, KY 40505.