# SIGN-IN SHEET

**CASE NAME:** REVSTONE INDUSTRIES
**CASE NO.:** 12-13262
**COURTROOM NO.:** 1 / JUDGE SHANNON
**DATE:** MAY 30, 2013

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Desiree Amador | PBGC | PBGC |
| Davis Lee Wright | Montgomery, McCracken, Walker & Rhoads | Angstrom Holdings LLC |
| Michael C. Hammer | Dickinson Wright PLLC | Angstrom Holdings LLC |
| Patrick Reilley | Cole Schotz | Bridgeport |
| Barry Geuter | Genovese Joblove + Battista | " |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones LLP | Debtors |
| Mario Iriale | Pachulski Stang Ziehl & Jones LLP | Debtors |
| Colin Robinson | Alston + Bird | |
| Dennis Conolly | | |
| Ken Enos | Young Conaway Stargatt + Taylor | Hillsdale Power Plus |
| Stuart Brown | DLA Piper LLP | Boston Finance Group |
| Matthew Ward | Womble Carlyle | Committee |
| Jane Leamy | US Trustee's Office | US Trustee |