IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>REVSTONE INDUSTRIES, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 12-13262 (BLS)<br>(Jointly Administered)<br><br>Objection Deadline: 8/2/13 at 4:00 P.M. (Eastern)<br>Hearing Date: 8/6/13 at 9:00 A.M. (Eastern)<br><br>Related Docket No. 760 |

NOTICE OF PRELIMINARY HEARING ON MOTION OF BOSTON
FINANCE GROUP, LLC FOR ENTRY OF ORDERS PURSUANT TO 11
U.S.C. § 1112(b) CONVERTING BANKRUPTCY CASES OF GREENWOOD
FORGINGS, LLC AND US TOOL & ENGINEERING, LLC FROM CASES
UNDER CHAPTER 11 OF THE BANKRUPTCY CODE TO CASES
UNDER CHAPTER 7 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that, on July 16, 2013, Boston Finance Group, LLC ("**BFG**"), by and through its undersigned counsel, filed the *Motion For Entry Of Orders Pursuant To 11 U.S.C. § 1112(b) Converting Bankruptcy Cases Of Greenwood Forgings, LLC And US Tool & Engineering, LLC From Cases Under Chapter 11 Of The Bankruptcy Code To Cases Under Chapter 7 Of The Bankruptcy Code* (the "**Motion to Convert Cases**") [Docket No. 760; Filed 7/16/2013], a copy of which is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the relief sought in the Motion to Convert Cases must be filed with the United States Bankruptcy Court for the District of Delaware on or before **August 2, 2013 at 4:00 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon the following **for receipt no later than August 2, 2013**

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool & Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is 2250 Thunderstick Dr., Suite 1203, Lexington, KY 40505.

EAST\56819325.1

**at 4:00 p.m. (Eastern Time):** (i) counsel for Boston Finance Group, LLC, DLA Piper LLP (US), 919 North Market Street, Suite 1500, Wilmington, Delaware 19801, Attn: Stuart M. Brown, Esq.; and DLA Piper LLP (US), 1251 Avenue of the Americas, New York, New York 10020, Attn: Gregg M. Galardi, Esq. and Sarah E. Castle, Esq.

**PLEASE TAKE FURTHER NOTICE** that a preliminary hearing to consider the relief sought in the Motion to Convert Cases will be held on **August 6, 2013 at 9:00 a.m. (prevailing Eastern Time)** (the "Hearing"), before The Honorable Brendan L. Shannon, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Sixth Floor, Courtroom, 1, Wilmington, Delaware, 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION TO CONVERT CASES WITHOUT FURTHER NOTICE OR HEARING.

Dated: July 24, 2013

/s/Stuart M. Brown
Stuart M. Brown (DE 4050)
**DLA PIPER LLP (US)**
919 N. Market Street, 15th Floor
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: stuart.brown@dlapiper.com

-and-

Gregg M. Galardi (DE 2991; NY 4535506)
Sarah E. Castle (NY 4932240)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: gregg.galardi@dlapiper.com
          sarah.castle@dlapiper.com

*Counsel to Boston Finance Group, LLC*