## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IN RE: Revstone Industries, LLC et al.,[1]     :   **Chapter 11**
   :
           Debtors.    :   **Case No. 12-13262(BLS)**
   : **(jointly administered)**
   :
   : **Related Docket No. 780**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### OBJECTION OF THE SECRETARY OF LABOR TO DEBTOR'S MOTION FOR ORDER APPROVING DISCLOSURE STATEMENT

Thomas E. Perez, Secretary of the United States Department of Labor ("Secretary"), a party in interest in these proceedings, hereby objects to the Debtor's Motion for approval of a disclosure statement in respect of its proposed chapter 11 plan of reorganization. [Doc. 780].

The Secretary has filed proofs of claim against the debtor on behalf of the Hillsdale Hourly Pension Plan and the Hillsdale Salaried Pension Plan in an amount exceeding $37 million. (Claims Nos. 498-99). The Debtor's disclosure statement does not address the treatment or effect of these significant claims, and therefore, fails to provide adequate information, as defined by 11 U.S.C. § 1125(a)(1). Therefore, the Debtor's motion should be denied.

Respectfully submitted,

Dated:  August 19, 2013

/s/ Matthew M. Scheff
MATTHEW M. SCHEFF (0082229 Ohio)
Trial Attorney

United States Department of Labor
Office of the Solicitor
1240 East Ninth St., Room 881

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is 2250 Thunderstick Dr., Suite 1203, Lexington, KY 40505.

Cleveland, OH  44199
(216) 522-3872
(216) 522-7172 (Fax)
scheff.matthew@dol.gov

OF COUNSEL:

M. PATRICIA SMITH
Solicitor of Labor

CHRISTINE Z. HERI
Regional Solicitor

BENJAMIN T. CHINNI
Associate Regional Solicitor

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 19, 2013, the foregoing Objection of the Secretary of

Labor to Debtor's Motion for Order Approving Disclosure Statement was filed via ECF,

which will cause service upon all registered parties, including:

| | |
|---|---|
| **Debtor's Counsel:** | **U.S. Trustee:** |
| Timothy P. Cairns | United States Trustee |
| Laura Davis Jones | 844 King Street, Room 2207 |
| Alan J. Kornfeld | Lockbox #35 |
| Pachulski Stang Ziehl & Jones LLP | Wilmington, DE 19899-0035 |
| 10100 Santa Monica Blvd, 13th Floor | |
| Los Angeles, CA 90067 | |

**Counsel for Committee of Unsecured Creditors:**

Mark L. Desgrosseilliers
Matthew P. Ward
Steven K. Kortanek
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue
Suite 1501
Wilmington, DE 19801

Dated:  August 19, 2013            /s/ Matthew M. Scheff_____
                                                MATTHEW M. SCHEFF (0082229)

3