**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>REVSTONE INDUSTRIES, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 12-13262 (BLS)<br><br>(Jointly Administered)<br><br>Related Docket Nos.: 775, 780, 939<br>Hearing Date: August 21, 2013 at 11:00a.m.<br>Obj. Deadline: August 19, 2013 at 4:00 p.m. |

**OBJECTION OF BOSTON FINANCE GROUP, LLC AND JOINDER TO THE
OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
TO (I) DISCLOSURE STATEMENT IN RESPECT OF CHAPTER 11
PLAN OF REORGANIZATION OF REVSTONE INDUSTRIES, LLC,
AND (II) REVSTONE'S SOLICITATION PROCEDURES MOTION**

Boston Finance Group, LLC ("**BFG**"), by and through its undersigned counsel, hereby files this objection (the "**Objection**") and joinder to the Objection of the Official Committee of Unsecured Creditors of Revstone Industries, LLC (the "**Committee Objection**") to the Motion of Revstone Industries, LLC ("**Revstone**" or the "**Debtor**") For An Order (I) Approving The Disclosure Statement; (II) Scheduling Confirmation Hearing; (III) Approving Form And Manner Of Notice Of Confirmation Hearing; (IV) Establishing Procedures For Solicitation And Tabulation Of Votes To Accept Or Reject Plan, Including (A) Approving Form And Content Of Solicitation Package; (B) Establishing Record Date And Approving Procedures For Distribution Of Solicitation Packages; (C) Approving Forms Of Ballots; (D) Establishing Voting Deadline For Receipt Of Ballots And (E) Approving Procedures For Vote Tabulations; (V) Establishing Deadline And Procedures For Filing Objections To Confirmation Of Plan And (VI) Granting

---

[1] The debtors in these Chapter 11 cases and the last four digits of each debtor's federal tax identification numbers are as follows: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the each of the debtors' headquarters and the service address is 2250 Thunderstick Dr., Suite 1203, Lexington, KY 40505.

EAST\57511458.4

Related Relief (the "**Disclosure Statement Motion**") and the Debtor Disclosure Statement (as defined below). In support of the Objection, BFG respectfully represents as follows:

## PRELIMINARY STATEMENT

Unwilling to cede control to the economic interest holders of Revstone after nearly 8 months of failing to deliver to creditors anywhere close to the 100% recovery they projected and promised, the Debtor, its Restructuring Committee, and their retained professionals filed the competing Debtor Revstone Plan and Debtor Disclosure Statement (as those terms are defined below) as a litigation tactic to continue their stranglehold on Revstone and its affiliated operations unless and until they receive the benefits of broad release and exculpation provisions and the full payment of professional fees and expenses, of conflicted professionals, that have on balance burdened, not benefited, the Revstone estate. Accordingly, for the reasons set forth below and in the Committee Objection, BFG requests that this Court not countenance such tactics or the unnecessary fees and expenses associated with Revstone pursuing a competing plan and deny approval of the Debtor Disclosure Statement.

## LIMITED BACKGROUND

1. On December 3, 2012, Revstone Industries, LLC ("**Revstone**") and Spara, LLC ("**Spara**") each filed voluntary petitions for relief under Chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). On January 7, 2013, ("**Greenwood**") and US Tool & Engineering, LLC ("**US Tool**," and collectively with Revstone, Spara and Greenwood, the "**Revstone Debtors**") each filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

2. On December 18, 2012, the United States Trustee appointed an Official Committee of Unsecured Creditors in the case of Revstone Industries (the "**Committee**"). No

official committee has been appointed in the cases of Spara, Greenwood or US Tool. No trustee or examiner has been appointed in any of the above-captioned Chapter 11 cases. BFG is a creditor of all of the Revstone Debtors.

3.  On July 8, 2013, the Committee filed its Disclosure Statement With Respect To Plan Of Reorganization Proposed By The Official Committee Of Unsecured Creditors Of Revstone Industries, LLC [Docket No.736] (the "**Committee Disclosure Statement**").

4.  On July 22, 2013, the Revstone Debtors' counsel filed their Disclosure Statement In Respect Of Chapter 11 Plan Of Reorganization For Revstone Industries, LLC [Docket No. 775] (the "**Debtor Disclosure Statement**"), along with the Disclosure Statement Motion. A hearing to consider approval of the Committee Disclosure Statement and the Debtor Disclosure Statement has been scheduled for August 21, 2013.

**OBJECTION**

5.  At bottom, the only true substantive differences between the plan of reorganization for Revstone proposed by the Committee (the "**Committee Revstone Plan**") and the plan of reorganization for Revstone proposed by the Debtor (the "**Debtor Revstone Plan**") are: (1) who controls the post-confirmation activities of the liquidating Revstone Debtor (the Committee or the current Revstone Chief Restructuring Officer); and (2) whether certain principals of the Revstone Debtors, the professionals of the Revstone Debtors and the Committee will be the beneficiaries of release and exculpation provisions. Fundamentally, therefore, the entire purpose of the Debtor Revstone Plan is to provide releases, exculpation and significant protection for the professionals retained by the Revstone Debtors, including special protections for the extensive professional fees incurred by the Revstone Debtors' professionals. That is not, however, a basis for this Court to permit competing plans to proceed. Indeed, it demonstrates

that the Debtor Revstone Plan may not be confirmed by this Court because it has not been proposed in good faith and is being pursued in breach of the principals' and professionals' fiduciary obligations.  See 11 U.S.C. § 1129(a)(3).

6. BFG further objects to the Debtor Disclosure Statement for the following reasons, as set forth in greater detail in the Committee Objection and incorporated herein by reference:

- The Debtor Revstone Plan is unconfirmable because it contains overly broad releases.

- The Debtor Revstone Plan impermissibly exculpates certain third parties, including the Revstone Debtors' professionals and the members of the Restructuring Committee of each of the Revstone Debtors.

- The Debtor Revstone Plan violates the absolute priority rule.

- The Debtor Revstone Plan improperly classifies the purported claim (the "**Wells Claim**") of Wells Fargo Capital Finance, LLC ("**Wells**") in a separate class because (i) Wells does not have a claim; (ii) the Wells Claim, to the extent one exists, is not impaired under the Debtor Revstone Plan, and (iii) there is no basis to separately classify the Wells Claim separate and apart from other secured claims.

- The Debtor Disclosure Statement contains inadequate disclosures.

7. Accordingly, BFG objects to approval of the Debtor Disclosure Statement and requests that the Court deny the Disclosure Statement Motion.

## RESERVATION OF RIGHTS

8. BFG expressly reserves, and does not waive, its right to amend, modify or supplement the Objection and raise additional arguments at any hearing to consider the Debtor Disclosure Statement and the Disclosure Statement Motion.  Further, BFG expressly reserves its rights to object to confirmation of the Debtor Revstone Plan on any grounds that governing law permits, including but not limited to the grounds highlighted above.

## CONCLUSION

WHEREFORE, Boston Finance Group, LLC respectfully requests, in light of the Objection and the Committee Objection, that this Court deny the Disclosure Statement Motion, deny approval of the Debtor Disclosure Statement and grant such other and further relief as this Court deems just and proper.

Dated: August 19, 2013
       Wilmington, Delaware

/s/ Gregg M. Galardi
Stuart M. Brown (DE 4050)
**DLA PIPER LLP (US)**
919 N. Market Street, 15th Floor
Wilmington, DE 19801
Telephone: (302) 468-5700
Facsimile: (302) 394-2341
Email: stuart.brown@dlapiper.com

-and-

Gregg M. Galardi (DE 2991; NY 4535506)
Sarah E. Castle (NY 4932240)
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020-1104
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
Email: gregg.galardi@dlapiper.com
       sarah.castle@dlapiper.com

*Counsel to Boston Finance Group, LLC*