IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REVSTONE INDUSTRIES, LLC, et al.,[1] | ) | Case No. 12-13262 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

STAFFING REPORT BY
HURON CONSULTING SERVICES LLC
FOR THE PERIOD JULY 1, 2013 THROUGH JULY 31, 2013

In accordance with the Order[2] Authorizing the Debtors to Employ and Retain Huron Consulting Services LLC to Provide a Chief Restructuring Officer and Additional Personnel for the Debtors *nunc pro tunc* to January 17, 2013, as entered on March 21, 2013 (the "Retention Order"), HCG hereby files its staffing report (the "Staffing Report") for the period of July 1, 2013 through July 31, 2013 (the "Staffing Period"), and in support of such report respectfully represents:

1. Pursuant HCG's engagement letter with the Debtors, dated January 17, 2013 (the "Engagement Letter"), as modified by the Retention Order, HCG was retained by the Debtors to provide (i) John C. DiDonato as Chief Restructuring Officer of the Debtors, (ii) Laura Marcero as Deputy Chief Restructuring Officer, (iii) John Owens ("Mr. Owens") as Executive Vice President and Treasurer, (iv) James M. Lukenda as Deputy Chief Restructuring Officer, (v) Brian Linscott as Chief Financial Officer, (vi) Geoffrey Frankel as Vice President, and (vii) John A. Hemingway as Assistant Treasurer.

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is 2250 Thunderstick Dr., Suite 1203, Lexington, KY 40505.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Retention Order.

2.  Pursuant to Engagement Letter, as modified by the Retention Order, HCG has agreed to provide additional personnel (the "Additional Personnel") to provide restructuring support to the Debtors. The list of Additional Personnel, their rates and other information is set forth in this Staffing Report.

3.  Pursuant to the Retention Order, HCG shall file with the Court and serve on the Notice Parties monthly Staffing Reports. The Staffing Report must include the names and functions of the individuals assigned to provide services to the Debtors. All staffing is subject to review by the Court in the event an objection is filed.

4.  The Retention Order further provides that in the event the Debtors seek to have HCG personnel assume executive officer positions that are different than the positions disclosed in the Application, or HCG' engagement by the Debtor materially changes, HCG shall disclose such additional positions and/or material changes in function or scope in its monthly Staffing Report.

5.  Attached as **Exhibit A** is a summary of temporary and full-time professionals engaged by HCG in connection with this case during the Staffing Period, along with their respective functions.

Dated:  New York, NY
        August 21, 2013

HURON CONSULTING GROUP

By: _____
    James M. Lukenda, CIRA
    Managing Director

# EXHIBIT A

**Staffing Report**

Revstone Industries, *et al.*
Huron Consulting Group
Staffing Report
July 1, 2013 through July 31, 2013

| | | Hourly Rate | Hours 7/1/13 to 7/31/13 |
|---|---|---|---|
| **Office of the Chief Restructuring Officer** | | | |
| John DiDonato | CRO | $ 750.00 | 258.8 |
| John DiDonatoT | Travel Time | $ 375.00 | 0.0 |
| James Lukenda | Deputy CRO | $ 725.00 | 160.8 |
| James LukendaT | Travel Time | $ 362.50 | 1.5 |
| Laura Marcero | Deputy CRO | $ 700.00 | 164.0 |
| Brian Linscott | Interim CFO | $ 700.00 | 225.0 |
| Brian LinscottT | Travel Time | $ 350.00 | 12.0 |
| John Owens | Treasurer | $ 565.00 | 180.8 |
| John OwensT | Travel Time | $ 282.50 | 26.0 |
| John A. Hemingway | Assistant Treasurer | $ 550.00 | 154.1 |
| John A. HemingwayT | Travel Time | $ 275.00 | 20.0 |
| Geoffrey Frankel | VP, Asset Dispositions | $ 725.00 | 119.0 |
| | | | 1,321.9 |
| **Additional Personnel** | | | |
| Financial Team | | | |
| David Bitterman | Capital Raising | $ 700.00 | 0.0 |
| David BittermanT | Travel time | $ 350.00 | 0.0 |
| Matthew Brinkmann | Financial Analysis | $ 235.00 | 0.0 |
| Brian Buebel | Financial Analysis | $ 620.00 | 0.0 |
| Sanford Edlein | Financial Analysis | $ 710.00 | 0.0 |
| Matthew J. Fisher | Financial Analysis | $ 565.00 | 162.9 |
| Matthew J. FisherT | Travel time | $ 282.50 | 18.0 |
| Peter Gnatowski | Financial Analysis | $ 350.00 | 0.0 |
| Jason D. Kirshner | Financial Analysis | $ 350.00 | 53.5 |
| Jason D. KirshnerT | Travel Time | $ 175.00 | 0.0 |
| Alexandra Mahnken | Financial Analysis | $ 620.00 | 102.4 |
| Alexandra MahnkenT | Travel Time | $ 310.00 | 0.0 |
| Benjamin V. Smith | Financial Analysis | $ 565.00 | 0.0 |
| Benjamin V. SmithT | Travel time | $ 282.50 | 0.0 |
| Chris Michael Maier | Financial Analysis | $ 350.00 | 41.0 |
| Soo Kim Romanoff | Financial Analysis | $ 600.00 | 0.0 |
| Soo Kim RomanoffT | Travel time | $ 300.00 | 0.0 |
| Michael Scannella | Financial Analysis | $ 420.00 | 146.3 |
| Michael ScannellaT | Travel time | $ 210.00 | 0.0 |
| Agatha Serda | Financial Analysis | $ 535.00 | 220.7 |
| Agatha SerdaT | Financial Analysis | $ 267.50 | 0.0 |
| Kenneth R. Fontaine | Financial Analysis | $ 350.00 | 0.0 |
| Lawrence Fox | Financial Analysis | $ 565.00 | 0.0 |
| Breann Shrock-Kueber | Financial Analysis | $ 250.00 | 152.3 |
| Thomas Stiska | Financial Analysis | $ 550.00 | 0.0 |
| | | | 896.9 |
| **Total** | | | **2,218.80** |

Note:
1. Includes time for travel billed at 50% of standard rates.