**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Revstone Industries, LLC, <u>et al.</u>,[1] | : | Case No. 12-13262 (BLS) |
| Debtors. | : | **Related Docket No. 962** |
| In re: | : | Chapter 11 |
| Metavation, LLC, | : | Case No. 13-11831 (BLS) |
| Debtor. | : | **Related Docket No. 184** |

**NOTICE OF APPEAL OF FINAL ORDER PURSUANT TO SECTIONS 105, 362 & 363 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 (A) APPROVING AUTOMOTIVE SALE TRANSACTIONS SUPPORT AGREEMENT AND (B) MODIFYING THE AUTOMATIC STAY**

The Official Committee of Unsecured Creditors of Revstone Industries, LLC, by and through its undersigned counsel, hereby appeals to the United States District Court for the District of Delaware under 28 U.S.C. § 158(a)(1), Rule 8001(a) of the Federal Rules of Bankruptcy Procedure, and Rule 8001-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, that certain Order Pursuant to Sections 105, 362 & 363 of the Bankruptcy Code and Bankruptcy Rule

---

[1] The debtors in these chapter 11 bankruptcy cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is 2250 Thunderstick Dr., Suite 1203, Lexington, KY 40505.

9019 (A) Approving Automotive Sale Transactions Support Agreement and (B) Modifying the Automatic Stay (Revstone Docket No. 962) (Metavation Docket No. 184) (the "Customer Support Order") entered by the Honorable Brendan L. Shannon of the United States Bankruptcy Court for the District of Delaware on August 22, 2013.[2]

The names of all parties to the Customer Support Agreement Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| **Party** | **Counsel** |
| --- | --- |
| The Official Committee of Unsecured Creditors of Revstone Industries, LLC | Mark L. Desgrosseilliers<br>Matthew P. Ward<br>Ericka F. Johnson<br>Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>(302) 252-4320 |
| Revstone Industries, LLC and Metavation, LLC, as Debtors and Debtors in Possession | Laura Davis Jones<br>David M. Bertenthal<br>Timothy P. Cairns<br>Colin R. Robinson<br>Pachulski Stang Ziehl & Jones, LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>(302) 652-4100 |

---

2   The Customer Support Agreement Order was docketed on August 23, 2013.

Dated: August 23, 2013

/s/  Mark. L. Desgrosseilliers
Mark L. Desgrosseilliers (Del. Bar No. 4083)
Matthew P. Ward (Del. Bar No. 4471)
Ericka F. Johnson (Del. Bar No. 5024)
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Ste. 1501
Wilmington, DE  19801
Telephone:  (302) 252-4320
Facsimile:  (302) 661-7738
E-mail: mdesgrosseilliers@wcsr.com
E-mail: maward@wcsr.com
E-mail: erjohnson@wcsr.com

Counsel for the Official Committee of Unsecured Creditors of Revstone Industries, LLC