THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REVSTONE INDUSTRIES, LLC, et al.,[1] | ) | Case No. 12-13262 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**NOTICE OF AGENDA FOR HEARING ON MATTERS
SCHEDULED FOR AUGUST 28, 2013 AT 9:00 A.M. BEFORE
THE HONORABLE BRENDAN L. SHANNON AT THE
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF
DELAWARE, LOCATED AT 824 MARKET STREET, 6th FLOOR,
COURTROOM NO. 1, WILMINGTON, DELAWARE 19801[2]**

**CONTESTED MATTERS:**

1. The Official Committee of Unsecured Creditors' Motion for Order (A) Approving Disclosure Statement; (B) Fixing Voting Record Date; (C) Approving Solicitation and Voting Procedures with Respect to the Plan of Reorganization of the Official Committee of Unsecured Creditors of Revstone Industries, LLC Under Chapter 11 of the Bankruptcy Code; (D) Approving Form of Solicitation Package and Notices; and (E) Scheduling Certain Dates in Connection Therewith (Filed 7/8/13) [Docket No. 737].

   Objection Deadline:   August 14, 2013 at 4:00 p.m. Extended to August 18, 2013 at 12:00 Noon with respect to the Debtors and BFG.

   Response(s):

   A. Debtor's Objection to (I) Disclosure Statement with Respect to Plan of Reorganization of the Official Committee of Unsecured Creditors of Revstone Industries, LLC; and (II) Motion Seeking an Order Approving the same (Filed 8/18/13) [Docket No. 922].

   B. Objection of Hillsdale Hourly Pension Plan and Hillsdale Salaried Pension Plan to Revstone's Motion for an Order Approving the Disclosure Statement (Filed 8/19/13) [Docket No. 937].

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is 2250 Thunderstick Dr., Suite 1203, Lexington, KY 40505.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than thirty minutes prior to the hearing.

Related Document(s):

A. Disclosure Statement with Respect to Plan of Reorganization of the Official Committee of Unsecured Creditors of Revstone Industries, LLC [including the Plan of Reorganization of the Official Committee of Unsecured Creditors of Revstone Industries, LLC, attached as Appendix A thereto] (Filed 7/8/13) [Docket No. 736].

B. Notice of (I) Filing of Disclosure Statement and Solicitation Procedures Motion and Deadline and Procedures for Filing Objections Thereto and (II) Hearing on Disclosure Statement (Filed 7/15/13) [Docket No. 755].

Status: The hearing on this matter will be going forward.

2. Debtors' Motion for an Order (I) Approving the Disclosure Statement; (II) Scheduling Confirmation Hearing; (III) Approving Form and Manner of Notice of Confirmation Hearing; (IV) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plan, Including (A) Approving Form and Content of Solicitation Package; (B) Establishing Record Date and Approving Procedures for Distribution of Solicitation Package; (C) Approving Forms of Ballots; (D) Establishing Voting Deadline for Receipt of Ballots and (E) Approving Procedures for Vote Tabulations; (V) Establishing Deadline and Procedures for Filing Objections to Confirmation of Plan; and (VI) Granting Related Relief (Filed 7/22/13) [Docket No. 780].

Objection Deadline:   August 19, 2013 at 4:00 p.m.

Response(s):

A. Objection of the Secretary of Labor to Debtor's Motion for Order Approving Disclosure Statement (Filed 8/19/13) [Docket No. 934].

B. Objection of Hillsdale Hourly Pension Plan and Hillsdale Salaried Pension Plan to Revstone's Motion for an Order Approving the Disclosure Statement (Filed 8/19/13) [Docket No. 937].

C. Objection of the Official Committee of Unsecured Creditors to (I) Disclosure Statement in Respect of Chapter 11 Plan of Reorganization of Revstone Industries, LLC and (II) Revstone's Solicitation Procedures Motion (Filed 8/19/13) [Docket No. 939].

D. Joinder of the Pension Benefit Guraranty Corporation to the Objection of the Official Committee of Unsecured Creditors of Revstone Industries, LLC to (I) Disclosure Statement in Respect of Chapter 11 Plan of Reorganization of Revstone Industries, LLC and (II) Revstone's Solicitation Procedures Motion (Filed 8/19/13) [Docket No. 940].

E.  Objection of Boston Finance Group, LLC and Joinder to the Objection of the Official Committee of Unsecured Creditors to (I) Disclosure Statement in Respect of Chapter 11 Plan of Reorganization of Revstone Industries, LLC and (II) Revstone's Solicitation Procedures Motion (Filed 8/19/13) [Docket No. 941].

Related Document(s):

A.  Chapter 11 Plan of Reorganization for Revstone Industries, LLC (Filed 7/22/13) [Docket No. 774].

B.  Disclosure Statement in Respect of Chapter 11 Plan of Reorganization for Revstone Industries, LLC (Filed 7/22/13) [Docket No. 775].

C.  Notice of Hearing to Consider Approval of Disclosure Statement in Respect of Chapter 11 Plan of Reorganization for Revstone Industries, LLC (Filed 7/22/13) [Docket No. 776].

D.  First Amended Chapter 11 Plan of Reorganization for Revstone Industries, LLC (Filed 8/20/13) [Docket No. 949].

E.  Notice of Filing of Blackline First Amended Chapter 11 Plan of Reorganization for Revstone Industries, LLC (Filed 8/20/13) [Docket No. 950].

Status: The hearing on this matter will be going forward.

3.  Motion of Official Committee of Unsecured Creditors for Authorization to Prosecute Certain Claims on Behalf of Revstone's Estate (Filed 8/2/13) [Revstone Docket No. 888; Metavation Docket No. 91].

    Objection Deadline: August 14, 2013 at 4:00 p.m. Extended to August 18, 2013 at 12:00 Noon with respect to the Debtor and BFG.

    Response(s):

    A.  Debtors' Objection to Motion of Official Committee of Unsecured Creditors for Authorization to Prosecute Certain Claims on Behalf of Revstone's Estate (Filed 8/18/13) [Revstone Docket No. 924; Metavation Docket No. 150].

    Related Document(s):

    A.  Emergency Motion of Official Committee of Unsecured Creditors for Authorization to Prosecute Certain Claims on Behalf of Revstone's Estate (Filed 7/29/13) [Revstone Docket No. 837; Metavation Docket No. 63].

3

B. Motion of the Official Committee of Unsecured Creditors for Expedited Hearing and Shortened Notice Regarding Motion of Official Committee of Unsecured Creditors for Authorization to Prosecute Certain Claims on Behalf of Revstone's Estate (Filed 7/29/13) [Revstone Docket No. 838; Metavation Docket No. 64].

C. Objection to Motion of Official Committee of Unsecured Creditors for Expedited Hearing and Shortened Notice Regarding Committee's Motion for Authorization to Prosecute Certain Claims on Behalf of Revstone's Estate (Filed 7/30/13) [Revstone Docket No. 842; Metavation Docket No. 66].

D. Order Denying Motion to Shorten (Entered 7/30/13) [Revstone Docket No. 844; Metavation Docket No. 68].

Status: This matter is going forward.

Dated: August 26, 2013

PACHULSKI STANG ZIEHL & JONES LLP

/s/ _____
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
        dbertenthal@pszjlaw.com
        tcairns@pszjlaw.com

Counsel to the Debtors and Debtors in Possession