IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REVSTONE INDUSTRIES, LLC, et al.,[1] | ) | Case No. 12-13262 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF SERVICE OF DEBTORS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO BOSTON FINANCE GROUP, LLC REGARDING APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**PLEASE TAKE NOTICE** that on September 17, 2013, debtors and debtors-in-possession Revstone Industries, LLC, Spara, LLC, Greenwood Forgings, LLC, and US Tool & Engineering, LLC (collectively, the "Debtors") served the *Debtors' First Request for Production of Documents to Boston Finance Group, LLC Regarding Applications for Allowance of Administrative Expenses* upon the following individual(s) in the manner indicated:

| **Hand Delivery** | **First Class Mail** |
|---|---|
| (Counsel to Boston Finance Group, LLC) | (Counsel to Boston Finance Group, LLC) |
| Stuart M. Brown, Esquire | Gregg M. Galardi, Esquire |
| R. Craig Martin, Esquire | Gabriella Zborovsky, Esquire |
| DLA Piper LLP (US) | DLA Piper LLP (US) |
| 919 N. Market Street, 15th Floor | 1251 Avenue of the Americas, 27th Floor |
| Wilmington, DE 19801 | New York, NY 10020 |

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is 2250 Thunderstick Dr., Suite 1203, Lexington, KY 40505.

| | |
|---|---|
| Dated: September 17, 2013 | PACHULSKI STANG ZIEHL & JONES LLP |

*/s/ Colin R. Robinson*

Laura Davis Jones (Bar No. 2436)
Alan J. Kornfeld (CA Bar No. 130063)
Timothy P. Cairns (Bar No. 4228)
Colin R. Robinson (Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:  ljones@pszjlaw.com
          akornfeld@pszjlaw.com
          tcairns@pszjlaw.com

Counsel for Debtors and Debtors in Possession