IN THE UNITED STATE BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| REVSTONE INDUSTRIES, LLC, <u>et</u> <u>al</u>.,  [1] | Case No. 12-13262 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Related D.I. 497, 622** |
| | Objection Deadline: January 23, 2014 @ 4:00p.m. EST<br>Hearing: January 30, 2014 @10:00a.m. EST |

**MOTION OF WERB & SULLIVAN TO COMPEL DEBTOR TO COMPLY WITH THIS COURT'S ORDER DATED MAY 28, 2013 APPROVING THE PAYMENT OF PROFESSIONAL FEES [D.I. No. 622] AND TO COMPEL IMMEDIATE <u>PAYMENT PURSUANT TO SAID ORDER</u>**

NOW COMES, Werb & Sullivan a legal professional retained to represent Greenwood Forgings LLC (the "Debtor") in its Chapter 11 case and in support thereof states as follows:

1. Werb & Sullivan was retained by the Debtor to represent it in connection with its Chapter 11 petition on or about January 4, 2013. The retention was done on an emergency basis with the anticipation that Debtor would immediately obtain another law firm that would be substituting in for Werb & Sullivan and with the understanding that the Debtor had just met its payroll obligations and would not be facing any payroll period for another two weeks.

2. Werb & Sullivan worked in conjunction with the law firm of Gellert Scali Busenkell & Brown, LLC and filed the Debtor's petition for relief under Chapter 11 of the Bankruptcy Code on January 7, 2013.

---

[1] The Debtor's in these Chapter 11 Cases and the last four digits of each Debtor's federal tax identification number are: Revstone Industries, LLS (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtor's headquarters and the service address for each of the Debtors is 2250 Thunderstick Dr., Suite 1203, Lexington, KY 40505.

3. Debtors were not able to retain substituted counsel for approximately 4 weeks. Accordingly, Werb & Sullivan was not able to withdraw as counsel to the Debtor until January 29, 2013 and the Debtor faced payroll obligations every week as opposed to every two weeks as Werb & Sullivan had been advised. Additionally, Werb & Sullivan dealt with the secured lender and numerous other important pressing issues during the month after the first day motions as more fully described in Werb & Sullivan's fee application. Accordingly, Werb & Sullivan ended up doing much more than it anticipated or than was originally requested by Debtor during the month of January of 2013 in connection with its representation of the Debtor.

4. On or about March 5, 2013, Werb & Sullivan filed its application to be retained nunc pro tunc January 7, 2013.

5. On or about April 17, 2013, this Court approved Werb & Sullivan's retention nunc pro tunc to January 7, 2013 ("Retention Order"). A copy of the Retention Order is attached as Exhibit A.

6. On or about and April 25, 2013, Werb & Sullivan filed its First Monthly Fee Application for services rendered between the dates of January 7, 2013 and through April 17, 2013.

7. On May 28, 2013, the Court entered its Order approving Werb & Sullivan's First Monthly Fee Application and directed the Debtor pay Werb & Sullivan 80% of the fees in the amount of $93,214.40 and 100% of the expenses in the amount of $3,643.08 for a total amount of $96,857.48 ("Fee Award Order"). A copy of the Fee Award Order is attached hereto as Exhibit B.

8. The Court Appointed Fee Examiner has reviewed Werb & Sullivan's Final Fee Application and while the Fee Examiner has raised some routine questions regarding Werb &

Sullivan's fee applications, the totality of issues that the Fee Examiner and Werb & Sullivan are discussing would not result in a reduction of fees beyond the twenty percent that the Debtor was authorized to retain in the May 28, 2013 Fee Award Order. [2]

9.      Werb & Sullivan is not aware of any other reason as to why the Debtor has failed to tender to Werb & Sullivan the $96,857.48 that the Court directed the Debtor to pay more than six months ago.

WHEREFORE, Werb & Sullivan requests that the Court issue an order directing the Debtor to immediately pay to Werb & Sullivan 80% of the fees in the amount of $93,214.40 and 100% of the expenses in the amount of $3,643.08 for a total amount of $96,857.48 and provide Werb & Sullivan such other relief as is just and proper.

Dated: January 10, 2014                         WERB & SULLIVAN
Wilmington, Delaware

/s/ *Duane D. Werb*
Duane D. Werb (No. 1042)
300 Delaware Avenue, Suite 1300
Wilmington, DE 19801
Telephone:  (302) 652-1100
Fax:  (302) 652-1111
dwerb@werbsullivan.com

---

[2] Werb & Sullivan has called Debtor's Counsel on a regular monthly basis for approximately the last 6 months. Werb & Sullivan, a small firm, has been waiting for more than a year for payment since its work was performed, and approximately a year since the Fee Award Order was entered by this Court.