# EXHIBIT A

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re

GREENWOOD FORGINGS, LLC[1]

Debtor.

Chapter 11

Case No.: 13-10027 (BLS)

Ref No. 315

## ORDER PURSUANT TO 11 U.S.C §§ 327 (A), 328, AND 1107 (B); RULE 2014 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE; AND RULE 2014-1 OF THE LOCAL RULES FOR THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE AUTHORIZING THE EMPLOYMENT OF WERB & SULLIVAN AS TEMPORARY BANKRUPTCY COUNSEL FOR THE DEBTOR *NUNC PRO TUNC* TO THE PETITION DATE UNTIL SUBSTITUTION OF COUNSEL

Upon the Application of Werb & Sullivan seeking the entry of an order authorizing the retention and employment of Werb & Sullivan as Debtor's temporary bankruptcy counsel *nunc pro tunc* to the Petition Date[2] until substitution of counsel and Werb & Sullivan's work is complete pursuant to 11 U.S.C. §§ 327(a) and 328, Fed. R. Bankr. P. 2014 and Del. Bankr. L.R. 2014-1 (the "Application"), as more fully set forth in the Application; and the Court having jurisdiction to consider the Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and the Court having determined that sufficient and proper notice has been given under the circumstances and it appearing that no other or further notice need be given; and the Court having considered the Application and the Declaration of Duane D. Werb (the "Werb Declaration") in support of the Application; and after due deliberation and sufficient cause appearing therefor; it is hereby

---

[1] The last four digits of the Debtor's federal tax identification number are 9285. The Debtor's mailing address is 2250 Thunderstick Dr., Ste. 1203, Lexington, Kentucky 40505.

[2] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Application.

FOUND THAT:

A.  Werb & Sullivan does not have or represent any interest materially adverse to the interests of the Debtor or the Debtor's estate or any other party-in-interest in this Chapter 11 case.

B.  Werb & Sullivan is a "disinterested person" as that term is defined in Bankruptcy Code section 101(14).

C.  The limited retention and employment of Werb & Sullivan as the Debtor's temporary bankruptcy counsel, until substitution of counsel and Werb & Sullivan's work is complete, in connection with this case is necessary and in the best interest of the Debtor, the Debtor's estate, and its creditors.

D.  The terms of the limited services to be rendered by Werb & Sullivan as set forth in the Application and the Werb Declaration are reasonable terms of limited employment for purposes of Bankruptcy Code sections 327(a) and 328; and it is hereby

ORDERED that the Application is approved; and it is further

ORDERED that, pursuant to Bankruptcy Code section 327 (a), the Debtor is authorized to employ and retain Werb & Sullivan as the Debtor's limited bankruptcy counsel *nunc pro tunc* to January 7, 2013; on the terms set forth in the Application, the Werb Declaration, and in accordance with 11 U.S.C. §§ 327(a), 328 and Fed. R. Bankr. P. 2014; and it is further

ORDERED that Werb & Sullivan shall be permitted to file fee applications and be compensated for its services from the Petition Date to the January 29, 2013 substitution of counsel and Werb & Sullivan's completion of work in accordance with Bankruptcy Code sections 330 and 331, the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and such other procedures as may be fixed by order of this Court; and it is further

ORDERED that this Court shall retain jurisdiction over all matters related to the implementation of this Order.

Dated: ~~March~~ April 17, 2013
Wilmington, Delaware

The Honorable Brendan L. Shannon
United States Bankruptcy Judge