IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REVSTONE INDUSTRIES, LLC, et al.,[1] | ) | Case No. 12-13262 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____ | ) | **Related to Docket No. 601** |

**Objection Deadline: January 23, 2014 at 4:00 p.m. EST**
**Hearing: January 30, 2014 at 10:00 a.m. EST**

**MOTION OF GELLERT SCALI BUSENKELL & BROWN, LLC TO COMPEL
DEBTOR TO COMPLY WITH ORDER DATED MAY 22, 2013 APPROVING
THE PAYMENT OF PROFESSIONAL FEES [D.I. No. 601]
AND TO COMPEL PAYMENT OF SAID FEES**

NOW COMES, Gellert Scali Busenkell & Brown, LLC ("GSBB") a legal professional retained to represent Greenwood Forgings LLC (the "Debtor") in its Chapter 11 case and in support thereof states as follows:

1.    GSBB was retained by the Debtor to represent it in connection with its Chapter 11 petition on or about January 4, 2013.  The retention was done on an emergency basis with the anticipation that another law firm would be substituting in for GSBB imminently and with the understanding that the Debtor had just met its payroll obligations and would not be facing any payroll period for another two weeks.

2.    GSBB worked in conjunction with the law firm of Werb & Sullivan and filed the Debtor's petition for relief under Chapter 11 of the Bankruptcy Code on January 7, 2013.

3.    GSBB was not able to withdrawal as counsel to the Debtor until January 29, 2013 and the Debtor faced payroll obligations every week as opposed to every two weeks as GSBB

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are" Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450).  The location of the Debtors' headquarters and the service address for each of the Debtors is 2250 Thunderstick Dr., Suite 1203, Lexington, KY 40505.

had been advised.  Accordingly, GSBB ended up doing much more that it anticipated during the month of January of 2013 in connection with its representation of the Debtor.

4.      On or about March 5, 2013, GSBB filed its application to be retained nunc pro tunc January 7, 2013.

5.      This Court approved GSBB's retention nunc pro tunc to January 7, 2013.

6.      On or about and April 24, 2013, GSBB filed its first monthly fee application for services rendered between the dates of January 7, 2013 and through April 24, 2013.

7.      On May 21, 2013, the Court entered its Order approving GSBB's First Monthly Fee Application and directed the Debtor pay GSBB 80% of the fees in that its application of $36,100.00.  A copy of the Order is attached hereto as Exhibit A.

8.      A Fee Examiner has reviewed GSBB's Final Fee Application and while the Fee Examiner has raised some questions regarding GSBB's fee applications, the totality of issues that Fee Examiner and GSBB are discussing would not result in a reduction of fees beyond the twenty percent that the Debtor was authorized to retain in the May 21, 2013 order.

9.      GSBB is not aware of any other reason as to why the Debtor has failed to tender to GSBB the $36,100.00 that the Court directed the Debtor to pay more than six months ago.

WHEREFORE, GSBB requests that the Court issue an order directing the Debtor to immediately pay to GSBB the sum of $36,100.00 and provide GSBB such other relief as is just and proper.

Dated January 10, 2014

GELLERT SCALI BUSENKELL & BROWN LLC

/s/ Charles J. Brown, III
Charles J. Brown, III (No. 3368)
913 N. Market Street, 10th Floor
Wilmington, DE 19801
T: 302.425.5813/ F: 302.425.5814
cbrown@gsbblaw.com