UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| REVSTONE INDUSTRIES, LLC, et al.,[1] | Case No. 12-13262 (BLS) |
| Debtors. | Jointly Administered |

FEE EXAMINER'S FINAL REPORT
REGARDING THE FIRST APPLICATION OF
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

Stuart Maue (the "Fee Examiner") submits this Preliminary Report pursuant to the *Order Appointing Fee Examiner and Establishing Related Procedures for Compensation and Reimbursement of Expenses for Professionals and Consideration of Fee Applications* [Docket No. 1122] (the "Fee Examiner Order") in connection with the *First Application of the Official Committee of Unsecured Creditors for Reimbursement of Expenses Incurred By Committee Member for the Period of December 2012* (Docket No. 1061) (the "Application"). The Application seeks reimbursement of expenses that total $1,089.04 for the period December 1, 2012 through December 31, 2012.

## Background

1. The Court entered an order on October 22, 2013, appointing Stuart Maue as the Fee Examiner, *nunc pro tunc* to December 3, 2012 (the "Fee Examiner Order") (Docket No. 1122). Applications filed with the Court starting December 3, 2012, which were filed in the Debtors jointly administered cases, as well as the fee applications filed in the separately administered Metavation case are subject to the Fee Examiner Order.

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is 2250 Thunderstick Dr., Suite 1203, Lexington, KY 40505.

2.  Stuart Maue reviewed the Official Committee of Unsecured Creditors' (the "UCC") Application, including each of the expense items and the backup documentation for each item that was requested in the Application, for compliance with 11 U.S.C. § 330, Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, as amended February 1, 2013 ("Local Rules"), the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, issued January 30, 1996 ("Guidelines"), and legal precedent established by the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.

3.  Stuart Maue discussed its preliminary findings with Womble Carlyle Sandridge & Rice, LLP, counsel for the Committee. As a result, Stuart Maue prepared this Final Report and submits the following findings and recommendations to the Court.

### Discussion of Findings

4.  **Reconciliation of Expenses.** The Fee Examiner compared the total amount of expenses requested in the Application ("**Expenses Requested**") to the expenses actually documented in the electronic and/or hard copy data ("**Expenses Computed**"). The Fee Examiner identified no discrepancies between the Expenses Requested and the Expenses Computed.

### Review of Expenses

5.  **Itemization of Expenses.** The Local Rules provide that fee applications "shall contain an expense summary by category for the entire period of the request" and "shall itemize each expense within each category, including the date the expense was incurred, the charge and the individual incurring the charge, if available." Local Rule 2016-2(e)(i-ii). The UST

PRELIMINARY REPORT – PROVIDED ONLY TO THE FIRM

Guidelines further provide that expenses "must be actual and necessary and supported by documentation as appropriate" and that applicants should disclose "a detailed itemization of all expenses incurred, [a] description of expense (*e.g.*, type of travel, type of fare, rate, destination), [the] method of computation, and, where relevant, name of the person incurring the expense and purpose of the expense. Itemized expenses should be identified by their nature (*e.g.*, long distance telephone, copy costs, messengers, computer research, airline travel, etc.) and by the month incurred." UST Guidelines, ¶ (b)(5)(iii). The Application provided itemized detail and supporting documentation for the expenses requested. The Fee Examiner found no objectionable expense items.

## Conclusion

Stuart Maue submits this final report regarding the UCC's Application and the expenses discussed above. The Fee Examiner recommends approval and reimbursement of expenses in the amount of $1,089.04 incurred during the period from December 1, 2012 through December 31, 2012.

Respectfully submitted,

**STUART MAUE**

By: _____
John F. Theil, Esq.
3840 McKelvey Road
St. Louis, Missouri 63044
Telephone: (314) 291-3030
Facsimile: (314) 291-6546
j.theil@smmj.com

*Fee Examiner*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via CM/ECF on all registered parties and via First Class Mail, postage prepaid, to the following on the 10th day of January, 2014.

Jane Leamy, Esq.
Office of the United States Trustee
844 King street, Suite 2207
Wilmington, DE 19801
*(US Trustee)*

Laura Davis Jones
Timothy P. Cairns
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
*(Counsel to the Debtors)*

Steven K. Kortanek, Esq.
Mark L. Desgrosseilliers, Esq.
Matthew P. Ward, Esq.
Womble Carlyle, Sandridge and Rice, PLLC
222 Delaware Avenue
Wilmington, DE 19801
*(Counsel to the Official Committee of Unsecured Creditors)*

John DiDonato
Huron Consulting Services, LLC
550 W. Van Buren Street
Chicago, IL 60607

Samuel Star
Mark Laber
FTI Consulting, Inc.
Three Times Square
New York, NY 10036
*(Financal Advisors to the Official Committee of Unsecured Creditors of Revstone Industries, LLC.)*

James H.M. Sprayregen, P.C.
Ryan Preston Dahl
Jason B. Gott
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
*(Special Counsel to the Restructuring Committee)*

Dan Smith
Revstone Industries, LLC
2250 Thunderstick Dr., Suite 1203
Lexington, KY 40505

_____
John F. Theil, Esq.