**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| ) | |
| REVSTONE INDUSTRIES, LLC, *et al.*,[1] ) | Case No. 12-13262 (BLS) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | **Ref. D.I. 1250 and 1251** |
| ) | **Objection Deadline: January 23, 2014 at 4:00 p.m. EST** |
| ) | **Hearing Date: January 30, 2014 at 10:00 a.m. EST** |

**RESERVATION OF RIGHTS BY HILLSDALE HOURLY PENSION PLAN AND HILLSDALE SALARIED PENSION PLAN TO (A) THE MOTION OF WERB & SULLIVAN TO COMPEL DEBTOR TO COMPLY WITH THIS COURT'S ORDER DATED MAY 28, 2013 APPROVING PAYMENT OF PROFESSIONAL FEES AND TO COMPEL IMMEDIATE PAYMENT PURSUANT TO SAID ORDER AND (B) THE MOTION OF GELLERT SCALI BUSENKELL & BROWNN, LLC TO COMPEL DEBTOR TO COMPLY WITH THIS COURT'S ORDER DATED MAY 28, 2013 APPROVING PAYMENT OF PROFESSIONAL FEES AND TO COMPEL IMMEDIATE PAYMENT PURSUANT TO SAID ORDER**

Hillsdale Hourly Pension Plan and Hillsdale Salaried Pension Plan (collectively, the "**Plans**") submit this Reservation of Rights in response to (A) the *Motion of Werb & Sullivan to Compel Debtor to Comply With This Court's Order Dated May 28, 2013 Approving Payment of Professional Fees and to Compel Immediate Payment Pursuant to Said Order* [D.I. 1250] and (B) the *Motion of Gellert Scali Busenkell & Brown, LLC to Compel Debtor to Comply with This Court's Order Dated May 28, 2013 Approving Payment of Professional Fees and to Compel Immediate Payment Pursuant To Said Order* [D.I. 1251] (collectively, the "**Motions to Compel**").

---

[1] The Debtors in these chapter 11 cases are: Revstone Industries, LLC ("**Revstone**"), Spara, LLC ("**Spara**"), Greenwood Forgings, LLC ("**Greenwood**"), and U.S. Tool & Engineering, LLC ("**U.S. Tool**") (collectively, the "**Debtors**").

**RESERVATION OF RIGHTS**

1. Revstone and Spara filed petitions for relief under Chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") on December 3, 2012. On January 7, 2013, Greenwood and U.S. Tool also filed Chapter 11 petitions in this Court. On February 6, 2013 the Court entered an *Order Authorizing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only* [D.I. 173]. The cases are now jointly administered.

2. On January 1, 2014, Werb & Sullivan and Gellert Scali Busenkell & Brown, LLC (collectively, the "**Movants**") filed the Motions to Compel, seeking payment of fees for legal services rendered to Greenwood in January 2013.

3. In their *Motion to Vacate or Amend the Interim Cash Collateral Orders* [D.I. 599], the Plans alleged that they hold security interests in inventory and accounts receivable of Greenwood (and the cash proceeds thereof) (the "**Disputed Funds**"). *See also* D.I. 595 and 596. Pursuant to negotiations and agreements between Greenwood, the Plans, and Boston Financial Group, LLC related to the sale of Greenwood's assets, Greenwood set aside the Disputed Funds pending final resolution of claims to the Disputed Funds. *See Order (A) Approving Asset Purchase Agreement and Authorizing the Sale of Assets Outside the Ordinary Course of Business, (B) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests Pursuant to Sections 363(b), (f) And (m) of the Bankruptcy Code, and (C) Granting Related Relief* ¶ 22 [D.I. 634]. In addition to the Disputed Funds, Greenwood possesses other, unencumbered funds.

4. If, and to the extent that, the relief requested by the Movants is granted, whether by Court order or settlement between the parties, any fees paid to Movants can and should be paid from unencumbered funds of Greenwood, and not from the putative collateral of the Plans.

Accordingly, the Plans reserve all rights with respect to the Motions to Compel, including but not limited to the right to raise any and all objections or supporting arguments at the hearing with respect to the Motions to Compel.

Date: January 23, 2014
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR LLP

*/s/      Kenneth J. Enos*
Joel A. Waite (No. 2925)
Kenneth J. Enos (No. 4544)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jwaite@ycst.com
Email: kenos@ycst.com

-AND-

Dennis J. Connolly, Esq.
*(admitted pro hac vice)*
Kevin M. Hembree, Esq.
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
Email: dennis.connolly@alston.com
Email: kevin.hembree@alston.com

*Counsel to Hillsdale Hourly Pension Plan, Hillsdale Salaried Pension Plan, Revstone Castings Fairfield GMP Local 359 Pension Plan and Fourslides Inc. Pension Plan*