## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>REVSTONE INDUSTRIES, LLC, et al.[1]<br><br>Debtors. | Chapter 11<br>(Jointly Administered)<br><br>Case No. 12-13262 (BLS)<br><br>**Re: Docket Nos. 1167, 1195, 1203, 1226, 1263 and 1271** |

### RE-NOTICE OF DEPOSITION OF REPRESENTATIVE OF REVSTONE INDUSTRIES, LLC PURSUANT TO FEDERAL RULE 30(b)(6)

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and Rule 30(b)(6) of the

Federal Rules of Civil Procedure (the "Federal Rules"), made applicable herein by Rules 7026,

7030, and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the

Official Committee of Unsecured Creditors (the "Committee") of Revstone Industries, LLC

("Revstone"), by and through its undersigned counsel, will take the deposition upon oral

examination of such person or persons designated by Revstone in connection with the

Committee's Motion to (i) Appoint a Chapter 11 Trustee Pursuant to 11 U.S.C. Sections

1104(a)(1) and 1104(a)(2); or, Alternatively, (ii) Convert Case to Chapter 7 Pursuant to 11

U.S.C. Sections 1112(b)(1) and 1112(b)(4)(A) [Docket No. 1167] (the "Trustee Motion"), the

Joinder of the Pension Benefit Guaranty Corporation to the Trustee Motion [Docket No. 1195],

and the Objection of Revstone to the Trustee Motion [Docket No. 1203] regarding the matters

for examination set forth in Exhibit A to this notice.

**PLEASE TAKE FURTHER NOTICE** that the deposition shall be conducted

before an officer designated or appointed under Federal Rule 28, and will be conducted on

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is 2250 Thunderstick Dr., Suite 1203, Lexington, KY 40505.

Tuesday, February 11, 2014, beginning at 10:00 a.m. (Eastern), at the offices of Womble Carlyle

Sandridge & Rice, LLP, 222 Delaware Avenue, Suite 1501, Wilmington, DE 19801 (or such

other time as may be agreed upon by the Committee and Revstone). The deposition will be

taken pursuant to all applicable rules of the United States Bankruptcy Court for the District of

Delaware before a court reporter or such other person authorized by law to administer oaths.

The deposition will be recorded by stenographic means and videotaped.

   **PLEASE TAKE FURTHER NOTICE** that pursuant to Federal Rule 30(b)(6), Revstone

must designate one or more officers, directors, or managing agents, or other persons to testify on

behalf of Revstone with regard to all facts known or reasonably available to Revstone with

respect to the matters for examination set forth in <u>Exhibit A</u> to this notice.

Dated:  January 29, 2014         **WOMBLE CARLYLE SANDRIDGE
                                   & RICE, LLP**


                                   /s/ Ericka F. Johnson
                                   Mark L. Desgrosseilliers (DE Bar No. 4083)
                                   Matthew P. Ward (DE Bar No. 4471)
                                   Ericka F. Johnson (DE Bar No. 5024)
                                   222 Delaware Avenue, Suite 1501
                                   Wilmington, DE  19801
                                   Telephone:  (302) 252-4320
                                   Facsimile:  (302) 661-7738
                                   E-mail: mdesgrosseilliers@wcsr.com
                                   E-mail: maward@wcsr.com
                                   E-mail: erjohnson@wcsr.com

                                   Counsel for the Official Committee of Unsecured Creditors
                                   of Revstone Industries, LLC

# EXHIBIT A

## DEFINITIONS APPLICABLE TO MATTERS FOR EXAMINATION[1]

A.      The term "Affiliate" shall have the meaning ascribed to it at Bankruptcy

Code section 101(2), and also includes any direct or indirect subsidiaries, and without limitation,

each of the entities and persons identified on Exhibit 1 attached hereto.

B.      The terms "all" and "any" shall include any and all.

C.      The terms "and" as well as "or" shall be construed conjunctively or

disjunctively, the singular shall be deemed to include the plural and vice-versa, and the present

tense shall be deemed to include the past tense and vice-versa, as necessary to bring within the

scope of these requests all documents and information that might otherwise be construed to be

outside their scope.

D.      The term "Ascalon Benefits Plans" shall mean, collectively, the Ascalon

Health Plan together with the Ascalon Dental Plan.

E.      The term "Bankruptcy Code" shall mean 11 U.S.C. §§ 101-1532, as

amended and applicable to the above-captioned bankruptcy case.

F.      The term "Bankruptcy Court" shall mean the United States Bankruptcy

Court for the District of Delaware.

G.      The term "Claim" shall have the meaning ascribed to it at Bankruptcy

Code section 101(5).

H.      The term "Communication" shall include (without limitation) any written,

electronic, verbal, and non-verbal exchanges between any persons or entities, whether

transmitted in meetings or by telephone, telegraph, telex, cable, tape records, computer, or

---

[1]     Capitalized terms used herein not otherwise defined carry the same meaning ascribed to them in the
Committee's Motion to (i) Appoint a Chapter 11 Trustee Pursuant to 11 U.S.C. Sections 1104(a)(1) and
1104(a)(2); or, Alternatively, (ii) Convert Case to Chapter 7 Pursuant to 11 U.S.C. Sections 1112(b)(1) and
1112(b)(4)(A)  [Docket No. 1167].

otherwise, and includes (without limitation) verbal conversations, telephone calls, letters, memoranda, reports, telegrams, facsimiles, e-mails, exhibits, drawings, and any other documents (as defined herein) that conform, constitute, or relate to the communications.

        I.       The term "concerning" shall mean relating to, referring to, with respect to, relevant to, pertaining to, regarding, referencing, concerning, dealing with, in connection with, describing, defining, containing, embodying, reflecting, identifying, stating, mentioning, indicating, establishing, evidencing, or constituting.

        J.      The terms "Debtors," "you," and "your" each shall mean, collectively, Revstone Industries, LLC, Spara, LLC, Greenwood Forgings, LLC, US Tool & Engineering, LLC, and TPOP, LLC f/k/a Metavation, LLC together with their representatives, and any other person responding to these requests on any of its and/or their behalf.

        K.      The term "document" shall be defined in its customary broad sense, and have the full meaning ascribed to that term under Federal Rule 34, made applicable to this contested matter by Bankruptcy Rules 7034, and mean, without limitation, any form of recording a form of communication or representation upon any tangible thing, including letters, words, pictures, sounds, or symbols, or combinations thereof, including without limitation any kind of printed, recorded, written, graphic, or photographic matter (including tape recordings), however printed, produced, reproduced, coded or stored, of any kind or description, whether sent or received or not, including originals, copies, drafts, and both sides thereof, and including papers, books, charts, graphs, photographs, drawings, correspondence, telegrams, cables, telex messages, memoranda, notes, notations (including notes or memorandums or reports of telephone conversations, meetings and conferences to file or otherwise), work papers, routing slips, intra- and inter-office communications, electronic mail (whether in the "inbox," "outbox," "trash,"

"deleted items," or in any other file name), text messages, instant messages, affidavits, statements, opinions, court pleadings, transcripts, depositions, reports, indices, studies, analyses, forecasts, evaluations, contracts, computer printouts, data processing input and output, computer programs, data compilations, stored data, questionnaires, surveys, contracts, instruments, deeds, leases, memoranda of agreement, assignments, books of account, orders, records or summaries of negotiations, records, notes or summaries of personal interviews or conversations, diaries, schedules, printouts, drawings, blueprint specifications, schematics, graphs, charts, studies, planning materials, statistical statements, forecasts, work papers, invoices, statements, bills, checks, bank books, bank statements, securities, vouchers, notebooks, data sheets, microfilm, microfiche, photographs, photographic negatives, tapes, magnetic tapes, paper tapes, plotter output recordings, discs, data cards, films, data processing files, and other computer-readable records or programs, all other records kept by electronic, magnetic, photographic, or mechanical means, documents which have been logically deleted but not physically erased, catalogues, brochures, all other written or printed matter of any kind, all other data compilations from which information can be obtained, and translated, if necessary, all other tangible things, and things similar to any of the foregoing, regardless of their author or origin, of any kind, and all other tangible things that come within the meaning of documents or electronically stored information contained in Federal Rule 34(a).

      L.     The term "including" shall mean including without limitation.

      M.    The term "Intercompany Claims" shall mean any Claim between any of the Debtors or their various Affiliates, including, but not limited to, the entities that appear in the organizational chart contained in Exhibit 2.

3

N.     The term "Objection to the Trustee Motion" shall mean Revstone's Opposition to the Official Committee of Unsecured Creditors' Trustee Motion[Docket No. 1203], filed on December 4, 2013.

O.     The term "PBGC" shall mean the Pension Benefit Guaranty Corporation.

P.     The term "Pension Plans" shall mean, collectively, the Hillsdale Hourly Pension Plan (a/k/a the Metavation Hourly Pension Plan), the Hillsdale Salaried Pension Plan (a/k/a the Metavation Salaried Pension Plan), Revstone Casting Fairfield GMP Local 359 Pension Plan, and Fourslides, Inc. Pension Plan.

Q.     The term "Professional Fees" shall mean fees accrued for attorneys, financial advisors, chief restructuring officers, or any other professional retained by the Debtors or their Affiliates under Bankruptcy Code sections 327 or 363.

R.     The term "Professional Services" shall mean services provided by attorneys, financial advisors, chief restructuring officers, or any other professional retained by the Debtors and/or their Affiliates under Bankruptcy Code sections 327 or 363.

S.     The term "Revstone" shall mean Revstone Industries, LLC together with their representatives, and any other person responding to these requests on any of its and/or their behalf.

T.     The term "Settlement Negotiations" shall have the meaning of any discussion involving any modification of any right to a Claim.

U.     The term "Third Parties" shall mean any person or entity that is not the Debtors, the Debtors' Affiliates, or an entity identified on Exhibit 2.

V.     The term "Trustee Motion" shall mean the Committee's Motion to (i) Appoint a Chapter 11 Trustee Pursuant to 11 U.S.C. Sections 1104(a)(1) and 1104(a)(2); or,

4

Alternatively, (ii) Convert Case to Chapter 7 Pursuant to 11 U.S.C. Sections 1112(b)(1) and

1112(b)(4)(A) [Docket No. 1167], filed on November 20, 2013.

## MATTERS FOR EXAMINATION

1.    All allegations, facts, communications, and documents identified in the

Trustee Motion and the Objection to the Trustee Motion.

2.    All allegations or facts identified in the Documents produced by the

Debtors in response to the Request by the Official Committee of Unsecured Creditors of

Revstone for Production of Documents Directed to Revstone served contemporaneously with

this deposition notice.

3.    All allegations or facts identified in the Debtors' responses to the

Interrogatories of the Official Committee of Unsecured Creditors of Revstone Directed to

Revstone served contemporaneously with this deposition notice.

4.    Any Settlement Negotiations between the Debtors and/or the Affiliates

and the PBGC and/or the Pension Plans.

5.    Any efforts by the Debtors and/or the Affiliates to pursue or investigate

Claims or causes of action against Third Parties.

6.    Any efforts by the Debtors and/or the Affiliates to pursue or investigate

Intercompany Claims.

7.    Any recovery analyses or other financial analyses performed by the

Debtors and/or the Affiliates in relation to the Debtors' bankruptcy cases.

8.    Any efforts to sell direct or indirect assets of the Debtors and/or the

Affiliates.

5

9. The distribution of proceeds from sales of any of the Debtors and/or the Affiliates.

10. The use of funds paid by the Debtors and/or the Affiliates to the Ascalon Benefits Plans.

11. Any attempts to collect, investigate, or trace funds transferred to the Ascalon Benefits Plans, including any investigation of George Hofmeister or Third Parties regarding misappropriation of Ascalon Benefits Plans funds or attempts to collect the misappropriated funds.

12. Any litigation involving the Debtors and/or the Affiliates.

13. The terms of the Professional Services by and between the Debtors and/or the Affiliates, on the one hand, and their Professionals, on the other hand.

14. Any payments by the Debtors and/or any of the Affiliates for Professional Services.

15. Any allocation of Professional Fees by the Debtors and/or any of the Affiliates.

6

# EXHIBIT 1

### Related Entities List

7610955 Canada, Inc. (Canadian Entity?)
Aarkel Tool & Die Inc. (Canadian Entity)
American Commercial Coatings
American Commercial Holdings, Inc.
American Metals Administration Holding Company
American Metals Industries, Inc.
AHD International, LLC
AMI Manchester LLC
AMI Manchester Stamping LLC
AMI Morton Fabrication Inc.
AMI Morton Fabrication LLC
AMI Stamping
AR Engines, LLC
Arete Bent Tube LLC
Arete Commando, LLC
Arete LLC
Arete Mold, LLC
Arete Prime Products
Arete Interlock LLC
Arrow Racing, LLC
Arrow Racing Company, LLC
Arrow Racing and Engineering
Arrow Racing Engines, LLC (Michigan entity)
Ascalon Enterprises, LLC
Ascalon Enterprises Employee Medical Benefits Plan
Bluegrass Investment Management
Bobcat Holdings, LLC
Brownstone Plastics, LLC
Buckeye Properties
Burlington (BK in Canada)
C Mini Luces Innova-Technologies Ltd. (Costa Rican Entity)
Cerion, Inc.
Cerion LLC
Cerion MPI Golf Road LLC
Cerion MPI Grand Avenue LLC
Cerion MPI Knox LLC
Cerion MPI Mexico LLC
Chicago Miniature Lighting (Costa Rica) S.A. (Costa Rican Entity)
Chicago Miniature Lighting, LLC
Chongqing Sun Magnesium Company Ltd.
Chongqing Revstone BOAO Automotive Lighting Company, Limited
Chongqing Revstone Boao Lighting System Co., Ltd.
Commando Lock Company, LLC
Contech Castings Real Estate Holdings, LLC
Contech Castings, LLC

1

Contech Forgings LLC
Creative Lighting Solutions, LLC (Costa Rican Entity)
Creative Lighting Solutions, LLC
Creative LS, LLC
Creo Capital Partners
CTE Acquisition LLC
Cypress Street Holdings, LLC
DFB Holdings, Inc.
DIDS, LLC
Eaton Tool & Die
Eptec Fabrication S. de R.L. de C.V.
Eptec S.A. De C.V. (Mexican Entity)
EWI, Inc.
Fairfield Castings, LLC
Fasig-Tipton, Inc.
First Security Bank of Lexington Entry Holdings
Fortis Industries, LLC
Fourslides, Inc.
FSI Acquisition Corporation
F-T Ventures, Inc.
Gallant Steel Inc. (Texas)
General Aluminum Forgings
Grand Haven Industries, LLC
Greenwood Forgings, LLC
Griffith-Catlett-Hampton, Inc.
Health and Benefit Services, LLC (administrator for Ascalon Enterprises Employee Medical
Benefits Plan)
Hi-Craft Engineering, Inc.
Highland Farms
Hillsdale Hourly Plan
Hillsdale Salaried Plan
HSC Equipment LLC
HSCO LLC
IES Medical Plan Trust
IDC
Innovative Employer Mgmt Inc.
Innovative Employer Mgmt Inc.
Innovative Employer Sol Inc.
Interlock Die Company
Jamie Hofmeister 2011 Insurance Trust
Jamie S. Hofmeister Irrevocable Trust
JH 2011 Delaware Preservation Trust
JJ Seville LLC
JMP Industries, Inc.
JSM Cleveland, Inc.
JSH Farms, LLC

JSM Enterprises LLC
JSM MC Mold LLC
JSM Midwest Machining LLC
Keeneland Associations, Inc.
Kinetic Enterprises, LLC
KRH Farms, LLC
Lake City Acquisition Corp.
Lake City Forge
Lake City Industries, Inc.
Lake City Tool & Die
Lansing Tool & Engineering, LLC
LCF, Inc.
LCF Merger Company
LC Manufacturing LLC
Lester PDC, LLC
Lexington Logistics, LLC
Lighting Concepts & Solutions
Lifton, Donald B.
M W Universal
M W Universal Hcr AP
M W Universal Healthcare
Magnesium Aluminum de Meixco S. De R.L. De C.V. (Mexican Entity)
Magnesium Die Casting, LLC (Ohio Entity)
Manitou Lagoon Partners
Mayco Plastics Inc.
MBT Debt Acquisition Company, LLC
Megan G. Hofmeister Irrevocable Trust
Megan Hofmeister 2011 Insurance Trust
Metavation Castings Fairfield LLC
Metavation Hillsdale, LLC
Metavation Hourly Plan
Metavation Mexico II, LLC
Metavation Mexico, LLC
Metavation Salaried Plan
Metavation Traverse City Building Three, LLC
Metavation Traverse City, LLC
Metavation Vassar, LLC
Metavation, LLC
MGH Farms, LLC
MH 2011 Delaware Preservation Trust
MIDS, LLC
MPI, LLC
MPI International, LLC
MPI International Mexico, S. de R.L. de C.V.
MSJ Realty INC
MTPS Acquisition Corp.

MW Crow INC
MW General INC
MW Gilco LLC
MW Monroe Plastics, Inc.
MW Texas Die Casting, Inc.
MW Universal, Inc.
My Beloved's Pearls, LLC
New Boston Forge
Ningbo Huaxiang Electronic Co., Ltd.
Northland Precision Manufacturing, Inc.
Omega TG, LLC
Omega Tool Corp.
Palm Plastics
Palm Plastics Holdings, LLC
Paris Machining Company, Inc.
Paris Machining LLC
Penn Ridge Farms I, LLC
Plant One Properties, LLC
Power-Tec Manufacturing, LLC
Power-Tec Manufacturing, LLC (Delaware Entity)
Power-Tec Manufacturing, LLC (Michigan Entity)
Premier Farm Brokers, LLC
QFG Acquisition, LLC
Quaker Metals Industries, Inc.
Radco Construction Services, Inc.
Resource Technology Group LLC
Revstone Aero LLC
Revstone Aluminum de Mexico S. de. R.L. de C.V. (Mexican Entity)
Revstone Automotive Lighting (BVI) Holding Limited
Revstone Casting Fairfield GMP Local 359 Pension Plan
Revstone Casting Fairfield LLC
Revstone China BVI Holding Ltd.
Revstone Energy, LLC
Revstone Germany GmbH (Germany Entity)
Revstone Health Services
Revstone Hong Kong (BVI) Holding Limited
Revstone, Inc.
Revstone Industries (Hong Kong) Company Limited
Revstone Industries Burlington Inc.
Revstone Industries Canada Inc.
Revstone Industries Company Limited (Hong Kong)
Revstone Industries, LLC
Revstone Industries (Hong Kong) Company
Revstone International S.ar.l. (Luxembourg Entity)
Revstone Lighting, LLC
Revstone Luxembourg S.ar.l (Luxembourg Entity)

4

Revstone Mexico Holdings, LLC
Revstone Mexico, S. De R.L. De C.V. (Mexican Entity)
Revstone Plastics Inc
Revstone Plastics, LLC
Revstone Plastics Canada, Inc.
Revstone Realty LLC
Revstone San Luis Potosi, S. De R. L. De C. V. (Mexican Entity)
Revstone (Shanghai) Consultancy Company Ltd.
Revstone Texas Die Casting
Revstone Tool & Engineering, LLC
Revstone Towing, LLC
Revstone Transportation, LLC
Revstone Utica, LLC
Revstone Wallaceburg Canada Inc. (Canadian Entity)
RPM Retail Sales, LLC
RPM TEC LLC
RPM Towing, LLC
RPM-Tec, LLC
Saleen Distribution & Sales, LLC
Saleen, LLC
Scott Hofmeister 2011 Insurance Trust
Scott R. Hofmeister Irrevocable Trust
Scott Products Inc (Michigan)
Seville Bronze
Seville Centrifugal Bronze, Inc.
SH 2011 Delaware Preservation Trust
Spara, LLC
Spara Fab
Spara Tactical Mobility, LLC
Speed Lab
SRH Farms, LLC
Susan G. Lifton Living Trust
Sypris Technologies, Inc.
T Cast Holdings, LLC
Talhin/T Corporation
Tech Cast
Tenk Machine
Texas Die Casting
The George S. Hofmeister Family Trust dated June 21, 1991 for the benefit of Scott R.
    Hofmeister
The George S. Hofmeister Family Trust dated June 21, 1991 for the benefit of Jamie S.
    Hofmeister
The George S. Hofmeister Family Trust dated June 21, 1991 for the benefit of Megan G.
    Hofmeister
Timco, LLC
Trans-Industries

Transportation of Indiana
Triem Motors LLC
Triton Air LLC
Triton Air Services LLC
Triton Farms, LLC
Tube Products Corporation
Tubular Corporation of America (OK entity)
Turnberry Investors, LLC
US Tool & Engineering, LLC
Valley Towing
Veritas Automotive and Machinery LLC
Veritas Heavy Trucks LLC
W. Pat Crow Forgings

6

# EXHIBIT 2



## Spara, LLC Organizational Chart



(Note: all entities formed in Delaware unless otherwise indicated.)