IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REVSTONE INDUSTRIES, LLC, et al.,[1] | ) | Case No. 12-13262 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

Objection Deadline: March 13, 2014, at 4:00 p.m. (prevailing Eastern time)
Hearing: March 20, 2014 at 10:00 a.m. (prevailing Eastern time)

## NOTICE OF MOTION OF REVSTONE INDUSTRIES, LLC, ET AL. FOR ORDER PURSUANT TO 11 U.S.C. §§ 105 & 363 AND BANKRUPTCY RULE 9019 AUTHORIZING AND APPROVING SETTLEMENT AGREEMENT WITH PENSION BENEFIT GUARANTY CORPORATION

TO:  (a) the Office of the United States Trustee; (b) counsel to the Committee in the Revstone Case; (c) the PBGC; and (d) those parties that have requested service under Bankruptcy Rule 2002.

**PLEASE TAKE NOTICE** that on February 14, 2014, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed the *Motion of Revstone Industries, LLC, et al. for Order Pursuant to 11 U.S.C. § § 105 & 363 and Bankruptcy Rule 9019 Authorizing and Approving Settlement Agreement with Pension Benefit Guaranty Corporation* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion must be in writing and filed with the Bankruptcy Court on or before **March 13, 2014, at 4:00 p.m. (prevailing Eastern time).**

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of their respective federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool & Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for the Debtors is 230 N. Limestone St., Ste. 100, Lexington, KY 40507.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel to the Debtors: Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Laura Davis Jones, Esq.; (ii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Jane Leamy, Esq.; and (iii) counsel to the Official Committee of Unsecured Creditors of Revstone Industries, LLC: Womble Carlyle Sandridge & Rice, LLP, 222 Delaware Avenue, Suite 1501, Wilmington, DE 19801, Matthew P. Ward, Esq.

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE FINAL RELIEF SOUGHT IN THE MOTION WILL BE HELD ON **MARCH 20, 2014, AT 10:00 A.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, SIXTH FLOOR, COURTROOM 1, WILMINGTON, DELAWARE 19801.

| | |
|---|---|
| Dated: February 14, 2014 | PACHULSKI STANG ZIEHL & JONES LLP |

/s/Laura Davis Jones
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Maxim L. Litvak (CA Bar No. 215852)
Colin R. Robinson (Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
 dbertenthal@pszjlaw.com
 mlitvak@pszjlaw.com
 crobinson@pszjlaw.com

Counsel for the Debtors and Debtors in Possession