## EXHIBIT 2

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REVSTONE INDUSTRIES, LLC, et al.,[1] | ) | Case No. 12-13262 (BLS) |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |

**ORDER PURSUANT TO 11 U.S.C. §§ 105 & 363 AND
BANKRUPTCY RULE 9019 AUTHORIZING AND APPROVING SETTLEMENT
AGREEMENT WITH PENSION BENEFIT GUARANTY CORPORATION**

This matter came before the Court on the motion (the "Motion")[2] of Revstone Industries, LLC, Spara, LLC, Greenwood Forgings, LLC, and US Tool & Engineering LLC, debtors and debtors in possession in the above captioned proceedings (collectively, the "Debtors") for an order pursuant to sections 105 and 363 of the United States Bankruptcy Code (the "Bankruptcy Code") and Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") approving the *Settlement Agreement* dated as of February 11, 2014 (the "Settlement Agreement"), and upon the record of the hearing, and all the proceedings had before this Court; and any objections to the Motion having been withdrawn or overruled; and this Court having found and determined that the relief sought in the Motion and its legal and factual bases establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is:

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of their respective federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool & Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for the Debtors is 230 N. Limestone St., Ste. 100, Lexington, KY 40507.

[2] Capitalized terms not defined herein shall have the meaning set forth in the Motion.

DOCS_SF:84679.4 73864-001

ORDERED that the Motion is granted; and it is further

ORDERED that the Settlement Agreement is hereby approved pursuant to sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rule 9019 as to the Debtors; and it is further

ORDERED that the Debtors are authorized to consummate the Settlement Agreement and to take any and all actions reasonably required thereunder; and it is further

ORDERED that this Order is effective immediately; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.


Dated: _____, 2014
      Wilmington, Delaware

                                              THE HONORABLE BRENDAN L. SHANNON
                                              UNITED STATES BANKRUPTCY JUDGE