## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REVSTONE INDUSTRIES, LLC, et al.,[1] | ) | Case No. 12-13262 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the 14th day of February, 2014, I caused a copy of the following documents to be served on the individuals on the attached service list, in the manner indicated thereon:

**Notice of Motion of Revstone Industries, LLC, et al. for Order Pursuant to 11 U.S.C. § § 105 & 363 and Bankruptcy Rule 9019 Authorizing and Approving Settlement Agreement with Pension Benefit Guaranty Corporation;**

**Motion of Revstone Industries, LLC, et al. for Order Pursuant to 11 U.S.C. § § 105 & 363 and Bankruptcy Rule 9019 Authorizing and Approving Settlement Agreement with Pension Benefit Guaranty Corporation; Exhibits 1 and 2.**

Colin R. Robinson (Bar No. 5524)

---

[1]   The Debtors in these Chapter 11 Cases and the last four digits of their respective federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool & Engineering, LLC (6450).  The location of the Debtors' headquarters and the service address for the Debtors is 230 N. Limestone St., Ste. 100, Lexington, KY 40507.

Revstone Consolidated 2002 Service List
(First Class)
Lead Case No. 12-13262
Document No. 185822
01 – INTEROFFICE MAIL
02 – VIA EMAIL
15 – HAND DELIVERY
36 – FIRST CLASS MAIL


Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones, LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

*INTEROFFICE MAIL*
David M. Bertenthal, Esquire
Pachulski Stang Ziehl & Jones, LLP
150 California Street, 15th Floor
San Francisco, CA  94111

*VIA EMAIL*
(Counsel to George S. Hofmeister)
Sheldon S. Toll, Esquire
Sheldon S. Toll PLLC
**Email:  lawtoll@comcast.net**

*VIA EMAIL*
Donna Cutting
Gibbs Industries ("GIL Inc.")
419 E. 4th Street
Royal Oak, MI  48067
**Email:  sales@gibbsind.com**

*HAND DELIVERY*
Jane Leamy, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

*HAND DELIVERY*
(Counsel to Ford Motor Company)
Karen C. Bifferato, Esquire
Connolly Gallgaher LLP
1000 West Street, Suite 1400
Wilmington, DE  19801

*HAND DELIVERY*
(Counsel to Airgas, Inc. and related Airgas
Entities)
Kathleen M. Miller, Esquire
Smith, Katzenstein & Jenkins LLP
The Corporate Plaza
800 Delaware Avenue, Suite 1000
P. O. Box 410
Wilmington, DE  19899

*HAND DELIVERY*
(Counsel to Boston Financial Group)
Stuart M. Brown, Esquire
R. Craig Martin, Esquire
DLA Piper LLP (US)
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801

*HAND DELIVERY*
(Counsel to Schoeller Arca Systems, Inc.)
Carl N. Kunz, III, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, DE  19801

*HAND DELIVERY*
(Counsel to United Steelworkers)
Susan E. Kaufman, Esquire
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
P. O. Box 1680
Wilmington, DE  19801

**HAND DELIVERY**
(Counsel to Official Committee of
Unsecured Creditors)
Matthew P. Ward, Esquire
Steven K. Kortanek, Esquire
Mark L. Degrosseilliers, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

**HAND DELIVERY**
(Counsel to George S. Hofmeister)
Evan O. Williford, Esquire
The Williford Firm LLC
901 N. Market Street, Suite 800
Wilmington, DE  19801

**HAND DELIVERY**
(Counsel to Bridgeport Capital Funding
LLC)
Patrick J. Reilly, Esquire
Cole, Schotz, Meisel, Forman & Leonard,
P.A.
500 Delaware Avenue, Suite 1400
Wilmington, DE  19801

**HAND DELIVERY**
*(Counsel to GE CF Mexico of S.A. de C.V.)*
Kurt F. Gwynne, Esquire and Lucy Qiu,
Esquire
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE  19801

**HAND DELIVERY**
*(Counsel to Hillsdale Salaried Pension Plan
and Hillsdale Hourly Pension Plan and
Revstone Castings Fairfield GMP Local 359
Pension Plan and the Fourslides Inc.
Pension Plan (collectively, the "Fairfield
and the Fourslides Plans"))*
Joel A. Waite, Esquire,  Kenneth J. Enos,
Esquire
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

**HAND DELIVERY**
*(Counsel to Cole Taylor Bank)*
Victoria A. Guilfoyle, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

**HAND DELIVERY**
*(Counsel to Shiloh Die Cast Midwest LLC)*
Brian A. Sullivan, Esquire
Werb & Sullivan
300 Delaware Avenue, Suite 1300
P.O. Box 25046
Wilmington, DE  19899

**HAND DELIVERY**
*(Counsel to RI SPC)*
Thomas J. Francella, Jr., Esquire
Whiteford Taylor & Preston LLC
405 North King Street, Suite 500
Wilmington, DE  19801

**HAND DELIVERY**
*(Counsel to Legacy Group Lighting, LLC)*
Johnna M. Darby, Esquire
Darby Brown-Edwards LLC
1105 N. Market Street, Suite 1600
I.M. Pei Building
Wilmington, DE  19801

*FIRST CLASS MAIL*
Securities & Exchange Commission
Office of General Counsel - Bankruptcy
100 F. Street, NE
Washington, DC  20549

*FIRST CLASS MAIL*
Andrew Calamari, Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY  10281

*FIRST CLASS MAIL*
Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE  19904

*FIRST CLASS MAIL*
Secretary of State
Division of Corporations - Franchise Tax
P.O. Box 898
Dover, DE  19903

*FIRST CLASS MAIL*
Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101

*FIRST CLASS MAIL*
Zillah A. Frampton
Delaware Division of Revenue
Bankruptcy Administrator
CSOB 8th Floor
820 N. French Street
Wilmington, De  19801

*FIRST CLASS MAIL*
(Co-counsel to Debtor)
Brian Trust, Esquire
Howard S. Beltzer, Esquire
Frederick D. Hyman, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY  10019

*FIRST CLASS MAIL*
(Counsel to General Motors LLC)
Aaron M. Silver, Esquire
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Suite 2290
Detroit, MI  48226

*FIRST CLASS MAIL*
(Counsel to Chrysler Group LLC)
Sheryl L. Toby, Esquire
Dykema Gossett PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI  48304

*FIRST CLASS MAIL*
(Counsel to JTEKT North America, Inc.)
Michael E. Baum, Esquire
Daniel J. Weiner, Esquire
Jeffery J. Sattler, Esquire
Schafer and Weiner, PLLC
40950 Woodward Ave., Suite 100
Bloomfield Hills, MI  48304

*FIRST CLASS MAIL*
(Counsel to Ford Motor Company)
Stephen S. LaPlante, Esquire
Jonathan S. Green, Esquire
Marc N. Swanson, Esquire
Miller, Canfield, Paddock and Stone, P.L.C.
150 West Jefferson, Suite 2500
Detroit, MI  48226

*FIRST CLASS MAIL*
David Boyle
Airgas, Inc.
259 Radnor-Chester Road, Suite 100
P. O. Box 6675
Radnor, PA  01908

*FIRST CLASS MAIL*
Cassandra B. Caverly, Esquire
Desiree M. Amador, Esquire
M. Katie Burgess, Esquire
Pension Benefit Guaranty Corp.
Office of the Chief Counsel
1200 K Street, N.W.
Washington, DC  20005

*FIRST CLASS MAIL*
Ruben R. Chapa, Esquire
Senior Trial Attorney, Office of the Solicitor
U.S. Department of Labor
230 South Dearborn, Room 844
Chicago, IL  60604

*FIRST CLASS MAIL*
Matthew M. Scheff, Esquire
Trial Attorney - U.S. Department of Labor
Office of the Solicitor
1240 E. 9th Street, Room 881
Cleveland, OH  44199

*FIRST CLASS MAIL*
(Counsel to Boston Financial Group)
Gregg M. Galardi, Esquire
Gabriella Zborovsky, Esquire
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY  10020

*FIRST CLASS MAIL*
(Counsel to Nexteer Automotive
Corporation)
Thomas B. Radom, Esquire
Butzel Long, PC
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, MI  48304

*FIRST CLASS MAIL*
(Counsel to Gary Walter, Vigin Hoey and
David Bagby)
Don Darnell, Esquire
Darnell Law Offices
7926 Ann Arbor Street
Dexter, MI  48130

*FIRST CLASS MAIL*
(Counsel to Native American Logistics
Worldwide, LLC)
Kevin N. Summers, Esquire
Dean & Fulkerson, P.C.
801 W. Big Beaver Road, Suite 500
Troy, MI  48084

*FIRST CLASS MAIL*
(Counsel to Multi-Precision Detail, Inc.)
Steven A. Siman, Esquire
Steven A. Siman, P.C.
3250 W. Big Beaver, Suite 344
Troy, MI  48084

*FIRST CLASS MAIL*
*(Creditor)*
David R. Jury, Esquire
Associate General Counsel
United Steelworkers
Five Gateway Center
Room 807
Pittsburgh, PA  15222

*FIRST CLASS MAIL*
(Counsel to Bridgeport Capital Funding
LLC)
Barry P. Gruher, Esquire
Genovese Joblove & Battista P.A.
200 E. Broward Blvd, Suite 1110
Ft. Lauderdale, FL  33301

**FIRST CLASS MAIL**
(Counsel to PCG Acquisition Corporation)
Aaron L. Hammer, Esquire
Christopher J. Horvay, Esquire
Suger Felsenthal Grais & Hammer LLP
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602

**FIRST CLASS MAIL**
(Counsel to Bry-Mac, Inc. d/b/a Dietech
Tooling Solutions)
Bradley J. Fisher
Scholten Fant, P.C.
100 N. Third Street
PO Box 454
Grand Haven, MI 49417

**FIRST CLASS MAIL**
(Counsel to Oakland County Treasurer)
Richardo I. Kilpatrick, Esquire
Kilpatrick & Associates, P.C.
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326

**FIRST CLASS MAIL**
Neil Herskowkitz
Riverside Claims
PO Box 626
Planetarium Station
New York, NY 10024

**FIRST CLASS MAIL**
*(Counsel to GE CF Mexico of S.A. de C.V.)*
Michael J. Venditto, Esquire
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

**FIRST CLASS MAIL**
*(Counsel to Hillsdale Salaried Pension Plan
and Hillsdale Hourly Pension Plan and
Revstone Castings Fairfield GMP Local 359
Pension Plan and the Fourslides Inc.
Pension Plan (collectively, the "Fairfield
and the Fourslides Plans"))*
Dennis J. Connolly, Esquire,
Kevin M. Hembree, Esquire
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309

**FIRST CLASS MAIL**
*(Counsel to Cole Taylor Bank)*
Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103

**FIRST CLASS MAIL**
*(Counsel to Shiloh Die Cast Midwest LLC)*
Steve E. Pryatel, Esquire
Lawrence S. Crowther, Esquire
Wegman, Hessler & Vanderburg
6055 Rockside Wood Blvd., Suite 200
Cleveland, OH 44131

**FIRST CLASS MAIL**
*(Counsel to Plex Systems, Inc.)*
Michael A. Fleming, Esquire
Plunkett Cooney
38505 Woodward Avenue, Suite 2000
Bloomfield Hills, MI 48304

**FIRST CLASS MAIL**
*(Counsel to RI SPC)*
Andrew J. Gallo, Esquire
Bingham McCutchen, LLP
One Federal Street
Boston, MA 02110

**FIRST CLASS MAIL**
*(Fee Examiner)*
John F. Theil, Esquire
Stuart, Maue, Mitchell & James Ltd.
3840 McKelvey Road
St. Louis, MO  63044

**FIRST CLASS MAIL**
*(Counsel to Legacy Group Lighting, LLC)*
Anthony R. Paesano, Esquire
Paesano Akkashian
7457 Franklin Road, Suite 200
Bloomfield Hills, MI  48301