IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REVSTONE INDUSTRIES, LLC, et al.,[1] | ) | Case No. 12-13262 (BLS) |
| | ) | |
| Debtors. | ) | |

**NOTICE OF CHANGE OF HEARING DATE AND TIME FROM
APRIL 30, 2014, AT 10:00 A.M. TO MAY 15, 2014, AT 11:30 A.M.**

**PLEASE TAKE NOTICE** that the hearing scheduled for April 30, 2014, at 10:00 a.m. has been rescheduled to **May 15, 2014, at 11:30 a.m.**

**PLEASE TAKE FURTHER NOTICE** that all matters previously scheduled for, or continued to April 30, 2014, will now be heard on May 15, 2014, at 11:30 a.m.

Dated: April 18, 2014                           PACHULSKI STANG ZIEHL & JONES LLP

                                                /s/ Colin R. Robinson
                                                Laura Davis Jones (Bar No. 2436)
                                                David M. Bertenthal (CA Bar No. 167624)
                                                Timothy P. Cairns (Bar No. 4228)
                                                Colin R. Robinson (Bar No. 5524)
                                                919 N. Market Street, 17th Floor
                                                Wilmington, DE 19801
                                                Telephone: 302/652-4100
                                                Facsimile: 302/652-4400
                                                Email: ljones@pszjlaw.com
                                                       dbertenthal@pszjlaw.com
                                                       tcairns@pszjlaw.com
                                                       crobinson@pszjlaw.com

                                                Counsel for the Debtor and Debtor in Possession

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool & Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is 2250 Thunderstick Dr., Suite 1203, Lexington, KY 40505.

DOCS_DE:192793.1 73864/001