## Exhibit B

## Sale and Bid Procedures Notice

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REVSTONE INDUSTRIES, LLC, et al.,[1] | ) | Case No. 12-13262 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

       **Deadline for Submitting Bids:** _____, 2014, 4:00 p.m. (Eastern Time)
       **Auction Date and Time:** _____, 2014, \_\_\_\_.m. (_____ Time)
       **Deadline for Objections to Sale Motion:** _____, 2014, 4:00 p.m. (Eastern Time)
       **Sale Hearing Date and Time:** _____, 2014, \_\_\_\_.m. (Eastern Time)

**NOTICE OF SALE PROCEDURES, AUCTION DATE, AND SALE HEARING RELATED TO SALE OF DEBTOR'S EQUITY INTEREST IN REVSTONE WALLACEBURG CANADA, INC. <u>FREE AND CLEAR OF ALL LIENS, CLAIMS AND INTERESTS</u>**

      **PLEASE TAKE NOTICE** that on _____, 2014, Revstone Industries, LLC, the debtor and debtor in possession herein ("<u>Revstone</u>" or the "<u>Debtor</u>"), filed the *Debtor's Motion for Order (A) Approving Bid Procedures for the Sale of the Debtor's Equity Interest in Revstone Wallaceburg Canada, Inc.; (B) Scheduling an Auction and Hearing to Consider the Sale and Approve the Form and Manner of Notice Related Thereto; (C) Approving Payment of a Break-Up Fee; and (D) Granting Related Relief* (the "<u>Bidding Procedures Motion</u>").[2] On _____, 2014, the Court entered an order (the "<u>Bidding Procedures Order</u>") granting the Bidding Procedures Motion and approving the bidding procedures annexed hereto (the "<u>Bidding Procedures</u>") to be used in connection with the auction (the "<u>Auction</u>") of all of the Debtor's

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool & Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for the Debtors is 230 N. Limestone St., Ste. 100, Lexington, KY 40507.

[2] All capitalized terms not defined herein have the meaning ascribed to them in the Bidding Procedures Motion.

equity interest in Revstone Wallaceburg Canada, Inc. (the "Shares"). The Shares are being sold free and clear of all liens, claims, encumbrances and interests, provided that section 363(f) of the Bankruptcy Code has been satisfied (other than those liens and interests permitted by the Agreement with the Stalking Horse Bidder).

## Bidding Procedures and the Auction

**PLEASE TAKE FURTHER NOTICE** that the Bidding Procedures approved by the Bidding Procedures Order, a copy of which are attached hereto as Exhibit 1, describe, *inter alia*, the terms of the bidding process, the requirements and deadlines for participation therein, required terms of any bids, and the time, location and conduct of the Auction. In the event of any inconsistency or conflict between this Notice, the Bidding Procedures and the Bidding Procedures Order, the Bidding Procedures Order shall control.

## The Sale Hearing

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing for _____, 2014, at _____ .m. (Eastern Time) (the "Sale Hearing") to consider approval of the winning bid(s) and confirm the results at the Auction for the Shares, pursuant to a motion to be filed by the Debtor seeking approval thereof (the "Sale Motion"). The Sale Hearing may, however, be adjourned in open court from time to time, without further notice. The Sale Hearing will be held before the Honorable Brendan L. Shannon, United States Bankruptcy Court Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware, 19801.

**PLEASE BE TAKE FURTHER NOTICE** that the Bidding Procedures annexed hereto shall govern the bidding process and the Auction of the assets. Any person that wishes to receive a copy of the Sale Motion or the Bidding Procedures Order shall make such request in writing to

Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Attn: Laura Davis Jones or by email to ljones@pszjlaw.com.

## Objections

**PLEASE TAKE FURTHER NOTICE** that any objection to any of the relief to be requested at the Sale Hearing must be in writing, state the basis of such objection with specificity, and shall be filed with the Court, with a courtesy copy to Chambers, and shall be served on: (i) the Debtor, Revstone Industries, LLC c/o Huron Consulting Group, 900 Wilshire Drive, Suite 270, Troy, Michigan, Attn: Laura Marcero; (iii) Debtor's counsel, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19899, Attn: Laura Davis Jones, Esq., ljones@pszjlaw.com, and Pachulski Stang Ziehl & Jones LLP, 150 California St., 15th Floor, San Francisco, California, 94111, Attn: David Bertenthal, Esq., dbertenthal@pszjlaw.com; (iv) counsel to the Stalking Horse Bidder, Simburg Ketter Sheppard & Purdy, LLP, 999 Third Avenue; Suite 2525, Seattle, Washington 98104, Attn: Andrew D. Shafer, Esq.; (v) counsel to the Official Committee of Unsecured Creditors of Revstone Industries, LLC: Womble Carlyle Sandridge & Rice, LLP, 222 Delaware Avenue, Suite 1501, Wilmington, DE 19801, Attn: Mark L. Desgrosseilliers, mdesgrosseilliers@wcsr.com; and (vi) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Jane Leamy, Esq., Jane.M.Leamy@usdoj.gov (collectively, the "Notice Parties"), so as to be received by _____, 2014, at 4:00 p.m. (Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that all requests for information concerning the assets and all requests for information concerning the Bidding Procedures, should be directed in

writing to Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899-8705 (Courier 19801), Attn: Laura Davis Jones and Colin R. Robinson or by email to ljones@pszjlaw.com and crobinson@pszjlaw.com.

Dated: _____, 2014       PACHULSKI STANG ZIEHL & JONES LLP

                                                  Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (Bar No. 4228)
Colin R. Robinson (Bar No. 5524)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: 302/652-4100
Facsimile: 302/652-4400
Email: ljones@pszjlaw.com
        dbertenthal@pszjlaw.com
        tcairns@pszjlaw.com
        crobinson@pszjlaw.com

Counsel for the Debtor and Debtor in Possession