## Exhibit C

**Creditor Notice**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REVSTONE INDUSTRIES, LLC, et al.,[1] | ) | Case No. 12-13262 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Deadline for Submitting Bids: _____, 2014, 4:00 p.m. (Eastern Time)
Auction Date and Time: _____, 2014, ____ _.m. (_____ Time)
Deadline for Objections to Sale Motion: _____, 2014, 4:00 p.m. (Eastern Time)
Sale Hearing Date and Time: _____, 2014, ____ _.m. (Eastern Time)

## NOTICE OF AUCTION AND SALE HEARING RELATED TO SALE OF ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS AND INTERESTS

**PLEASE TAKE NOTICE** that, on _____, 2014, Revstone Industries, LLC, the

debtor and debtor in possession herein ("Revstone" or the "Debtor"), filed the *Debtor's Motion*

*for Order (A) Approving Bid Procedures for the Sale of the Debtor's Equity Interest in Revstone*

*Wallaceburg Canada, Inc.; (B) Scheduling an Auction and Hearing to Consider the Sale and*

*Approve the Form and Manner of Notice Related Thereto; (C) Approving Payment of a Break-*

*Up Fee; and (D) Granting Related Relief* (the "Bidding Procedures Motion").[2]  On

_____, 2014, the Court entered an order (the "Bidding Procedures Order") granting the

Bidding Procedures Motion and approving the bidding procedures annexed hereto (the "Bidding

Procedures") to be used in connection with the auction (the "Auction") of substantially all of the

Debtor's equity interest in Revstone Wallaceburg Canada, Inc. (as further described in the

---

[1]  The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are:  Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool & Engineering, LLC (6450).  The location of the Debtors' headquarters and the service address for the Debtors is 230 N. Limestone St., Ste. 100, Lexington, KY 40507.

[2]  All capitalized terms not defined herein have the meaning ascribed to them in the Bidding Procedures Motion.

Agreement, the "Shares"). The Shares are being sold free and clear of all liens, claims, encumbrances and interests, provided that section 363(f) of the Bankruptcy Code has been satisfied (other than those liens and interests permitted by the Agreement with the Stalking Horse Bidder).

## Auction

**PLEASE TAKE FURTHER NOTICE** that the Debtor may conduct an auction (the "Auction") to determine the highest and best bid with respect to the Acquired Assets. The Auction shall commence at _____ __.m. (Eastern Time) on _____, 2014, at Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19899-8705, or such other location as announced by the Debtor prior to the Auction.

## The Sale Hearing

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing for _____, 2014, at __.m. (Eastern Time) (the "Sale Hearing") to consider approval of the winning bid(s) and confirm the results at the Auction for the assets, pursuant to a motion filed by the Debtor seeking approval thereof (the "Sale Motion"). The Sale Hearing may, however, be adjourned in open court from time to time, without further notice. The Sale Hearing will be held before the Honorable Brendan L. Shannon, United States Bankruptcy Court Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware, 19801.

**PLEASE BE TAKE FURTHER NOTICE** that the Bidding Procedures shall govern the bidding process and the Auction of the Shares. Any person that wishes to receive a copy of the Sale Motion, Bidding Procedures or the Bidding Procedures Order shall make such request in writing to Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box

7

8705, Wilmington, Delaware 19899-8705 (Courier 19801), Attn: Laura Davis Jones and Colin R.

Robinson or by email to ljones@pszjlaw.com and crobinson@pszjlaw.com.

### Objections

**PLEASE TAKE FURTHER NOTICE** that any objection to any of the relief to be

requested at the Sale Hearing must be in writing, state the basis of such objection with

specificity, and shall be filed with the Court, with a courtesy copy to Chambers, and shall be

served on: (i) the Debtor, Revstone Industries, c/o Huron Consulting Group, 900 Wilshire Drive,

Suite 270, Troy, Michigan, Attn: Laura Marcero; (iii) Debtor's counsel, Pachulski Stang Ziehl &

Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19899, Attn: Laura

Davis Jones, Esq., ljones@pszjlaw.com, and Pachulski Stang Ziehl & Jones LLP, 150 California

St., 15th Floor, San Francisco, California, 94111, Attn: David Bertenthal, Esq.,

dbertenthal@pszjlaw.com; (iv) counsel to the Stalking Horse Bidder, Simburg Ketter Sheppard

& Purdy, LLP, 999 Third Avenue; Suite 2525, Seattle, Washington 98104, Attn: Andrew D.

Shafer, Esq.; (v) counsel to the Official Committee of Unsecured Creditors of Revstone

Industries, LLC: Womble Carlyle Sandridge & Rice, LLP, 222 Delaware Avenue, Suite 1501,

Wilmington, DE 19801, Attn: Mark L. Desgrosseilliers, mdesgrosseilliers@wcsr.com; and (vi)

the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street,

Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Jane Leamy, Esq.,

Jane.M.Leamy@usdoj.gov (collectively, the "Notice Parties"), so as to be received by

_____, 2014, at 4:00 p.m. (Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that all requests for information concerning the

assets and all requests for information concerning the Bidding Procedures, should be directed in

writing to Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box

8

8705, Wilmington, Delaware 19899-8705 (Courier 19801), Attn: Laura Davis Jones and Colin R.

Robinson or by email to ljones@pszjlaw.com and crobinson@pszjlaw.com.


Dated:_____, 2014                    PACHULSKI STANG ZIEHL & JONES LLP

_____

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (Bar No. 4228)
Colin R. Robinson (Bar No. 5524)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone:  302/652-4100
Facsimile:  302/652-4400
Email: ljones@pszjlaw.com
        dbertenthal@pszjlaw.com
        tcairns@pszjlaw.com
        crobinson@pszjlaw.com

Counsel for the Debtor and Debtor in Possession

9