**EXHIBIT 2**

**Modified Funding Schedule**

## TARGET RECOVERY SCENARIO FUNDING SCHEDULE
$'s in 000

| Recovery Source | Net Proceeds For PBGC & Estates | Distribution of Net Proceeds | | | | |
|---|---|---|---|---|---|---|
| | | | Estates | | Hold Back/Escrow | |
| | | PBGC | Revstone | Spara | Revstone | Spara |
| Plan Funding | $ 21,694 | $ 21,694 | - | - | - | - |
| | | | | | | |
| Revstone Escrows | | | | | | |
| Contech PBGC Escrow | 12,263 | 7,800 | 2,011 | - | 2,453 | - |
| Contech General Escrow | 613 | - | 491 | - | 123 | - |
| Texas Die PBGC Escrow | 2,399 | - | 1,919 | - | 480 | - |
| Texas Die Cash on Hand | 379 | - | 303 | - | 76 | - |
| CLS PBGC Escrow | 2,609 | - | 2,087 | - | 522 | - |
| Dowagiac | - | - | - | - | - | - |
| Subtotal | 18,263 | 7,800 | 6,810 | - | 3,653 | - |
| Allocation % | | 43% | 37% | 0% | 20% | 0% |
| Interim Recovery Total | $ 39,957 | $ 29,494 | $ 6,810 | $ - | $ 3,653 | $ - |



| Revstone Industries Surplus | 2,123 | 531 | 1,168 | - | 425 | - |
|---|---|---|---|---|---|---|
| Allocation % | | 25% | 55% | 0% | 20% | 0% |
| Interim Recovery Total | $ 93,860 | $ 62,955 | $ 16,270 | $ 2,831 | $ 7,087 | $ 4,718 |
| | | | | | | |
| TPOP f/k/a Metavation | | | | | | |
| PBGC Recovery | 19,000 | 19,000 | - | - | - | - |
| Allocation % | | 100% | 0% | 0% | 0% | 0% |
| Revstone Industries GUC Recovery | 639 | 128 | 384 | - | 128 | - |
| Allocation % | | 20% | 60% | 0% | 20% | 0% |
| Subtotal | 19,640 | 19,128 | 384 | - | 128 | - |
| | | | | | | |
| BFG Settlement funded by agreement of parties from existing PBGC escrow accounts | - | (7,800) | - | 7,800 | - | - |
| | | | | | | |
| Pre-Escrow Disribution Recovery | $ 113,500 | $ 74,283 | $ 16,653 | $ 10,631 | $ 7,215 | $ 4,718 |
| | | | | | | |
| Baseline Target Recovery | $ 113,500 | $ 77,000 | $ 22,478 | $ 14,022 | $ - | $ - |
| Excess (Shortfall) | - | (2,717) | (5,824) | (3,391) | 7,215 | 4,718 |
| | | | | | | |
| Assumed Escrow Distribution "true up" | | | | | | |
| Spara Entity Escrows | | 1,326 | | 3,391 | | (4,718) |
| Revstone Entity Escrows | | 1,391 | 5,824 | | (7,215) | |
| | | | | | | |
| Recovery | | $ 77,000 | $ 22,478 | $ 14,022 | $ - | $ - |

**ESTIMATED ALLOCATION OF ESTATE PROCEEDS:**

| | Net Proceeds for Estates | To Litigation Reserve | Post Eff Reserve | BFG | Admin/Priority Est. | | Non-BFG GUCs | | BFG GUC | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim | Distr | Claim | Distr | Claim | Distr |
| Revstone | $ 22,478 | $ 750 | $ 750 | 700 | $ 22,067 | $ 15,453 | $ 24,122 | $ 4,459 | $ 8,500 | $ 365 |
| Recovery % | | | | | | 70.0% | | 18.5% | | 4.3% |
| Spara | $ 14,022 | $ 250 | $ 500 | 7,800 | $ 5,033 | $ 4,929 | $ 2,800 | $ 543 | | |
| Recovery % | | | | | | 97.9% | | 19.4% | | |
| Litigation Reserve | $ 1,000 | | | | | | | | | |

Notes:

"Net Proceeds For PBGC & Estates" means sale proceeds net of reasonable and ordinary transaction costs, payments to non-PBGC creditors of the non-debtors, and payments of post-petition professional fees at TPOP f/k/a Metavation.

Estimated distributions to unsecured creditors reflected above are subject to the terms of a confirmed chapter 11 plans proposed by the Debtors and the terms of the Global Resolution Term Sheet and the Consensual Resolution Terms attached thereto.

Allocation of the funding for the litigation trust is subject to change based on the terms of the final settlement agreement or plan.