# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REVSTONE INDUSTRIES, LLC, *et al.*,[1] | ) | Case No. 12-13262 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TPOP, LLC,[2] | ) | Case No. 13-11831 (BLS) |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I, Colin R. Robinson, hereby certify that on the 1st day of May, 2014, I caused a copy of the following document(s) to be served on the individuals on the attached service list(s), in the manner indicated thereon:

> *Notice of Modifications to Settlement Agreement with Pension Benefit Guaranty Corporation Pursuant to Global Resolution Term Sheet Between Debtors, Official Committee of Unsecured Creditors, Boston Finance Group, LLC, and Pension Benefit Guaranty Corporation [including Exhibits 1 and 2 thereto]*

_____
Colin R. Robinson (Bar No. 5524)

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool & Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for the Debtors is 230 N. Limestone St., Ste. 100, Lexington, KY 40507.

[2] The Debtor in this chapter 11 case is TPOP, LLC f/k/a Metavation, LLC and the last four digits of the Debtor's federal tax identification numbers is 5884. The location of the Debtor's headquarters is 230 N. Limestone St., Ste. 100, Lexington, KY 40507.

Revstone Consolidated 2002 Overnight
Service List
Lead Case No. 12-13262 (BLS)
Document No. 185825
01 – INTEROFFICE MAIL
01 – VIA EMAIL
18 – HAND DELIVERY
02 – EXPRESS MAIL
32 – OVERNIGHT DELIVERY

Laura Davis Jones, Esquire
David M. Bertenthal, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones, LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*INTEROFFICE MAIL*
David M. Bertenthal, Esquire
Pachulski Stang Ziehl & Jones, LLP
150 California Street, 15th Floor
San Francisco, CA 94111

**VIA EMAIL**
(Counsel to George S. Hofmeister)
Sheldon S. Toll, Esquire
Sheldon S. Toll PLLC
PO Box 4297
Southfield, MI 48037
**Email: lawtoll@comcast.net**

**HAND DELIVERY**
Jane Leamy, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**HAND DELIVERY**
Zilllah A. Frampton, Bankruptcy
Administrator
Delaware Division of Revenue
820 N. French St.
CSOB 8th Floor
Wilmington, DE 19801

**HAND DELIVERY**
*(United States Attorney)*
Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

**HAND DELIVERY**
(Counsel to Ford Motor Company)
Karen C. Bifferato, Esquire
Connolly Gallgaher LLP
1000 West Street, Suite 1400
Wilmington, DE 19801

**HAND DELIVERY**
(Counsel to Airgas, Inc. and related Airgas entities)
Kathleen M. Miller, Esquire
Smith, Katzenstein & Jenkins LLP
The Corporate Plaza
800 Delaware Avenue, Suite 1000
P. O. Box 410
Wilmington, DE 19899

**HAND DELIVERY**
(Counsel to Boston Financial Group)
Stuart M. Brown, Esquire
R. Craig Martin, Esquire
DLA Piper LLP (US)
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801

**HAND DELIVERY**
(Counsel to Schoeller Arca Systems, Inc.)
Carl N. Kunz, III, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, DE  19801

**HAND DELIVERY**
(Counsel to United Steelworkers)
Susan E. Kaufman, Esquire
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
P. O. Box 1680
Wilmington, DE  19801

**HAND DELIVERY**
(Counsel to Official Committee of Unsecured Creditors)
Matthew P. Ward, Esquire
Steven K. Kortanek, Esquire
Mark L. Degrosseilliers, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

**HAND DELIVERY**
(Counsel to George S. Hofmeister)
Evan O. Williford, Esquire
The Williford Firm LLC
901 N. Market Street, Suite 800
Wilmington, DE  19801

**HAND DELIVERY**
(Counsel to Bridgeport Capital Funding LLC)
Patrick J. Reilley
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801

**HAND DELIVERY**
*(Counsel to GE CF Mexico of S.A. de C.V.)*
Kurt F. Gwynne, Esquire and Lucy Qiu, Esquire
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE  19801

**HAND DELIVERY**
*(Counsel to Hillsdale Salaried Pension Plan and Hillsdale Hourly Pension Plan and Revstone Castings Fairfield GMP Local 359 Pension Plan and the Fourslides Inc. Pension Plan (collectively, the "Fairfield and the Fourslides Plans"))*
Joel A. Waite, Esquire,
Kenneth J. Enos, Esquire
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801

*HAND DELIVERY*
*(Counsel to Cole Taylor Bank)*
Victoria A. Guilfoyle, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE  19801

*HAND DELIVERY*
*(Counsel to Shiloh Die Cast Midwest LLC)*
Brian A. Sullivan, Esquire
Werb & Sullivan
300 Delaware Avenue, Suite 1300
P.O. Box 25046
Wilmington, DE  19899

*HAND DELIVERY*
*(Counsel to RI SPC)*
Thomas J. Francella, Jr., Esquire
Whiteford Taylor & Preston LLC
405 North King Street, Suite 500
Wilmington, DE  19801

*HAND DELIVERY*
*(Counsel to Legacy Group Lighting, LLC)*
Johnna M. Darby, Esquire
Darby Brown-Edwards LLC
1105 N. Market Street, Suite 1600
I.M. Pei Building
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel to Zynik Capital Corporation)*
Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

**EXPRESS MAIL**
Secretary of State
Division of Corporations - Franchise Tax
P.O. Box 898
Dover, DE 19903

**EXPRESS MAIL**
Neil Herskowkitz
Riverside Claims
PO Box 626
Planetarium Station
New York, NY 10024

**OVERNIGHT DELIVERY**
Securities & Exchange Commission
Office of General Counsel - Bankruptcy
100 F. Street, NE
Washington, DC 20549

**OVERNIGHT DELIVERY**
Andrew Calamari, Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281

**OVERNIGHT DELIVERY**
Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

**OVERNIGHT DELIVERY**
Internal Revenue Service
2970 Market Street
Mail Stop 5-030.133
Philadelphia, PA 19104-5016

**OVERNIGHT DELIVERY**
(Co-counsel to Debtor)
Brian Trust, Esquire
Howard S. Beltzer, Esquire
Frederick D. Hyman, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019

**OVERNIGHT DELIVERY**
(Counsel to General Motors LLC)
Aaron M. Silver, Esquire
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue, Suite 2290
Detroit, MI 48226

**OVERNIGHT DELIVERY**
(Counsel to Chrysler Group LLC)
Sheryl L. Toby, Esquire
Dykema Gossett PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304

**OVERNIGHT DELIVERY**
(Counsel to JTEKT North America, Inc.)
Michael E. Baum, Esquire
Daniel J. Weiner, Esquire
Jeffery J. Sattler, Esquire
Schafer and Weiner, PLLC
40950 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304

**OVERNIGHT DELIVERY**
(Counsel to Ford Motor Company)
Stephen S. LaPlante, Esquire
Jonathan S. Green, Esquire
Marc N. Swanson, Esquire
Miller, Canfield, Paddock and Stone, P.L.C.
150 West Jefferson, Suite 2500
Detroit, MI 48226

**OVERNIGHT DELIVERY**
David Boyle
Airgas, Inc.
259 Radnor-Chester Road, Suite 100
P. O. Box 6675
Radnor, PA 01908

**OVERNIGHT DELIVERY**
Cassandra B. Caverly, Esquire
Desiree M. Amador, Esquire
M. Katie Burgess, Esquire
Pension Benefit Guaranty Corp.
Office of the Chief Counsel
1200 K Street, N.W.
Washington, DC 20005

**OVERNIGHT DELIVERY**
(Secretary of Labor, U.S. Department of Labor)
RubenR. Chapa, Esquire
Senior Trial Attorney, Office of the Solicitor
U.S. Department of Labor
230 South Dearborn, Room 844
Chicago, IL 60604

**OVERNIGHT DELIVERY**
(Secretary of Labor, U.S. Department of Labor)
Matthew M. Scheff, Esquire
Trial Attorney - U.S. Department of Labor
Office of the Solicitor
1240 E. 9th Street, Room 881
Cleveland, OH 44199

**OVERNIGHT DELIVERY**
(Counsel to Boston Financial Group)
Gregg M. Galardi, Esquire
Gabriella Zborovsky, Esquire
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020

**OVERNIGHT DELIVERY**
(Counsel to Nexteer Automotove Corporation)
Thomas B. Radom, Esquire
Butzel Long, a professional corporation
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, MI 48304

**OVERNIGHT DELIVERY**
(Counsel to Gary Walter, Vigin Hoey and David Bagby)
Don Darnell, Esquire
Darnell Law Offices
7926 Ann Arbor Street
Dexter, MI 48130

**OVERNIGHT DELIVERY**
(Counsel to Native American Logistics Worldwide, LLC)
Kevin N. Summers, Esquire
Dean & Fulkerson, P.C.
801 W. Big Beaver Road, Suite 500
Troy, MI 48084

**OVERNIGHT DELIVERY**
(Counsel to Multi-Precision Detail, Inc.)
Steven A. Siman, Esquire
Steven A. Siman, P.C.
3250 W. Big Beaver, Suite 344
Troy, MI 48084

**OVERNIGHT DELIVERY**
(Counsel to United Steelworkers)
David R. Jury, Esquire
Associate General Counsel
United Steelworkers
Five Gateway Center, Room 807
Pittsburgh, PA 15222

**OVERNIGHT DELIVERY**
Donna Cutting
GIL Inc.
419 E. 4th Street
Royal Oak, MI 48067

**OVERNIGHT DELIVERY**
(Counsel to Bridgeport Capital Funding LLC)
Barry P. Gruher, Esquire
Genovese Joblove & Battista P.A.
200 E. Broward Blvd., Suite 1110
Ft. Lauderdale, FL 33301

**OVERNIGHT DELIVERY**
(Counsel to PCG Acquisition Corporation)
Aaron L. Hammer, Esquire
Christopher J. Horvay, Esquire
Suger Felsenthal Grais & Hammer LLP
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602

**OVERNIGHT DELIVERY**
(Counsel to Bry-Mac, Inc. d/b/a Dietech Tooling Solutions)
Bradley J. Fisher
Scholten Fant, P.C.
100 N. Third Street
PO Box 454
Grand Haven, MI 49417

**OVERNIGHT DELIVERY**
(Counsel to Oakland County Treasurer)
Richardo I. Kilpatrick, Esquire
Kilpatrick & Associates, P.C.
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326

**OVERNIGHT DELIVERY**
*(Counsel to GE CF Mexico of S.A. de C.V.)*
Michael J. Venditto, Esquire
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

**OVERNIGHT DELIVERY**
*(Counsel to Hillsdale Salaried Pension Plan and Hillsdale Hourly Pension Plan and Revstone Castings Fairfield GMP Local 359 Pension Plan and the Fourslides Inc. Pension Plan (collectively, the "Fairfield and the Fourslides Plans"))*
Dennis J. Connolly, Esquire, Kevin M. Hembree, Esquire
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309

*OVERNIGHT DELIVERY*
*(Counsel to Cole Taylor Bank)*
Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103

*OVERNIGHT DELIVERY*
*(Counsel to Shiloh Die Cast Midwest LLC)*
Steve E. Pryatel, Esquire
Lawrence S. Crowther, Esquire
Wegman, Hessler & Vanderburg
6055 Rockside Wood Blvd., Suite 200
Cleveland, OH 44131

*OVERNIGHT DELIVERY*
*(Counsel to Plex Systems, Inc.)*
Michael A. Fleming, Esquire
Plunkett Cooney
38505 Woodward Avenue, Suite 2000
Bloomfield Hills, MI 48304

***OVERNIGHT DELIVERY***
*(Counsel to RI SPC)*
Andrew J. Gallo, Esquire
Bingham McCutchen, LLP
One Federal Street
Boston, MA 02110

***OVERNIGHT DELIVERY***
*(Fee Examiner)*
John F. Theil, Esquire
Stuart, Maue, Mitchell & James Ltd.
3840 McKelvey Road
St. Louis, MO 63044

**OVERNIGHT DELIVERY**
*(Counsel to Legacy Group Lighting, LLC)*
Anthony R. Paesano, Esquire
Paesano Akkashian
7457 Franklin Road, Suite 200
Bloomfield Hills, MI 48301

**OVERNIGHT DELIVERY**
*(Counsel to Zynik Capital Corporation)*
Andrew D. Shafer, Esquire
Simburg, Ketter, Sheppard & Purdy, LLP
999 Third Avenue, Suite 2525
Seattle, WA 98104

Metavation 2002 Service List (Overnights)
Lead Case No. 12-13262
Document No. 188622
02 – INTEROFFICE MAIL
01 – VIA EMAIL
12 – HAND DELIVERY
03 – EXPRESS MAIL
41 – OVERNIGHT DELIVERY
01 – FOREIGN OVERNIGHT

*(Counsel to Debtor and Debtor in Possession)*
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones, LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801

**INTEROFFICE MAIL**
*(Counsel to Debtor and Debtor in Possession)*
Jonathan J. Kim, Esquire
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067

**INTEROFFICE MAIL**
*(Counsel to Debtor and Debtor in Possession)*
David M. Bertenthal, Esquire
Pachulski Stang Ziehl & Jones, LLP
150 California Street, 15th Floor
San Francisco, CA  94111

*VIA E-MAIL*
*(Counsel to George S. Hofmeister)*
Sheldon S. Toll, Esquire
Sheldon S. Toll PLLC
**Email: lawtoll@comcast.net**

**HAND DELIVERY**
*(United States Trustee)*
Jane M. Leamy, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE  19801

**HAND DELIVERY**
Zilllah A. Frampton, Bankruptcy Administrator
Delaware Division of Revenue
820 N. French St.
CSOB 8th Floor
Wilmington, DE  19801

**HAND DELIVERY**
*(United States Attorney)*
Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE  19801

*HAND DELIVERY*
*(Counsel to Official Committee of Unsecured Creditors)*
Matthew P. Ward, Esquire
Steven K. Kortanek, Esquire
Mark L. Desgrosseilliers, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

*HAND DELIVERY*
*(Counsel to Ford Motor Company)*
Karen C. Bifferato, Esquire
Connolly Gallgaher LLP
1000 West Street, Suite 1400
Wilmington, DE  19801

*HAND DELIVERY*
(Counsel to Dayco Products, LLC)
Anthony W. Clark, Esquire
Skadden Arps, Slate, Meagher & Flom LLP
& Affiliates
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

*HAND DELIVERY*
(Counsel to Wells Fargo Capital Finance, LLC)
David M. Powlen, Esquire
Kevin G. Collins, Esquire
Barnes & Thornburg LLP
1000 N. West Street, Suite 1500
Wilmington, DE 19801

*HAND DELIVERY*
(Counsel to the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union "United Steelworkers")
Susan E. Kaufman, Esquire
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
P.O. Box 1680
The Brandywine Building
Wilmington, DE 19899

*HAND DELIVERY*
(Counsel to Boston Financial Group)
Stuart M. Brown, Esquire
R. Craig Martin, Esquire
DLA Piper LLP (US)
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801

*HAND DELIVERY*
(Counsel to City of Hillsdale, City of Mt. Pleasant and City of Vassar)
Karen M. Grivner, Esquire
Clark Hill Thorp Reed
824 N. Market Street, Suite 710
Wilmington, DE 19801

*HAND DELIVERY*
(Counsel to Hillsdale Salaried Pension Plan and Hillsdale Hourly Pension Plan and Revstone Castings Fairfield GMP Local 359 Pension Plan and the Fourslides Inc. Pension Plan (collectively, the "Fairfield and the Fourslides Plans"))
Joel A. Waite, Esquire
Kenneth J. Enos, Esquire
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

*HAND DELIVERY*
(Counsel to Douglas Holmes, John Hollister and DHJH Holdings, LLC)
Garvan F. McDaniel, Esquire
Bifferato Gentilotti, LLC
E. A. Delle Donne Corporate Center
1013 Center Road, Suite 102
Wilmington, DE 19805

**EXPRESS MAIL**
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

**EXPRESS MAIL**
*(Top 20)*
Tonawanda Coke Corp.
Attn: Colleen Crane
P.O. Box 5007
Tonawanda, NY 14151-5007

**EXPRESS MAIL**
*(Top 20)*
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**OVERNIGHT DELIVERY**
*(United Stated Attorney General)*
Eric H. Holder, Jr., Esquire
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC  20530

**OVERNIGHT DELIVERY**
Delaware Secretary of Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE  19904

**OVERNIGHT DELIVERY**
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC  20220

**OVERNIGHT DELIVERY**
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F. Street, NE
Washington, DC  20549

**OVERNIGHT DELIVERY**
Andrew Calamari, Regional Director
New York Regional Office
Securities & Exchange Commission
3 World Financial Center, Suite 400
New York, NY  10281

**OVERNIGHT DELIVERY**
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
2970 Market Street
Mail Stop 5-030.133
Philadelphia, PA  19101

**OVERNIGHT DELIVERY**
Cassandra B. Caverly, Esquire
Desiree Amador, Esquire
M. Katie Burgess, Esquire
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K. Street, N.W.
Washington, DC  20005

*OVERNIGHT DELIVERY*
*(Counsel to General Motors LLC)*
Aaron M. Silver, Esquire
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue, Suite 2290
Detroit, MI  48226

*OVERNIGHT DELIVERY*
*(Counsel to Chrysler Group LLC)*
Sheryl L. Toby, Esquire
Dykema Gossett PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI  48304

*OVERNIGHT DELIVERY*
*(Counsel to Dayco Products, LLC and Dayco Products S.A. de C.V., the stalking horse purchaser for the Debtor's assets)*
J. Eric Ivester, Esquire
Skadden Arps, Slate, Meagher & Flom LLP
& Affiliates
4 Times Square
New York, NY  10036

*OVERNIGHT DELIVERY*
*(Counsel to Wells Fargo)*
Jonathan N. Helfat, Esquire
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY  10169

*OVERNIGHT DELIVERY*
*(Counsel to Ford Motor Company)*
Stephen S. LaPlante, Esq
Jonathan S. Green, Esquire
Miller, Canfield, Paddock and Stone, P.L.C.
150 W Jefferson Avenue, Suite 2500
Detroit, MI 48226

*OVERNIGHT DELIVERY*
*(Counsel to Dayco Products, LLC and Dayco Products S.A. de C.V., the stalking horse purchaser for the Debtor's assets)*
Christopher M. Dressel, Esquire
Skadden Arps, Slate, Meagher & Flom LLP
& Affiliates
155 N. Wacker Drive
Chicago, IL 60606

*OVERNIGHT DELIVERY*
*(Counsel to Thomas E. Perez, Secretary of Labor, US Department of Labor)*
Matthew M. Scheff, Esquire
Office of the Solicitor
United States Department of Labor
1240 E. 9th Street, Room 881
Cleveland, OH 44199

*OVERNIGHT DELIVERY*
*(Creditor)*
David R. Jury, Esquire
Associate General Counsel
United Steelworkers
Five Gateway Center, Room 807
Pittsburgh, PA 15222

*OVERNIGHT DELIVERY*
*(Counsel to William L. West, Custodial Trustee of the EP Custodial Trust)*
M. Colette Gibbons, Esquire
Ice Miller LLP
600 Superior Avenue East, Suite 1701
Cleveland, OH 44114

*OVERNIGHT DELIVERY*
*(Counsel to City of Hillsdale, City of Mt. Pleasant and City of Vassar)*
Sandra S. Hamilton, Esquire
Clark Hill PLC
200 Ottawa Avenue NW, Ste. 500
Grand Rapids, MI 49503

*OVERNIGHT DELIVERY*
*(Counsel to Debtor and Debtor in Possession)*
Stephen M. Gross, Esquire
McDonald Hopkins PLC
39533 Woodward Ave., Suite 318
Bloomfield Hills, MI 48304

*OVERNIGHT DELIVERY*
(Counsel to Boston Financial Group)
Gregg M. Galardi, Esquire
Gabriella Zborovsky, Esquire
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020

*OVERNIGHT DELIVERY*
*(Counsel to Hillsdale Salaried Pension Plan and Hillsdale Hourly Pension Plan and Revstone Castings Fairfield GMP Local 359 Pension Plan and the Fourslides Inc. Pension Plan (collectively, the "Fairfield and the Fourslides Plans"))*
Dennis J. Connolly, Esquire
Kevin M. Hembree, Esquire
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

*OVERNIGHT DELIVERY*
*(Counsel to Automated Logistics Systems)*
Kevin N. Summers, Esquire
Dean & Fulkerson, P.C.
801 W. Big Beaver Road, Suite 500
Troy, MI 48084

*OVERNIGHT DELIVERY*
(Counsel to Warren Broach & Machine Co.)
Craig S. Schoenherr, Sr., Esquire
O'Reilly Rancilio P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151

*OVERNIGHT DELIVERY*
(Fee Examiner)
John F. Theil, Esquire
Stuart, Maue, Mitchell & James Ltd.
3840 McKelvey Road
St. Louis, MO 63044

*OVERNIGHT DELIVERY*
(Top 20)
Loeb Lorman Metals
Attn: Bruce Loeb
1111 S. 10th Street
Watertown, WI 53094

*OVERNIGHT DELIVERY*
(Top 20)
NETLINK
Attn: Amarish Kapadia
999 Tech Row
Madison Heights, MI 48071

*OVERNIGHT DELIVERY*
(Top 20)
Osco Industries, Inc.
Attn: Tom Kayser
11th & Chillicothe Street
PO Box 1388
Portsmouth, OH 45662

*OVERNIGHT DELIVERY*
(Top 20)
Automated Logistics System
Attn: Joe Parker
3517 Scheele Drive
Jackson, MI 49202

*OVERNIGHT DELIVERY*
(Top 20)
Dauber Company, Inc.
c/o Ronald B. Rich
30655 Nothwestern Hwy.
Farmington Hills, MI 48334

*OVERNIGHT DELIVERY*
(Top 20)
City of Mt. Pleasant
Attn: Nancy Ridley
320 West Broadway
Mt. Pleasant, MI 48858

*OVERNIGHT DELIVERY*
(Top 20)
Trostel
Attn: Larry Brown
901 Maxwell Street
Lake Geneva, WI 53147

*OVERNIGHT DELIVERY*
(Top 20)
Central Michigan Staffing
Attn: Account Manager (Metavation)
605 N. Mission Street
Mt. Pleasant, MI 48858

*OVERNIGHT DELIVERY*
(Top 20)
City of Vassar
Attn: City Council
287 E. Huron
Vassar, MI 48768

*OVERNIGHT DELIVERY*
(Top 20)
A&B Machine Inc.
Attn: Accounts Receivable Manager
2040 Commerce Drive
Sidney, OH 45365

*OVERNIGHT DELIVERY*
*(Top 20)*
County of Tuscola
Attn: Patricia Donovan-Gray, Treasurer
125 W. Lincoln Street Suite 300
Caro, MI  48723

*OVERNIGHT DELIVERY*
*(Top 20)*
Fortech Products, Inc.
Attn: Accounts Receivable Manager
7600 Kensington Ct.
Brighton, MI  48116

*OVERNIGHT DELIVERY*
*(Top 20)*
Peoplelink, LLC
Attn: Account Manager (Metavation)
431 E Colfax Ave, Suite 200
South Bend, IN  46617

*OVERNIGHT DELIVERY*
*(Top 20)*
Chainworks, Inc.
Attn: Accounts Receivable Manager
1031 S MAIN ST
Plymouth, MI  48170

*OVERNIGHT DELIVERY*
*(Top 20)*
DTE Energy
Attn:  Audrey Anderson
One Energy Plaza
2120 WCB
Detroit, MI  48226

*OVERNIGHT DELIVERY*
*(Top 20)*
Standard Electric
Attn: Accounts Receivable Manager
2650 Trautner Dr
Saginaw, MI  48603

*OVERNIGHT DELIVERY*
*(Top 20)*
ManpowerGroup
Attn: Melissa J. Koch
100 Manpower Place
Milwaukee, WI  53212

*FOREIGN OVERNIGHT*
*(Top 20)*
TFT Global Inc.
Attn: Legal Dept.
35 Spruce St.
Tillsonburg, ON  N4G 5C4
CANADA

Revstone & TPOP Service List re General Motors Local Counsel
Case No. 12-13262 (BLS)
Case No. 13-11831 (BLS)
Document No. 192974
01 – Hand Delivery


**Hand Delivery**
(Counsel to General Motors LLC)
Jeffrey R. Waxman, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19899