**EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| REVSTONE INDUSTRIES, LLC, et al.,[1] | Case No. 12-13262 (BLS) |
| Debtors. | Jointly Administered |
| In re: | Chapter 11 |
| TPOP, LLC,[2] | Case No. 13-11831 (BLS) |
| Debtor. | |

## DECLARATION OF JAMES M. LUKENDA

I, James M. Lukenda, make this Declaration under 28 U.S.C. § 1746 and state as follows:

1.  I am older than 21 years of age and suffer no legal disability. I am competent to make this Declaration.

2.  I submit this Declaration for all permissible purposes under the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure and the Federal Rules of Evidence in support of the *Debtors' First Omnibus Objection (Substantive) Seeking to Reclassify Claims* (the "Objection").[3] I have read the Objection, and I am generally familiar with the information contained therein.

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is 6019 Atwood #1, Richmond, KY 40475.

[2] The Debtor in this chapter 11 case is TPOP, LLC, f/k/a Metavation, LLC, and the last four digits of its federal tax identification numbers are 5884. The location of the Debtor's headquarters is 6019 Atwood # 1, Richmond, KY 40475.

[3] Capitalized terms not otherwise defined herein have the meanings given to them in the Objection.

3. I am the Deputy Chief Restructuring Officer of each of the Debtors. I have served in this position for the Revstone jointly administered Debtors since on or about January 17, 2013 and for TPOP, LLC since on or about July 18, 2013. Among my responsibilities in these positions, I am responsible for the Debtors' review and analysis of claims in these chapter 11 cases. Other individuals involved in this process act either (a) at my direction and under my supervision; or (b) with my advice, consultation and coordination. I am familiar with the review and analysis of the relevant claims, books and records concerning the matters addressed herein and in the Objection.

4. Except as otherwise indicated, my statements in this Declaration are based on my personal experience and knowledge as described above, my discussions (if any, as applicable) with relevant individuals and my review of relevant documents, including, without limitation, the proofs of claim and any applicable books and records, and/or summaries of them prepared for my review in connection with the Objection. If called to testify, I could and would testify as stated herein.

5. I or my designee(s) at my direction have reviewed the relevant books and records, if any, and the proofs of claim asserting the Improperly Classified Claims. As a result of this review, I have determined that each Improperly Classified Claim improperly asserts, in whole or in part, entitlement to administrative, secured or priority status. Based on my knowledge of the relevant facts and my understanding of the applicable provisions of the Bankruptcy Code and/or nonbankruptcy law, the underlying liabilities of the Improperly Classified Claims do not meet the criteria for administrative, secured or priority status. The information contained in Exhibit A to the Proposed Order is true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: May 23, 2014

_James M. Lukenda_ (signature)

James M. Lukenda