## **EXHIBIT B**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| REVSTONE INDUSTRIES, LLC, et al.,[1] | Case No. 12-13262 (BLS) |
| Debtors. | Jointly Administered |
| In re: | Chapter 11 |
| TPOP, LLC,[2] | Case No. 13-11831 (BLS) |
| Debtor. | |

## ORDER RECLASSIFYING CLAIMS

This matter coming before the Court on the *Debtors' First Omnibus Objection (Substantive) Seeking to Reclassify Claims* (the "Objection"),[3] filed by the above-captioned debtors (collectively, the "Debtors"); the Court having reviewed the Objection and the Declaration of James M. Lukenda attached thereto as Exhibit A (the "Declaration") and having heard the statements of counsel regarding the relief requested in the Objection at a hearing before the Court (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (c) notice of the Objection and the Hearing was sufficient under the circumstances and in full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules; and the Court having determined that the legal and factual bases set

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is 6019 Atwood #1, Richmond, KY 40475.

[2] The Debtor in this chapter 11 case is TPOP, LLC, f/k/a Metavation, LLC, and the last four digits of its federal tax identification numbers are 5884. The location of the Debtor's headquarters is 6019 Atwood # 1, Richmond, KY 40475.

[3] Capitalized terms not otherwise defined herein have the meanings given to them in the Objection.

-2-

forth in the Objection and the Declaration and at the Hearing establish just cause for the relief granted herein;

    IT IS HEREBY ORDERED THAT:

1.    The Objection is SUSTAINED.

2.    Pursuant to section 502(b) of the Bankruptcy Code, each of the Improperly Classified Claims is reclassified as set forth on Exhibit A attached hereto.

3.    The Debtors retains their rights to object further to each of the Improperly Classified Claims in the future, with respect to its amount and merits, on any and all available grounds.

4.    The Debtors, the claims and noticing agent and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.

Dated: _____, 2014

    THE HONORABLE BRENDAN SHANNON
    UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT A

# Exhibit A

## Reclassified Claims

| Name & Address of Claimant | Debtor | Claim No. | Claim Amount | Claimed Classification Status | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|---|
| Anxe Business Corp.<br>2000 Town Center, Suite<br>Southfield, MI 48075 | Revstone | 84 | $22,215.70 | Secured | Unsecured | Claim asserts secured priority for software, hardware and firewall; no security agreement or other document to support lien is attached to the claim |
| Yu Zhang<br>3000 Town Center, Suite 1700<br>Southfield, MI 48075 | Revstone | Docket No. 706 | $100,384.60 | Admin | Unsecured | Claim asserts administrative priority for post-petition compensation and annual bonus; alleged unpaid compensation and bonus claimed pursuant to prepetition agreement; no basis for administrative priority for claim pursuant to prepetition agreement |
| Yu Zhang<br>3000 Town Center, Suite 1700<br>Southfield, MI 48075 | Revstone | 275 | $778,220.57 | Priority | Unsecured | Claim asserts partial priority status for unpaid bonus pursuant to an employment agreement executed March 25, 2009; bonus payment based upon prepetition agreement entitled only to unsecured priority |
| Kent Rhoads<br>205 Swing About<br>Greenwood, SC 29649 | Greenwood | 267 | $30,000.00 | Admin | Unsecured | Claim seeks administrative priority for a bonus pursuant to attached agreement executed by Debtor Greenwood Forgings on November 5, 2012; claim based on prepetition agreement entitled only to unsecured priority |
| SG Equipment Finance<br>480 Washington Boulevard<br>Jersey City, NJ 07310 | Revstone Spara | 124 | $380,852.14 | Unknown | Unsecured | Claim based upon prepetition judgment does not assert priority; no priority asserted |
| Canon Financial Services<br>158 Gaither Drive, Suite 200<br>Mount Laurel, NJ 08054 | Revstone | 159 Docket No. 645 | $15,916.14 | Admin | Unsecured | Lease rejected; any remaining claim for rejection damages is properly classified as unsecured |

| Name & Address of Claimant | Debtor | Claim No. | Claim Amount | Claimed Classification Status | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|---|
| Canon Financial<br>158 Gaither Drive, Suite 200<br>Mount Laurel, NJ 08054 | Revstone | 12 | $50,114.63 | Secured | Unsecured | Lease rejected and equipment returned; any remaining claim for rejection damages is properly classified as unsecured |
| Michael Gluhanich<br>1921 Kingstree Court<br>Rochester Hills, MI 48309 | TPOP | Docket No. 315 | $100,000.00 | Admin | Unsecured | Bonus payment based upon prepetition agreement entitled only to unsecured priority |
| Kevin Cramton<br>370 Rayson St.<br>Northville, MI 48167 | Revstone | 163 | $711,538.45 | Priority | Unsecured | Severance pursuant to prepetition settlement agreement entitled only to unsecured priority |
| US Bank Equipment Finance<br>1310 Madrid Street<br>Marshall, MN 56258 | TPOP | 22 | $7,500.00 | Secured | Unsecured | Equipment lease; equipment returned; no secured claim remains against the estate |
| NHMG Financial Services<br>P.O. Box 643749<br>Pittsburgh, PA 15264 | Greenwood | 69 | $111,070.68 | Secured | Unsecured | Equipment lease; equipment returned; no secured claim remains against the estate |
| Jay Brown<br>4916 Lake Bluff Road<br>West Bloomfield, MI 48323 | Revstone | Docket No. 910 | $216,346.15 | Admin | Unsecured | Severance, bonus and abated salary claims pursuant to prepetition agreements entitled only to unsecured priority |