# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| REVSTONE INDUSTRIES, LLC, *et al.*,[1] ) | Case No. 12-13262 (BLS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| In re: ) | Chapter 11 |
| ) | |
| TPOP, LLC,[2] ) | Case No. 13-11831 (BLS) |
| ) | |
| Debtor. ) | |

## AFFIDAVIT OF SERVICE

Monica A. Molitor, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, counsel for the Debtor in the above-captioned action, and that on the 23rd day of May, 2014, she caused a copy of the following document(s) to be served upon the attached service list(s) in the manner indicated:

*Notice of Debtors' First Omnibus Objection (Substantive) Seeking to Reclassify Claims; and*

*Debtors' First Omnibus Objection (Substantive) Seeking to Reclassify Claims [including Exhibit A thereto]; and*

*[Proposed] Order Reclassifying Claims*

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool & Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for the Debtors is 6019 Atwood # 1, Richmond, KY 40475.

[2] The Debtor in this chapter 11 case is TPOP, LLC f/k/a Metavation, LLC and the last four digits of the Debtor's federal tax identification numbers is 5884. The location of the Debtor's headquarters is 6019 Atwood # 1, Richmond, KY 40475.

_____
Monica A. Molitor, Paralegal

SWORN TO AND SUBSCRIBED
by me on this 23rd day of May, 2014.

_____
Notary Public
My Commission Expires: _____

K A JOHN BOWER
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 13, 2014

2

Revstone/TPOP First Omnibus Claim
Objection Special Service List
Case No. 12-13262 (BLS)
Document No. 193394
11 – First Class Mail

**First Class Mail**
Anxe Business Corp.
2000 Town Center, Suite
Southfield, MI 48075

**First Class Mail**
Yu Zhang
3000 Town Center, Suite 1700
Southfield, MI 48075

**First Class Mail**
Kent Rhoads
205 Swing About
Greenwood, SC 29649

**First Class Mail**
SG Equipment Finance
480 Washington Boulevard
Jersey City, NJ 07310

**First Class Mail**
Canon Financial Services
158 Gaither Drive, Suite 200
Mount Laurel, NJ 08054

**First Class Mail**
Canon Financial
158 Gaither Drive, Suite 200
Mount Laurel, NJ 08054

**First Class Mail**
Michael Gluhanich
1921 Kingstree Court
Rochester Hills, MI 48309

**First Class Mail**
Kevin Cramton
370 Rayson St.
Northville, MI 48167

**First Class Mail**
US Bank Equipment Finance
1310 Madrid Street
Marshall, MN 56258

**First Class Mail**
NHMG Financial Services
P.O. Box 643749
Pittsburgh, PA 15264

**First Class Mail**
Jay Brown
4916 Lake Bluff Road
West Bloomfield, MI 48323

Revstone Consolidated 2002 Service List
(First Class)
Lead Case No. 12-13262
Document No. 185822
01 – INTEROFFICE MAIL
02 – VIA EMAIL
18 – HAND DELIVERY
34 – FIRST CLASS MAIL

Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones, LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*INTEROFFICE MAIL*
David M. Bertenthal, Esquire
Pachulski Stang Ziehl & Jones, LLP
150 California Street, 15th Floor
San Francisco, CA 94111

*VIA EMAIL*
(Counsel to George S. Hofmeister)
Sheldon S. Toll, Esquire
Sheldon S. Toll PLLC
**Email: lawtoll@comcast.net**

*VIA EMAIL*
Donna Cutting
Gibbs Industries ("GIL Inc.")
419 E. 4th Street
Royal Oak, MI 48067
**Email: sales@gibbsind.com**

*HAND DELIVERY*
Jane Leamy, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**HAND DELIVERY**
Zillah A. Frampton, Bankruptcy Administrator
Delaware Division of Revenue
820 N. French St.
CSOB 8th Floor
Wilmington, DE 19801

**HAND DELIVERY**
*(United States Attorney)*
Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE 19801

*HAND DELIVERY*
(Counsel to Ford Motor Company)
Karen C. Bifferato, Esquire
Connolly Gallgaher LLP
1000 West Street, Suite 1400
Wilmington, DE 19801

*HAND DELIVERY*
(Counsel to Airgas, Inc. and related Airgas Entities)
Kathleen M. Miller, Esquire
Smith, Katzenstein & Jenkins LLP
The Corporate Plaza
800 Delaware Avenue, Suite 1000
P. O. Box 410
Wilmington, DE 19899

*HAND DELIVERY*
(Counsel to Boston Financial Group)
Stuart M. Brown, Esquire
R. Craig Martin, Esquire
DLA Piper LLP (US)
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801

*HAND DELIVERY*
(Counsel to Schoeller Arca Systems, Inc.)
Carl N. Kunz, III, Esquire
Morris James LLP
500 Delaware Avenue, Suite 1500
P. O. Box 2306
Wilmington, DE 19801

*HAND DELIVERY*
(Counsel to United Steelworkers)
Susan E. Kaufman, Esquire
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
P. O. Box 1680
Wilmington, DE 19801

*HAND DELIVERY*
(Counsel to Official Committee of Unsecured Creditors)
Matthew P. Ward, Esquire
Steven K. Kortanek, Esquire
Mark L. Degrosseilliers, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

*HAND DELIVERY*
(Counsel to George S. Hofmeister)
Evan O. Williford, Esquire
The Williford Firm LLC
901 N. Market Street, Suite 800
Wilmington, DE 19801

*HAND DELIVERY*
(Counsel to Bridgeport Capital Funding LLC)
Patrick J. Reilly, Esquire
Cole, Schotz, Meisel, Forman & Leonard, P.A.
500 Delaware Avenue, Suite 1400
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel to GE CF Mexico of S.A. de C.V.)*
Kurt F. Gwynne, Esquire and Lucy Qiu, Esquire
Reed Smith LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel to Hillsdale Salaried Pension Plan and Hillsdale Hourly Pension Plan and Revstone Castings Fairfield GMP Local 359 Pension Plan and the Fourslides Inc. Pension Plan (collectively, the "Fairfield and the Fourslides Plans"))*
Joel A. Waite, Esquire, Kenneth J. Enos, Esquire
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel to Cole Taylor Bank)*
Victoria A. Guilfoyle, Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel to Shiloh Die Cast Midwest LLC)*
Brian A. Sullivan, Esquire
Werb & Sullivan
300 Delaware Avenue, Suite 1300
P.O. Box 25046
Wilmington, DE 19899

*HAND DELIVERY*
*(Counsel to RI SPC)*
Thomas J. Francella, Jr., Esquire
Whiteford Taylor & Preston LLC
405 North King Street, Suite 500
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel to Legacy Group Lighting, LLC)*
Johnna M. Darby, Esquire
Darby Brown-Edwards LLC
1105 N. Market Street, Suite 1600
I.M. Pei Building
Wilmington, DE 19801

*HAND DELIVERY*
*(Counsel to Zynik Capital Corporation)*
Christopher A. Ward, Esquire
Justin K. Edelson, Esquire
Polsinelli PC
222 Delaware Avenue, Suite 1101
Wilmington, DE 19801

*FIRST CLASS MAIL*
Securities & Exchange Commission
Office of General Counsel - Bankruptcy
100 F. Street, NE
Washington, DC 20549

*FIRST CLASS MAIL*
Andrew Calamari, Regional Director
Securities & Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281

*FIRST CLASS MAIL*
Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

*FIRST CLASS MAIL*
Secretary of State
Division of Corporations - Franchise Tax
P.O. Box 898
Dover, DE 19903

*FIRST CLASS MAIL*
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

*FIRST CLASS MAIL*
(Co-counsel to Debtor)
Brian Trust, Esquire
Howard S. Beltzer, Esquire
Frederick D. Hyman, Esquire
Mayer Brown LLP
1675 Broadway
New York, NY 10019

*FIRST CLASS MAIL*
(Counsel to General Motors LLC)
Aaron M. Silver, Esquire
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue
Suite 2290
Detroit, MI 48226

*FIRST CLASS MAIL*
(Counsel to Chrysler Group LLC)
Sheryl L. Toby, Esquire
Dykema Gossett PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304

*FIRST CLASS MAIL*
(Counsel to JTEKT North America, Inc.)
Michael E. Baum, Esquire
Daniel J. Weiner, Esquire
Jeffery J. Sattler, Esquire
Schafer and Weiner, PLLC
40950 Woodward Ave., Suite 100
Bloomfield Hills, MI 48304

*FIRST CLASS MAIL*
(Counsel to Ford Motor Company)
Stephen S. LaPlante, Esquire
Jonathan S. Green, Esquire
Marc N. Swanson, Esquire
Miller, Canfield, Paddock and Stone, P.L.C.
150 West Jefferson, Suite 2500
Detroit, MI 48226

*FIRST CLASS MAIL*
David Boyle
Airgas, Inc.
259 Radnor-Chester Road, Suite 100
P. O. Box 6675
Radnor, PA 01908

*FIRST CLASS MAIL*
Cassandra B. Caverly, Esquire
Desiree M. Amador, Esquire
M. Katie Burgess, Esquire
Pension Benefit Guaranty Corp.
Office of the Chief Counsel
1200 K Street, N.W.
Washington, DC 20005

*FIRST CLASS MAIL*
Ruben R. Chapa, Esquire
Senior Trial Attorney, Office of the Solicitor
U.S. Department of Labor
230 South Dearborn, Room 844
Chicago, IL 60604

*FIRST CLASS MAIL*
Matthew M. Scheff, Esquire
Trial Attorney - U.S. Department of Labor
Office of the Solicitor
1240 E. 9th Street, Room 881
Cleveland, OH 44199

*FIRST CLASS MAIL*
(Counsel to Boston Financial Group)
Gregg M. Galardi, Esquire
Gabriella Zborovsky, Esquire
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020

*FIRST CLASS MAIL*
(Counsel to Nexteer Automotive Corporation)
Thomas B. Radom, Esquire
Butzel Long, PC
Stoneridge West
41000 Woodward Avenue
Bloomfield Hills, MI 48304

*FIRST CLASS MAIL*
(Counsel to Gary Walter, Vigin Hoey and David Bagby)
Don Darnell, Esquire
Darnell Law Offices
7926 Ann Arbor Street
Dexter, MI 48130

*FIRST CLASS MAIL*
(Counsel to Native American Logistics Worldwide, LLC)
Kevin N. Summers, Esquire
Dean & Fulkerson, P.C.
801 W. Big Beaver Road, Suite 500
Troy, MI 48084

*FIRST CLASS MAIL*
(Counsel to Multi-Precision Detail, Inc.)
Steven A. Siman, Esquire
Steven A. Siman, P.C.
3250 W. Big Beaver, Suite 344
Troy, MI 48084

*FIRST CLASS MAIL*
*(Creditor)*
David R. Jury, Esquire
Associate General Counsel
United Steelworkers
Five Gateway Center
Room 807
Pittsburgh, PA 15222

*FIRST CLASS MAIL*
(Counsel to Bridgeport Capital Funding LLC)
Barry P. Gruher, Esquire
Genovese Joblove & Battista P.A.
200 E. Broward Blvd, Suite 1110
Ft. Lauderdale, FL 33301

*FIRST CLASS MAIL*
(Counsel to PCG Acquisition Corporation)
Aaron L. Hammer, Esquire
Christopher J. Horvay, Esquire
Suger Felsenthal Grais & Hammer LLP
30 N. LaSalle Street, Suite 3000
Chicago, IL 60602

*FIRST CLASS MAIL*
(Counsel to Bry-Mac, Inc. d/b/a Dietech Tooling Solutions)
Bradley J. Fisher
Scholten Fant, P.C.
100 N. Third Street
PO Box 454
Grand Haven, MI 49417

*FIRST CLASS MAIL*
(Counsel to Oakland County Treasurer)
Richardo I. Kilpatrick, Esquire
Kilpatrick & Associates, P.C.
903 North Opdyke Road, Suite C
Auburn Hills, MI 48326

*FIRST CLASS MAIL*
Neil Herskowkitz
Riverside Claims
PO Box 626
Planetarium Station
New York, NY 10024

*FIRST CLASS MAIL*
(Counsel to GE CF Mexico of S.A. de C.V.)
Michael J. Venditto, Esquire
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022

*FIRST CLASS MAIL*
(Counsel to Hillsdale Salaried Pension Plan and Hillsdale Hourly Pension Plan and Revstone Castings Fairfield GMP Local 359 Pension Plan and the Fourslides Inc. Pension Plan (collectively, the "Fairfield and the Fourslides Plans"))
Dennis J. Connolly, Esquire,
Kevin M. Hembree, Esquire
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309

*FIRST CLASS MAIL*
(Counsel to Cole Taylor Bank)
Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
Philadelphia, PA 19103

*FIRST CLASS MAIL*
(Counsel to Shiloh Die Cast Midwest LLC)
Steve E. Pryatel, Esquire
Lawrence S. Crowther, Esquire
Wegman, Hessler & Vanderburg
6055 Rockside Wood Blvd., Suite 200
Cleveland, OH 44131

*FIRST CLASS MAIL*
(Counsel to Plex Systems, Inc.)
Michael A. Fleming, Esquire
Plunkett Cooney
38505 Woodward Avenue, Suite 2000
Bloomfield Hills, MI 48304

*FIRST CLASS MAIL*
(Counsel to RI SPC)
Andrew J. Gallo, Esquire
Bingham McCutchen, LLP
One Federal Street
Boston, MA 02110

*FIRST CLASS MAIL*
*(Fee Examiner)*
John F. Theil, Esquire
Stuart, Maue, Mitchell & James Ltd.
3840 McKelvey Road
St. Louis, MO  63044

*FIRST CLASS MAIL*
*(Counsel to Legacy Group Lighting, LLC)*
Anthony R. Paesano, Esquire
Paesano Akkashian
7457 Franklin Road, Suite 200
Bloomfield Hills, MI  48301

*FIRST CLASS MAIL*
*(Counsel to Zynik Capital Corporation)*
Andrew D. Shafer, Esquire
Simburg, Ketter, Sheppard & Purdy, LLP
999 Third Avenue, Suite 2525
Seattle, WA  98104

Metavation 2002 Service List (First Class)
Lead Case No. 12-13262
Document No. 188621
02 – INTEROFFICE MAIL
01 – VIA EMAIL
12 – HAND DELIVERY
43 – FIRST CLASS MAIL
01 – FOREIGN FIRST CLASS

*(Counsel to Debtor and Debtor in Possession)*
Laura Davis Jones, Esquire
Timothy P. Cairns, Esquire
Colin R. Robinson, Esquire
Pachulski Stang Ziehl & Jones, LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801

**INTEROFFICE MAIL**
*(Counsel to Debtor and Debtor in Possession)*
Jonathan J. Kim, Esquire
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067

**INTEROFFICE MAIL**
*(Counsel to Debtor and Debtor in Possession)*
David M. Bertenthal, Esquire
Pachulski Stang Ziehl & Jones, LLP
150 California Street, 15th Floor
San Francisco, CA  94111

*VIA E-MAIL*
*(Counsel to George S. Hofmeister)*
Sheldon S. Toll, Esquire
Sheldon S. Toll PLLC
**Email:  lawtoll@comcast.net**

**HAND DELIVERY**
*(United States Trustee)*
Jane M. Leamy, Esquire
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Wilmington, DE  19801

**HAND DELIVERY**
Zillah A. Frampton, Bankruptcy Administrator
Delaware Division of Revenue
820 N. French St.
CSOB 8th Floor
Wilmington, DE  19801

**HAND DELIVERY**
*(United States Attorney)*
Ellen W. Slights, Esquire
United States Attorney's Office
District of Delaware
1007 N. Orange Street, Suite 700
Wilmington, DE  19801

*HAND DELIVERY*
*(Counsel to Official Committee of Unsecured Creditors)*
Matthew P. Ward, Esquire
Steven K. Kortanek, Esquire
Mark L. Desgrosseilliers, Esquire
Womble Carlyle Sandridge & Rice, LLP
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801

*HAND DELIVERY*
*(Counsel to Ford Motor Company)*
Karen C. Bifferato, Esquire
Connolly Gallgaher LLP
1000 West Street, Suite 1400
Wilmington, DE  19801

*HAND DELIVERY*
(Counsel to Dayco Products, LLC)
Anthony W. Clark, Esquire
Skadden Arps, Slate, Meagher & Flom LLP
& Affiliates
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

*HAND DELIVERY*
(Counsel to Wells Fargo Capital Finance, LLC)
David M. Powlen, Esquire
Kevin G. Collins, Esquire
Barnes & Thornburg LLP
1000 N. West Street, Suite 1500
Wilmington, DE 19801

*HAND DELIVERY*
(Counsel to the United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union "United Steelworkers")
Susan E. Kaufman, Esquire
Cooch and Taylor, P.A.
1000 West Street, 10th Floor
P.O. Box 1680
The Brandywine Building
Wilmington, DE 19899

*HAND DELIVERY*
(Counsel to Boston Financial Group)
Stuart M. Brown, Esquire
R. Craig Martin, Esquire
DLA Piper LLP (US)
1201 North Market Street
Suite 2100
Wilmington, Delaware 19801

*HAND DELIVERY*
(Counsel to City of Hillsdale, City of Mt. Pleasant and City of Vassar)
Karen M. Grivner, Esquire
Clark Hill Thorp Reed
824 N. Market Street, Suite 710
Wilmington, DE 19801

*HAND DELIVERY*
(Counsel to Hillsdale Salaried Pension Plan and Hillsdale Hourly Pension Plan and Revstone Castings Fairfield GMP Local 359 Pension Plan and the Fourslides Inc. Pension Plan (collectively, the "Fairfield and the Fourslides Plans"))
Joel A. Waite, Esquire
Kenneth J. Enos, Esquire
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

*HAND DELIVERY*
(Counsel to Douglas Holmes, John Hollister and DHJH Holdings, LLC)
Garvan F. McDaniel, Esquire
Bifferato Gentilotti, LLC
E. A. Delle Donne Corporate Center
1013 Center Road, Suite 102
Wilmington, DE 19805

*FIRST CLASS MAIL*
(United Stated Attorney General)
Eric H. Holder, Jr., Esquire
Office of the US Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

*FIRST CLASS MAIL*
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

*FIRST CLASS MAIL*
Delaware Secretary of Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

*FIRST CLASS MAIL*
Office of General Counsel
U.S. Department of the Treasury
1500 Pennsylvania Avenue, N.W.
Washington, DC 20220

*FIRST CLASS MAIL*
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F. Street, NE
Washington, DC 20549

*FIRST CLASS MAIL*
Andrew Calamari, Regional Director
New York Regional Office
Securities & Exchange Commission
3 World Financial Center, Suite 400
New York, NY 10281

*FIRST CLASS MAIL*
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
2970 Market Street
Mail Stop 5-030.133
Philadelphia, PA 19101

*FIRST CLASS MAIL*
Cassandra B. Caverly, Esquire
Desiree Amador, Esquire
M. Katie Burgess, Esquire
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K. Street, N.W.
Washington, DC 20005

*FIRST CLASS MAIL*
*(Counsel to General Motors LLC)*
Aaron M. Silver, Esquire
Honigman Miller Schwartz and Cohn LLP
2290 First National Building
660 Woodward Avenue, Suite 2290
Detroit, MI 48226

*FIRST CLASS MAIL*
*(Counsel to Chrysler Group LLC)*
Sheryl L. Toby, Esquire
Dykema Gossett PLLC
39577 Woodward Ave., Suite 300
Bloomfield Hills, MI 48304

*FIRST CLASS MAIL*
*(Counsel to Dayco Products, LLC and Dayco Products S.A. de C.V., the stalking horse purchaser for the Debtor's assets)*
J. Eric Ivester, Esquire
Skadden Arps, Slate, Meagher & Flom LLP & Affiliates
4 Times Square
New York, NY 10036

*FIRST CLASS MAIL*
*(Counsel to Dayco Products, LLC and Dayco Products S.A. de C.V., the stalking horse purchaser for the Debtor's assets)*
Christopher M. Dressel, Esquire
Skadden Arps, Slate, Meagher & Flom LLP & Affiliates
155 N. Wacker Drive
Chicago, IL 60606

*FIRST CLASS MAIL*
*(Counsel to Wells Fargo Capital Finance)*
Jonathan N. Helfat, Esquire
Otterbourg, Steindler, Houston & Rosen, P.C.
230 Park Avenue
New York, NY 10169

*FIRST CLASS MAIL*
*(Counsel to Ford Motor Company)*
Stephen S. LaPlante, Esq
Jonathan S. Green, Esquire
Miller, Canfield, Paddock and Stone, P.L.C.
150 W Jefferson Avenue, Suite 2500
Detroit, MI 48226

*FIRST CLASS MAIL*
(Counsel to Thomas E. Perez, Secretary of Labor, US Department of Labor)
Matthew M. Scheff, Esquire
Office of the Solicitor
United States Department of Labor
1240 E. 9th Street, Room 881
Cleveland, OH 44199

*FIRST CLASS MAIL*
(Creditor)
David R. Jury, Esquire
Associate General Counsel
United Steelworkers
Five Gateway Center, Room 807
Pittsburgh, PA 15222

*FIRST CLASS MAIL*
(Counsel to William L. West, Custodial Trustee of the EP Custodial Trust)
M. Colette Gibbons, Esquire
Ice Miller LLP
600 Superior Avenue East, Suite 1701
Cleveland, OH 44114

*FIRST CLASS MAIL*
(Counsel to City of Hillsdale, City of Mt. Pleasant and City of Vassar)
Sandra S. Hamilton, Esquire
Clark Hill PLC
200 Ottawa Avenue NW, Ste. 500
Grand Rapids, MI 49503

*FIRST CLASS MAIL*
(Counsel to Debtor and Debtor in Possession)
Stephen M. Gross, Esquire
McDonald Hopkins PLC
39533 Woodward Ave., Suite 318
Bloomfield Hills, MI 48304

*FIRST CLASS MAIL*
(Counsel to Boston Financial Group)
Gregg M. Galardi, Esquire
Gabriella Zborovsky, Esquire
DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020

*FIRST CLASS MAIL*
(Counsel to Hillsdale Salaried Pension Plan and Hillsdale Hourly Pension Plan and Revstone Castings Fairfield GMP Local 359 Pension Plan and the Fourslides Inc. Pension Plan (collectively, the "Fairfield and the Fourslides Plans"))
Dennis J. Connolly, Esquire
Kevin M. Hembree, Esquire
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

*FIRST CLASS MAIL*
(Counsel to Automated Logistics Systems)
Kevin N. Summers, Esquire
Dean & Fulkerson, P.C.
801 W. Big Beaver Road, Suite 500
Troy, MI 48084

*FIRST CLASS MAIL*
(Counsel to Warren Broach & Machine Co.)
Craig S. Schoenherr, Sr., Esquire
O'Reilly Rancilio P.C.
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151

*FIRST CLASS MAIL*
(Fee Examiner)
John F. Theil, Esquire
Stuart, Maue, Mitchell & James Ltd.
3840 McKelvey Road
St. Louis, MO 63044

*FIRST CLASS MAIL*
*(Top 20)*
Loeb Lorman Metals
Attn: Bruce Loeb
1111 S. 10th Street
Watertown, WI 53094

*FIRST CLASS MAIL*
*(Top 20)*
NETLINK
Attn: Amarish Kapadia
999 Tech Row
Madison Heights, MI 48071

*FIRST CLASS MAIL*
*(Top 20)*
Osco Industries, Inc.
Attn: Tom Kayser
11th & Chillicothe Street
PO Box 1388
Portsmouth, OH 45662

*FIRST CLASS MAIL*
*(Top 20)*
Automated Logistics System
Attn: Joe Parker
3517 Scheele Drive
Jackson, MI 49202

*FIRST CLASS MAIL*
*(Top 20)*
Dauber Company, Inc.
c/o Ronald B. Rich
30655 Nothwestern Hwy.
Farmington Hills, MI 48334

*FIRST CLASS MAIL*
*(Top 20)*
Tonawanda Coke Corp.
Attn: Colleen Crane
P.O. Box 5007
Tonawanda, NY 14151-5007

*FIRST CLASS MAIL*
*(Top 20)*
City of Mt. Pleasant
Attn: Nancy Ridley
320 West Broadway
Mt. Pleasant, MI 48858

*FIRST CLASS MAIL*
*(Top 20)*
Trostel
Attn: Larry Brown
901 Maxwell Street
Lake Geneva, WI 53147

*FIRST CLASS MAIL*
*(Top 20)*
Central Michigan Staffing
Attn: Account Manager (Metavation)
605 N. Mission Street
Mt. Pleasant, MI 48858

*FIRST CLASS MAIL*
*(Top 20)*
City of Vassar
Attn: City Council
287 E. Huron
Vassar, MI 48768

*FIRST CLASS MAIL*
*(Top 20)*
Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

*FIRST CLASS MAIL*
*(Top 20)*
A&B Machine Inc.
Attn: Accounts Receivable Manager
2040 Commerce Drive
Sidney, OH 45365

**FIRST CLASS MAIL**
*(Top 20)*
County of Tuscola
Attn: Patricia Donovan-Gray, Treasurer
125 W. Lincoln Street Suite 300
Caro, MI 48723

**FIRST CLASS MAIL**
*(Top 20)*
Fortech Products, Inc.
Attn: Accounts Receivable Manager
7600 Kensington Ct.
Brighton, MI 48116

**FIRST CLASS MAIL**
*(Top 20)*
Peoplelink, LLC
Attn: Account Manager (Metavation)
431 E Colfax Ave, Suite 200
South Bend, IN 46617

**FIRST CLASS MAIL**
*(Top 20)*
Chainworks, Inc.
Attn: Accounts Receivable Manager
1031 S MAIN ST
Plymouth, MI 48170

**FIRST CLASS MAIL**
*(Top 20)*
DTE Energy
Attn: Audrey Anderson
One Energy Plaza
2120 WCB
Detroit, MI 48226

**FIRST CLASS MAIL**
*(Top 20)*
Standard Electric
Attn: Accounts Receivable Manager
2650 Trautner Dr
P.O. Box 5289
Saginaw, MI 48603-0289

**FIRST CLASS MAIL**
*(Top 20)*
ManpowerGroup
Attn: Melissa J. Koch
100 Manpower Place
Milwaukee, WI 53212

**FOREIGN FIRST CLASS**
*(Top 20)*
TFT Global Inc.
Attn: Legal Dept.
35 Spruce St.
Tillsonburg, ON N4G 5C4
CANADA