IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| REVSTONE INDUSTRIES, LLC, et al.,[1] | Case No. 12-13262 (BLS) |
| Debtors. | Jointly Administered |
| | **Related Docket No. 1536 and 1581** |
| In re: | Chapter 11 |
| TPOP, LLC,[2] | Case No. 13-11831 (BLS) |
| Debtor. | **Related Docket No. 524** |

## ORDER RECLASSIFYING CLAIMS

This matter coming before the Court on the *Debtors' First Omnibus Objection (Substantive) Seeking to Reclassify Claims* (the "Objection"),[3] filed by the above-captioned debtors (collectively, the "Debtors"); the Court having reviewed the Objection and the Declaration of James M. Lukenda attached thereto as Exhibit A (the "Declaration") and having heard the statements of counsel regarding the relief requested in the Objection at a hearing before the Court (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (c) notice of the Objection and the Hearing was sufficient under the circumstances and in full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules; and the Court having determined that the legal and factual bases set

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is 6019 Atwood #1, Richmond, KY 40475.

[2] The Debtor in this chapter 11 case is TPOP, LLC, f/k/a Metavation, LLC, and the last four digits of its federal tax identification numbers are 5884. The location of the Debtor's headquarters is 6019 Atwood # 1, Richmond, KY 40475.

[3] Capitalized terms not otherwise defined herein have the meanings given to them in the Objection.

DOCS_DE:193290.4 73864/001

forth in the Objection and the Declaration and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Objection is SUSTAINED.

2. Pursuant to section 502(b) of the Bankruptcy Code, each of the Improperly Classified Claims is reclassified as set forth on <u>Exhibit A</u> attached hereto.

3. The Debtors pending objection to the claim of Kevin Cramton is adjourned to the omnibus hearing scheduled for July 31, 2014 at 10:00 a.m. (ET).

4. The Debtors retains their rights to object further to each of the Improperly Classified Claims in the future, with respect to its amount and merits, on any and all available grounds.

5. The Debtors, the claims and noticing agent and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.

Dated: June 25, 2014

THE HONORABLE BRENDAN SHANNON
UNITED STATES BANKRUPTCY JUDGE