# **EXHIBIT A**

# Exhibit A

## Reclassified Claims

| Name & Address of Claimant | Debtor | Claim No. | Claim Amount | Claimed Classification Status | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|---|
| Anxe Business Corp.<br>2000 Town Center, Suite<br>Southfield, MI 48075 | Revstone | 84 | $22,215.70 | Secured | Unsecured | Claim asserts secured priority for software, hardware and firewall; no security agreement or other document to support lien is attached to the claim |
| Yu Zhang<br>3000 Town Center, Suite 1700<br>Southfield, MI 48075 | Revstone | Docket No. 706 | $100,384.60 | Admin | Unsecured | Claim asserts administrative priority for post-petition compensation and annual bonus; alleged unpaid compensation and bonus claimed pursuant to prepetition agreement; no basis for administrative priority for claim pursuant to prepetition agreement |
| Yu Zhang<br>3000 Town Center, Suite 1700<br>Southfield, MI 48075 | Revstone | 275 | $778,220.57 | Priority | Unsecured | Claim asserts partial priority status for unpaid bonus pursuant to an employment agreement executed March 25, 2009; bonus payment based upon prepetition agreement entitled only to unsecured priority |
| Kent Rhoads<br>205 Swing About<br>Greenwood, SC 29649 | Greenwood | 267 | $30,000.00 | Admin | Unsecured | Claim seeks administrative priority for a bonus pursuant to attached agreement executed by Debtor Greenwood Forgings on November 5, 2012; claim based on prepetition agreement entitled only to unsecured priority |
| SG Equipment Finance<br>480 Washington Boulevard<br>Jersey City, NJ 07310 | Revstone Spara | 124 | $380,852.14 | Unknown | Unsecured | Claim based upon prepetition judgment does not assert priority; no priority asserted |
| Canon Financial Services<br>158 Gaither Drive, Suite 200<br>Mount Laurel, NJ 08054 | Revstone | 159 Docket No. 645 | $15,916.14 | Admin | Unsecured | Lease rejected; any remaining claim for rejection damages is properly classified as unsecured |

DOCS_DE:193290.4 73864/001

| Name & Address of Claimant | Debtor | Claim No. | Claim Amount | Claimed Classification Status | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|---|
| Canon Financial<br>158 Gaither Drive, Suite 200<br>Mount Laurel, NJ 08054 | Revstone | 12 | $50,114.63 | Secured | Unsecured | Lease rejected and equipment returned; any remaining claim for rejection damages is properly classified as unsecured |
| Michael Gluhanich<br>1921 Kingstree Court<br>Rochester Hills, MI 48309 | TPOP | Docket No. 315 | $100,000.00 | Admin | Unsecured | Bonus payment based upon prepetition agreement entitled only to unsecured priority |
| US Bank Equipment Finance<br>1310 Madrid Street<br>Marshall, MN 56258 | TPOP | 22 | $7,500.00 | Secured | Unsecured | Equipment lease; equipment returned; no secured claim remains against the estate |
| NHMG Financial Services<br>P.O. Box 643749<br>Pittsburgh, PA 15264 | Greenwood | 69 | $111,070.68 | Secured | Unsecured | Equipment lease; equipment returned; no secured claim remains against the estate |
| Jay Brown<br>4916 Lake Bluff Road<br>West Bloomfield, MI 48323 | Revstone | Docket No. 910 | $216,346.15 | Admin | Unsecured | Severance, bonus and abated salary claims pursuant to prepetition agreements entitled only to unsecured priority |

DOCS_DE:193290.4 73864/001