# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| REVSTONE INDUSTRIES, LLC, et al.,[1] | Case No. 12-13262 (BLS) |
| Debtors. | Jointly Administered |

| | |
|---|---|
| In re: | Chapter 11 |
| TPOP, LLC,[2] | Case No. 13-11831 (BLS) |
| Debtor. | |

### DECLARATION OF JAMES M. LUKENDA

      I, James M. Lukenda, make this Declaration under 28 U.S.C. § 1746 and state as follows:

      1.     I am older than 21 years of age and suffer no legal disability.  I am competent to make this Declaration.

      2.     I submit this Declaration for all permissible purposes under the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure and the Federal Rules of Evidence in support of the *Debtors' Second Omnibus Objection (Substantive) Seeking to Reclassify Claims* (the "Objection").[3]  I have read the Objection, and I am generally familiar with the information contained therein.

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450).  The location of the Debtors' headquarters and the service address for each of the Debtors is Revstone Industries, LLC, et al. c/o Huron Consulting Group Inc., 900 Wilshire Drive, Suite 270, Troy, MI 48084, Attn: John C. DiDonato, Chief Restructuring Officer.

[2] The Debtor in this chapter 11 case is TPOP, LLC, f/k/a Metavation, LLC, and the last four digits of its federal tax identification numbers are 5884.  The location of the Debtor's headquarters is TPOP, LLC f/k/a Metavation, LLC, c/o Huron Consulting Group Inc., 900 Wilshire Drive, Suite 270, Troy, MI  48084, Attn: John C. DiDonato, Chief Restructuring Officer.

[3] Capitalized terms not otherwise defined herein have the meanings given to them in the Objection.

3.    I am the Deputy Chief Restructuring Officer of each of the Debtors. I have served in this position for the Revstone jointly administered Debtors since on or about January 17, 2013 and for TPOP, LLC since on or about July 18, 2013. Among my responsibilities in these positions, I am responsible for the Debtors' review and analysis of claims in these chapter 11 cases. Other individuals involved in this process act either (a) at my direction and under my supervision; or (b) with my advice, consultation and coordination. I am familiar with the review and analysis of the relevant claims, books and records concerning the matters addressed herein and in the Objection.

4.    Except as otherwise indicated, my statements in this Declaration are based on my personal experience and knowledge as described above, my discussions (if any, as applicable) with relevant individuals and my review of relevant documents, including, without limitation, the proofs of claim and any applicable books and records, and/or summaries of them prepared for my review in connection with the Objection. If called to testify, I could and would testify as stated herein.

5.    I or my designee(s) at my direction have reviewed the relevant books and records, if any, and the proofs of claim asserting the Improperly Classified Claims. As a result of this review, I have determined that each Improperly Classified Claim improperly asserts, in whole or in part, entitlement to administrative, secured or priority status. Based on my knowledge of the relevant facts and my understanding of the applicable provisions of the Bankruptcy Code and/or nonbankruptcy law, the underlying liabilities of the Improperly Classified Claims do not meet the criteria for administrative, secured or priority status. The information contained in Exhibit A to the Proposed Order is true and correct to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:  June 26, 2014

_James M. Lukenda_

James M. Lukenda

DOCS_SF:85384.2 73864/001

**EXHIBIT A**

# Exhibit A

## Reclassified Claims

| Name & Address of Claimant | Debtor | Claim No. | Claim Amount | Claimed Classification Status | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|---|
| Homer W. McClarty, Trustee of the Scott R. Hofmeister Irrevocable Trust, the Megan G. Hofmeister Irrevocable Trust, and the Jamie S. Hofmeister Irrevocable Trust Morgan & McClarty PC 19785 W 12 Mile Rd #331 Southfield, MI 48076 | Revstone Spara Greenwood US Tool | Docket No. 717 | Unliquidated | Admin | Non-Priority Unsecured | Claim asserts administrative status for reimbursement of taxes; Debtors are disregarded entities for tax purposes and there is no tax sharing agreement in place, whether prepetition or postpetition; no basis for administrative priority |
| Indiana Department of Revenue Bankruptcy Section, N-240 100 North Senate Avenue Indianapolis, IN 46204 | Revstone | 20 | $817.50 | Secured | Non-Priority Unsecured | Claim asserts secured status for withholding taxes for period ending December 2009; no evidence of collateral provided; no basis for secured treatment |
| Indiana Department of Workforce Development Attn: Beverly A. Korobkin Collection Enforcement Department 10 N. Senate Avenue Indianapolis, IN 46204-2277 | Revstone | 62 | $1,309.83 | Priority | Non-Priority Unsecured | Claim asserts partial priority for employer contributions for January 2009 through January 2010; no basis for priority treatment under 11 U.S.C. § 507 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Revstone | 5 | $200,605.62 | Priority | Non-Priority Unsecured | Claim asserts partial priority for pension-related penalties; no basis for priority treatment under 11 U.S.C. § 507 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | TPOP | 17 | $61,543.05 | Priority | Non-Priority Unsecured | Claim asserts partial priority for pension-related penalties; no basis for priority treatment under 11 U.S.C. § 507 |

| Name & Address of Claimant | Debtor | Claim No. | Claim Amount | Claimed Classification Status | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|---|
| Wisconsin Department of Revenue Special Procedures Unit P.O. Box 8901 Madison, WI 53708-8901 | Revstone | 121 | $101.22 | Priority | Non-Priority Unsecured | Claim asserts partial priority for partnership tax for period ending December 2009; Debtor Revstone had no presence in Wisconsin at this time and is not a partnership; no basis for priority treatment under 11 U.S.C. § 507 |

-2-