# EXHIBIT B

DOCS_DE:194065.1 73864/001

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| REVSTONE INDUSTRIES, LLC, et al.,[1] | Case No. 12-13262 (BLS) |
| Debtors. | Jointly Administered |

| | |
|---|---|
| In re: | Chapter 11 |
| TPOP, LLC,[2] | Case No. 13-11831 (BLS) |
| Debtor. | |

## ORDER RECLASSIFYING CLAIMS

This matter coming before the Court on the *Debtors' Second Omnibus Objection (Substantive) Seeking to Reclassify Claims* (the "Objection"),[3] filed by the above-captioned debtors (collectively, the "Debtors"); the Court having reviewed the Objection and the Declaration of James M. Lukenda attached thereto as Exhibit A (the "Declaration") and having heard the statements of counsel regarding the relief requested in the Objection at a hearing before the Court (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (c) notice of the Objection and the Hearing was sufficient under the circumstances and in full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules; and the Court having determined that the legal and factual bases set

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is Revstone Industries, LLC, et al. c/o Huron Consulting Group Inc., 900 Wilshire Drive, Suite 270, Troy, MI 48084, Attn: John C. DiDonato, Chief Restructuring Officer.

[2] The Debtor in this chapter 11 case is TPOP, LLC, f/k/a Metavation, LLC, and the last four digits of its federal tax identification numbers are 5884. The location of the Debtor's headquarters is TPOP, LLC f/k/a Metavation, LLC, c/o Huron Consulting Group Inc., 900 Wilshire Drive, Suite 270, Troy, MI 48084, Attn: John C. DiDonato, Chief Restructuring Officer.

[3] Capitalized terms not otherwise defined herein have the meanings given to them in the Objection.

forth in the Objection and the Declaration and at the Hearing establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Objection is SUSTAINED.

2. Pursuant to section 502(b) of the Bankruptcy Code, each of the Improperly Classified Claims is reclassified as set forth on <u>Exhibit A</u> attached hereto.

3. The Debtors retains their rights to object further to each of the Improperly Classified Claims in the future, with respect to its amount and merits, on any and all available grounds.

4. The Debtors, the claims and noticing agent and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.

Dated: _____, 2014    _____
                                   THE HONORABLE BRENDAN SHANNON
                                   UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

# Exhibit A

## Reclassified Claims

| Name & Address of Claimant | Debtor | Claim No. | Claim Amount | Claimed Classification Status | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|---|
| Homer W. McClarty, Trustee of the Scott R. Hofmeister Irrevocable Trust, the Megan G. Hofmeister Irrevocable Trust, and the Jamie S. Hofmeister Irrevocable Trust Morgan & McClarty PC 19785 W 12 Mile Rd #331 Southfield, MI 48076 | Revstone Spara Greenwood US Tool | Docket No. 717 | Unliquidated | Admin | Non-Priority Unsecured | Claim asserts administrative status for reimbursement of taxes; Debtors are disregarded entities for tax purposes and there is no tax sharing agreement in place, whether prepetition or postpetition; no basis for administrative priority |
| Indiana Department of Revenue Bankruptcy Section, N-240 100 North Senate Avenue Indianapolis, IN 46204 | Revstone | 20 | $817.50 | Secured | Non-Priority Unsecured | Claim asserts secured status for withholding taxes for period ending December 2009; no evidence of collateral provided; no basis for secured treatment |
| Indiana Department of Workforce Development Attn: Beverly A. Korobkin Collection Enforcement Department 10 N. Senate Avenue Indianapolis, IN 46204-2277 | Revstone | 62 | $1,309.83 | Priority | Non-Priority Unsecured | Claim asserts partial priority for employer contributions for January 2009 through January 2010; no basis for priority treatment under 11 U.S.C. § 507 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Revstone | 5 | $200,605.62 | Priority | Non-Priority Unsecured | Claim asserts partial priority for pension-related penalties; no basis for priority treatment under 11 U.S.C. § 507 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | TPOP | 17 | $61,543.05 | Priority | Non-Priority Unsecured | Claim asserts partial priority for pension-related penalties; no basis for priority treatment under 11 U.S.C. § 507 |

| Name & Address of Claimant | Debtor | Claim No. | Claim Amount | Claimed Classification Status | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|---|
| Wisconsin Department of Revenue<br>Special Procedures Unit<br>P.O. Box 8901<br>Madison, WI 53708-8901 | Revstone | 121 | $101.22 | Priority | Non-Priority Unsecured | Claim asserts partial priority for partnership tax for period ending December 2009; Debtor Revstone had no presence in Wisconsin at this time and is not a partnership; no basis for priority treatment under 11 U.S.C. § 507 |