## EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> REVSTONE INDUSTRIES, LLC, et al.,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 12-13262 (BLS) <br><br> Jointly Administered |
| In re: <br><br> TPOP, LLC,[2] <br><br> Debtor. | Chapter 11 <br><br> Case No. 13-11831 (BLS) |

## ORDER DISALLOWING CLAIMS

This matter coming before the Court on the *Debtors' Third Omnibus Objection (Substantive) Seeking to Disallow Claims of Certain Employees* (the "Objection"),[3] filed by the above-captioned debtors (collectively, the "Debtors"); the Court having reviewed the Objection and the Declaration of James M. Lukenda attached thereto as Exhibit A (the "Declaration") and having heard the statements of counsel regarding the relief requested in the Objection at a hearing before the Court (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (c) notice of the Objection and the Hearing was sufficient under the circumstances and in full compliance with the requirements of the Bankruptcy Code, the

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is Revstone Industries, LLC, et al. c/o Huron Consulting Group Inc., 900 Wilshire Drive, Suite 270, Troy, MI 48084, Attn: John C. DiDonato, Chief Restructuring Officer.

[2] The Debtor in this chapter 11 case is TPOP, LLC, f/k/a Metavation, LLC, and the last four digits of its federal tax identification numbers are 5884. The location of the Debtor's headquarters is TPOP, LLC f/k/a Metavation, LLC, c/o Huron Consulting Group Inc., 900 Wilshire Drive, Suite 270, Troy, MI 48084, Attn: John C. DiDonato, Chief Restructuring Officer.

[3] Capitalized terms not otherwise defined herein have the meanings given to them in the Objection.

legal and factual bases set forth in the Objection and the Declaration and at the Hearing establish just cause for the relief granted herein;

    IT IS HEREBY ORDERED THAT:

    1.    The Objection is SUSTAINED.

    2.    Pursuant to section 502(b) of the Bankruptcy Code, each of the Employee Claims is disallowed as set forth on <u>Exhibit A</u> attached hereto.

    3.    The Debtors, the claims and noticing agent and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.

Dated: _____, 2014    _____
    THE HONORABLE BRENDAN SHANNON
    UNITED STATES BANKRUPTCY JUDGE

## EXHIBIT A

# Exhibit A

## Disallowed Claims

| Name & Address of Claimant | Debtor | Claim and/or Docket No. | Claim Amount | Modified Claim Amount | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| Don Lifton<br>3000 Town Center<br>Suite 1700<br>Southfield, MI 48075 | Revstone | Docket No. 686 | $141,318.00 | Disallowed | All post-petition compensation paid.<br><br>No support provided for requested expenses. Claim attaches no documentation to support the amounts requested for expense reimbursement. No basis in Revstone books and records to pay expenses. |
| George Hofmeister<br>2250 Thunderstick Drive<br>Suite 1203<br>Lexington, KY 40505 | Revstone | Docket No. 716 | $14,048.00 | Disallowed | Claim attaches no documentation to support the amounts requested for expense reimbursement. Mr. Hofmeister's representation that the documents supporting the claim are "in the possession of Debtors' Chief Restructuring Officer" does nothing to address the claimant's burden to establish the prima facie validity of the claim by providing documentation in support of the claim.<br><br>Pursuant to an agreement between Mr. Hofmeister and the CRO, Mr. Hofmeister's expenses were subject to pre-approval by the CRO. CRO has no record of approval of the expenses requested.<br><br>The estate has significant claims against Mr. Hofmeister that completely set off any claims Mr. Hofmeister may have against the estate. |

| Name & Address of Claimant | Debtor | Claim and/or Docket No. | Claim Amount | Modified Claim Amount | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| Daniel V. Smith<br>6019 Atwood #1<br>Richmond, KY 40475 | Revstone | Docket No. 720 | $62,500.00 | Disallowed | Claimant, General Counsel of Revstone Industries, LLC, seeks payment of "unpaid salary" for year 2013. No unpaid salary exists for the period. On January 22, 2013, the CRO instituted as salary reduction for several officers (including the claimant) as a cost saving initiative. On January 31, 2013, the Board of Managers of Revstone was informed of the salary reduction. No basis exists to pay claimant any amounts in addition to the revised annual salary approved as of January 22, 2013.<br><br>Claimant also seeks additional claims for "indemnification, contribution, reimbursements, severance and other payments" without basis or supporting documentation. |
| James O'Toole<br>547 Will Parkway<br>Versailles, KY 40383 | Revstone | Docket No. 721 | $25,000.00 | Disallowed | Claimant, Deputy General Counsel of Revstone Industries, LLC, seeks payment of "unpaid salary" for year 2013. No unpaid salary exists for the period. On January 22, 2013, the CRO instituted as salary reduction for several officers (including the claimant) as a cost saving initiative. On January 31, 2013, the Board of Managers of Revstone was informed of the salary reduction. No basis exists to pay claimant any amounts in addition to the new annual salary approved as of January 22, 2013.<br><br>Claimant also seeks additional claims for "indemnification, contribution, reimbursements, severance and other payments" without basis or supporting documentation. |

-2-

| Name & Address of Claimant | Debtor | Claim and/or Docket No. | Claim Amount | Modified Claim Amount | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| Kiel Smith<br>2637 Calgary<br>Lexington, KY 40509 | Revstone | Docket No. 722 | $2,885.00 | Disallowed | Claimant, former Deputy General Counsel of Revstone Industries, LLC, seeks payment of "unpaid salary" for year 2013. No unpaid salary exists for the period. On January 22, 2013, the CRO instituted as salary reduction for several officers (including the claimant) as a cost saving initiative. On January 31, 2013, the Board of Managers of Revstone was informed of the salary reduction. No basis exists to pay claimant any amounts in addition to the new annual salary approved as of January 22, 2013.<br><br>Claimant also seeks additional claims for "indemnification, contribution, reimbursements, severance and other payments" without basis or supporting documentation. |
| Erin C. V. Bailey<br>154 Crestwood Drive<br>Lexington, KY 40503 | Revstone | Docket No. 723 | $25,000.00 | Disallowed | Claimant, Deputy General Counsel of Revstone Industries, LLC, seeks payment of "unpaid salary" for year 2013. No unpaid salary exists for the period. On January 22, 2013, the CRO instituted as salary reduction for several officers (including the claimant) as a cost saving initiative. On January 31, 2013, the Board of Managers of Revstone was informed of the salary reduction. No basis exists to pay claimant any amounts in addition to the new annual salary approved as of January 22, 2013.<br><br>Claimant also seeks additional claims for "indemnification, contribution, reimbursements, severance and other payments" without basis or supporting documentation. |
| Daniel V. Smith<br>6019 Atwood #1<br>Richmond, KY 40475 | TPOP | 127 | Unliquidated | Disallowed | Claimant, General Counsel and Secretary of TPOP, seeks claims for unpaid compensation, benefits, indemnification, contributions, reimbursement and other costs without basis or supporting documentation. |
| James O'Toole<br>547 Will Parkway<br>Versailles, KY 40383 | TPOP | 129 | Unliquidated | Disallowed | Claimant, Deputy General Counsel of TPOP, seeks claims for unpaid compensation, benefits, indemnification, contributions, reimbursement and other costs without basis or supporting documentation. |

-3-

| Name & Address of Claimant | Debtor | Claim and/or Docket No. | Claim Amount | Modified Claim Amount | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| Kiel Smith<br>2637 Calgary<br>Lexington, KY 40509 | TPOP | 124 | Unliquidated | Disallowed | Claimant is not an employee or former employee of TPOP and has no basis to assert a claim. Claimant also seeks claims for unpaid compensation, benefits, indemnification, contributions, reimbursement and other costs without basis or supporting documentation. |
| Erin C. V. Bailey<br>154 Crestwood Drive<br>Lexington, KY 40503 | TPOP | 128 | Unliquidated | Disallowed | Claimant is not an employee or former employee of TPOP and has no basis to assert a claim. Claimant also seeks claims for unpaid compensation, benefits, indemnification, contributions, reimbursement and other costs without basis or supporting documentation. |
| Myra Moreland<br>1763 Dorchester Road<br>Birmingham, MI 48009 | Revstone | Docket No. 1057 | $654,000.00 | Disallowed | The agreement attached to the claim is between the claimant and non-Debtor affiliate Contech Castings, LLC. None of the Debtors have any obligation to satisfy claims against its affiliate Contech Castings, LLC. |
| David Jaeger<br>295 LN 205 Jimmerson Lk.<br>Angola, IN 46703 | Revstone | Docket No. 1062 | $450,000.00 | Disallowed | The agreement attached to the claim is between the claimant and non-Debtor affiliate Contech Castings, LLC. None of the Debtors have any obligation to satisfy claims against its affiliate Contech Castings, LLC. |

-4-