IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>REVSTONE INDUSTRIES, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 12-13262 (BLS)<br><br>Jointly Administered |
| In re:<br><br>TPOP, LLC,[2]<br><br>Debtor. | Chapter 11<br><br>Case No. 13-11831 (BLS) |

**NOTICE OF DEBTORS' FOURTH OMNIBUS OBJECTION (SUBSTANTIVE)
SEEKING TO RECLASSIFY CLAIMS**

**CREDITORS RECEIVING THE OMNIBUS OBJECTION TO CLAIMS SHOULD LOCATE THEIR NAMES AND THEIR CLAIM(S) IN THE ATTACHED EXHIBIT.**

**YOUR SUBSTANTIVE RIGHTS MAY BE AFFECTED BY THIS OBJECTION AND BY ANY FURTHER OBJECTION THAT MAY BE FILED AGAINST YOUR CLAIM(S).**

PLEASE TAKE NOTICE OF THE FOLLOWING:

1. The above-captioned debtors (collectively, the "Debtors") have filed the Debtors' Fourth Omnibus Objection (Substantive) Seeking to Reclassify Claims (the "Objection").[3] A copy of the Objection is attached hereto.

2. The Debtors filed the Objection pursuant to sections 105 and 502(b) of the Bankruptcy Code, Bankruptcy Rule 3007 and Local Bankruptcy Rule 3007-1.

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is 6019 Atwood #1, Richmond, KY 40475.

[2] The Debtor in this chapter 11 case is TPOP, LLC, f/k/a Metavation, LLC, and the last four digits of its federal tax identification numbers are 5884. The location of the Debtor's headquarters is 6019 Atwood # 1, Richmond, KY 40475.

[3] Capitalized terms not otherwise defined herein have the meanings given to them in the Objection.

-2-

3.  YOUR RIGHTS AND PROOF(S) OF CLAIM MAY BE AFFECTED AS A RESULT OF THE OBJECTION. You should carefully read this Notice, the Objection and the Exhibit to the Proposed Order and discuss them with your attorney or representative. If you do not have an attorney, you may wish to consult one.

4.  The Objection seeks the entry of an order reclassifying certain claims that improperly assert administrative, secured or priority status because the underlying liabilities do not meet the criteria for the asserted status under the applicable provisions of the Bankruptcy Code.

5.  A hearing to consider the Objection (the "Hearing") is scheduled to be held before the Honorable Brendan L. Shannon, United States Bankruptcy Judge, in Courtroom No. 1, Sixth Floor, at the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), 824 Market Street, Wilmington, Delaware 19801, on **August 27, 2014**, at **10:00 a.m.** (prevailing Eastern time).

6.  If you oppose the relief sought in the Objection and are unable to resolve your opposition with the Debtors before the **Response Deadline** of **August 20, 2014**, at **4:00 p.m.** (prevailing Eastern time) (the "Response Deadline"), you must, by the Response Deadline, file a written response (a "Response") with the Bankruptcy Court and serve it upon: (i) counsel to the Debtors: Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), Attn: Laura Davis Jones, Esq.; (ii) the Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 N. King Street, Suite 2207, Lock Box 35, Wilmington, DE 19801, Attn: Jane Leamy, Esq.; and (iii) counsel to the Official Committee of Unsecured Creditors of Revstone Industries, LLC: Womble

Carlyle Sandridge & Rice, LLP, 222 Delaware Avenue, Suite 1501, Wilmington, DE 19801, Attn: Matthew P. Ward, Esq.

7.    If you or your designated attorney or representative do not timely file and serve a Response, the Bankruptcy Court may enter an order granting the relief requested in the Objection, without further notice or hearing. **If you do not oppose the relief sought in the Objection, then you are not required to file and serve any Response or appear at the Hearing.**

8.    The Debtors may file and serve a reply to your Response by not later than **August 22, 2014**, at **4:00 p.m.** (prevailing Eastern time).

Dated: July 28, 2014

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Laura Davis Jones

Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (Bar No. 4228)
Colin R. Robinson (Bar No. 5524)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
       dbertenthal@pszjlaw.com
       tcairns@pszjlaw.com
       crobinson@pszjlaw.com

Counsel for the Debtors and Debtors in Possession

DOCS_DE:194516.3 73864/001