**EXHIBIT B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| REVSTONE INDUSTRIES, LLC, et al.,[1] | Case No. 12-13262 (BLS) |
| Debtors. | Jointly Administered |
| In re: | Chapter 11 |
| TPOP, LLC,[2] | Case No. 13-11831 (BLS) |
| Debtor. | |

## ORDER RECLASSIFYING CLAIMS

This matter coming before the Court on the *Debtors' Fourth Omnibus Objection (Substantive) Seeking to Reclassify Claims* (the "Objection"),[3] filed by the above-captioned debtors (collectively, the "Debtors"); the Court having reviewed the Objection and the Declaration of John C. DiDonato attached thereto as Exhibit A (the "Declaration") and having heard the statements of counsel regarding the relief requested in the Objection at a hearing before the Court (the "Hearing"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (c) notice of the Objection and the Hearing was sufficient under the circumstances and in full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules; and the Court having determined that the legal and factual bases set

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is 6019 Atwood #1, Richmond, KY 40475.

[2] The Debtor in this chapter 11 case is TPOP, LLC, f/k/a Metavation, LLC, and the last four digits of its federal tax identification numbers are 5884. The location of the Debtor's headquarters is 6019 Atwood # 1, Richmond, KY 40475.

[3] Capitalized terms not otherwise defined herein have the meanings given to them in the Objection.

forth in the Objection and the Declaration and at the Hearing establish just cause for the relief

granted herein;

       IT IS HEREBY ORDERED THAT:

       1.      The Objection is SUSTAINED.

       2.      Pursuant to section 502(b) of the Bankruptcy Code, each of the Improperly

Classified Claims is reclassified as set forth on Exhibit A attached hereto.

       3.      The Debtors retains their rights to object further to each of the Improperly

Classified Claims in the future, with respect to its amount and merits, on any and all available

grounds.

       4.      The Debtors, the claims and noticing agent and the Clerk of this Court are

authorized to take any and all actions that are necessary or appropriate to give effect to this

Order.

Dated: _____, 2014    _____

                                            THE HONORABLE BRENDAN SHANNON
                                          UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT A**

# Exhibit A

## Reclassified Claims

| Name & Address of Claimant | Debtor(s) | Claim No(s). | Claim Amount | Claimed Classification Status | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|---|
| Accurate Diagnostics<br>AccuScreen LLC<br>P.O. Box 50404<br>Greenwood, SC 29647 | Revstone | 144 | $1,099.00 | Priority | Unsecured | Claim asserts priority for employee drug testing services provided; no basis for priority treatment of trade claim |
| Bruce Koenig<br>3388 Greentree Pl.<br>Lexington, KY 40517<br>bruckoenig@gmail.com | Revstone | 231 | $5,000.00 | Priority | Unsecured | Claim for bonus not included in "wages, salaries or commissions" entitled to treatment as priority claim pursuant to Bankruptcy Code Section 507(a)(4) or 507(a)(5) |
| Central Michigan Staffing<br>605 N. Mission Street<br>Mount Pleasant, MI 48858<br>Attn: Shari Mester<br>sharimester@hotmail.com | TPOP | 14 | $33,602.37 | Priority | Unsecured | Claim of staffing services agency not entitled to priority treatment pursuant to Bankruptcy Code Section 507(a)(4) or 507(a)(5). |
| Michael B. Watkins<br>Barnes & Thornburg LLP<br>600 1st Source Bank Center<br>100 North Michigan<br>South Bend, IN 46601<br>mike.watkins@btlaw.com | | | | | | |

| Name & Address of Claimant | Debtor(s) | Claim No(s). | Claim Amount | Claimed Classification Status | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|---|
| George Hofmeister 2250 Thunderstick Drive Suite 1203 Lexington, KY 40505 dmccarty@ascalonllc.com | Revstone Spara US Tool Greenwood | 464 465 466 467 | $68,016.00 | Priority | Unsecured | Mr. Hofmeister asserts claims against each of the Revstone Debtors for unfunded minimum contributions to the Hillsdale Hourly Pension Plan, the Hillsdale Salaried Pension Plan and the Revstone Casting Fairfield GMP Local 359 Pension Plan (collectively, the "Plans"). On May 9, 2014, the Bankruptcy Court entered an order granting the Debtors' and TPOP's respective motions, as modified, and approving a global settlement with the PBGC and certain other interested parties regarding the resolution of all claims related to the Plans (the "Global Settlement") [Docket No. 1494]. The Global Settlement went into effect on the same day.  Upon information and belief, the Plans have now been terminated by the PBGC. All claims related to unfunded minimum contributions have been resolved by the Global Settlement and the Plans have been terminated.  Thus, Mr. Hofmeister's priority claim is moot. Mr. Hofmeister's asserted unliquidated unsecured claim against the Debtors is not addressed by this objection, and the Debtors reserve all rights to object to the unsecured claim. |
| Indiana Department of Revenue Bankruptcy Section, N-240 100 North Senate Avenue Indianapolis, IN 46204 | TPOP | 23 | $920.71 | Priority | Unsecured | Claim seeks priority classification for business tax due for the year 2007.  Pursuant to section 507(a)(8)(E), a business excise tax is only entitled to priority within 3 years prior to date of filing of the petition.  Due date on the claim (3/2/2007) is more than 6 years prior to the TPOP petition filing (7/22/2013).  No priority treatment justified. |
| Kizmet, Inc. P.O. Box 365 Bay City, MI 48707 swanger2001@yahoo.com | TPOP | 97 | $884.00 | Priority | Unsecured | Claim of former independent contractor not entitled to priority treatment pursuant to Bankruptcy Code Section 507(a)(4) or 507(a)(5). |

-2-

| Name & Address of Claimant | Debtor(s) | Claim No(s). | Claim Amount | Claimed Classification Status | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|---|
| Kristin Marsh<br>102 Meadow View Way<br>Georgetown, KY 40324<br>kristinmarsh@gmail.com | Revstone | 229 | $5,000.00 | Priority | Unsecured | Claim for bonus not included in "wages, salaries or commissions" entitled to treatment as priority claim pursuant to Bankruptcy Code Section 507(a)(4) or 507(a)(5) |
| Larry Slone<br>1664 Lillian Court<br>Columbia, TN 38401<br>Bslone1@gmail.com | TPOP | 36 | $400.00 | Priority | Unsecured | Claim of former independent contractor not entitled to priority treatment pursuant to Bankruptcy Code Section 507(a)(4) or 507(a)(5). |
| Margaux Reilly<br>169 Romany Road<br>Lexington, KY 40502<br>margaux.reilly@gmail.com | Revstone | 502 | $5,000.00 | Priority | Unsecured | Claim for bonus and prospective salary increase not included in "wages, salaries or commissions" entitled to treatment as priority claim pursuant to Bankruptcy Code Section 507(a)(4) or 507(a)(5) |
| Matt Bailey<br>2250 Thunderstick Dr., Suite 1203<br>Lexington, KY 40505<br>mkvbailey@gmail.com | Revstone | 233 | $40,000 | Priority | Unsecured | Claim for bonus not included in "wages, salaries or commissions" entitled to treatment as priority claim pursuant to Bankruptcy Code Section 507(a)(4) or 507(a)(5) |
| Medley Capital Corporation<br>Attn: Richard Allorto<br>375 Park Avenue, 33rd Floor<br>New York, New York 10152<br><br>Arthur Steinberg, Esq.<br>King & Spalding LLP<br>1185 Avenue of the Americas<br>New York, New York 10036<br>asteinberg@kslaw.com | Revstone<br>Spara<br>US Tool<br>Greenwood | 234<br>235<br>236<br>237 | $3,890,926.45 | Secured | Unsecured | Medley asserts a secured claim against each of the Debtors due to alleged misappropriation of funds delivered to former non-Debtor affiliates MW Crow, Inc. and MW General, Inc. According to the claim, the funds were diverted to the Debtors after the loan to MW Crow/MW General was finalized. The claim alleges that misappropriated funds would be subject to a lien on such funds or on assets purchased by such funds.<br><br>Claim states no basis or supportable legal theory to justify a secured claim against any of the Debtors. None of the Debtors are alleged as guarantors of the claimants' financing to non-Debtor affiliates MW Crow, Inc. and MW General, Inc. Further, contrary to the requirements of Bankruptcy Rule 3001(c)(1), no document is attached to the claim to support the alleged secured claim. |
| PeopleLink LLC<br>431 E. Colfax Avenue, Suite 200<br>South Bend, IN 46617<br>Attn: Jay W. Mattern<br>jmattern@peoplelinkstaffing.com | TPOP | 123 | $29,284.58 | Priority | Unsecured | Claim of staffing services agency not entitled to priority treatment pursuant to Bankruptcy Code Section 507(a)(4) or 507(a)(5). |

| Name & Address of Claimant | Debtor(s) | Claim No(s). | Claim Amount | Claimed Classification Status | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|---|
| Rebecca Forbush<br>1808 Stockton Way<br>Lexington, KY 40511<br>rfforbush@gmail.com | Revstone | 228 | $5,000 | Priority | Unsecured | Claim for bonus not included in "wages, salaries or commissions" entitled to treatment as priority claim pursuant to Bankruptcy Code Section 507(a)(4) or 507(a)(5) |
| Virginia Hoey<br>11134 W. Jennie Circle<br>Wichita, KS 67212<br>Vhoey1@bellsouth.net | Revstone | 145 | $12,490.70 | Priority | Unsecured | Claim of former independent contractor not entitled to priority treatment pursuant to Bankruptcy Code Section 507(a)(4) or 507(a)(5). |

-4-