# EXHIBIT A

# Exhibit A

## Disallowed Claims

| Name & Address of Claimant | Debtor | Claim and/or Docket No. | Claim Amount | Modified Claim Amount | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| George Hofmeister<br>2250 Thunderstick Drive<br>Suite 1203<br>Lexington, KY 40505 | Revstone | Docket No. 716 | $14,048.00 | Disallowed | Claim attaches no documentation to support the amounts requested for expense reimbursement. Mr. Hofmeister's representation that the documents supporting the claim are "in the possession of Debtors' Chief Restructuring Officer" does nothing to address the claimant's burden to establish the prima facie validity of the claim by providing documentation in support of the claim.<br><br>Pursuant to an agreement between Mr. Hofmeister and the CRO, Mr. Hofmeister's expenses were subject to pre-approval by the CRO. CRO has no record of approval of the expenses requested.<br><br>The estate has significant claims against Mr. Hofmeister that completely set off any claims Mr. Hofmeister may have against the estate. |
| Kiel Smith<br>2637 Calgary<br>Lexington, KY 40509 | TPOP | 124 | Unliquidated | Disallowed | Claimant is not an employee or former employee of TPOP and has no basis to assert a claim.<br><br>Claimant also seeks claims for unpaid compensation, benefits, indemnification, contributions, reimbursement and other costs without basis or supporting documentation. |
| Erin C. V. Bailey<br>154 Crestwood Drive<br>Lexington, KY 40503 | TPOP | 128 | Unliquidated | Disallowed | Claimant is not an employee or former employee of TPOP and has no basis to assert a claim.<br><br>Claimant also seeks claims for unpaid compensation, benefits, indemnification, contributions, reimbursement and other costs without basis or supporting documentation. |

DOCS_DE:193351.5 73864/001

| Name & Address of Claimant | Debtor | Claim and/or Docket No. | Claim Amount | Modified Claim Amount | Reason for Modification or Disallowance |
|---|---|---|---|---|---|
| David Jaeger<br>295 LN 205 Jimmerson Lk.<br>Angola, IN 46703 | Revstone | Docket No. 1062 | $450,000.00 | Disallowed | The agreement attached to the claim is between the claimant and non-Debtor affiliate Contech Castings, LLC. None of the Debtors have any obligation to satisfy claims against its affiliate Contech Castings, LLC. |

-2-