# EXHIBIT A

# Exhibit A

## Reclassified Claims

| Name & Address of Claimant | Debtor | Claim No. | Claim Amount | Claimed Classification Status | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|---|
| Indiana Department of Revenue Bankruptcy Section, N-240 100 North Senate Avenue Indianapolis, IN 46204 | Revstone | 20 | $817.50 | Secured | Non-Priority Unsecured | Claim asserts secured status for withholding taxes for period ending December 2009; no evidence of collateral provided; no basis for secured treatment |
| Indiana Department of Workforce Development Attn: Beverly A. Korobkin Collection Enforcement Department 10 N. Senate Avenue Indianapolis, IN 46204-2277 | Revstone | 62 | $1,309.83 | Priority | Non-Priority Unsecured | Claim asserts partial priority for employer contributions for January 2009 through January 2010; no basis for priority treatment under 11 U.S.C. § 507 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | Revstone | 5 | $200,605.62 | Priority | Non-Priority Unsecured | Claim asserts partial priority for pension-related penalties; no basis for priority treatment under 11 U.S.C. § 507 |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | TPOP | 17 | $61,543.05 | Priority | Non-Priority Unsecured | Claim asserts partial priority for pension-related penalties; no basis for priority treatment under 11 U.S.C. § 507 |
| Wisconsin Department of Revenue Special Procedures Unit P.O. Box 8901 Madison, WI 53708-8901 | Revstone | 121 | $101.22 | Priority | Non-Priority Unsecured | Claim asserts partial priority for partnership tax for period ending December 2009; Debtor Revstone had no presence in Wisconsin at this time and is not a partnership; no basis for priority treatment under 11 U.S.C. § 507 |