# EXHIBIT A

# Exhibit A

## Reclassified Claims

| Name & Address of Claimant | Debtor(s) | Claim No(s). | Claim Amount | Claimed Classification Status | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|---|
| Accurate Diagnostics<br>AccuScreen LLC<br>P.O. Box 50404<br>Greenwood, SC 29647 | Revstone | 144 | $1,099.00 | Priority | Unsecured | Claim asserts priority for employee drug testing services provided; no basis for priority treatment of trade claim |
| Bruce Koenig<br>3388 Greentree Pl.<br>Lexington, KY 40517<br>brucekoenig@gmail.com | Revstone | 231 | $5,000.00 | Priority | Unsecured | Claim for bonus not included in "wages, salaries or commissions" entitled to treatment as priority claim pursuant to Bankruptcy Code Section 507(a)(4) or 507(a)(5) |
| Central Michigan Staffing<br>605 N. Mission Street<br>Mount Pleasant, MI 48858<br>Attn: Shari Mester<br>sharimester@hotmail.com<br>Michael B. Watkins<br>Barnes & Thornburg LLP<br>600 1st Source Bank Center<br>100 North Michigan<br>South Bend, IN 46601<br>mike.watkins@btlaw.com | TPOP | 14 | $33,602.37 | Priority | Unsecured | Claim of staffing services agency not entitled to priority treatment pursuant to Bankruptcy Code Section 507(a)(4) or 507(a)(5). |

| Name & Address of Claimant | Debtor(s) | Claim No(s). | Claim Amount | Claimed Classification Status | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|---|
| George Hofmeister<br>2250 Thunderstick Drive<br>Suite 1203<br>Lexington, KY 40505<br>dmccarty@ascalonllc.com | Revstone<br>Spara<br>US Tool<br>Greenwood | 464<br>465<br>466<br>467 | $68,016.00 | Priority | Unsecured | Mr. Hofmeister asserts claims against each of the Revstone Debtors for unfunded minimum contributions to the Hillsdale Hourly Pension Plan, the Hillsdale Salaried Pension Plan and the Revstone Casting Fairfield GMP Local 359 Pension Plan (collectively, the "Plans").<br><br>On May 9, 2014, the Bankruptcy Court entered an order granting the Debtors' and TPOP's respective motions, as modified, and approving a global settlement with the PBGC and certain other interested parties regarding the resolution of all claims related to the Plans (the "Global Settlement") [Docket No. 1494]. The Global Settlement went into effect on the same day. Upon information and belief, the Plans have now been terminated by the PBGC.<br><br>All claims related to unfunded minimum contributions have been resolved by the Global Settlement and the Plans have been terminated. Thus, Mr. Hofmeister's priority claim is moot.<br><br>Mr. Hofmeister's asserted unliquidated unsecured claim against the Debtors is not addressed by this objection, and the Debtors reserve all rights to object to the unsecured claim. |
| Indiana Department of Revenue<br>Bankruptcy Section, N-240<br>100 North Senate Avenue<br>Indianapolis, IN 46204 | TPOP | 23 | $920.71 | Priority | Unsecured | Claim seeks priority classification for business tax due for the year 2007. Pursuant to section 507(a)(8)(E), a business excise tax is only entitled to priority within 3 years prior to date of filing of the petition. Due date on the claim (3/2/2007) is more than 6 years prior to the TPOP petition filing (7/22/2013). No priority treatment justified. |
| Kizmet, Inc.<br>P.O. Box 365<br>Bay City, MI 48707<br>swanger2001@yahoo.com | TPOP | 97 | $884.00 | Priority | Unsecured | Claim of former independent contractor not entitled to priority treatment pursuant to Bankruptcy Code Section 507(a)(4) or 507(a)(5). |

DOCS_DE:194516.5 73864/001

| Name & Address of Claimant | Debtor(s) | Claim No(s). | Claim Amount | Claimed Classification Status | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|---|
| Kristin Marsh<br>102 Meadow View Way<br>Georgetown, KY 40324<br>kristinmarsh@gmail.com | Revstone | 229 | $5,000.00 | Priority | Unsecured | Claim for bonus not included in "wages, salaries or commissions" entitled to treatment as priority claim pursuant to Bankruptcy Code Section 507(a)(4) or 507(a)(5) |
| Larry Slone<br>1664 Lillian Court<br>Columbia, TN 38401<br>Bslone1@gmail.com | TPOP | 36 | $400.00 | Priority | Unsecured | Claim of former independent contractor not entitled to priority treatment pursuant to Bankruptcy Code Section 507(a)(4) or 507(a)(5). |
| Margaux Reilly<br>169 Romany Road<br>Lexington, KY 40502<br>margaux.reilly@gmail.com | Revstone | 502 | $5,000.00 | Priority | Unsecured | Claim for bonus and prospective salary increase not included in "wages, salaries or commissions" entitled to treatment as priority claim pursuant to Bankruptcy Code Section 507(a)(4) or 507(a)(5) |
| Matt Bailey<br>2250 Thunderstick Dr., Suite 1203<br>Lexington, KY 40505<br>mkvbailey@gmail.com | Revstone | 233 | $40,000 | Priority | Unsecured | Claim for bonus not included in "wages, salaries or commissions" entitled to treatment as priority claim pursuant to Bankruptcy Code Section 507(a)(4) or 507(a)(5) |
| PeopleLink LLC<br>431 E. Colfax Avenue, Suite 200<br>South Bend, IN 46617<br>Attn: Jay W. Mattern<br>jmattern@peoplelinkstaffing.com | TPOP | 123 | $29,284.58 | Priority | Unsecured | Claim of staffing services agency not entitled to priority treatment pursuant to Bankruptcy Code Section 507(a)(4) or 507(a)(5). |
| Rebecca Forbush<br>1808 Stockton Way<br>Lexington, KY 40511<br>rfforbush@gmail.com | Revstone | 228 | $5,000 | Priority | Unsecured | Claim for bonus not included in "wages, salaries or commissions" entitled to treatment as priority claim pursuant to Bankruptcy Code Section 507(a)(4) or 507(a)(5) |
| Virginia Hoey<br>11134 W. Jennie Circle<br>Wichita, KS 67212<br>Vhoey1@bellsouth.net | Revstone | 145 | $12,490.70 | Priority | Unsecured | Claim of former independent contractor not entitled to priority treatment pursuant to Bankruptcy Code Section 507(a)(4) or 507(a)(5). |