# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| REVSTONE INDUSTRIES, LLC, et al.,[1] | Case No. 12-13262 (BLS) |
| Debtors. | Jointly Administered |
| | **Related Docket Nos. 1601 and 1688** |

## SECOND ORDER RECLASSIFYING CLAIMS

This matter coming before the Court on the *Debtors' Second Omnibus Objection (Substantive) Seeking to Reclassify Claims* (the "Objection"),[2] filed by the above-captioned debtors (collectively, the "Debtors"); the Court having reviewed the Objection and the Declaration of James M. Lukenda attached thereto as Exhibit A (the "Declaration"); the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (c) notice of the Objection and the Hearing was sufficient under the circumstances and in full compliance with the requirements of the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules; and the Court having entered the [first] *Order Reclassifying Claims* identified in the Objection on July 31, 2014 [Docket No. 1688]; and the Objection as to the administrative claim of Homer W. McClarty, Trustee of the Scott R. Hofmeister Irrevocable Trust, the Megan G. Hofmeister Irrevocable Trust, and the Jamie S. Hofmeister Irrevocable Trust [Docket No. 717] (the "McClarty Claim") having been adjourned to the hearing scheduled on August 27, 2014 (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is Revstone Industries, LLC, et al. c/o Huron Consulting Group Inc., 900 Wilshire Drive, Suite 270, Troy, MI 48084, Attn: John C. DiDonato, Chief Restructuring Officer.

[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Objection.

Objection and the Declaration, and the statements of counsel at the Hearing regarding the relief requested, establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Objection is SUSTAINED in part.

2. Pursuant to section 502(b) of the Bankruptcy Code, the McClarty Claim is reclassified to a general unsecured claim.

3. The Debtors retains their rights to object further to the McClarty Claim in the future, with respect to its amount and merits, on any and all available grounds.

4. The Debtors, the claims and noticing agent and the Clerk of this Court are authorized to take any and all actions that are necessary or appropriate to give effect to this Order.

Dated: August 27, 2014

THE HONORABLE BRENDAN SHANNON
UNITED STATES BANKRUPTCY JUDGE