IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>REVSTONE INDUSTRIES, LLC, et al.,1<br><br>Debtors. | Chapter 11<br><br>Case No. 12-13262 (BLS)<br><br>Jointly Administered<br><br>**Related to Docket No. 1805** |
| REVSTONE INDUSTRIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CRESTMARK BANK,<br><br>Defendant. | Adv. Proc. No. 14-50650 (BLS)<br><br>**Related to Docket No. 10** |

**AMENDED**[2] NOTICE OF AGENDA FOR HEARING ON MATTERS
SCHEDULED FOR OCTOBER 29, 2014 AT 10:00 A.M. BEFORE
THE HONORABLE BRENDAN L. SHANNON AT THE UNITED
STATES BANKRUPTCY COURT FOR THE DISTRICT OF
DELAWARE, LOCATED AT 824 MARKET STREET, 6th FLOOR,
COURTROOM NO. 1, WILMINGTON, DELAWARE 19801

**The Court has canceled this hearing.**

CONTINUED MATTERS:

1.    [Hillsdale Hourly Pension Plan and Hillsdale Salaried Pension Plan] Motion for
Allowance and Payment of Administrative Expenses Pursuant to 11 U.S.C. §§ 365(d)(3)
and 503(b)(1) (Filed 6/28/13) [Docket No. 710].

Objection Deadline:    August 30, 2013 at 4:00 p.m. Extended to November 17, 2014
with respect to the Debtors, the Official Committee of Unsecured Creditors (the
"Committee), and each of the Committee members.

Response(s):   None.

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's federal tax identification numbers
are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool &
Engineering, LLC (6450).  The location of the Debtors' headquarters and the service address for each Debtor is:
Revstone Industries, LLC, et al., c/o Huron Consulting Group Inc., 900 Wilshire Drive, Suite 270, Troy, MI 48084,
Attn: John C. DiDonato, Chief Restructuring Officer.

[2]   **Amended information is reflected in bold.**

Related Document(s):

A.  Re-Notice of Motion (Filed 8/1/13) [Docket No. 871].

Status:  By agreement of the parties, this matter is continued to November 24, 2014 at 1:30 p.m.

2.      [Hillsdale Salaried Pension Plan] Motion for Allowance and Payment of Administrative Expenses Pursuant to 11 U.S.C. § 503(b)(1) (Filed 6/28/13) [Docket No. 712].

Objection Deadline:    August 30, 2013 at 4:00 p.m.  Extended to November 17, 2014 with respect to the Debtors, the Committee, and each of the Committee members.

Response(s):  None.

Related Document(s):

A.  Re-Notice of Motion (Filed 8/1/13) [Docket No. 872].

Status:  By agreement of the parties, this matter is continued to November 24, 2014 at 1:30 p.m.

3.      [Hillsdale Salaried Pension Plan] Motion for Allowance and Payment of Administrative Expenses Pursuant to 11 U.S.C. § 503(b)(1) (Filed 6/28/13) [Docket No. 713].

Objection Deadline:    August 30, 2013 at 4:00 p.m.  Extended to November 17, 2014 with respect to the Debtors, the Committee, and each of the Committee members.

Response(s):  None.

Related Document(s):

A.  Re-Notice of Motion (Filed 8/1/13) [Docket No. 873].

Status:  By agreement of the parties, this matter is continued to November 24, 2014 at 1:30 p.m.

4.      Gratiot 26 Mile Industrial 1, LLC's Motion for Allowance and Payment of Administrative Expense Claim Pursuant to Sections 503(b)(1)(A) and 365(d)(3) of the Bankruptcy Code (Filed 6/28/13) [Docket No. 709].

Objection Deadline:    July 22, 2013 at 4:00 p.m.  Extended to August 1, 2013 with respect to the Committee, and extended to November 17, 2014 with respect to the Debtors.

DOCS_DE:195793.2 73864/001

Response(s):

A. Objection of Boston Finance Group, LLC to Gratiot 26 Mile Industrial 1, LLC's Motion for Allowance and Payment of Administrative Expense Claim Pursuant to Sections 503(b)(1)(A) and 365(d)(3) of the Bankruptcy Code (Filed 7/24/13) [Docket No. 812].

B. Objection of the Official Committee of Unsecured Creditors of Revstone Industries, LLC, to Gratiot 26 Mile Industrial 1, LLC's Motion for Allowance and Payment of Administrative Expense Claim Pursuant to Sections 503(b)(1)(A) and 365(d)(3) of the Bankruptcy Code (Filed 8/1/13) [Docket No. 879].

Related Document(s): None.

Status: By agreement of the parties, this matter is continued to November 24, 2014 at 1:30 p.m.

5.  The Official Committee of Unsecured Creditors' Motion for Order (A) Approving Disclosure Statement; (B) Fixing Voting Record Date; (C) Approving Solicitation and Voting Procedures with Respect to the Plan of Reorganization of the Official Committee of Unsecured Creditors of Revstone Industries, LLC Under Chapter 11 of the Bankruptcy Code; (D) Approving Form of Solicitation Package and Notices; and (E) Scheduling Certain Dates in Connection Therewith (Filed 7/8/13) [Docket No. 737].

Objection Deadline:  August 14, 2013 at 4:00 p.m.  Extended to August 18, 2013 at 12:00 Noon with respect to the Debtors and Boston Finance Group, LLC.

Response(s):

A. Debtor's Objection to (I) Disclosure Statement with Respect to Plan of Reorganization of the Official Committee of Unsecured Creditors of Revstone Industries, LLC; and (II) Motion Seeking an Order Approving the Same (Filed 8/18/13) [Docket No. 922].

B. Objection of Hillsdale Hourly Pension Plan and Hillsdale Salaried Pension Plan to Revstone's Motion for an Order Approving the Disclosure Statement (Filed 8/19/13) [Docket No. 937].

C. Debtor's Supplemental Objection to (I) First Amended Disclosure Statement with Respect to Plan of Reorganization of the Official Committee of Unsecured Creditors of Revstone Industries, LLC; and (II) Motion Seeking Order Approving the Same (Filed 8/28/13) [Docket No. 989].

DOCS_DE:195793.2 73864/001

Related Document(s):

A. Disclosure Statement with Respect to Plan of Reorganization of the Official
Committee of Unsecured Creditors of Revstone Industries, LLC [including the
Plan of Reorganization of the Official Committee of Unsecured Creditors of Revstone
Industries, LLC, attached as Appendix A thereto] (Filed 7/8/13) [Docket No. 736].

B. Notice of (I) Filing of Disclosure Statement and Solicitation Procedures Motion and
Deadline and Procedures for Filing Objections Thereto and (II) Hearing on
Disclosure Statement (Filed 7/15/13) [Docket No. 755].

C. Notice of Filing of Redacted Disclosure Statement with Respect to First Amended
Plan of Reorganization of the Official Committee of Unsecured Creditors of Revstone
Industries, LLC [including Redacted Amended Disclosure Statement, attached as
Exhibit 1 thereto, First Amended Plan of Reorganization of the Official Committee
of Unsecured Creditors of Revstone Industries, LLC attached as Appendix A thereto,
and Redacted Liquidation Analysis, attached as Appendix B thereto] (Filed 8/28/13)
[Docket No 983].

D. Notice of Filing Blackline Disclosure Statement with Respect to First Amended Plan
of Reorganization of the Official Committee of Unsecured Creditors of Revstone
Industries, LLC [including Blackline Redacted Amended Disclosure Statement
attached as Exhibit 1 thereto and Blackline Amended Plan attached as Exhibit 2
thereto] (Filed 8/28/13) [Docket No 984].

Status:  The hearing on this matter is adjourned to November 24, 2014 at 1:30 p.m.

6.     Debtors' Motion for an Order (I) Approving the Disclosure Statement; (II)  Scheduling
Confirmation Hearing; (III) Approving Form and Manner of Notice of Confirmation
Hearing; (IV) Establishing Procedures for Solicitation and Tabulation of Votes to Accept
or Reject Plan, Including (A) Approving Form and Content of Solicitation Package;
(B) Establishing Record Date and Approving Procedures for Distribution of Solicitation
Package; (C) Approving Forms of Ballots; (D) Establishing Voting Deadline for Receipt
of Ballots and (E) Approving Procedures for Vote Tabulations; (V) Establishing Deadline
and Procedures for Filing Objections to Confirmation of Plan; and (VI) Granting Related
Relief (Filed 7/22/13) [Docket No. 780].

Objection Deadline:   August 19, 2013 at 4:00 p.m.

Response(s):

A. Objection of the Secretary of Labor to Debtor's Motion for Order Approving
Disclosure Statement (Filed 8/19/13) [Docket No. 934].

B. Objection of Hillsdale Hourly Pension Plan and Hillsdale Salaried Pension Plan to
Revstone's Motion for an Order Approving the Disclosure Statement (Filed 8/19/13)
[Docket No. 937].

C. Objection of the Official Committee of Unsecured Creditors to (I) Disclosure Statement in Respect of Chapter 11 Plan of Reorganization of Revstone Industries, LLC and (II) Revstone's Solicitation Procedures Motion (Filed 8/19/13) [Docket No. 939].

D. Joinder of the Pension Benefit Guaranty Corporation to the Objection of the Official Committee of Unsecured Creditors of Revstone Industries, LLC to (I) Disclosure Statement in Respect of Chapter 11 Plan of Reorganization of Revstone Industries, LLC and (II) Revstone's Solicitation Procedures Motion (Filed 8/19/13) [Docket No. 940].

E. Objection of Boston Finance Group, LLC and Joinder to the Objection of the Official Committee of Unsecured Creditors to (I) Disclosure Statement in Respect of Chapter 11 Plan of Reorganization of Revstone Industries, LLC and (II) Revstone's Solicitation Procedures Motion (Filed 8/19/13) [Docket No. 941].

Related Document(s):

A. Chapter 11 Plan of Reorganization for Revstone Industries, LLC (Filed 7/22/13) [Docket No. 774].

B. Disclosure Statement in Respect of Chapter 11 Plan of Reorganization for Revstone Industries, LLC (Filed 7/22/13) [Docket No. 775].

C. Notice of Hearing to Consider Approval of Disclosure Statement in Respect of Chapter 11 Plan of Reorganization for Revstone Industries, LLC (Filed 7/22/13) [Docket No. 776].

D. First Amended Chapter 11 Plan of Reorganization for Revstone Industries, LLC (Filed 8/20/13) [Docket No. 949].

E. Notice of Filing of Blackline First Amended Chapter 11 Plan of Reorganization for Revstone Industries, LLC (Filed 8/20/13) [Docket No. 950].

F. First Amended Chapter 11 Plan of Reorganization for Revstone Industries, LLC, as Modified (Filed 8/28/13) [Docket No. 985].

G. Notice of Filing of Blackline First Amended Chapter 11 Plan of Reorganization for Revstone Industries, LLC, as Modified (Filed 8/28/13) [Docket No. 986].

H. Amended Disclosure Statement in Respect of First Amended Chapter 11 Plan of Reorganization for Revstone Industries, LLC, as Modified (Filed 8/28/13) [Docket No. 987].

I. Notice of Filing of Blackline Amended Disclosure Statement in Respect of First Amended Chapter 11 Plan of Reorganization for Revstone Industries, LLC, as Modified (Filed 8/28/13) [Docket No. 988].

DOCS_DE:195793.2 73864/001

J.  Spara, LLC's Chapter 11 Plan of Reorganization (Filed 6/3/14) [Docket No. 1554].

K.  Spara LLC's Motion for Order Pursuant to Federal Rule of Bankruptcy Procedure 3016(b) Extending Time to File Disclosure Statement (Filed 6/3/14) [Docket No. 1555].

L.  Greenwood Forgings, LLC's Chapter 11 Plan of Reorganization (Filed 7/7/14) [Docket No. 1620].

M.  US Tool & Engineering, LLC's Chapter 11 Plan of Reorganization (filed 7/7/14) [Docket No. 1621].

N.  Greenwood Forgings, LLC and US Tool & Engineering, LLC's Joint Motion for Order Pursuant to Federal Rule of Bankruptcy Procedure 3016(b) Extending Time to File Disclosure Statement (Filed 7/7/14) [Docket No. 1622].

O.  Spara LLC's Supplemental Motion for Order Pursuant to Federal Rule of Bankruptcy Procedure 3016(b) Extending Time to File Disclosure Statement (Filed 7/7/14) [Docket No. 1623].

Status:  The hearing on this matter is adjourned to November 24, 2014 at 1:30 p.m.

7.  Debtors' Third Omnibus Objection (Substantive) Seeking to Disallow Certain Claims of Employees (Filed 6/27/14) [Docket No. 1602].

Objection Deadline:   July 24, 2014 at 4:00 p.m.  Extended to November 17, 2014 with respect to James O'Toole and Daniel Smith.

Response(s):

A.  Kiel Smith's Response to Debtors' Third Omnibus Objection (Substantive) Seeking to Disallow Certain Claims of Employees (Filed 7/23/14) [Docket No. 1651].

B.  Erin C. V. Bailey's Response to Debtors' Third Omnibus Objection (Substantive) Seeking to Disallow Certain Claims of Employees (Filed 7/23/14) [Docket No. 1652].

C.  Response of Donald B. Lifton to Debtors' Objection to Request for Payment of Administrative Expense Claim for Period from December 3, 2012 to May 31, 2013 [Doc 1602] (Filed 7/23/14) [Docket No. 1657].

D.  Response of Myra Moreland to Debtors' Third Omnibus Objection (Substantive) Seeking to Disallow Certain Claims of Employees (Filed 7/24/14) [Docket No. 1659].

Related Document(s):

A.  Notice of Submission of Proofs of Claim in Connection with the Debtor's Third Omnibus Objection (Substantive) Seeking to Disallow Certain Claims of Employees (Filed 7/17/14) [Docket No. 1632].

B. Order Disallowing Claims (Entered 7/31/14) [Docket No. 1687].

<u>Status</u>: The hearing with respect to the claims of Kiel Smith, Erin C. V. Bailey, James O'Toole, Daniel Smith, David Jaeger, Don Lifton, and Myra Moreland is adjourned to November 24, 2014 at 1:30 p.m. The parties are engaged in settlement negotiations. An order has been entered with respect to all other claims included in this objection.

8.    [Pretrial conference re:] Crestmark Third-Party Complaint against Arete Interlock, LLC, Trustee of the Jamie S. Hofmeister Irrevocable Trust, Trustee of the Megan G. Hofmeister Irrevocable Trust, Trustee of the Scott R. Hofmeister Irrevocable Trust, George S. Hofmeister (Filed 9/8/14) [Adv. Proc. 14-50650; Docket No. 4].

<u>Answer Deadline</u>:    October 8, 2014.

<u>Response(s)</u>:

A. Answer and Affirmative Defenses to Third-Party Complaint by Defendants George S. Hofmeister, et al. (Filed 9/21/14) [Adv. Proc. 14-50650; Docket No. 9].

B. Answer and Affirmative Defenses of George S. Hofmeister, The Children's Trusts, and Arete Interlock, LLC to Cross-Claim of Crestmark Bank (Filed 7/15/14) [Adv. Proc. 14-50033; Docket No. 222].

<u>Related Document(s)</u>:

A. Third Amended Complaint to Avoid and Recover Fraudulent Transfers (Filed 8/25/14) [Adv. Proc. 14-50650; Docket No. 3].

B. [Crestmark Bank's] Answer to Third Amended Complaint to Avoid and Recover Fraudulent Transfers and Third-Party Complaint (Filed 9/8/14) [Adv. Proc. 14-50650; Docket No. 4].

C. Summons & Notice of Pretrial Conference [Served on Third Party Defendants Arete Interlock, LLC, George S. Hofmeister, Trustee of the Jamie S. Hofmeister Irrevocable Trust, Trustee of the Megan G. Hofmeister Irrevocable Trust, Trustee of the Scott R. Hofmeister Irrevocable Trust] (Filed 9/8/14) [Adv. Proc. 14-50650; Docket No. 5].

*[Remainder of page intentionally left blank]*

DOCS_DE:195793.2 73864/001

Status:  The pretrial conference with respect to this matter is adjourned to November 24, 2014 at 1:30 p.m.

Dated: October 27, 2014

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (Bar No. 4228)
Colin R. Robinson (Bar No. 5524)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone:  302-652-4100
Facsimile:  302-652-4400
Email: ljones@pszjlaw.com
        dbertenthal@pszjlaw.com
        tcairns@pszjlaw.com
        crobinson@pszjlaw.com

Counsel for the Debtors and Debtors in Possession

8