# SIGN-IN SHEET

**CASE NAME: REVSTONE INDUSTRIES**

**CASE NO.: 12-13262**

**COURTROOM NO.: 1 - JUDGE SHANNON**

**DATE: JANUARY 15, 2015**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jane Leamy | US Dept of Justice | United States Trustee |
| Daniel Brogan | DLA Piper | Bospo Finance Group |
| Matthew Ward | Womble Carlyle | Committee |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones LLP | Debtors |
| Colin Robinson | Pachulski Stang Ziehl & Jones LLP | Debtors |
| Jeff Waxman | Morris James | GM |

# Court Conference

## U.S. Bankruptcy Court-Delaware (DE - US)
## Confirmed Telephonic Appearance Schedule
## Honorable Brendan L. Shannon

Calendar Date: 01/15/2015
Calendar Time: 11:30 AM ET

#1

*1st Revision 01/14/2015 12:43 PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Revstone Industries, LLC | 12-13262 | Hearing | 6671406 | Nick Celli | (212) 841-9368 | FTI Consulting, Inc. | Financial Advisor, Official Committee of Unsecured Creditors / LIVE |
| | | Revstone Industries, LLC | 12-13262 | Hearing | 6664274 | Jonathan Golden | (727) 497-1661 | Boston Finance Group LLC | Interested Party, Boston Finance Group LLC / LIVE |
| | | Revstone Industries, LLC | 12-13262 | Hearing | 6682689 | Jason Gott | (312) 862-3811 | Kirkland & Ellis LLP | Interested Party, Restructring Committee / LIVE |
| | | Revstone Industries, LLC | 12-13262 | Hearing | 6672346 | Scott B. Kitei | (313) 465-7524 | Honigman Miller Schwartz and Cohn L Creditor, General Motors / LIVE |
| | | Revstone Industries, LLC | 12-13262 | Hearing | 6685894 | Ainsley G. Moloney | (617) 951-8873 | Morgan Lewis & Bockius LLP | Creditor, RI SPC / LISTEN ONLY |
| | | Revstone Industries, LLC | 12-13262 | Hearing | 6671401 | Samuel Star | (212) 841-9368 | FTI Consulting, Inc. | Financial Advisor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Revstone Industries, LLC | 12-13262 | Hearing | 6685216 | Sheldon Toll | (248) 351-5480 | Sheldon S. Toll PLLC | Interested Party, Ascalon / LISTEN ONLY |
| | | TPOP, LLC | 13-11831 | Hearing | 6686396 | Jayson Ruff | (248) 220-1344 | McDonald Hopkins Co., LPA | Debtor, TPOP / LIVE |