## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>REVSTONE INDUSTRIES, LLC, <u>et al.</u>[1]<br><br>Debtors. | Chapter 11<br>(Jointly Administered)<br><br>Case No. 12-13262 (BLS)<br><br>**Related Docket No.: 1903** |

### CERTIFICATE OF NO OBJECTION REGARDING TWENTY-SECOND MONTHLY FEE APPLICATION OF FTI CONSULTING, INC. FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE <u>PERIOD OF NOVEMBER 1, 2014 THROUGH NOVEMBER 30, 2014</u>

The undersigned hereby certifies that, as of the date hereof, the undersigned has received no answer, objection, or any other responsive pleading to the **Twenty-Second Monthly Fee Application of FTI Consulting, Inc. for Allowance of Compensation and Reimbursement of Expenses as Financial Advisor to the Official Committee of Unsecured Creditors for the Period of November 1, 2014 through November 30, 2014** (Docket No. 1903) (the "<u>Application</u>"), filed December 23, 2014, and no such answer, objection, or other responsive pleading appears on the docket of the above-captioned jointly administered bankruptcy cases.

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is c/o Huron Consulting Group Inc., 900 Wilshire Drive, Suite 270, Attn: John C. DiDonato, CRO, Troy, MI 48084

The undersigned further certifies that, in accordance with the Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (Docket No. 415) (the "<u>Interim Compensation Order</u>"), entered March 20, 2013, any objections to the Application were to be filed and served no later than January 13, 2015, at 4:00 p.m. (Eastern).

Pursuant to the Interim Compensation Order, the Debtors are authorized and directed to pay FTI Consulting, Inc., $68,000.00 (eighty percent (80%) of the fees for the period of November 1, 2014 through November 30, 2014), together with $17.19, which represents one hundred percent (100%) of the expenses requested in the Application for the same period upon the filing of this certification and without the need of a court order.

| | |
|---|---|
| Dated:  January 15, 2015 | **WOMBLE CARLYLE SANDRIDGE & RICE, LLP**<br><br>/s/ Ericka F. Johnson<br>Mark L. Desgrosseilliers (Del. Bar No. 4083)<br>Matthew P. Ward (Del. Bar No. 4471)<br>Ericka F. Johnson (Del. Bar No. 5024)<br>222 Delaware Avenue, Ste. 1501<br>Wilmington, DE  19801<br>Telephone:  (302) 252-4320<br>Facsimile:  (302) 661-7738<br>E-mail: mdesgrosseilliers@wcsr.com<br>E-mail: maward@wcsr.com<br>E-mail: erjohnson@wcsr.com<br><br>Counsel for the Official Committee of Unsecured Creditors of Revstone Industries, LLC |

WCSR 33432306v1