# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 12-13262 (BLS) |
| REVSTONE INDUSTRIES, LLC, et al., | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| Debtors. | ) | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

PLEASE TAKE NOTICE that, on May 14, 2014, this Court entered that certain Order Pursuant to 11 U.S.C. §§ 105 & 363 and Bankruptcy Rule 9019 Authorizing and Approving Release re Comvest Settlement (the "Settlement Order") (ECF No. 1515).

PLEASE TAKE FURTHER NOTICE that in accordance with the terms of the Settlement Order, Comvest Capital II, L.P. hereby withdraws its Proof of Claim, which was timely filed on June 12, 2013, as claim number 168.

Dated: January 28, 2015

Respectfully submitted,

COMVEST CAPITAL II, L.P.

By: /s/ Randall L. Klein
     One of Its Attorneys

Robert J. Dehney
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, 18th Floor
P.O. Box 1347
Wilmington, Delaware 19899
(302) 658-9200

Randall L. Klein
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
(312) 201-4000

-2-

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, certifies that on January 28, 2015, the foregoing **NOTICE OF WITHDRAWAL OF PROOF OF CLAIM** was filed with the Clerk of the Court using the CM/ECF filing system, which then sent notification electronically to counsel of record.

    /s/ Randall L. Klein
Randall L. Klein
GOLDBERG KOHN LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
(312) 201-4000