# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>REVSTONE INDUSTRIES, LLC, et al.,[1]<br>Debtors. | Chapter 11<br>Case No. 12-13262 (BLS)<br>Jointly Administered<br>**Related Docket No. 1918** |
| REVSTONE INDUSTRIES, LLC,<br>Plaintiff,<br>v.<br>AIRLIE OPPORTUNITY MASTER FUND, LTD.,<br>Defendant. | Adv. Proc. No. 14-50648 (BLS)<br>**Related Docket No. 20** |
| REVSTONE INDUSTRIES, LLC,<br>Plaintiff,<br>v.<br>GEORGE S. HOFMEISTER, et al.,<br>Defendants. | Adv. Proc. No. 14-50033 (BLS)<br>**Related Docket No. 265** |

## ORDER APPROVING SETTLEMENT AGREEMENT
## WITH AIRLIE OPPORTUNITY MASTER FUND, LTD.

Upon consideration of the *Debtors' Motion Pursuant to Fed. R. Bankr. P. 9019 for Order Approving Settlement Agreement with Airlie Opportunity Master Fund, Ltd.* (the "Motion") filed by the above-captioned debtors and debtors in possession (the "Debtors"); and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the relief requested in the Motion is reasonable, fair and in the best interests of the Debtors, their estates and their

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool & Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each Debtor is: Revstone Industries, LLC, et al., c/o Huron Consulting Group Inc., 900 Wilshire Drive, Suite 270, Troy, MI 48084, Attn: John C. DiDonato, Chief Restructuring Officer.

-2-

creditors; and due and proper notice of the Motion having been given, and it appearing that no other or further notice is required; and after due deliberation and good cause appearing for the relief sought in the Motion, it is hereby[2]

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Settlement Agreement is APPROVED pursuant to Fed. R. Bankr. P. 9019; and it is further

ORDERED that the Parties are authorized and directed to take all actions necessary to effectuate and implement the terms of the Settlement Agreement without the need for further order by this Court; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: Jan 30, 2015

The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge

---

[2] Capitalized terms not defined herein have the meanings ascribed to such terms in the Motion.

DOCS_LA:284402.3 73864/001