THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REVSTONE INDUSTRIES, LLC, et al.,[1] | ) | Case No. 12-13262 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**SUPPLEMENT TO DEBTORS' JOINT
CHAPTER 11 PLAN OF REORGANIZATION**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On January 20, 2015, the above-captioned debtors (collectively, the "Debtors") filed the Joint Chapter 11 Plan of Reorganization (Docket No. 1941) (as it may be further amended or modified, the "Plan").[2]

2. Pursuant to the Plan, the Debtors are required to file a Plan Supplement, as defined in Section II.B.69 of the Plan, which supplement shall contain forms of certain substantially final documents required for the implementation of the Plan, including, without limitation, (a) a budget that sets forth Plan Expenses; (b) a list of Retained Rights of Action (c) a copy of the proposed Revstone/Spara Litigation Trust Agreement; (d) the specific individuals proposed to serve on the Reorganized Revstone Board; (e) the form of Amended and Restated Limited Liability Company Agreements; and (f) the identification of any executory contracts

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is: Revstone Industries, LLC, et al., c/o Huron Consulting Group Inc., 900 Wilshire Drive, Suite 270, Troy, MI 48084.

[2] Copies of the Plan and filings related to the Plan are available free of charge at www.omnimgt.com. Capitalized terms used but not defined herein have the meanings given to them in the Plan.

and/or unexpired leases to be assumed pursuant to the Plan, as provided in Section VII.A of the Plan.

3. The following exhibits attached hereto collectively constitute the Plan Supplement:

**Exhibit A**:  **Budget**

**Exhibit B:**  **Retained Rights of Action**

**Exhibit C**:  **Revstone/Spara Litigation Trust Agreement**

**Exhibit D:**  **The Specific Individuals Proposed to Serve on the Reorganized Revstone Board**

**Exhibit E:**  **Forms of Amended and Restated Limited Liability Company Agreements**

**Exhibit F:**  **Assumed Contracts and Leases**

4. The Plan Supplement is incorporated by reference into the Plan and is considered to be part of the Plan. If the Court confirms the Plan, such confirmation will include and constitute approval of certain matters described in the Plan Supplement, including approval of the assumption of the agreements, if any, identified in Exhibit E hereto.

5. The Debtors reserve their rights to supplement, modify or amend the Plan Supplement at any time before the Plan becomes effective.

Dated:  February 24, 2015

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Maxim B. Litvak (CA Bar No. 215852)
Colin R. Robinson (Bar No. 5524)
919 Market Street, 17th Floor | P.O. Box 8705
Wilmington, Delaware  19899-8705
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@pszjlaw.com
    dbertenthal@pszjlaw.com
    mlitvak@pszjlaw.com
    crobinson@pszjlaw.com

Counsel to Debtors and Debtors in Possession