IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>REVSTONE INDUSTRIES, LLC, et al.,[1]<br>Debtors. | Chapter 11<br>Case No. 12-13262 (BLS)<br>Jointly Administered<br>**Related to Docket No. 2006** |

**AMENDED**[2] **NOTICE OF AGENDA FOR HEARING ON MATTERS
SCHEDULED FOR MARCH 5, 2015 AT 10:00 A.M. BEFORE
THE HONORABLE BRENDAN L. SHANNON AT THE UNITED
STATES BANKRUPTCY COURT FOR THE DISTRICT OF
DELAWARE, LOCATED AT 824 MARKET STREET, 6th FLOOR,
COURTROOM NO. 1, WILMINGTON, DELAWARE 19801**

**The Court is closed due to inclement weather.
Today's hearing is canceled and is adjourned to a date to be determined.**

**CONTINUED MATTER:**

1. [Confirmation re] Debtors' Joint Chapter 11 Plan of Reorganization (Filed 1/20/15) [Docket No. 1941].

   Objection Deadline:   February 20, 2015 at 4:00 p.m.  Extended to February 27, 2015 with respect to Medley Capital Corporation.

   Response(s):

   A. Limited Objection of Ascalon Enterprises, LLC to Confirmation of Plan (Filed 2/20/15) [Docket No. 1986].

   B. Medley Capital Corporation's Limited Objection to Debtors' Joint Chapter 11 Plan of Reorganization (Filed 2/27/15) [Docket No. 2000].

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool & Engineering, LLC (6450).  The location of the Debtors' headquarters and the service address for each Debtor is: Revstone Industries, LLC, et al., c/o Huron Consulting Group Inc., 900 Wilshire Drive, Suite 270, Troy, MI 48084, Attn: John C. DiDonato, Chief Restructuring Officer.

[2] **Amended information is reflected in bold.**

Replies:

A. Memorandum of Law of Debtors in Support of Confirmation of the Debtors' Joint Chapter 11 Plan of Reorganization (Filed 3/2/15) [Docket No. 2003].

B. Declaration of John C. DiDonato in Support of Confirmation of the Debtors' Joint Chapter 11 Plan of Reorganization (Filed 3/2/15) [Docket No. 2003].

Related Document(s):

A. Chapter 11 Plan of Reorganization for Revstone Industries, LLC (Filed 7/22/13) [Docket No. 774].

B. Disclosure Statement in Respect of Chapter 11 Plan of Reorganization for Revstone Industries, LLC (Filed 7/22/13) [Docket No. 775].

C. First Amended Chapter 11 Plan of Reorganization for Revstone Industries, LLC (Filed 8/20/13) [Docket No. 949].

D. Notice of Filing of Blackline First Amended Chapter 11 Plan of Reorganization for Revstone Industries, LLC (Filed 8/20/13) [Docket No. 950].

E. First Amended Chapter 11 Plan of Reorganization for Revstone Industries, LLC, as Modified (Filed 8/28/13) [Docket No. 985].

F. Notice of Filing of Blackline First Amended Chapter 11 Plan of Reorganization for Revstone Industries, LLC, as Modified (Filed 8/28/13) [Docket No. 986].

G. Amended Disclosure Statement in Respect of First Amended Chapter 11 Plan of Reorganization for Revstone Industries, LLC, as Modified (Filed 8/28/13) [Docket No. 987].

H. Notice of Filing of Blackline Amended Disclosure Statement in Respect of First Amended Chapter 11 Plan of Reorganization for Revstone Industries, LLC, as Modified (Filed 8/28/13) [Docket No. 988].

I. Spara, LLC's Chapter 11 Plan of Reorganization (Filed 6/3/14) [Docket No. 1554].

J. Spara LLC's Motion for Order Pursuant to Federal Rule of Bankruptcy Procedure 3016(b) Extending Time to File Disclosure Statement (Filed 6/3/14) [Docket No. 1555].

K. Greenwood Forgings, LLC's Chapter 11 Plan of Reorganization (Filed 7/7/14) [Docket No. 1620].

L. US Tool & Engineering, LLC's Chapter 11 Plan of Reorganization (filed 7/7/14) [Docket No. 1621].

M. Greenwood Forgings, LLC and US Tool & Engineering, LLC's Joint Motion for Order Pursuant to Federal Rule of Bankruptcy Procedure 3016(b) Extending Time to File Disclosure Statement (Filed 7/7/14) [Docket No. 1622].

N. Spara LLC's Supplemental Motion for Order Pursuant to Federal Rule of Bankruptcy Procedure 3016(b) Extending Time to File Disclosure Statement (Filed 7/7/14) [Docket No. 1623].

O. Debtors' Joint Chapter 11 Plan of Reorganization (Filed 12/10/14) [Docket No. 1868].

P. Disclosure Statement in Respect of Debtors' Joint Chapter 11 Plan of Reorganization (Filed 12/10/14) [Docket No. 1869].

Q. Order (I) Approving Disclosure Statement; (II) Scheduling Confirmation Hearing; (II) Approving Form and Manner of Notice of Confirmation Hearing; (IV) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Plans, Including (A) Approving Form and Contents of Solicitation Package; (B) Establishing Record Date and Approving Procedures for Distribution of Solicitation Packages; (C) Approving Forms of Ballots; (D) Establishing Voting Deadline for Receipt of Ballots and (E) Approving Procedures for Vote Tabulations; (V) Establishing Deadline and Procedures for Filing Objections to Confirmation of Plans; and (VI) Granting Related Relief (Entered 1/15/15) [Docket No. 1937].

R. Disclosure Statement in Respect of Debtors' Joint Chapter 11 Plan of Reorganization (Filed 1/20/15) [Docket No. 1942].

S. Notice of (A) Hearing to Consider Confirmation of Chapter 11 Plan; (B) Deadline for Casting Votes to Accept or Reject Plans; and (C) Related Matters (Filed 1/23/15) [Docket No. 1947].

T. Affidavit of Service [of Rust Consulting/Omni Bankruptcy Regarding Plan Solicitation] (Filed 1/28/15) [Docket No. 1954].

U. Supplement to Debtors' Joint Chapter 11 Plan of Reorganization (Filed 2/24/15) [Docket No. 1994].

V. Declaration of Catherine Nownes-Whitaker Regarding Analysis of Ballots for Accepting or Rejecting Debtors' Joint Chapter 11 Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code (Filed 3/2/15) [Docket No. 2004].

W. Notice of Filing of Proposed Order Confirming Debtor's Chapter 11 Plan of Liquidation (Filed 3/2/15) [Docket No. 2005].

**Status:**  **This matter is continued to a date to be determined.**

Dated: March 5, 2015 	PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Colin R. Robinson (Bar No. 5524)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone:  302-652-4100
Facsimile:  302-652-4400
Email: ljones@pszjlaw.com
          dbertenthal@pszjlaw.com
          crobinson@pszjlaw.com

Counsel for the Debtors and Debtors in Possession

4