# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Revstone Industries, LLC, et al.,[1] | : | Case No. 12-13262 (BLS) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | **Hrg.: 3/26/15 at 10:30 a.m. (Eastern)** |
| | : | **Obj. Due: 2/26/15 at 4:00 p.m. (Eastern)** |
| | : | |
| | : | **Re: D.I. 1971, 1972, 1973 and 1974** |

## OMNIBUS RE-NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on February 12, 2015 the Official Committee of Unsecured Creditors (the "Committee") of Revstone Industries, LLC ("Revstone"), by and through its undersigned counsel, filed the: (i) *First Omnibus Objection (Non-Substantive) of the Official Committee of Unsecured Creditors of Revstone Industries, LLC to Claims Pursuant to Bankruptcy Code Sections 105 and 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure* [D.I. 1971]; (ii) *Second Omnibus Objection (Substantive) of the Official Committee of Unsecured Creditors of Revstone Industries, LLC to Claims Pursuant to Bankruptcy Code Sections 105 and 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure* [D.I. 1972]; (iii) *Official Committee of Unsecured Creditors of Revstone Industries, LLC's Objection to the Claims Filed by Ascalon Enterprises, LLC Pursuant to*

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is c/o Huron Consulting Group Inc., 900 Wilshire Drive, Suite 270, Attn: John C. DiDonato, CRO, Troy, MI 48084.

*Sections 105 and 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure* [D.I. 1973]; and (iv) *Official Committee of Unsecured Creditors of Revstone Industries, LLC's Objection to the Claims Filed by George Hofmeister Pursuant to Sections 105 and 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure* [D.I. 1974] (collectively the "Claims Objections").

**PLEASE TAKE FURTHER NOTICE** that, responses, if any, to the Claims Objections were to be filed with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801, and served upon the undersigned counsel for the Committee so as to be received by no later than **February 26, 2015 at 4:00 p.m. (Eastern)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that, the hearing on the Claims Objections previously scheduled for March 25, 2015 has been rescheduled to **March 26, 2015 at 10:30 a.m. (Eastern)**[2] before The Honorable Brendan Linehan Shannon at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801.  Only those objections made in writing and timely filed with the Court and received by undersigned counsel will be considered the Court at such hearing.

---

[2] The hearing on the Objection to Claims Filed by Ascalon Enterprises, LLC [D.I. 1973] and the Objection to Claims Filed by George Hofmeister [D.I. 1974] is adjourned to **April 22, 2015 at 10:00 a.m. (ET)**.

Dated: March 11, 2015        **WOMBLE CARLYLE SANDRIDGE & RICE, LLP**

/s/ Morgan L. Patterson
Mark L. Desgrosseilliers (Del. Bar No. 4083)
Matthew P. Ward (Del. Bar No. 4471)
Ericka F. Johnson (Del. Bar No. 5024)
Morgan L. Patterson (Del. Bar No. 5388)
222 Delaware Avenue, Ste. 1501
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 661-7738
E-mail: mdesgrosseilliers@wcsr.com
E-mail: maward@wcsr.com
E-mail: erjohnson@wcsr.com

Counsel for the Official Committee of Unsecured Creditors of Revstone Industries, LLC