# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| REVSTONE INDUSTRIES, LLC, *et al.*,[1] | ) | Case No. 12-13262 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TPOP, LLC,[2] | ) | Case No. 13-11831 (BLS) |
| | ) | |
| Debtor. | ) | |

**NOTICE OF AGENDA FOR HEARING ON MATTER
SCHEDULED FOR MARCH 31, 2015 AT 11:00 A.M. BEFORE
THE HONORABLE BRENDAN L. SHANNON AT THE
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF
DELAWARE, LOCATED AT 824 MARKET STREET, 6th FLOOR,
COURTROOM NO. 1, WILMINGTON, DELAWARE 19801**[3]

**MATTER GOING FORWARD:**

1.  Debtors' Motion for Order Pursuant to 11 U.S.C. §§ 105 and 363 and Bankruptcy Rule 9019 Authorizing and Approving Settlement and Release Agreement with General Motors LLC (Filed 3/24/15) [Revstone Docket No. 2072; TPOP Docket No. 835].

    Objection Deadline:    Objections may be presented at the hearing.

---

[1] The Debtors in these chapter 11 cases and the last four digits of their respective federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool & Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is: Revstone Industries, LLC, et al., c/o Huron Consulting Group Inc., 900 Wilshire Drive, Suite 270, Troy, MI 48084, Attn: John C. DiDonato, Chief Restructuring Officer.

[2] The Debtor in this chapter 11 case is TPOP, LLC f/k/a Metavation, LLC and the last four digits of the Debtor's federal tax identification numbers is 5884. The location of the Debtor's headquarters and the Debtor's service address is TPOP, LLC, c/o Huron Consulting Group Inc., 900 Wilshire Drive, Suite 270, Troy, MI 48084, Attn: John C. DiDonato, Chief Restructuring Officer.

[3] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946), no later than thirty minutes prior to the hearing.

<u>Response(s)</u>:   None, as of the filing of this agenda.

<u>Related Document(s)</u>:

A. Notice of Exhibit-Settlement and Release Agreement (To be filed) [Revstone Docket No. TBD; TPOP Docket No. TBD].

<u>Status</u>:  This matter will be going forward.

Dated: March 27, 2015                           PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Colin R. Robinson (Bar No. 5524)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone:  302-652-4100
Facsimile:  302-652-4400
Email: ljones@pszjlaw.com
         dbertenthal@pszjlaw.com
         crobinson@pszjlaw.com

Counsel for the Debtor and Debtor in Possession