IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| REVSTONE INDUSTRIES, LLC, et al.,[1] | Case No. 12-13262 (BLS) |
| Debtors. | Related Docket No. 2010, 2058 and 2120 |

**ORDER PURSUANT TO BANKRUPTCY RULE 9019
APPROVING SETTLEMENT AND RELEASE AGREEMENT BETWEEN THE
DEBTORS AND MEDLEY CAPTIAL CORPORATION**

Upon the motion dated March 5, 2015 (the "Motion"), of the above-captioned debtors (the "Debtors"), for an order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") approving the terms of that certain Letter Agreement Regarding Settlement Between Debtors and Medley Capital Corporation (the "Settlement Agreement") by and among the Debtors and Medley Capital Corporation, on behalf of itself, as Administrative Agent and as Collateral Agent ("Medley"), thereto all as more fully described in the Motion and attached hereto as Exhibit A; and this Court having subject matter jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. § 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; and a hearing, if necessary, having been held to consider the relief requested in the Motion (the "Hearing"); and upon the record of the Hearing, if any, and all the proceedings had before this Court; and any objections to the Motion having

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtors' federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is: Revstone Industries, LLC, et al., c/o Huron Consulting Group Inc., 900 Wilshire Drive, Suite 270, Troy, MI 48084, Attn: John C. DiDonato, Chief Restructuring Officer.

been withdrawn or overruled, including, but not limited to, the objection filed by the Official Committee of Unsecured Creditors of Revstone Industries, LLC [Docket No. 2058] (the "Committee Objection"); and this Court having found and determined that the relief sought in the Motion and its legal and factual bases establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is:

ORDERED that the Motion is granted; and it is further

ORDERED that paragraph 2 the Settlement Agreement is amended and restated to provide that:

2) Medley will hold two allowed general unsecured claims which will be split between Revstone Industries, LLC and Spara, LLC as follows:

 a. Revstone Industries, LLC – $1,500,000.00 (as agreed upon by Medley, the Official Committee of Unsecured Creditors of Revstone Industries, LLC and the Debtors following the Committee Objection); and

 b. Spara, LLC – $1,153,195.71; and it is further

ORDERED that except as modified by the immediately preceding decretal paragraph, the terms of the Settlement Agreement shall remain unchanged; and it is further

ORDERED that the Settlement Agreement, as amended pursuant to this Order, is hereby approved pursuant to Sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rule 9019; and it is further

DOCS_DE:198614.6 73864/001

ORDERED that the terms and conditions of this Order shall be immediately effective and enforceable upon its entry; and it is further

ORDERED that the claims register shall be deemed amended to conform to the terms of this Order; and it is further

ORDERED that this Court shall retain jurisdiction with respect to all matters arising from or relating to the interpretation or implementation of this Order.

Dated: April 22, 2015
Wilmington, Delaware

The Honorable Brendan L. Shannon
Chief Judge United States Bankruptcy Court

DOCS_DE:198614.6 73864/001