IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>REVSTONE INDUSTRIES, LLC, et al.[1]<br><br>Debtors. | Chapter 11<br>(Jointly Administered)<br><br>Case No. 12-13262 (BLS)<br><br>Related Docket No. 1971 & 2117 |

### ORDER SUSTAINING FIRST OMNIBUS OBJECTION (NON-SUBSTANTIVE) OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF REVSTONE INDUSTRIES, LLC TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTIONS 105 AND 502 AND RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Upon consideration of the First Omnibus Objection (Non-Substantive) of the Official Committee of Unsecured Creditors of Revstone Industries, LLC to Claims Pursuant to Bankruptcy Code Sections 105 and 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Objection"),[2] by which the Committee requests the entry of an order pursuant to sections 105 and 502 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 3007-1 of the Local Rules of Practice and Procedure of this Court (the "Local Bankruptcy Rules") disallowing the claims identified on Exhibits A through C, as revised and

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool and Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is c/o Huron Consulting Group Inc., 900 Wilshire Drive, Suite 270, Attn: John C. DiDonato, CRO, Troy, MI 48084.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

WCSR 33030919v3

attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The relief requested in the Objection is granted and the Objection is sustained in full.

2. The claims identified on <u>Exhibits A</u> through <u>C</u> attached hereto are disallowed.

3. This Order shall be deemed a separate order with respect to each claim identified on <u>Exhibits A</u> through <u>C</u> attached hereto. The Committee may amend, modify, or supplement the Objection, and may file additional substantive and non-substantive objections to claims filed in these cases.

4. The Committee, the Clerk of this Court, and the Debtors' claims agent are authorized to take all actions necessary or appropriate to give effect to this Order.

5. This Court shall retain jurisdiction to hear and determine all matters related to and/or arising from the implementation and/or interpretation of this Order.

WCSR 33030919v3

6. Notwithstanding any Bankruptcy Rule to the contrary, this Order shall take effect immediately upon signature.

Dated: April 22, 2015

_____
The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge

WCSR 33030919v3