**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br>REVSTONE INDUSTRIES, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br>Case No. 12-13262 (BLS)<br>Jointly Administered<br>**Related to Docket No. 2067** |

**NOTICE OF (I) ENTRY OF CONFIRMATION ORDER,**
**(II) OCCURRENCE OF EFFECTIVE DATE, AND (III) RELATED BAR DATES**

     **PLEASE TAKE NOTICE** that on March 23, 2015, the Honorable Brendan L. Shannon, Chief United States Bankruptcy Judge for the United States Bankruptcy Court for the District of Delaware (the "Court"), confirmed the *Debtors' Joint Plan of Reorganization* [Docket No. 1941] (as amended and supplemented, the "Plan"), and entered the *Order Confirming the Debtors' Joint Chapter 11 Plan of Reorganization* [Docket No. 2067] (the "Confirmation Order").[2]

     **PLEASE TAKE FURTHER NOTICE** that the Effective Date, as defined in the Plan, occurred on **June 24, 2015**.  Each of the conditions precedent to consummation of the Plan enumerated in Article XIV of the Plan have been satisfied or waived in accordance with the Plan and the Confirmation Order.

     **PLEASE TAKE FURTHER NOTICE** that pursuant to the Confirmation Order, the release, exculpation, and injunction provisions in Article X of the Plan are now in full force and effect.

     **PLEASE TAKE FURTHER NOTICE** that pursuant to Article X of the Plan, unless otherwise provided by a Final Order of the Court, Proofs of Claim with respect to Claims arising from the rejection of executory contracts or Unexpired Leases, if any, must be filed with the Bankruptcy Court within thirty (30) days after the earlier of (a) the Effective Date or (b) service of a notice that the executory contract or unexpired lease has been rejected.  Any Claims arising from the rejection of an executory contract or unexpired lease not Filed within such time will be automatically disallowed, forever barred from assertion and shall not be enforceable against the Debtors or the Reorganized Debtors, the Estates, or their property without the need for any objection by the Reorganized Debtors or further notice to, or action, order or approval of the Bankruptcy Court.  Allowed Claims arising from the rejection of the Debtors' executory contracts or unexpired leases shall be classified as General Unsecured Claims and shall be

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool & Engineering, LLC (6450).  The location of the Debtors' headquarters and the service address for each Debtor is: Revstone Industries, LLC, et al., c/o Huron Consulting Group Inc., 900 Wilshire Drive, Suite 270, Troy, MI 48084, Attn: John C. DiDonato, Chief Restructuring Officer.

[2] Unless otherwise defined in this notice, capitalized terms used herein shall have the meanings ascribed to them in the Plan and the Confirmation Order, as applicable.

treated in accordance with Article IV of the Plan, as applicable. **Rejection claims for which a Proof of Claim is not timely Filed will be forever barred from assertion against the Debtors, their Estates, the Reorganized Debtors, and their respective property unless otherwise ordered by the Bankruptcy Court or as otherwise provided herein. Such Rejection claims shall, as of the Effective Date, be subject to the discharge and permanent injunction set forth in Article X of the Plan.**

**PLEASE TAKE FURTHER NOTICE** that, except as otherwise provided by a Final Order of the Court, the deadline for filing requests for payment of Administrative Claims shall be July 24, 2015 (which is thirty (30) days after the Effective Date), except with respect to (a) Professional Fee Claims, which are addressed below, and (b) any and all fees assessed against the Estates pursuant to chapter 123 of Title 28 United States Code, 28 U.S.C. §§ 1911 through 1930.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Plan and the Confirmation Order, the deadline to file final requests for payment of Professional Fee Claims is August 24, 2015 (the "Professional Fee Application Deadline"). All professionals must file final requests for payment of Professional Fee Claims by no later than the Professional Fee Application Deadline to receive final approval of the fees and expenses incurred in the chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan, the Confirmation Order, and any other related documents are available upon request to Rust Consulting/Omni Bankruptcy, the Debtors' noticing agent, at 1-866-989-3042, or for international callers at 818-906-8300, or by visiting the website maintained in these chapter 11 cases at http://www.omnimgt.com/RevstoneIndustries. You may also obtain copies of any pleadings filed in these chapter 11 cases for a fee via PACER at: http://www.deb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, any Holder of a Claim or Equity Interest and such Holder's respective successors and assigns, whether or not the Claim or Equity Interest of such Holder is Impaired under the Plan, and whether or not such Holder or Entity voted to accept the Plan.

Dated: June 24, 2015                    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Colin R. Robinson (Bar No. 5524)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: 302-652-4100
Facsimile: 302-652-4400
Email: ljones@pszjlaw.com
         dbertenthal@pszjlaw.com
         crobinson@pszjlaw.com

Counsel for the Debtors