# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Revstone Industries, LLC, *et al.*,[1] | ) Case No.: 12-13262 (BLS) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) **Related to Docket No. 2205** |

**ORDER SUSTAINING THE DEBTOR'S OBJECTION
SEEKING TO RECLASSIFY CLAIM NO. 41 FILED BY INTERNAL REVENUE
SERVICE PURSUANT TO SECTIONS 105 AND 502 OF THE BANKRUPTCY CODE
AND RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Upon consideration of the *Debtor's Objection Seeking to Reclassify Claim No. 41 Filed by Internal Revenue Service Pursuant to Section 105 and 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure* (the "Objection"),[2] by which the Debtor requests the entry of an order pursuant to sections 105 and 502 of title 11 of the United States Code (the "Bankruptcy Code") and rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), reclassifying Claim No. 41 filed by Internal Revenue Service (the "IRS Claim") as identified on Exhibit A attached hereto; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing therefor; it is hereby

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtors' federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool & Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each Debtor is: Revstone Industries, LLC, et al., c/o Huron Consulting Group Inc., 900 Wilshire Drive, Suite 270, Troy, MI 48084, Attn: John C. DiDonato, Chief Restructuring Officer.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Objection.

**ORDERED, ADJUDGED, AND DECREED that:**

1.      The relief requested in the Objection is granted and the Objection is sustained in full.

2.      Pursuant to section 502(b) of the Bankruptyc Code, the IRS Claim is reclassified as identified on Exhibit A attached hereto.

3.      The Debtor, the Clerk of this Court, and the Debtor's claims agent are authorized to take all actions necessary or appropriate to give effect to this Order.

4.      The Debtor retains the right to object further to the IRS Claim in the future, with respect to its amount and merits, on any and all available grounds.

5.      This Court shall retain jurisdiction to hear and determine all matters related to and/or arising from the implementation and/or interpretation of this Order.

6.      Notwithstanding any Bankruptcy Rule to the contrary, this Order shall take effect immediately upon signature.

Dated: July 21, 2015

The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge