IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>REVSTONE INDUSTRIES, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 12-13262<br><br>(Jointly Administered)<br><br>Related to Docket Nos. 993, 1653, 2269, 2277, 2284, 2288, 2290, 2294, 2326 |

**OMNIBUS ORDER APPROVING FINAL FEE APPLICATIONS
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of final fee applications (the "Applications")[2] of those professionals (the "Professionals") referenced on Exhibit A attached hereto, pursuant to sections 105(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Fed. R. Bankr. P. 2016; and it appearing that the Court has jurisdiction to consider the Applications and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and these Applications is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Applications having been given; and it appearing that the relief requested in the Applications is in the best interests of the Debtors and

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool & Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each of the Debtors is: Revstone Industries, LLC, et al., c/o Huron Consulting Group Inc., 900 Wilshire Drive, Suite 270, Troy, MI 48084, Attn: John C. DiDonato, Chief Restructuring Officer.

[2] Capitalized terms not defined in this order shall have the meaning ascribed to them in the Applications.

their estates and creditors; and after due deliberation and sufficient cause appearing therefor, it is hereby:

ORDERED that the Applications are granted on a final basis in the amounts set forth on <u>Exhibit A</u> hereto for services rendered and reimbursement of actual and necessary expenses incurred during the fee periods set forth on <u>Exhibit A</u>;

ORDERED that the Debtors are authorized and directed to make payment to each of the Professionals on account of any of the outstanding fees and expenses approved herein, and any funds held in professional trust accounts established in these chapter 11 cases are authorized to be disbursed with respect to such outstanding fees and expenses; and it is further

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

Dated: October 19, 2015

The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge