**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Revstone Industries, LLC    Bank: Huntington Bank

Bankruptcy Number: 12-13262 (BLS)    Account Number: See Account Schedule Page 3

Date of Confirmation: March 23, 2015    Account Type: Checking

Reporting Period (month/year): September 2015

| | |
|---|---:|
| Beginning Cash Balance: | $7,175,582 |

All receipts received by the debtor:

| | |
|---|---:|
| Cash Sales: | $0 |
| Collection of Accounts Receivable: | $26,246 |
| Proceeds from Litigation (settlement or otherwise): | $0 |
| Sale of Debtor's Assets: | $23,319 |
| Capital Infusion pursuant to the Plan: | $0 |
| Total of cash received: | $49,565 |
| Total of cash available: | $7,225,147 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $148,576 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 |
| All other disbursements made in the ordinary course: | $183,300 |
| Total Disbursements | $331,876 |
| Ending Cash Balance | $6,893,271 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

10/23/15
Date

Name/Title: James M. Lukenda, Vice President

Debtor: Revstone Industries, LLC

Case Number: 12-13262 (BLS)

| CASH BASIS | Month |
|---|---|
| ASSETS | 9/30/2015 |
| Cash (Unrestricted) | $6,893,271 |
| Cash (Restricted) | 0 |
| Accounts Receivable (Net) | 0 |
| Inventory | 0 |
| Notes Receivable | 0 |
| Prepaid Expenses | 0 |
| Other (Attach List) | 0 |
| Total Current Assets | 6,893,271 |
| **Property, Plant & Equipment** | |
| Real Property & Improvements | 0 |
| Machinery & Equipment | 0 |
| Furniture, fixtures & Office Equipment | 0 |
| Vehicles | 0 |
| Leasehold Improvements | 0 |
| Less: Accumulated Depreciation/Depletion | 0 |
| Total Property, Plant & Equipment | 0 |
| Due from Affiliates & Insiders | 0 |
| Other (Attach List) | 0 |
| Total Assets | $6,893,271 |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | |
| Accounts Payable | 0 |
| Taxes Payable | 0 |
| Notes Payable | 0 |
| Professional Fees | 0 |
| Secured Debt | 0 |
| Due to Affiliates & Insiders | 0 |
| Other (Admin and Tax claims per Plan) | 15,513,000 |
| Total Postpetition Liabilities | $15,513,000 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | |
| Secured Debt - Per Plan | 0 |
| Priority Debt - Per Plan | 60,000 |
| Unsecured Debt - Per Plan - mid point estimate | 41,500,000 |
| Other (PBGC Claim) - Per Plan | 95,000,000 |
| Total Pre-petition Liabilities | 136,560,000 |
| Total Liabilities | $152,073,000 |
| **Equity** | |
| Common Stock | 0 |
| Retained Earnings (Deficit) | -145,179,729 |
| Total Equity (Deficit) | -145,179,729 |
| Total Liabilities & Owners' Equity | $6,893,271 |

Revstone Industries, LLC
U.S. Trustee Quarterly Report Detail
Quarter Ended: September 30, 2015
12-13262 (BLS)

| | Revstone Industries Post- Emerge #3349 | Revstone Industries GUC Reserve #3352 | Revstone Industries Pre- Emerge #0660 | Revstone Industries Reserves #9495 | Revstone Industries Reserves Trustee | Revstone Industries Total |
|---|---|---|---|---|---|---|
| Opening balance June 25, 2015: | $722,500.00 | $3,000,000.00 | $324,634.96 | $3,128,447.25 | $0.00 | $7,175,582.21 |
| July Interest | | | | | | 0.00 |
| August Interest | | | | | | 0.00 |
| September Interest | | | | | | 0.00 |
| Aarkel Escrow Release | | | 23,319.04 | | | 23,319.04 |
| Rev Trans Reimbursement | 1,900.00 | | 24,221.26 | | | 26,121.26 |
| COBRA Receipts | | | 121.80 | | | 121.80 |
| Misc | | | 2.73 | | | 2.73 |
| Total Receipts | 1,900.00 | 0.00 | 47,664.83 | 0.00 | 0.00 | 49,564.83 |
| Total Cash Available | $724,400.00 | $3,000,000.00 | $372,299.79 | $3,128,447.25 | $0.00 | $7,225,147.04 |
| I. Plan Disbursements, x - BK Professionals | 0.00 | 0.00 | -148,575.63 | 0.00 | 0.00 | -148,575.63 |
| II. Plan Disbursements - BK Professionals | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| III. Ordinary Course Disbursements | -63,523.79 | -1.37 | -52,019.22 | 0.00 | -67,755.66 | -183,300.04 |
| IV. Intra-Company Transfers | -15,266.96 | 0.00 | 15,266.96 | -500,000.00 | 500,000.00 | 0.00 |
| Ending Balance | $645,609.25 | $2,999,998.63 | $186,971.90 | $2,628,447.25 | $432,244.34 | $6,893,271.37 |
| Balance per Bank | $645,609.25 | $2,999,998.63 | $186,971.90 | $2,628,447.25 | $432,244.34 | $6,893,271.37 |
| variance (s/b = 0) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |