OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Revstone Industries, LLC          Bank: Huntington Bank

Bankruptcy Number: 12-13262 (BLS)                Account Number: See Account Schedule Page 3

Date of Confirmation: March 23, 2015             Account Type: Checking

Reporting Period (month/year): December 2015

| | | |
|---|---|---|
| Beginning Cash Balance: | | $6,893,232 |

All receipts received by the debtor:

| | | |
|---|---|---|
| Cash Sales: | $0 | |
| Collection of Accounts Receivable: | $1,959,500 | |
| Proceeds from Litigation (settlement or otherwise): | $0 | |
| Sale of Debtor's Assets: | $0 | |
| Interest on Accounts | $70 | |
| Total of cash received: | $1,959,570 | |
| Total of cash available: | | $8,852,802 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $16,973 | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $1,079,009 | |
| All other disbursements made in the ordinary course: | $242,813 | |
| Total Disbursements | | $1,338,795 |
| Ending Cash Balance | | $7,514,008 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

1/28/2016                        *[signature: James M. Lukenda]*

Date                             Name/Title: James M. Lukenda, Vice President

Debtor: Revstone Industries, LLC

Case Number: 12-13262 (BLS)

| CASH BASIS | Month |
|---|---|
| ASSETS | 12/31/2015 |
| Cash (Unrestricted) | $7,514,008 |
| Cash (Restricted) | 0 |
| Accounts Receivable (Net) | 0 |
| Inventory | 0 |
| Notes Receivable | 0 |
| Prepaid Expenses | 0 |
| Other (Attach List) | 0 |
| Total Current Assets | 7,514,008 |
| Property, Plant & Equipment | |
| Real Property & Improvements | 0 |
| Machinery & Equipment | 0 |
| Furniture, fixtures & Office Equipment | 0 |
| Vehicles | 0 |
| Leasehold Improvements | 0 |
| Less: Accumulated Depreciation/Depletion | 0 |
| Total Property, Plant & Equipment | 0 |
| Due from Affiliates & Insiders | 0 |
| Other (Attach List) | 0 |
| Total Assets | $7,514,008 |
| Liabilities Not Subject to Compromise (Postpetition Liabilities) | |
| Accounts Payable | 0 |
| Taxes Payable | 0 |
| Notes Payable | 0 |
| Professional Fees | 0 |
| Secured Debt | 0 |
| Due to Affiliates & Insiders | 0 |
| Other (Admin and Tax claims per Plan) | 15,513,000 |
| Total Postpetition Liabilities | $15,513,000 |
| Liabilities Subject to Compromise (Pre-petition Liabilities) | |
| Secured Debt - Per Plan | 0 |
| Priority Debt - Per Plan | 60,000 |
| Unsecured Debt - Per Plan - mid point estimate | 41,500,000 |
| Other (PBGC Claim) - Per Plan | 95,000,000 |
| Total Pre-petition Liabilities | 136,560,000 |
| Total Liabilities | $152,073,000 |
| Equity | |
| Common Stock | 0 |
| Retained Earnings (Deficit) | -144,558,992 |
| Total Equity (Deficit) | -144,558,992 |
| Total Liabilities & Owners' Equity | $7,514,008 |

Revstone Industries, LLC
U.S. Trustee Quarterly Report Detail
Quarter Ended: December 31, 2015
12-13262 (BLS)

| | Revstone Industries Post-Emerge #3349 | Revstone Industries GUC Reserve #3352 | Revstone Industries Pre-Emerge #0660 | Revstone Industries Reserves #9495 | Revstone Litigation Trust Op. Acct | Revstone Litigation Trust Mmarket | Revstone Industries Total |
|---|---|---|---|---|---|---|---|
| Opening balance October 1, 2015: | $645,609.25 | $2,999,998.63 | $186,971.90 | $2,628,447.25 | $50.00 | $432,154.78 | $6,893,231.81 |
| Total Receipts | 0.00 | 0.00 | 589,500.32 | 1,220,000.00 | | 150,070.16 | 1,959,570.48 |
| Total Cash Available | $645,609.25 | $2,999,998.63 | $776,472.22 | $3,848,447.25 | $50.00 | $582,224.94 | $8,852,802.29 |
| I. Plan Disbursements, x - BK Professionals | 0.00 | 0.00 | -16,973.27 | 0.00 | 0.00 | 0.00 | -16,973.27 |
| II. Plan Disbursements - BK Professionals | 0.00 | 0.00 | 0.00 | -1,079,008.70 | 0.00 | 0.00 | -1,079,008.70 |
| III. Ordinary Course Disbursements | -188,462.86 | 0.00 | -16,814.52 | 0.00 | -37,520.29 | -15.00 | -242,812.67 |
| IV. Intra-Company Transfers | -13,478.35 | 0.00 | 11,175.49 | 2,302.86 | 37,470.29 | -37,470.29 | 0.00 |
| Ending Balance | $443,668.04 | $2,999,998.63 | $753,859.92 | $2,771,741.41 | $0.00 | $544,739.65 | $7,514,007.65 |
| Balance per Bank | $443,668.04 | $2,999,998.63 | $753,859.92 | $2,771,741.41 | $0.00 | $544,739.65 | $7,514,007.65 |
| variance (s/b = 0) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |