**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Spara, LLC                          Bank: Huntington National Bank

Bankruptcy Number: 12-13263 (BLS)                  Account Number: See Account Schedule Page 3

Date of Confirmation: March 23, 2015               Account Type: Checking

Reporting Period (month/year): December 2015

| | | |
|---|---|---|
| Beginning Cash Balance: | | $3,130,782 |

All receipts received by the debtor:

| | | |
|---|---|---|
| Cash Sales: | $0 | |
| Collection of Accounts Receivable: | $0 | |
| Proceeds from Litigation (settlement or otherwise): | $0 | |
| Sale of Debtor's Assets: | $0 | |
| Capital Infusion pursuant to the Plan: | $0 | |
| Total of cash received: | $0 | |
| Total of cash available: | | $3,130,782 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 | |
| All other disbursements made in the ordinary course: | $196,218 | |
| Total Disbursements | | $196,218 |
| Ending Cash Balance | | $2,934,564 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

1/28/2016                          *James M. Lukenda* (signature)

Date                               Name/Title: James M. Lukenda, Vice President

Debtor: Spara, LLC

Case Number: 12-13263 (BLS)

| CASH BASIS | Month |
|---|---|
| ASSETS | 12/31/2015 |
| Cash (Unrestricted) | $2,934,564 |
| Cash (Restricted) | 0 |
| Accounts Receivable (Net) | 0 |
| Inventory | 0 |
| Notes Receivable | 0 |
| Prepaid Expenses | 0 |
| Other (Attach List) | 0 |
| Total Current Assets | $2,934,564 |
| Property, Plant & Equipment | |
| Real Property & Improvements | 0 |
| Machinery & Equipment | 0 |
| Furniture, fixtures & Office Equipment | 0 |
| Vehicles | 0 |
| Leasehold Improvements | 0 |
| Less: Accumulated Depreciation/Depletion | 0 |
| Total Property, Plant & Equipment | 0 |
| Due from Affiliates & Insiders | 0 |
| Other (Attach List) | 0 |
| Total Assets | $2,934,564 |
| Liabilities Not Subject to Compromise (Postpetition Liabilities) | |
| Accounts Payable | 0 |
| Taxes Payable | 0 |
| Notes Payable | 0 |
| Professional Fees | 0 |
| Secured Debt | 0 |
| Due to Affiliates & Insiders | 0 |
| Other (Admin claims per Plan) | 5,083,000 |
| Total Postpetition Liabilities | $5,083,000 |
| Liabilities Subject to Compromise (Pre-petition Liabilities) | |
| Secured Debt - Per Plan | 0 |
| Priority Debt - Per Plan | 60,000 |
| Unsecured Debt - Per Plan - mid point estimate | 12,800,000 |
| Other (PBGC Claim) - Per Plan | 95,000,000 |
| Total Pre-petition Liabilities | 107,860,000 |
| Total Liabilities | $112,943,000 |
| Equity | |
| Common Stock | 0 |
| Retained Earnings (Deficit) | -110,008,436 |
| Total Equity (Deficit) | -110,008,436 |
| Total Liabilities & Owners' Equity | $2,934,564 |

Spara, LLC  
Case No. 12-13263 (BLS)

Post-Confirmation Report Page 2  
15-12-31 SPARA- Post-Confirmation Report v2.xls

Spara, LLC
U.S. Trustee Quarterly Report Detail
Quarter Ended: December 31, 2015
12-13263 (BLS)

| | Spara Post-Emerge #3365 | Spara Pre-Emerge #5079 | Spara Reserve | Spara Total |
|---|---|---|---|---|
| Opening balance October 1, 2015: | $463,774.73 | $681,699.52 | $1,985,308.06 | $3,130,782.31 |
| Total Receipts | 0.00 | 0.00 | 0.00 | 0.00 |
| Total Cash Available | $463,774.73 | $681,699.52 | $1,985,308.06 | $3,130,782.31 |
| I. Plan Disbursements, x - BK Professionals | 0.00 | 0.00 | 0.00 | 0.00 |
| II. Plan Disbursements - BK Professionals | 0.00 | 0.00 | 0.00 | 0.00 |
| III. Ordinary Course Disbursements | -196,072.58 | -145.47 | 0.00 | -196,218.05 |
| IV. Intra-Company Transfers | 0.00 | 0.00 | 0.00 | 0.00 |
| Ending Balance | $267,702.15 | $681,554.05 | $1,985,308.06 | $2,934,564.26 |
| Balance per Bank | $267,702.15 | $681,554.05 | $1,985,308.06 | $2,934,564.26 |
| variance (s/b = 0) | 0.00 | 0.00 | 0.00 | 0.00 |