## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>REVSTONE INDUSTRIES, LLC, et al.,[1]<br>Debtors. | Chapter 11<br>Case No. 12-13262 (BLS)<br>Jointly Administered<br>**Related Docket Nos. 1972, 1995, 2112 & 2398** |
| REVSTONE/SPARA LITIGATION TRUST,<br>Plaintiff,<br>v.<br>SCHOELLER ARCA SYSTEMS, LLC,<br>Defendant. | Adv. Proc. No. 15-51338 (BLS) |

### ORDER APPROVING THE STIPULATION BY AND BETWEEN THE REVSTONE/SPARA LITIGATION TRUST AND SCHOELLER ARCA SYSTEMS, INC.

The Parties having resolved[2] the Second Omnibus Objection (Substantive) of the Official Committee of Unsecured Creditors (the "Committee") of Revstone Industries, LLC ("Revstone" or the "Debtor") to Claims Pursuant to Bankruptcy Code Sections 105 and 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure [Docket No. 1972], pursuant to Bankruptcy Code section 502, Bankruptcy Rule 3007, and Local Rule 3007-1 and the adversary proceeding commenced by the Revstone/Spara Litigation Trust ("Trust") captioned *Revstone/Spara Litigation Trust v. Schoeller Arca Systems, LLC*, Adv. No. 15-51338 (BLS) (Bankr. D. Del.) (the "Adversary Proceeding"), pursuant to Bankruptcy Rule 7041; and it

---

[1] The Debtors in these Chapter 11 Cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613) ("Spara"); Greenwood Forgings, LLC (9285) (Greenwood"); and US Tool & Engineering, LLC (6450) . The location of the Debtors' headquarters and the service address for each Debtor is: Revstone Industries, LLC, et al., c/o Huron Consulting Group Inc., 900 Wilshire Drive, Suite 270, Troy, MI 48084, Attn: John C. DiDonato, Chief Restructuring Officer.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the attached Stipulation.

appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and sufficient cause appearing therefor; it is hereby

**ORDERED, ADJUDGED, AND DECREED that:**

1. The Stipulation attached hereto as Exhibit 1 is approved.

2. Within thirty (30) days of the execution of the Stipulation, the Trust shall dismiss the Adversary Proceeding with prejudice.

3. This Court shall retain jurisdiction to hear and determine all matters related to and/or arising from the implementation and/or interpretation of this order.

4. Notwithstanding any Bankruptcy Rule to the contrary, this order shall take effect immediately upon signature.

Dated: March 22, 2016

_____
The Honorable Brendan L. Shannon
Chief United States Bankruptcy Judge