**OFFICE OF THE UNITED STATES TRUSTEE - REGION 3**
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name:  Revstone Industries, LLC          Bank: Huntington Bank

Bankruptcy Number: 12-13262 (BLS)                 Account Number: See Account Schedule Page 3

Date of Confirmation: March 23, 2015              Account Type: Checking

Reporting Period (month/year): **June 2018**

| | |
|---|---|
| Beginning Cash Balance: | $4,311,863 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $0 |
| Collection of Accounts Receivable: | $8,146 |
| Proceeds from Litigation (settlement or otherwise): | $22,168 |
| Sale of Debtor's Assets: | $0 |
| Interest on Accounts | $5 |
| Total of cash received: | $30,319 |

Total of cash available: $4,342,182

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0 |
| All other disbursements made in the ordinary course: | $96,530 |
| Total Disbursements | $96,530 |

Ending Cash Balance $4,245,651

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

23-Jul-18

Date          Name/Title: James M. Lukenda, Vice President

Debtor: Revstone Industries, LLC

Case Number:  12-13262 (BLS)

| CASH BASIS | Month |
|---|---|
| ASSETS | 6/30/2018 |
| Cash (Unrestricted) | $4,245,651 |
| Cash (Restricted) | 0 |
| Accounts Receivable (Net) | 0 |
| Inventory | 0 |
| Notes Receivable | 0 |
| Prepaid Expenses | 0 |
| Other (Attach List) | 0 |
| Total Current Assets | 4,245,651 |
| **Property, Plant & Equipment** | |
| Real Property & Improvements | 0 |
| Machinery & Equipment | 0 |
| Furniture, fixtures & Office Equipment | 0 |
| Vehicles | 0 |
| Leasehold Improvements | 0 |
| Less: Accumulated Depreciation/Depletion | 0 |
| Total Property, Plant & Equipment | 0 |
| Due from Affiliates & Insiders | 0 |
| Other (Attach List) | 0 |
| Total Assets | $4,245,651 |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | |
| Accounts Payable | 0 |
| Taxes Payable | 0 |
| Notes Payable | 0 |
| Professional Fees | 0 |
| Secured Debt | 0 |
| Due to Affiliates & Insiders | 0 |
| Other (Admin and Tax claims per Plan) | 15,513,000 |
| Total Postpetition Liabilities | $15,513,000 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | |
| Secured Debt - Per Plan | 0 |
| Priority Debt - Per Plan | 60,000 |
| Unsecured Debt - Per Plan - mid point estimate | 41,500,000 |
| Other (PBGC Claim) - Per Plan | 95,000,000 |
| Total Pre-petition Liabilities | 136,560,000 |
| Total Liabilities | $152,073,000 |
| **Equity** | |
| Common Stock | 0 |
| Retained Earnings (Deficit) | -147,827,349 |
| Total Equity (Deficit) | -147,827,349 |
| Total Liabilities & Owners' Equity | $4,245,651 |

**Revstone Industries, LLC**
**U.S. Trustee Quarterly Report Detail**
**Quarter Ended: June 30, 2018**
**12-13262 (BLS)**

| | Revstone Industries Post- Emerge #3349 | Revstone Industries GUC Reserve #3352 | Revstone Industries Pre- Emerge #0660 | Revstone Industries CLOSED #9495 | Revstone Litigation Trust Op. Acct | Revstone Litigation Trust Mmarket | Revstone Industries Total |
|---|---|---|---|---|---|---|---|
| **Opening balance April 1, 2018:** | $26,082.72 | $1,159,023.55 | $2,889,456.54 | $0.00 | $2,207.44 | $235,092.60 | $4,311,862.85 |
| Total Receipts | 8,145.63 | 0.00 | 0.00 | 0.00 | 0.00 | 22,173.24 | 30,318.87 |
| **Total Cash Available** | $34,228.35 | $1,159,023.55 | $2,889,456.54 | $0.00 | $2,207.44 | $257,265.84 | $4,342,181.72 |
| **I. Plan Disbursements, x - BK Professionals** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **II. Plan Disbursements - BK Professionals** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **III. Ordinary Course Disbursements** | 22,860.97 | 312.94 | 10,931.76 | 0.00 | 62,424.69 | 0.00 | 96,530.36 |
| **IV. Intra-Company Transfers** | 0.00 | 0.00 | 0.00 | 0.00 | -75,000.00 | 75,000.00 | 0.00 |
| **Ending Balance** | $11,367.38 | $1,158,710.61 | $2,878,524.78 | $0.00 | $14,782.75 | $182,265.84 | $4,245,651.36 |
| **Balance per Bank** | $11,367.38 | $1,158,710.61 | $2,878,524.78 | $0.00 | $14,782.75 | $182,265.84 | $4,245,651.36 |
| *variance (s/b = 0)* | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |