# EXHIBIT 1 TO ORDER

Exhibit 1 - Reclassified Claims

| Claimant | Debtor Claim Asserted Against | Claim No. | Claim Amount | Claim Classification | Modified Classification Status | Reason for Reclassification |
|---|---|---|---|---|---|---|
| Dept. of Treasury/IRS | Revstone | 543 | $130,520.33 | Priority | General Unsecured | Review of the proof of claim and the Debtors' books and records reveals no basis for classification as anything other than a general unsecured claim. |