# EXHIBIT 2 TO ORDER

DOCS_DE:221182.3 73864/001

Exhibit 2 - Duplicate Claims

| Claimant | Debtor Claim Asserted Against | Remaining Claim No. | Duplicate Claim to be Disallowed | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|
| Ajacs Die Sales Corporation | US Tool | 38 | 79 | $22,427.27 | Claim number 79 is a duplicate of claim no. 38. |
| Big Tool Barn | US Tool | 34 | 108 | $12,240.75 | Claim number 108 is a duplicate of claim no. 34. |
| Commonwealth of Kentucky | Revstone | 540 | 542 | $1,619.67 | Claim number 542 is a duplicate of claim no. 540. |
| Duke Energy Carolinas | Greenwood | 2 | 134 | $59,302.84 | Claim number 134 is a duplicate of claim no. 2. |
| H&H Welding & Repair LLC | US Tool | 47 | 141 | $1,500.00 | Claim number 141 is a duplicate of claim no. 47. |
| Integrity Steel Company | US Tool | 24 | 77 | $57,761.50 | Claim number 77 is a duplicate of claim no. 24. |
| Native American Logistics Worldwide, LLC | Spara | 52 | 131 | $423,936.77 | Claim number 131 is a duplicate of claim no. 52. |
| Oberlikon Balzers Coating USA | US Tool | 37 | 81 | $9,515.72 | Claim number 81 is a duplicate of claim no. 37. |
| Prog Works Industrial Designers | US Tool | 27 | 171 | $63,482.96 | Claim number 171 is a duplicate of claim no. 27. |
| S2 Tool, Inc. | US Tool | 33 | 105 | $242,688.94 | Claim number 105 is a duplicate of claim no. 33. |
| Superior Die Set Corporation | US Tool | 40 | 80 | $95,097.08 | Claim number 80 is a duplicate of claim no. 40. |
| Travers Tool Co. Inc. | Greenwood | 18 | 83 | $122.78 | Claim number 83 is a duplicate of claim no. 18. |