# EXHIBIT 3 TO ORDER

Exhibit 3 - No Liability Claims

| Claimant | Debtor Claim Asserted Against | Claim No. | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|
| Kiel D. Smith | Revstone | 219 | $0.00 | The Debtors have no liability for this claim based upon a review of their books and records. |
| Kiel D. Smith | Spara | 220 | $0.00 | The Debtors have no liability for this claim based upon a review of their books and records. |
| Kiel D. Smith | Greenwood | 221 | $0.00 | The Debtors have no liability for this claim based upon a review of their books and records. |
| Kiel D. Smith | US Tool | 222 | $0.00 | The Debtors have no liability for this claim based upon a review of their books and records. |
| Native American Logistics Worldwide, LLC | Spara | 52 | $423,936.77 | The Debtors have no liability for this claim based upon a review of their books and records. |
| NMHG Financial Services | Greenwood | 70 | $20,975.75 | The Debtors have no liability for this claim based upon a review of their books and records. |
| Oakland County Treasurer | Revstone | 36 | $8,947.02 | The Debtors have no liability for this claim based upon a review of their books and records. |
| SMS Signature Cars, Inc. | Spara | 270 | $400,000.00 | The Debtors have no liability for this claim based upon a review of their books and records. |