## **EXHIBIT 1 TO ORDER**

| Claimant | Debtor Claim Asserted Against | Claim No. | Claim Amount | Reason for Disallowance |
|----------|-------------------------------|-----------|--------------|--------------------------|
| Superior Die Set Corporation | US Tool | 44 | $89,316.57 | The Debtors have no liability for this claim based upon a review of their books and records. |