IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| REVSTONE INDUSTRIES, LLC, *et al.*,[1] | Case No. 12-13262 (BLS) |
| Reorganized Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST TO BE REMOVED FROM SERVICE LIST

PLEASE TAKE NOTICE that Sheryl L. Toby of Dykema Gossett PLLC withdraws her appearance as counsel for FCA US LLC, f/k/a Chrysler Group LLC, in the above-captioned case. Sheryl L. Toby further requests to be removed from all service lists in this case, including all electronic service lists and the ECF notification system.

FCA US LLC, f/k/a Chrysler Group LLC, has no controversy pending before the court in this case and consents to this withdrawal.

                                            DYKEMA GOSSETT PLLC

                                            By: /s/ Sheryl L. Toby
                                                Sheryl L. Toby (P39114)
                                                Attorneys for FCA US LLC, f/k/a Chrysler Group LLC
                                                39577 Woodward Avenue, Suite 300
                                                Bloomfield Hills, MI  48304
                                                T:  (248) 203-0522
                                                F:  (248) 203-0763

August 24, 2020                                   stoby@dykema.com

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool & Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each Debtor is: Revstone Industries, LLC, et al., c/o Huron Consulting Group Inc., PO Box 1720, Birmingham, MI 48012, Attn: John C. DiDonato, Chief Restructuring Officer.

SLTO  105953.000045  4845-8928-1736.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>REVSTONE INDUSTRIES, LLC, *et al.*,[2]<br><br>Reorganized Debtors. | Chapter 11<br><br>Case No. 12-13262 (BLS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

I hereby certify that August 24, 2020, I electronically filed a Notice Of Withdrawal Of Appearance And Request To Re Removed From Service List, and this Certificate of Service with the Clerk of the Court using the ECF System which will send notification of such filing electronically to all ECF-participants.

                                    DYKEMA GOSSETT PLLC

                                    By:/s/ Sheryl L. Toby
                                    Sheryl L. Toby (P39114)
                                    Attorneys for FCA US LLC, f/k/a Chrysler Group LLC
                                    39577 Woodward Avenue, Suite 300
                                    Bloomfield Hills, MI  48304
                                    T:  (248) 203-0522

August 24, 2020                   F:  (248) 203-0763
                                    stoby@dykema.com

---

[2] The Debtors in these chapter 11 cases and the last four digits of each Debtor's federal tax identification numbers are: Revstone Industries, LLC (7222); Spara, LLC (6613); Greenwood Forgings, LLC (9285); and US Tool & Engineering, LLC (6450). The location of the Debtors' headquarters and the service address for each Debtor is: Revstone Industries, LLC, et al., c/o Huron Consulting Group Inc., PO Box 1720, Birmingham, MI 48012, Attn: John C. DiDonato, Chief Restructuring Officer.

SLTO  105953.000045  4845-8928-1736.1