# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Sherry | Date Created: 1/5/2021 |
| Case: 12−13262−BLS | Form ID: pdfjo | Total: 393 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| intp | Chrysler Group LLC |
| intp | Christine Heri |
| intp | Homer W. McClarty |
| intp | GIL Inc. |
| cr | Chenjia Wang |
| intp | Fairfield Castings, LLC |
| intp | Yu Zhang |
| intp | James O'Toole |
| intp | Kiel Smith |
| intp | Erin Bailey |
| intp | ConocoPhillips Company |
| intp | Metavation, LLC |
| intp | Huron Consulting Services LLC |
| cr | David Jaeger |
| tr | Homer W. McClarty |
| intp | Zynik Capital Corporation |
| op | Angle Advisors LLC |
| op | Stout Risius Ross Advisors, LLC |
| cr | Greenwood County |
| intp | Jeffrey R. Waxman, Esquire |
| cr | New York State Department of Taxation and Finance |
| intp | Carl N. Kunz, III, Esquire |
| cr | Crestmark Bank |

TOTAL: 23

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| ust | U.S. Trustee | USTPRegion03.WL.ECF@USDOJ.GOV |
| cr | Riverside Claims LLC | notice@regencap.com |
| clagent | Rust Consulting/Omni Bankruptcy | bosborne@omnimgt.com |
| aty | Aaron L. Hammer | ahammer@hmblaw.com |
| aty | Allison M. Dietz | dietza@michigan.gov |
| aty | Andrew J. Gallo | andrew.gallo@bingham.com |
| aty | Arthur J. Steinberg | asteinberg@kslaw.com |
| aty | Ashley B. Stitzer | astitzer@macelree.com |
| aty | Brian Trust | btrust@mayerbrownrowe.com |
| aty | Brian A. Sullivan | bsullivan@werbsullivan.com |
| aty | Bryan Marcus | Bmarcus.x@Gmail.com |
| aty | Carl N. Kunz, III | ckunz@morrisjames.com |
| aty | Cassandra B. Burton | burton.cassandra@pbgc.gov |
| aty | Chad Joseph Toms | ctoms@wtplaw.com |
| aty | Charles J. Brown, III | cbrown@gsbblaw.com |
| aty | Christina M. Thompson | cthompson@connollygallagher.com |
| aty | Christine A. Walsh | cwalsh@mayerbrown.com |
| aty | Christopher M. Samis | csamis@potteranderson.com |
| aty | Colin Robinson | crobinson@pszjlaw.com |
| aty | Colin R. Robinson | crobinson@pszjlaw.com |
| aty | Cynthia E Moh | cynthia.moh@dlapiper.com |
| aty | David W. Carickhoff | dcarickhoff@archerlaw.com |
| aty | Davis Lee Wright | dwright@rc.com |
| aty | Dennis A. Meloro | melorod@gtlaw.com |
| aty | Desiree M. Amador | amador.desiree@pbgc.gov |
| aty | Donald C. Darnell | dondarnell@darnell−law.com |
| aty | Duane David Werb | dwerb@werbsullivan.com |
| aty | Eric M. Sutty | esutty@atllp.com |
| aty | Ericka Fredricks Johnson | Ericka.johnson@wbd−us.com |
| aty | Evan O Williford | evanwilliford@thewillifordfirm.com |
| aty | Evan O Williford | evanwilliford@thewillifordfirm.com |
| aty | Frederick D. Hyman | |
| aty | Gabriella Zborovsky | gabriella.zborovsky@dlapiper.com |
| aty | Gregg M. Galardi | gregg.galardi@dlapiper.com |
| aty | Gregg M. Galardi | gregg.galardi@ropesgray.com |
| aty | Jane M. Leamy | jane.m.leamy@usdoj.gov |
| aty | Jean−Marie L. Atamian | jatamian@mayerbrown.com |
| aty | Joaquin M C de Baca | jcdebaca@mayerbrown.com, |
| aty | John Daniel McLaughlin, Jr. | jmclaughlin@ferryjoseph.com |
| aty | John F. Theil | j.theil@smmj.com |
| aty | John Oliver Murphy | JMURPHY@JOHNMURPHYLAW.COM |
| aty | Johnna Darby | jdarby@foxrothschild.com |

| | | |
|---|---|---|
| aty | Karen C. Bifferato | kbifferato@connollygallagher.com |
| aty | Katherine B. Kohn | kohn.katie@pbgc.gov |
| aty | Kathleen M. Miller | kmiller@skjlaw.com |
| aty | Kevin N. Summers | Ksummers@dflaw.com |
| aty | Kurt F. Gwynne | kgwynne@reedsmith.com |
| aty | L. Katherine Good | kgood@potteranderson.com |
| aty | Laura L. McCloud | agbankdelaware@ag.tn.gov |
| aty | Laura Davis Jones | ljones@pszjlaw.com |
| aty | Laura Davis Jones | ljones@pszjlaw.com |
| aty | Laura Davis Jones | ljones@pszjlaw.com |
| aty | Lawrence A. Lichtman | LLichtman@honigman.com |
| aty | Marc N. Swanson | swansonm@millercanfield.com |
| aty | Mark D. Collins | |
| aty | Mark L. Desgrosseilliers | desgross@chipmanbrown.com |
| aty | Matthew M. Scheff | scheff.matthew@dol.gov |
| aty | Matthew P. Ward | matthew.ward@wbd–us.com |
| aty | Maxim B. Litvak | mlitvak@pszjlaw.com |
| aty | Megan Hoffman–Logsdon | megan.e.hoffman–logsdon@usdoj.gov |
| aty | Michael A. Fleming | mfleming@plunkettcooney.com |
| aty | Michael C. Hammer | dyitzchaki@dickinsonwright.com |
| aty | Michael E. Baum | |
| aty | Michael J. Venditto | mvenditto@reedsmith.com |
| aty | Michael Ralph Wernette | mike@wernettepllc.com |
| aty | Morgan L. Patterson | morgan.patterson@wbd–us.com |
| aty | Patrick J. Reilley | preilley@coleschotz.com |
| aty | Randall L. Klein | randall.klein@goldbergkohn.com |
| aty | Richardo I. Kilpatrick | rkilpatrick@kaalaw.com |
| aty | Ruben R. Chapa | Chapa.Ruben@dol.gov |
| aty | Scott J. Leonhardt | leonhardt@teamrosner.com |
| aty | Sheldon Samuel Toll | sst@lawtoll.com |
| aty | Stephen S. LaPlante | laplante@millercanfield.com |
| aty | Steven K. Kortanek | steven.kortanek@dbr.com |
| aty | Stuart M. Brown | stuart.brown@dlapiper.com |
| aty | Susan E. Kaufman | skaufman@skaufmanlaw.com |
| aty | Thaddeus D. Wilson | thadwilson@kslaw.com |
| aty | Thomas Joseph Francella, Jr. | tfrancella@wtplaw.com |
| aty | Timothy P. Cairns | tcairns@pszjlaw.com |
| aty | Tyler D. Semmelman | semmelman@rlf.com |
| aty | Victoria A. Guilfoyle | guilfoyle@blankrome.com |

TOTAL: 81

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Revstone Industries, Inc. | c/o Huron Consulting Group Inc. 900 Wilshire Drive, Suite 270 Attn: John C. DiDonato, CRO Troy, MI 48084 |
| intp | General Motors LLC | c/o Honigman Miller Schwartz and Cohn LL 660 Woodward Ave 2290 First National Bldg, Suite 2290 Attn: Aaron M. Silver Detroit, MI 48226 |
| cr | Patrick O'Mara | c/o John T. Gregg Barnes & Thornburg LLP 171 Monroe Avenue, NW Suite 1000 Grand Rapids, MI 49503 |
| intp | Hilda L. Solis, United States Department of Labor | Solicitor's Office, Chicago Region 230 S. Dearborn Street Room 844 Chicago, IL 60604 |
| intp | Boston Financial Group | DLA Piper LLP (US) 919 N. Market Street 15th Floor Wilmington, DE 19801 |
| cr | Nexteer Automotive Corporation | c/o Thomas B. Radom, Esq. Butzel Long Stoneridge West, 41000 Woodward Avenue Bloomfield Hills, MI 48304 |
| cr | c/o Kevin N. Summers Native American Logistics Worldwide, LLC | 801 W. Big Beaver Road, Suite 500 Troy, MI 48084 UNITED STATES |
| cr | Multi–Precision Detail, Inc. | 2635 Palden Drive Auburn Hills, MI 48326 |
| op | Stretto | www.stretto.com 410 Exchange, Ste 100 Irvine, CA 92602 |
| intp | PCG Acquisition Corporation | c/o Sugar Felsenthal Grais & Hammer LLP 30 N. LaSalle St., Suite 3000 Chicago, IL 60602 |
| intp | Stretto | www.stretto.com 410 Exchange, Ste 100 Irvine, CA 92602 |
| cr | State Of Michigan, Department Of Treasury | 3030 W. Grand Boulevard Suite 10–450 Detroit, MI 48202 |
| aty | Werb & Sullivan | 300 Delaware Avenue Suite 1300 P.O. Box 25046 Wilmington, DE 19899 |
| intp | Angstrom Holdings LLC | c/o Michael C. Hammer, Esq. Dickinson Wright PLLC 350 S. Main Street Suite 300 Ann Arbor, MI 48104–2131 |
| cr | Michigan Department of Treasury | Assistant Attorney General Cadillac Place 3030 W. Grand Blvd. Suite 10–200 Detroit, MI 48202 |
| cr | Canon Financial Services, Inc. | 158 Gaither Drive Suite 200 Mount Laurel, NJ 08054 |
| intp | Spara, LLC | 2250 Thunderstick Drive Suite 1203 Lexington, KY 40505 |
| fee | Stuart Maue | c/o John F. Theil, Esq. 3840 McKelvey Road St. Louis, MO 63304 |
| cr | Kevin Cramton | 370 Rayson St. Northville, MI 48167 |
| cr | Tennessee Department of Environment and Conservation | c/o Tn Atty General's Office Bankruptcy Division P.O. Box 20207 Nashville, TN 37202–0207 |
| cr | Tennessee Department of Revenue | c/o TN Attorney General's Office Bankruptcy Division P.O. Box 20207 Nashville, TN 37202–0207 |

| | | | | | |
|---|---|---|---|---|---|
| cr | UBS Securities LLC | 1285 Avenue of the Americas | New York, NY 10019 UNITED STATES | | |
| aty | Alan J. Kornfeld | Pachulski Stang Ziehl & Jones LLP | 10100 Santa Monica Blvd, 13th Floor | Los Angeles, CA 90067 | |
| aty | Anthony R. Paesano | Paesano/Akkashian | 7457 Franklin Road | Suite 200 | Bloomfiled Hills, MI 48301 |
| aty | Antoinette M. Pilzner | McDonald Hopkins PLC | 39533 Woodward Avenue | Suite 318 | Bloomfield Hills, MI 48304 |
| aty | Christopher J. Horvay | Sugar Felsenthal Grais & Hammer LLP | 30 N. LaSalle Street, Suite 3000 | Chicago, IL 60602 | |
| aty | Daniel J. Weiner | Schafer and Weiner, PLLC | 40950 Woodward Ave., Ste 100 | Bloomfield Hills, MI 48304 | |
| aty | David M. Bertenthal | Pachulski Stang Ziehl & Jones LLP | 150 California Street, 15th Floor | San Francisco, CA 94111 | |
| aty | David R. Jury | Associate General Counsel | United Steelworkers | Five Gateway Center, Room 807 | Pittsburgh, PA 15222 |
| aty | Dennis J. Connolly | Alston & Bird LLP | One Atlantic Center | 1201 West Peachtree Street | Atlanta, GA 30309–3424 |
| aty | Elias T. Xenos | The Xenos Law Firm, PLC | 550 W. Merrill Street, Suite 100 | Birmingham, MI 48009 | |
| aty | Evan Olin Williford | The Williford Firm LLC | 901 North Market Street | Suite 800 | Wilmington, DE 19801 |
| aty | Howard Beltzer | Mayer Brown LLP | 1675 Broadway | New York, NY 10019–5820 | |
| aty | Jeffrey P. Nolan | Pachulski Stang Ziehl & Jones LLP | 10100 Santa Monica Boulevard | 11th Floor | Los Angeles, CA 90067–4100 |
| aty | Joel A. Waite | Young Conaway Stargatt & Taylor, LLP | Rodney Square | 1000 North King Street | Wilmington, DE 19801 |
| aty | Jonathan M. Cooper | Goldberg Kohn Ltd. | 55 East Monroe Street, Suite 3300 | Chicago, IL 60603 | |
| aty | Kenneth J. Enos | Young Conaway Stargatt & Taylor, LLP | Rodney Square | 1000 North King Street | Wilmington, DE 19801 |
| aty | Kenneth J. Enos | Young Conaway Stargatt & Taylor, LLP | Rodney Square | 1000 North King Street | Wilmington, DE 19801 |
| aty | Kevin M. Hembree | Alston & Bird, LLP | One Atlantic Center | 1201 West Peachtree Street | Atlanta, GA 30309–3424 |
| aty | Lawrence S. Crowther | Wegman Hessler & Vanderburg | 6055 Rockside Wood Blvd. | Suite 200 | Cleveland, OH 44131 |
| aty | Michael B. Schaedle | Blank Rome LLP | One Logan Square | Philadelphia, PA 19103–6998 | |
| aty | Michael F Lotito | Mayer Brown LLP | 1675 Broadway | New York, NY 10019–5820 | |
| aty | Monique J. Mulcare | Mayer Brown LLP | 1675 Broadway | New York, NY 10019–5820 | |
| aty | Prisca M. Kim | Goldberg Kohn Ltd. | 55 East Monroe Street | Suite 3300 | Chicago, IL 60603–5792 |
| aty | R. Craig Martin | DLA Piper LLP (US) | 919 N. Market Street, Suite 1500 | Wilmington, DE 19801 | |
| aty | Rafael X. Zahralddin–Aravena | Elliott Greenleaf | 1105 N. Market Street | Suite 1700 | Wilmington, DE 19801 |
| aty | Sarah E. Castle | DLA Piper LLP (US) | 1251 Avenue of the Americas, 27th Floor | New York, NY 10020–1104 | |
| aty | Steven E. Pryatel | Wegman, Hessler & Vanderburg | 6055 Rockside Wood Blvd | Suite 200 | Cleveland, OH 44131 |
| 6419206 | ADT/Tyco Integrated Services | P.O. Box 371967 | Pittsburgh, PA 15250–7967 | | |
| 6440822 | ANXeBusiness Corp | 2000 Town Center Drive | Suite 2050 | Southfield, MI 48075 | |
| 6419215 | AT&T | P.O. Box 5019 | Carol Stream, IL 60197–5019 | | |
| 6419216 | AT&T | P.O. Box 5019 | Carol Stream, IL 60197–5019 | | |
| 6419218 | AT&T | P.O. Box 5019 | Carol Stream, IL 60197–5019 | | |
| 6419219 | AT&T | P.O. Box 8100 | Aurora, IL 60507–8100 | | |
| 6419217 | AT&T | P.O. Box 8100 | Aurora, IL 60507–9100 | | |
| 6419220 | AT&T – 4188 | P.O. Box 5019 | Carol Stream, IL 60197–5019 | | |
| 6448221 | AT&T Corp. | c/o AT&T Services, Inc. | Karen Cavagnaro | One AT&T Way, Room 3A218 | Bedminster, NJ 07921 |
| 6419221 | AT&T Mobility | P.O. Box 6463 | Carol Stream, IL 60197–6463 | | |
| 6419205 | Aamtech Business Systems | 21477 Bridge Street, Unit 6 | Southfield, MI 48034 | | |
| 6419207 | Advanced Appliance | 2418 Dix Highway | Lincoln Park, MI 48146 | | |
| 6419208 | Aflac Group | ATTN: Cassie Goodband | 4623 Romence Rd. | Portage, MI 49024 | |
| 6420305 | Airgas, Inc. | c/o David Boyle | 259 Radnor–Chester Road, Suite 100 | P.O. Box 6675 | Radnor, PA 19087–8675 |
| 6419209 | American Express | P.O. Box 650448 | Dallas TX 75265–0448 | | |
| 6419210 | American General Life Ins. Company | P.O. Box 0798 | Carol Stream, IL 60132 | | |
| 6419211 | American Metal Market | P.O. Box 15127 | North Hollywood, CA 91615–5127 | | |
| 6419212 | American Safety Products Division | 2209 Rowland Ave. | Royal Oak, MI 48067 | | |
| 6575885 | Angstrom Holdings LLC | c/o Michael C. Hammer | Dickinson Wright PLLC | 350 S. Main Street, Suite 300 | Ann Arbor, Michigan 48104–2131 |
| 6419213 | Arkadin, Inc. | ATTN: Accounts Receivable | P.O. Box 347261 | Pittsburgh, PA 15251–4261 | |
| 6419214 | Ascalon Enterprises LLC | 1020 Wes–Lee Drive | Paris, KY 40361 | | |
| 6419222 | Audit–All Group | 5001 Porter Hollow Rd. | Rockford, MI 49431 | | |
| 6419223 | Austin International Manufacturing, Inc. | 409 Figueroa St. | Wilmington, CA 90744–4805 | | |
| 6419369 | Austin International Manufacturing, Inc. | c/o Joseph Heath | Ford, Walker, Haggery & Behar | One World Trade Center | Twenty Seventh Floor   Long Beach, CA 90381 |
| 6419224 | Automotive News | 1155 Gratiot Ave. | Detroit, MI 48207 | | |
| 6419225 | Berkshire Life Ins. Co. of America | P.O. Box 644786 | Pittsburgh, PA 15264–4786 | | |
| 6419352 | Boston Finance Group, LLC | c/o Craig Neckers | Smith Haughey Rice & Roegge | 101 N. Park St., Ste. 100 | Traverse City, MI 49684 |

| Number | Name | Address |
|---|---|---|
| 6419226 | Box.Net, Inc. | P.O. Box 60762   Palo Alto, CA 94306 |
| 6419227 | Brandt Fisher Alward & Pezzetti, PC | 1241 E. Eighth St.   P.O. Box 5817   Traverse City, MI 49696–5817 |
| 6419388 | Brannon Holt | Charles Marr   302 West Main Street   Northville, MI 48167 |
| 6419381 | Bridgeport Capital Funding | Jason Rosenstein   5541 N. University Drive   Suite 101   Coral Springs, FL 33067 |
| 6419228 | Bruce Koenig | 33880 Greentree Place   Lexington, KY 40517 |
| 6419247 | CSM Worldwide, Inc. | 21500 Haggerty Rd.   Suite 300   Northville, MD 48167 |
| 6419378 | Cabot – TX1L01, L.P. | c/o Cabot Properties, Inc.   One Beacon Street   17th Floor   Boston, MA 02108 |
| 6419229 | Canon Business Solutions, Inc. | 15004 Collections Center Dr.   Chicago, IL 60693 |
| 6419230 | Canon Financial Services | 14904 Collections Center Dr.   Chicago, IL 60693–0149 |
| 6433788 | Canon Financial Services, Inc. | c/o Howard N. Sobel, P.A.   507 Kresson Road   Voorhees, NJ 08043 |
| 6419231 | Cardmember Service | P.O. Box 15153   Wilmington, DE 19886–5153 |
| 6424733 | Ceridian | 3311 East Old Shakope Road   Bloomington, MN 55425 |
| 6419232 | Ceridian | P.O. Box 10989   Newark, DE 07193–0989 |
| 6419233 | Chapman and Cutler LLP | 330 Madison Ave., 34th Fl.   New York, NY 10017–5010 |
| 6419234 | Charter Township of Chesterfield | Water Department   47275 Sugarbush Rd.   Chesterfield, MD 48047–5156 |
| 6419235 | Churchill Downs Inc. | 700 Central Ave.   Louisville, KY 40208 |
| 6419236 | Cintas Document Management | P.O. Box 633842   Cincinnati, OH 45263–3842 |
| 6419237 | Citi Cards | P.O. Box 182564   Columbus, OH 42318–2564 |
| 6419238 | City of Southfield | Water & Sewer Dept.   P.O. Box 33835   Detroit, MI 48232–0835 |
| 6419239 | Cloud Sherpas | 3525 Piedmont Rd.   Bldg. 8, Suite 710   Atlanta, GA 30305 |
| 6419240 | Comcast | P.O. Box 3005   Southeastern, PA 19398–3005 |
| 6419241 | Comprehensive Health and | Safety Education   P.O. Box 373   Farmington, MI 48332 |
| 6419242 | Comvest Capital II LP | 525 Okeechobee Blvd.   Suite 1050   West Palm Beach, FL 33401 |
| 6419375 | Comvest Capital II, L.P. | c/o Jonathan Cooper   Goldberg Kohn Ltd.   55 East Monroe Street   Suite 3300   Chicago, IL 60603 |
| 6419363 | Con–Way Freight Inc. | c/o Timothy Carl Aires Aires Law Firm   180 Newport Center Drive Suite 260   Newport Beach, CA 92660 |
| 6431993 | Con–way Freight | c/o RMS   P.O. Box 5126   Timonium, MD 21094 |
| 6419243 | Conech | LaSalle Bank   2214 Paysphere Circle   Chicago, IL 60674 |
| 6419244 | Conway MacKenzie | 303 W. Madison, Suite 1600   Chicago, IL 60606 |
| 6419245 | Corporation Service Company | P.O. Box 13397   Philadelphia, PA 19801–3397 |
| 6419246 | Cru International LTD | 31 Mount Pleasant   London, England WCIXOAD |
| 6419248 | Culligan of Ann Arbor | Lockbox Processing   P.O. Box 2932   Wichita, KS 67201–2932 |
| 6448754 | DTE Energy | One Energy Plaza, 2120 WCB   Detroit, MI 48226 |
| 6419253 | DTE Energy | P.O. Box 740786   Cincinnati, OH 45274–0786 |
| 6419348 | Delaware State Treasury | 820 Silver Lake Boulevard   Suite 100   Dover, DE 19904 |
| 6419249 | Dell Marketing LP | c/o Dell USA L.P.   P.O. Box 802816   Chicago, IL 60680–2816 |
| 6450913 | Dell Marketing, L.P. | Nancy Mims   One Dell Way, RR1 MS 52   Round Rock, TX 78682 |
| 6419367 | Deloitte & Touche, LLP | P.O. Box 7247–6446   Philadelphia, PA 19170–6446 |
| 6436315 | Dennis W. Loughlin | Warner Norcross & Judd LLP   2000 Town Center   27th Floor   Southfield, MI 48075 |
| 6430309 | Department of the Treasury | Internal Revenue Service   P.O. Box 7346   Philadelphia, PA 19101–7346 |
| 6419372 | Dexter Foundry Inc. | 2211 W Grimes Ave.   Fairfield, IA 52556 |
| 6423027 | Dexter Foundry, Inc. | c/o Craig R. Foss   Foss Kuiken & Cochran, P.C.   100 E. Burlington Ave.   Fairfield, IA 52556 |
| 6419354 | Dexter Foundry, Inc. | c/o Craig R. Foss   Foss, Kuiken & Cochran, P.C.   100 E. Burlington Ave.   First National Bank Building, Ste. 201   P.O. Box 30 |
| 6419250 | Dickinson Wright | 38525 Woodward Ave.   Suite 2000   Bloomfield Hills, MI 48304–5092 |
| 6423028 | Dickson Wright | 2600 W. Big Beaver Road   Suite 300   Troy, MI 48084 |
| 6419251 | Donald B. Lifton | Attorney at Law PLLC   2000 Town Center, Suite 2100   Southfield, MI 48075 |
| 6419252 | Dreambox Creations | 556 N. Diamond Bar Blvd.   Suite 306   Diamond Bar, CA 91765 |
| 6419254 | E. Blair Rodriguez | 4521 Wieuca Road NE   Atlanta, GA 30342 |
| 6419255 | EP Minerals, LLC | ATTN: Accounts Receivable   P.O. Box 12130   Reno, NV 89510 |
| 6419386 | Endevis, LLC | c/o Matthew Harper   One SeaGate, 24th Floor   PO Box 10032   Toledo, OH 43699 |
| 6576647 | Esquire Deposition Solutions, LLC | PO Box 846099   Dallas, TX 75284–6099 |
| 6419256 | Expert Mechanical Service, Inc. | 542 Biddle   Wyandotte, MI 48192 |
| 6419257 | Fairfield Castings | 905 W. Depot   Fairfield, VA 52556 |
| 6419259 | FedEx Office Customer | Administrative Services   P.O. Box 672085   Dallas, TX 75267–2085 |
| 6419258 | Federal Express | P.O. Box 371461   Pittsburgh, PA 15250–7401 |
| 6566473 | Ford Motor Company | c/o Jonathan S. Green, Esq.   Miller Canfield   150 West Jefferson, Suite 2500   Detroit, MI 48226 |
| 6419260 | Frank Devois | National Heating and Cooling   52256 Fairchild   Chesterfield, MD 48051 |
| 6419261 | Frost Brown Todd LLC | P.O. Box 70087   Louisville, KY 40270–0087 |
| 6419263 | GB Asset Advisors, LLC | 101 Huntington Ave.   10th Floor   Boston, MA 2199 |
| 6419373 | GE CF Mexico, S.A. De C.V. | c/o Antonio Dovali Jaime No. 70, Piso 5   Colonia Santa Fe   01210   Mexico D.F.   MEXICO |
| 6448230 | GIL Inc. | 419 E 4th Street   Royal Oak, MI 48067 |
| 6419270 | GSL of ILL, LLC | 4131 South State Street   Chicago, IL 60609 |
| 6419382 | GSL of ILL, LLC | James Newman   4131 S. State Street   Chicago, IL 60609 |
| 6419262 | Garvin & Hickey, LLC | 181 East Livingston Ave.   Columbus, OH 43215 |

| ID | Name | Address |
|---|---|---|
| 6422566 | Gary Walter, Virginia Hoey, David Bagby | c/o Don Darnell 7926 Ann Arbor St. Dexter, MI 48130 |
| 6419379 | General Motors | c/o Tricia Sherrick Honigman Miller Schwartz and Cohn LLP 2290 First National Building 660 Woodward Avenue Detroit, MI 48226 |
| 6594619 | General Motors LLC | Aaron Silver c/o Honigman Miller Schwartz & Cohn LLP 2290 First National Building, 660 Woodward Avenue Detroit, MI 48226–3506 |
| 6419264 | Genworth Life & Annuity Ins. | ATTN: Cashiers 3100 Albert Lankford Linchburg, VA 24501 |
| 6419265 | Getzler Henrich & Associates | 295 Madison Ave. 20th Floor New York, NY 10017 |
| 6419266 | Global Commercial Credit LLC | 30200 Telegraph Rd. Suite 250 Bingham Farms, MI 48025 |
| 6419267 | Global Supply Integrator | c/o Moore Penna & Associates PLLC Mr. John P. Russi 13957 Plumbrook Sterling Heights, MI 48312 |
| 6419268 | Goldberg Kohn Ltd | 55 East Monroe Street Suite 3300 Chicago, IL 60603–5792 |
| 6419269 | Goodrich Riquelme Asociados | JP Morgan Chase Bank, N.A. Goodrich Riquelme Y Asoc. P.O. Box 973727 Dallas, TX 75397–3727 |
| 6422599 | Gregory M. Luyt (P62778) | Bowerman, Bowden, Ford, Clulo & Luyt, P.C. 620–A Woodmere Traverse City, MI 49686 |
| 6419271 | Guardian Alarm | P.O. Box 5003 Southfield, MI 48086–5003 |
| 6419272 | Guardian Life Insurance Company | P.O. Box 677458 Dallas, TX 75267–6458 |
| 6419368 | H.I.G. Middle Market, LLC | c/o Brooks B. Gruemmer McDermott, Will & Emery 227 West Monroe Street Chicago, IL 60606 |
| 6419273 | Harvard Resource Solutions LLC | 3001 W. Big Beaver Road Suite 222 Troy, MI 48084 |
| 6419274 | Highbridge Spring Water Company | P.O. Box 100 Wilmore, KY 40390 |
| 6574627 | Hinckley Allen & Snyder LLP | c/o Jennifer V. Doran 28 State Street, 29th Floor Boston, MA 02109 |
| 6419275 | Honigman Miller Schwartz and Cohn LLP | 2290 First National Building 660 Woodward Avenue MI 48226–3506 |
| 6419276 | Huron Consulting Services, LLC | 4795 Paysphere Circle Chicago, IL 60674 |
| 6419370 | Huron Consulting Services, LLC | 4795 Paysphere Circle Chicago, IL 60674 |
| 6424736 | Illinois Department of Revenue | Willard Ice Building 101 West Jefferson Street Springfield, IL 62702 |
| 6424738 | Illinois Department of Revenue | Withholding Tax Section P.O. Box 19014 Springfield, IL 62794 |
| 6424737 | Illinois Department of Revenue Security | 850 East Madison Springfield, IL 62794 |
| 6424739 | Indiana Department of Employment | Indiana Government Center South 10 North Senate Avenue Indianapolis, IN 46204 |
| 6447740 | Indiana Department of Revenue | Bankruptcy Section, N–240 100 North Senate Avenue Indianapolis, IN 46204 |
| 6419277 | Indiana Department of Revenue | P.O. Box 1028 Indianapolis, IN 46206–1028 |
| 6594838 | Indiana Department of Workforce Development | c/o Beverly A. Korobkin Collection Enforcement Unit 10 N. Senate Avenue Indianapolis, IN 46204–2277 |
| 6421799 | Internal Revenue Service | P. O. Box 7346 Philadelphia, PA 19101–7346 |
| 6424735 | Internal Revenue Service | P.O. Box 7346 Philadelphia, PA 19101–7346 |
| 6419351 | Intralinks, Inc. | 150 East 42nd Street 8th Floor New York, NY 10017 |
| 6419278 | Intralinks, Inc. | P.O. Box 10259 New York, NY 10259–0259 |
| 6419385 | JMP Industries, Inc. | c/o Shusheng Wang Miller, Canfield, Paddock & Stone, P.L.C 840 West Long Lake Suite 200 Troy, MI 48098 |
| 6419279 | Jaffe, Raitt, Heuer & Weiss | P.O. Box 5034 Southfield, MI 48086–5034 |
| 6419280 | James O'Toole | 547 Will Parkway Versailles, KY 40383 |
| 6419281 | Jefferson Wells | 24091 Network Place Chicago, IL 60673–1240 |
| 6424734 | Jeffrey Owen | 11080 Hall Road Suite D Sterling Heights, MI 48314 |
| 6419282 | Jerry's Electric, Inc. | P.O. Box 209 Colman, SD 57017–0209 |
| 6419283 | Kenexa Compensation, Incl | P.O. Box 827674 Philadelphia, PA 19182–7674 |
| 6424740 | Kentucky Department of Revenue | Tax Policy Section 501 High Street Frankfort KY 40620 |
| 6419284 | Kentucky Utilities | P.O. Box 9001954 Louisville, KY 40290–1954 |
| 6419357 | Kerry Capital | c/o Tom Janes Two Liberty Square 10th Floor Boston, MA 02109 |
| 6419364 | Lazard Freres & Co., LLC | 190 S. LaSalle Street 31st Floor Chicago, IL, 60603 |
| 6419285 | Lincoln National Life Insurance Company | P.O. Box 7247–0410 Philadelphia, PA 19170–0410 |
| 6419376 | Loeb Financial Services, LLC | James Newman 4131 S. State Street Chicago, IL 60609 |
| 6419286 | Logicalis | Dept. 172301 P.O. Box 67000 Detroit, MI 48267–1723 |
| 6436316 | Logicalis, Inc. | Dennis W. Loughlin, Esq. Warner Norcross & Judd LLP 2000 Town Center 27th Floor Southfield, MI 48075 |
| 6419287 | M Lee Smith Publishing | P.O.Box 5094 Brentwood, TN 37024–5094 |
| 6419298 | MPI LLC | 21177 Hilltop Street Southfield, MI 48033 |
| 6419288 | MacGregor & Assoc. Inc. | 997 Governors Lane Suite 175 Lexington, KY 40513 |
| 6419289 | Magna–Tech Manufacturing | 3416 Hoyt Avenue Muncie, IN 47302 |
| 6419290 | McAfee & Taft | Two Leadership Square 211 N. Robinson 10th Floor Oklahoma City, OK 73102–7103 |
| 6419291 | McDonald Hopkins LLC | 600 Superior Avenue E Suite 2100 Cleveland, OH 44114 |
| 6419292 | McGregor & Assoc. Inc. | 997 Governors Lane Suite 175 Lexington, KY 40513 |
| 9374553 | Medley Capital Corporation | Attn: Richard Allorto 375 Park Avenue, 33rd Floor New York, New York 10152 |
| 9374554 | Medley Capital Corporation | Attn: Richard Allorto 375 Park Avenue, 33rd Floor New York, New York 10152 |
| 6419293 | Mellen, Smith & Pivoz PLC | 30600 Telegraph Road Suite 1131 Bingham Farms, MI 48025 |
| 6419294 | Metavation LLC | 21177 Hilltop Street Southfield, MI 48033 |
| 6419295 | Metlife Investors USA Insurance Company | P.O. Box 371487 Pittsburgh, PA 15250 |
| 6419389 | Michael Delsignore | c/o John C. Cashen Suit 500 201 W. Big Beaver Road Troy, MI 48084 |

| | | | | | |
|---|---|---|---|---|---|
| 6596551 | Michigan Department of Treasury | Cadillac Place, Ste. 10–200 | 3030 W. Grand Blvd. | Detroit, MI 48202 | |
| 6424742 | Michigan Department of Treasury | Lansing, Michigan 48922 | Michigan Employment Security Commission | 169 N. Michigan Ave | Shelby, MI 49455 |
| 6419296 | Midland Loan Services | a Division of PNC Bank, National Assoc. | Lockbox Nr. 771223 | 1233 Solutions Center | Chicago, IL 60677 |
| 6419297 | Morris, Nichols, Arsht & Tunnell LLP | 1201 N. Market Street | P.O. Box 1347 | Wilmington, DE 19899–1347 | |
| 6419387 | N&N International | c/o Shereef Akeel | 888 W. Big Beaver Road | Suite 910 | Troy, MI 48084 |
| 6419383 | National Machine Tool | 80 N Gordon Street | Elk Grove Village, IL 60007–1119 | | |
| 6419360 | Native American Logistics Worldwide, LLC | c/o Kevin N. Summers | Dean & Fulkerson | 801 W. Big Beaver Road | Suite 500 Troy, MI 48084 |
| 6419299 | Nelson E. Clemmens | 13011 West Highway 42 | Suite 108 | Prospect, KY 40059 | |
| 6419300 | Netlink | 999 Tech Row | Madison Heights, MI 48071 | | |
| 6419377 | Nexteer | c/o Dante Benedettini | 3900 East Holland Road | Saginaw, MI 48601 | |
| 6566250 | Nexteer Automotive Corporation | c/o Thomas B. Radom, Esq. | Butzel Long | Stoneridge West | 41000 Woodward Ave. Bloomfield Hills, MI 48304 |
| 6419301 | Nick A. Busche | P.O.Box 222 | Albion, MI | | |
| 6419302 | Oakland County Treasurer | 1200 N. Telegraph Road | Dept. 479 | Pontiac, MI 48341 | |
| 6419362 | Och–Ziff Capital Management Group | c/o Justin L. Browder | 9 West 57th Street | 13th Floor | New York, NY 10019 |
| 6419303 | Orkin | 20998 Bridge Street | Southfield, MI 48033–4087 | | |
| 6419310 | PM Technologies | 29395 Wall Street | Wixom, MI 48393 | | |
| 6419311 | PR Newswire Associations, LLC | G.P.O. Box 5897 | New York, NY 10087–5897 | | |
| 6419304 | Palm International | 11080 Hall Road | Suite D | Sterling Heights, MI 48314 | |
| 6419305 | Paris Machining | 1020 Wes Lee Drive | Paris, KY 40361 | | |
| 6423543 | Patrick O'Mara | 1189 E. Tuttle Road | Ionia, MI 48846 | | |
| 6419355 | Patrick O'Mara | c/o John T. Gregg | Barnes & Thornburg LLP | 171 Monroe Ave. NW | Ste 1000 Grand Rapids, MI 49503 |
| 6574365 | Pearson Street Capital Advisors, LLC | 270 East Pearson Street, &#035;1401 | Chicago, IL 60611 | | |
| 6419358 | Phare Capital | c/o Liz Varley Camp | 9 West 57th Street | 26th Floor | New York, NY 10019 |
| 6450826 | Phare Capital, LLC | 139 E 66th, 6N | New York, NY 10065 | | |
| 6423549 | Pilot Source, LLC | Attn: Patrick O'Mara | 1189 E. Tuttle Road | Ionia, MI 48846 | |
| 6419306 | Pinnacle Printing & Promotions | 21421 Hilltop Street, #12 | Bridge Industrial Park | Southfield, MI 48033 | |
| 6419307 | Pitney Bowes Global Financial Svcs LLC | P.O. Box 371887 | Pittsburgh, PA 15250–7887 | | |
| 6419308 | Pitney Bowes Purchase Power | P.O. Box 371874 | Pittsburgh, PA 15250–7874 | | |
| 6419309 | Plex Systems, Inc. | P.O. Box 673707 | Detroit, MI 48267–3707 | | |
| 6419390 | Prologis | Keith Kavinsky | 8740 Orion Place | Suite 200 | Columbus, OH 43240 |
| 6419374 | RI SPC | c/o David Bartholomew | Bingham McCutchen LLP | One Federal Street | Boston, MA 02110 |
| 6419314 | RJS Consulting LLC | 25256 Hunter Lane | Flat Rock, MI 48134 | | |
| 6419312 | Rehmann Corporate Investigative Services | 5800 Gratiot Road | Suite 101 | Saginaw, MI 48605–2025 | |
| 6419313 | Revstone Health Services | 2008 Cypress Street | Paris, KY 40361 | | |
| 6567533 | Riverside Claims LLC | P.O. Box 626 | Planetarium Station | New York, NY 10024 | |
| 6419315 | Robert M. Carr | c/o Revstone | 2250 Thunderstick Drive | Suite 1203 | Lexington, KY 40505 |
| 6576501 | Ronald A. Schuknecht | Smith Haughey Rice & Roegge | 101 N. Park Street, Suite 100 | Traverse City, MI 49684 | |
| 6419384 | SAPA Group | Jeff Day | 8550 W Bryn Mawr Ave | 10th Floor | Chicago, IL 60031 |
| 9850919 | SC Dept. of Employment & Workforce | P.O. Box 8597 | 1550 Gadsden Street | Columbia, SC 29206 | |
| 6419359 | SG Equipment Finance USA Corp. | c/o Kevin M. Chudler & Associates | 26211 Central Park Blvd. | Suite 211 | Southfield, MI 48076 |
| 6419371 | SG Equipment Finance USA Corp. | c/o Michael Tsang | The Tsang Law Firm, P.C. | 40 Wall Street | 26th Floor New York, NY 10005 |
| 6419353 | Schoeller Arca Systems, Inc. | c/o Suann Trimmer | Dawda, Mann, Mulcahy, & Sadler PLC | 39533 Woodlawn Avenue | Suite 200 Bloomfield Hills, MI 48304 |
| 6419316 | Scrap Price Bulletin | P.O. Box 15127 | North Hollywood, CA 91615 | | |
| 6419349 | Secretary of State | Division of Corporations | Franchise Tax | P.O. Box 898 | Dover, DE 19903 |
| 6421800 | Secretary of Treasury | P.O. Box 7040 | Dover, DE 19903 | | |
| 6419347 | Securities & Exchange Commission | Attn.: George S. Canellos | 3 World Financial Center | Suite 400 | New York, NY 10281–1022 |
| 6419346 | Securities & Exchange Commission | Secretary of the Treasury | 100 F Street, NE | Washington, DC 20549 | |
| 6419366 | Selwyn Isakow / Hilsel | c/o Bryan D. Marcus PC | 29488 Woodward Ave. | Royal Oak, MI 48073 | |
| 6419317 | Semco Energy Gas Company | P.O. Box 740812 | Cincinnati, OH 45274–0812 | | |
| 6419318 | Sheldon S. Toll | 2000 Town Center | Suite 2100 | Southfield, MI 48075 | |
| 6419319 | Society of Automotive Analysts | P.O. Box 362 | Lake Orion, MI 48361 | | |
| 6419320 | Southfield Police Department | P.O. Box 2055 | Reg #22143 | Southfield, MI 48037–2055 | |
| 6419321 | Spara | 31291 Comcast Drive | New Haven, MI 48048 | | |
| 6419322 | Specialty Maintenance Service | 34055 W. 9 Mile Road | Farmington Hills, MI 48335 | | |
| 6419323 | Spitzer Herriman Stephenson | Holderead & Connor LLP | P.O. Box 927 | Marion, IN 46952 | |

| | | | | | |
|---|---|---|---|---|---|
| 6419324 | Steven J. Matthews | Triem Electric Motors | 496 Miller Road | Alanson, MI 49706 | |
| 6419361 | StormHarbour Securities LP | c/o Putney, Twombly, Hall & Hirson LLP | 521 Fifth Avenue | New York, NY 10175 | |
| 6419391 | Stout Risius Ross, Inc. | c/o Ronald B. Rich & Associates | 30665 Northwestern Highway | Suite 280 | Farmington Hills, MI 48334 |
| 6574213 | Strasburger & Price, LLP | c/o Robert P. Franke, Esq. | 901 Main Street | Suite 4400 | Dallas, TX 75202 |
| 6419325 | The Fallen and Wounded Soldiers Fund | P.O. Box 510570 | Livonia, MI 48151 | | |
| 6424743 | The Ohio Department of Job and Family Services | Office of Unemployment Compensation | 30 E. Broad Street, 32nd Floor | Columbus, OH 43215 | |
| 6419326 | The Orin Group LLC | 111 Stow Avenue | Suite 200 | Cuyahoga Falls, OH 44221 | |
| 6419327 | Thomas Elliot Shafer | 47 Briarwood Place | Grosse Pointe Farms, MI 48236 | | |
| 6433413 | Thomson West | Tom M Caneff | 610 Opperman Drive, D6–11–3710 | Eagan, MN 55123 | |
| 6419356 | Thule Holdings, Inc. & Thule Towing Systems, LLC | c/o Mark Schnitzler | Ivey, Barnum & O'Mara, LLC | 170 Mason Street | Greenwich, CT 06830 |
| 6419328 | Todd Associates, Inc. | 23825 Commerce Park | Suite A | Beachwood, OH 44122 | |
| 6419329 | Tool North | 2475 N. Aero Park Court | Traverse City, MI 49686 | | |
| 6419350 | Tool North | c/p Gregory M. Luyt | 620–A Woodmere | Traverse City, MI 49686 | |
| 6422600 | Tool North, Inc. | 2475 North Aero Park Court | Traverse City, MI 49686 | | |
| 6424741 | Treasurer, Kentucky Unemployment | Office of Employment and Training | 275 East Main Street 2nd Floor | Frankfort, Kentucky 40601 | |
| 6420450 | U.S. Department of Treasury | 1500 Pennsylvania Ave., NW | Washington, DC 20220 | | |
| 6419331 | UPS | Lockbox 577 | Carol Stream, IL 60132–0577 | | |
| 6419332 | UPS Consolidated | Lock Box 577 | Carol Stream, IL 60132–0577 | | |
| 6419333 | US Airways Card Services | P.O. Box 13337 | Philadelphia, PA 19101–3337 | | |
| 6419334 | USA Gateway | 7071 Orchard Lake Road | Suite 205 | West Bloomfield, MI 48322 | |
| 6419330 | Ultracom–Intelesys | 25860 Lahser Road | Southfield, MI 48033 | | |
| 6451166 | United Parcel Service | c/o Receivable Management Services (RMS) | P.O. Box 4396 | Timonium, MD 21094 | |
| 6419339 | VISA | P.O. Box 4512 | Carol Stream, IL 60197–4512 | | |
| 6419335 | Vanguard Cleaning Systems | of Greater Detroit | 2386 Franklin Road | Bloomfield Hills, MI 48302 | |
| 6419336 | Vanguard Fire & Security | P.O. Box 9218 | Grand Rapids, MI 49509 | | |
| 6419337 | Venteon Finance | Dept. 7002 | P.O. Box 30516 | Lansing, MI 48909–8016 | |
| 6419338 | Ventourus, Ltd. | 11905 Berry Hill Road | Louisville, KY 40243 | | |
| 6419380 | Verde Chihuahua Industrial, S. De R.L De C.V. | Verde Chihuahua Ave., Antonio J. Bermude | 1451 Parque Industrial Bermudez | Ciudad Juarez | 32470 Chihuahua, C.P. MEXICO |
| 6419340 | Waste Management of Michigan | P.O. Box 4648 | Carol Stream, IL 60197–4648 | | |
| 6419341 | Wells Fargo/Wachovia Bank NA | Fee Group | P.O. Box 56357 | Charlotte, NC 28256–3957 | |
| 6419342 | West Payment Center | P.O. Box 6292 | Carol Stream, IL 60197–6292 | | |
| 6424744 | West Virginia State Tax Department | Income Tax Division – Legal Division | Bankruptcy Unit | P. O. Box 766 | Charleston, WV 25323–0766 |
| 6419343 | Westcore Vine | 4445 Eastgate Mall | Suite 210 | San Diego, CA 92121–1979 | |
| 6423026 | White & Case LLP | c/o Kevin McGill | Southeast Financial Center | 200 South Biscayne Boulevard | Miami, FL 33131 |
| 6419365 | White & Case, LLP | c/o Dr. Axel Pajunk | Bockenheimer Landstr. 20 | 60323 Frankfurt am Main | GERMANY |
| 6419344 | Windstream | P.O. Box 9001908 | Louisville, KY 40290–1908 | | |
| 6419345 | Wolfson Bolton PLLC | 3150 Livernois | Suite 275 | Troy, MI 48083 | |
| 6575013 | mBank | Tammy McDowell | 130 S. Cedar Street | Manistique, MI 49854 | |

TOTAL: 289