IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| REVSTONE INDUSTRIES, LLC, | Case No. 12-13262 (BLS) |
| Reorganized Debtor. | **Related Docket No. 2734** |

**ORDER GRANTING ELEVENTH MOTION OF THE REORGANIZED DEBTOR AND THE LITIGATION TRUSTEE FOR ORDER UNDER BANKRUPTCY CODE SECTION 105(a) AND BANKRUPTCY RULE 9006 EXTENDING TIME TO <u>OBJECT TO ADMINISTRATIVE, PRIORITY, AND UNSECURED CLAIMS</u>**

Upon the eleventh motion (the "Motion")[1] of the Reorganized Debtor and the Litigation Trustee for entry of an order under Bankruptcy Code section 105(a) and Bankruptcy Rule 9006 extending the time to object to administrative, priority and general unsecured claims; and the Court having determined that the relief requested in the Motion is in the best interests of these bankruptcy estates, creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given under the circumstances and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED.

2. The Claims Objection Deadline is extended for administrative expense claims, priority claims, and general unsecured claims through and including March 21, 2021.

3. Entry of this Order is without prejudice to the rights of the Reorganized Debtor and/or the Litigation Trustee to seek further extensions of the Claims Objection Deadline.

---

[1] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Motion.

4.  This Court shall retain jurisdiction over any matters related to, or arising from, the implementation of this Order.

**Dated: January 6th, 2021 Wilmington, Delaware**

**BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE**