# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| REVSTONE INDUSTRIES, LLC, | Case No. 12-13262 (BLS) |
| Reorganized Debtor. | **Ref. Docket No. 2736** |

### ORDER FURTHER EXTENDING THE PERIOD WITHIN WHICH REORGANIZED DEBTOR MAY REMOVE ACTIONS PURSUANT TO 28 U.S.C. § 1452 AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027

Upon the Motion[1] of the above-captioned reorganized debtor (the "Reorganized Debtor") for entry of an order extending the period within which the Reorganized Debtor may remove actions pursuant to 28 U.S.C. § 1452 and Rule 9027 of the Federal Rules of Bankruptcy Procedure; and it appearing that the relief sought in the Motion and the entry of this Order is appropriate; and it appearing that the relief sought in the Motion is reasonable and in the best interests of the Reorganized Debtor and its estate; and no adverse interest being represented, and sufficient cause appearing therefore, and upon due deliberation given, it is hereby

ORDERED that the time period provided by Bankruptcy Rule 9027 within which the Reorganized Debtor may file notices of removal of related proceedings under Bankruptcy Rule 9027(a)(2) is enlarged and extended through and including June 30, 2021 (the "Pre-Petition Removal Deadline"); and it is further

ORDERED that the Pre-Petition Removal Deadline applies to all matters specified in Bankruptcy Rule 9027(a)(2)(A), (B), (C); and it is further

ORDERED that the time period provided by Bankruptcy Rule 9027 within which the Reorganized Debtor may file notices of removal of related proceedings under Bankruptcy

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

Rule 9027(a)(3) is enlarged and extended to the later of (i) June 30, 2021, and (ii) the time period specified in Bankruptcy Rule 9027(a)(3)(A) and (B) (i.e. the shorter of (A) 30 days after receipt, through service or otherwise, of a copy of the initial pleading setting forth the claim or cause of action south to be removed, or (B) 30 days after receipt of the summons if the initial pleading has been filed with the court but not served with the summons) (the "Post Petition Removal Deadline"); and it is further

ORDERED that the Post-Petition Removal Deadline applies to all matters specified in Bankruptcy Rule 9027(a)(3); and it is further

ORDERED that this Order is without prejudice to the Reorganized Debtor's right to seek further extensions of the time within which to remove related proceedings; and it is further

ORDERED that this Court shall retain jurisdiction over all matters arising from or related to the implementation of this Order.

**Dated: January 19th, 2021 Wilmington, Delaware**

**BRENDAN L. SHANNON UNITED STATES BANKRUPTCY JUDGE**