# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Revstone Industries, Inc., | Case No. 12-13262 (CTG) |
| Debtor. | (Jointly Administered) |

### ORDER SETTING STATUS CONFERENCE

THIS HEARING WILL BE HELD BY VIDEO VIA ZOOM. BOTH VIDEO AND AUDIO WILL BE THROUGH ZOOM. ALL PARTICIPANTS MUST REGISTER PRIOR TO THE HEARING AT THE PROVIDED LINK. ALL PARTICIPANTS MUST REGISTER USING THEIR FULL NAMES NO LATER THAN **MAY 16, 2021 AT 12:00 P.M. ET**.

REGISTRATION LINK:

https://debuscourts.zoomgov.com/meeting/register/vJIsdOqorj4iGbk5Gx9-hkviUG9XM0H53-w

The Court will hold a status conference in Revstone Industries, Inc., on **May 17, 2021, beginning at 1:30 p.m. ET**. All parties are directed to use the Zoom link above to attend the status conference electronically. If the case involves adversary proceedings, the Debtor shall promptly send a copy of this Order to counsel for all parties thereto.

SO ORDERED.

Dated: May 3, 2021

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE