*Proofs of Claim Report*
*Revstone Industries, LLC, et al. Case No. 12-13262*

## Claims Summary

| Class | Proof of Claim Amount | Final Allowed Amount |
|---|---|---|
| UNSECURED | $559,380,524.87 | $409,852,413.82 |
| PRIORITY | $19,873,630.84 | $0.00 |
| SECURED | $59,574,155.95 | $0.00 |
| ADMIN | $268,235.25 | $0.00 |
| Total | $639,096,546.91 | $409,852,413.82 |

| | | |
|---|---|---|
| Total Claims/Schedules: | 571 | |

## Claims Details (571)

**Patrick O'Mara**
**Case(s): 263 Clm No: 1 Clm. Amt: $1,575,003.50**

*1189 E. Tuttle Road*
*Ionia, MI 48846*
**Date Filed: 3/11/2013**
**Orig. Date Filed: 12/12/2012**
**Bar Date: 6/28/2013**
**Amending Clm #: 1**
**Amended By Clm #: 57**
**Claim Face Value: $1,575,003.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 263 | UNS | | | $1,575,003.50 | | $0.00 |
| | | | | $1,575,003.50 | | $0.00 |

**Patrick O'Mara**
**Case(s): 263 Clm No: 1 Clm. Amt: $1,550,000.00**

*c/o Smith Haughey Rice & Roegge*
*Attn: Ronald A. Schuknecht*
*101 N. Park Street, Suite 100*
*Traverse City, MI 49684*
**Date Filed: 7/11/2015**
**Orig. Date Filed: 12/12/2012**
**Bar Date: 6/28/2013**
**Amending Clm #: 1**
**Claim Face Value: $1,550,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 263 | UNS | | | $1,550,000.00 | | $1,550,000.00 |
| | | | | $1,550,000.00 | | $1,550,000.00 |

**Duke Energy Carolinas**
**Case(s): 027 Clm No: 2 Clm. Amt: $59,302.84**

*P.O. Box 1321*
*DEC45A*
*Charlotte, NC 28201*
**Date Filed: 1/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $59,302.84**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 027 | UNS | | | $59,302.84 | | |
| | | | | $59,302.84 | | |

## Tool North, Inc
### Case(s): 262 Clm No: 3 Clm. Amt: $100,000.00

*2475 North Aero Park Court*
*Traverse City, MI 49686*
**Date Filed: 12/12/2012**
**Bar Date: 6/28/2013**
**Claim Face Value: $100,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 262 | UNS | | | $100,000.00 | | $0.00 |
| | | | | $100,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Paid | | 2375 | Objection Filed | | |

## Pilot Source, LLC
### Case(s): 262 Clm No: 4 Clm. Amt: $188,640.81

*Attn: Patrick O'Mara*
*1189 E. Tuttle Road*
*Ionia, MI 48846*
**Date Filed: 3/11/2013**
**Orig. Date Filed: 12/12/2012**
**Bar Date: 6/28/2013**
**Amending Clm #: 4**
**Amended By Clm #: 55**
**Claim Face Value: $188,640.81**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 262 | UNS | | | $188,640.81 | | $0.00 |
| | | | | $188,640.81 | | $0.00 |

## Department of the Treasury
### Case(s): 262 Clm No: 5 Clm. Amt: $267,486.04

*Internal Revenue Service*
*PO Box 7346*
*Philadelphia, PA 19101-7346*
**Date Filed: 8/6/2014**
**Orig. Date Filed: 12/21/2012**
**Bar Date: 6/28/2013**
**Amending Clm #: 5**
**Claim Face Value: $267,486.04**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 262 | PRI | | | $80,857.68 | | |
| 262 | UNS | | | $186,628.36 | | |
| | | | | $267,486.04 | | |

## Department of the Treasury
### Case(s): 262 Clm No: 5 Clm. Amt: $200,605.62

*Internal Revenue Service*
*Attn: A. Jackson*
*PO Box 7346*
*Philadelphia, PA 19101-7346*
**Date Filed: 3/4/2014**
**Orig. Date Filed: 12/21/2012**
**Bar Date: 6/28/2013**
**Amending Clm #: 5**
**Amended By Clm #: 5**
**Claim Face Value: $200,605.62**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 262 | PRI | | | $152,525.62 | | $0.00 |
| 262 | UNS | | | $48,080.00 | | $0.00 |
| | | | | $200,605.62 | | $0.00 |

## Department of the Treasury
### Case(s): 262 Clm No: 5 Clm. Amt: $267,486.04

*Internal Revenue Service*
*PO Box 7346*
*Philadelphia, PA 19101-7346*
**Date Filed: 6/2/2014**
**Orig. Date Filed: 12/21/2012**
**Bar Date: 6/28/2013**
**Amending Clm #: 5**
**Amended By Clm #: 5**
**Claim Face Value: $267,486.04**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 262 | PRI | | | $202,120.11 | | $0.00 |
| 262 | UNS | | | $65,365.93 | | $0.00 |
| | | | | $267,486.04 | | $0.00 |

## Con-way Freight
### Case(s): 262 Clm No: 6 Clm. Amt: $1,051.97

*c/o RMS*
*P.O. Box 5126*
*Timonium, MD 21094*
**Date Filed: 1/2/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $1,051.97**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 262 | UNS | | | $1,051.97 | | $0.00 |
| | | | | $1,051.97 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | | 2366 | Objection Granted | 01/28/2016 | 2374 |

## Stout Risius Ross, Inc.
### Case(s): 262 Clm No: 7 Clm. Amt: $34,223.11

*c/o Ronald B. Rich & Associates*
*Attn: Ronald B. Rich*
*30665 Northwestern Highway, Suite 280*
*Farmington Hills, MI 48334*
**Date Filed: 1/8/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $34,223.11**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 262 | UNS | | | $34,223.11 | | $0.00 |
| | | | | $34,223.11 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Amended claim | | 2366 | Objection Granted | 01/28/2016 | 2374 |

## Thomson West
### Case(s): 262 Clm No: 8 Clm. Amt: $3,332.67

*Attn: Tom M Caneff*
*610 Opperman Drive, D6-11-3710*
*Eagan, MN 55123*
**Date Filed: 1/11/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $3,332.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 262 | UNS | | | $3,332.67 | | |
| | | | | $3,332.67 | | |

## Windstream Communications
### Case(s): 027 Clm No: 9 Clm. Amt: $714.00

*Attn: Alice M. Peace*
*301 N. Main St. Suite 5000*
*Greenville, SC 29601*
**Date Filed: 2/11/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $714.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | UNS | | | $714.00 | | |
| | | | | $714.00 | | |

## Patrick O'Mara
### Case(s): 262 Clm No: 10 Clm. Amt: $1,550,000.00

*c/o Smith Haughey Rice & Roegge*
*Attn: Ronald A. Schuknecht*
*101 N. Park Street, Suite 100*
*Traverse City, MI 49684*
**Date Filed: 7/11/2015**
**Orig. Date Filed: 12/12/2012**
**Bar Date: 6/28/2013**
**Amending Clm #: 10**
**Claim Face Value: $1,550,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $1,550,000.00 | | $1,550,000.00 |
| | | | | $1,550,000.00 | | $1,550,000.00 |

## Patrick O'Mara
### Case(s): 262 Clm No: 10 Clm. Amt: $1,575,003.50

*1189 E. Tuttle Road*
*Ionia, MI 48846*
**Date Filed: 3/11/2013**
**Orig. Date Filed: 12/12/2012**
**Bar Date: 6/28/2013**
**Amending Clm #: 10**
**Amended By Clm #: 57**
**Claim Face Value: $1,575,003.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $1,575,003.50 | | $0.00 |
| | | | | $1,575,003.50 | | $0.00 |

## Suburban Propane
### Case(s): 027 Clm No: 11 Clm. Amt: $1,312.02

*Attn: Michael Gittleman*
*PO Box 206*
*Whippany, NJ 07981-0206*
**Date Filed: 1/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $1,312.02**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | UNS | | | $1,312.02 | | |
| | | | | $1,312.02 | | |

## Canon Financial Services, Inc.
### Case(s): 262 Clm No: 12 Clm. Amt: $163,209.56

c/o Howard N. Sobel, P.A.
507 Kresson Road
Voorhess, NJ 08043
**Date Filed: 1/14/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $163,209.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | SEC | | | $50,114.63 | | $0.00 |
| 262 | UNS | | | $113,094.93 | | $115,886.19 |
| | | | | $163,209.56 | | $115,886.19 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | | 1536 | Objection Granted | 06/25/2014 | 1585 |
| Claim does not agree with books | | 2365 | Objection Granted | 02/10/2016 | 2391 |

## McMaster-Carr Supply Company
### Case(s): 027 Clm No: 13 Clm. Amt: $5,193.18

Attn: Tamryn Parkinson
6100 Fulton Industrial Blvd.
Atlanta, GA 30336
**Date Filed: 1/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $5,193.18**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027 | UNS | | | $5,193.18 | | |
| | | | | $5,193.18 | | |

## Air Filter Service Co., Inc.
### Case(s): 027 Clm No: 14 Clm. Amt: $2,222.46

Attn: Diana Roof
P.O. Box 1813
Sumter, SC 29151
**Date Filed: 1/31/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $2,222.46**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027 | UNS | | | $2,222.46 | | |
| | | | | $2,222.46 | | |

## Department of the Treasury
### Case(s): 027 Clm No: 15 Clm. Amt: $0.00

Internal Revenue Service
Attn: A. Jackson
PO Box 7346
Philadelphia, PA 19101-7346
**Date Filed: 4/22/2013**
**Orig. Date Filed: 2/4/2013**
**Bar Date: 6/28/2013**
**Amending Clm #: 15**
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027 | UNS | | | $0.00 | | |
| | | | | $0.00 | | |

## Electric Motor Service of Clinton, Inc
### Case(s): 027 Clm No: 16 Clm. Amt: $3,829.82

Attn: Sharon H. Venable
PO Box 504
Clinton, SC 29325
**Date Filed: 2/5/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $3,829.82**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027 | UNS | | | $3,829.82 | | |
| | | | | $3,829.82 | | |

### Logicalis, Inc.
**Case(s): 262 Clm No: 17 Clm. Amt: $18,758.33**

*c/o Warner Norcross & Judd LLP*
*Attn: Dennis W. Loughlin, Esq.*
*2000 Town Center*
*27th Floor*
*Southfield, MI 48075*
**Date Filed: 1/23/2013**
**Bar Date: 6/28/2013**
**Amended By Clm #: 54**
**Claim Face Value: $18,758.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $18,758.33 | | $0.00 |
| | | | | $18,758.33 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | | 1971 | Objection Granted | 04/22/2015 | 2131 |

### Logicalis, Inc.
**Case(s): 263 Clm No: 17 Clm. Amt: $1,560,938.00**

*c/o Warner Norcross & Judd LLP*
*Attn: Dennis W. Loughlin, Esq.*
*2000 Town Center*
*27th Floor*
*Southfield, MI 48075*
**Date Filed: 1/23/2013**
**Bar Date: 6/28/2013**
**Amended By Clm #: 54**
**Claim Face Value: $18,758.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | UNS | | | $1,560,938.00 | | |
| | | | | $1,560,938.00 | | |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | | 1971 | Objection Filed | | |

### Travers Tool Co Inc
**Case(s): 027 Clm No: 18 Clm. Amt: $122.78**

*Attn: Alessandra Dossena*
*PO Box 541550*
*128-15 26 Ave*
*Flushing, NY 11354*
**Date Filed: 2/5/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $122.78**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | UNS | | | $122.78 | | |
| | | | | $122.78 | | |

### ANXeBusiness Corp
**Case(s): 262 Clm No: 19 Clm. Amt: $42,889.80**

*Attn: John M. Hrovatich*
*2000 Town Center Drive*
*Suite 2050*
*Southfield, MI 48075*
**Date Filed: 1/29/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $42,889.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $42,889.80 | | $0.00 |
| | | | | $42,889.80 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Amended claim | | 2366 | Objection Granted | 01/28/2016 | 2374 |

## Indiana Department of Revenue
### Case(s): 262 Clm No: 20 Clm. Amt: $1,635.00

*Bankruptcy Section, N-240*
*Attn: Carol Swaffar*
*100 North Senate Avenue*
*Indianapolis, IN 46204*
**Date Filed: 12/16/2013**
**Orig. Date Filed: 2/4/2013**
**Bar Date: 6/28/2013**
**Amending Clm #: 20**
**Claim Face Value: $817.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | SEC | | | $817.50 | | $0.00 |
| 262 | UNS | | | $817.50 | | $817.50 |
| | | | | $1,635.00 | | $817.50 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | | 1601 | Objection Granted | 07/31/2014 | 1688 |

## Hydraulic & Pneumatic Sales Inc
### Case(s): 027 Clm No: 21 Clm. Amt: $638.70

*Attn: Pat Free*
*PO Box 410587*
*Charlotte, NC 28241*
**Date Filed: 2/5/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $638.70**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027 | UNS | | | $638.70 | | |
| | | | | $638.70 | | |

## SAPA Industrial Extrusion
### Case(s): 027 Clm No: 22 Clm. Amt: $547,568.23

*Attn: Mark Lupinacci*
*53 Pottsville Street*
*Cressona, PA 17929*
**Date Filed: 2/7/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $547,568.23**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027 | UNS | | | $547,568.23 | | |
| | | | | $547,568.23 | | |

## AT&T Corp
### Case(s): 262 Clm No: 23 Clm. Amt: $31,442.92

*c/o AT&T Services, Inc*
*Attn: Karen Cavagnaro*
*One AT&T Way, Room 3A218*
*Bedminster, NJ 07921*
**Date Filed: 2/5/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $31,442.92**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | UNS | | | $31,442.92 | | |
| | | | | $31,442.92 | | |

## Integrity Steel Company
### Case(s): 028 Clm No: 24 Clm. Amt: $57,761.50

*c/o Muller, Muller Richmond, Harms*
*Attn: David L. Baatenburg*
*161 Ottawa Ave, NW, Ste. 205-E*
*Grand Rapids, MI 49503*
**Date Filed: 1/15/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $57,761.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 028 | UNS | | | $57,761.50 | | |
| | | | | $57,761.50 | | |

### DTE Energy
**Case(s): 262 Clm No: 25 Clm. Amt: $90,429.94**

*Attn: Audrey Anderson*
*One Energy Plaza, 2120 WCB*
*Detroit, Michigan 48226*
**Date Filed: 2/8/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $90,429.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $90,429.94 | | $0.00 |
| 831 | UNS | | | | | $90,429.94 |
| | | | | $90,429.94 | | $90,429.94 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Same Claim Different Case | | 2366 | Objection Granted | 01/28/2016 | 2374 |

### Phare Capital, LLC
**Case(s): 262 Clm No: 26 Clm. Amt: $718,054.00**

*Attn: Elizabeth Varley Camp*
*139 E 66th, 6N*
*New York, NY 10065*
**Date Filed: 2/15/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $718,054.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $718,054.00 | | |
| | | | | $718,054.00 | | |

### Prog Works Industrial Designers
**Case(s): 028 Clm No: 27 Clm. Amt: $63,482.96**

*Attn: Scott A. Wirth*
*2442 E Maple Avenue # 306*
*Flint, MI 48507-4496*
**Date Filed: 2/7/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $63,482.96**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | | | $63,482.96 | | |
| | | | | $63,482.96 | | |

### Kerry Capital
**Case(s): 262 Clm No: 28 Clm. Amt: $722,600.00**

*c/o Tom Janes*
*Two Liberty Square*
*10th Floor*
*Boston, MA 02109*
**Date Filed: 2/15/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $722,600.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $722,600.00 | | |
| | | | | $722,600.00 | | |

### Phare Capital, LLC
**Case(s): 262 Clm No: 29 Clm. Amt: $718,054.00**

*Attn: Elizabeth Varley Camp*
*139 E 66th, 6N*
*New York, NY 10065*
**Date Filed: 2/15/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $718,054.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $718,054.00 | | $0.00 |
| | | | | $718,054.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | | 1971 | Objection Granted | 04/22/2015 | 2131 |

### Makino Inc.
### Case(s): 028 Clm No: 30 Clm. Amt: $9,307.54

Attn: Todd A. Schemmel
7680 Innovaiton Way
Mason, OH 45040-8003
**Date Filed: 2/13/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $9,307.54**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | | | $9,307.54 | | |
| | | | | $9,307.54 | | |

### Dell Marketing, L.P.
### Case(s): 262 Clm No: 31 Clm. Amt: $6,418.91

Attn: Nancy Mims
One Dell way, RR1 MS 52
Round Rock, TX 78682
**Date Filed: 2/15/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $6,418.91**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $6,418.91 | | $3,748.25 |
| | | | | $6,418.91 | | $3,748.25 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim not in balance | | 2365 | Objection Granted | 02/10/2016 | 2391 |

### United Parcel Service
### Case(s): 262 Clm No: 32 Clm. Amt: $29.11

c/o Receivable Management Services (RMS)
Attn: Phyllis A. Hayes, RMS
P.O. Box 4396
Timonium, MD 21094
**Date Filed: 2/19/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $29.11**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $29.11 | | |
| | | | | $29.11 | | |

### S2 Tools, Inc.
### Case(s): 028 Clm No: 33 Clm. Amt: $242,688.94

Attn: Greg Smith
913 Beech Street
Lansing, MI 48912
**Date Filed: 2/20/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $242,688.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | | | $242,688.94 | | |
| | | | | $242,688.94 | | |

### Big Tool Barn, LLC
### Case(s): 028 Clm No: 34 Clm. Amt: $12,240.75

Attn: Brian Shellberg
913 Beech Street
Lansing, MI 48912
**Date Filed: 2/25/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $12,240.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | | | $12,240.75 | | |
| | | | | $12,240.75 | | |

## Peerless Steel Company
### Case(s): 028 Clm No: 35 Clm. Amt: $24,677.43

c/o Muller, Muller, Richmond, Harms
*Attn: David L. Baatenburg*
*161 Ottawa Ave, NW, Ste.205-E*
*Grand Rapids, MI 49503*
**Date Filed: 1/15/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $24,677.43**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 028 | UNS | | | $24,677.43 | | |
| | | | | $24,677.43 | | |

## Oakland County Treasurer
### Case(s): 262 Clm No: 36 Clm. Amt: $8,947.02

*Attn: Diane Roark*
*1200 North Telegraph Road*
*Dept. 479*
*Pontiac, MI 48341*
**Date Filed: 2/20/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $8,947.02**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 262 | PRI | | | Unknown | Y | $0.00 |
| 262 | SEC | | | $8,947.02 | | $0.00 |
| | | | | $8,947.02 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Liability | | 2608 | Objection Granted | 12/19/2018 | 2625 |

## Oberlikon Balzers Coating USA
### Case(s): 028 Clm No: 37 Clm. Amt: $9,515.72

c/o Muller, Muller, Richmond, Harms
*Attn: David L. Baatenburg*
*161 Ottawa Ave, NW, Ste.205-E*
*Grand Rapids, MI 49503*
**Date Filed: 1/15/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $9,515.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 028 | UNS | | | $9,515.72 | | |
| | | | | $9,515.72 | | |

## Ajacs Die Sales Corporation
### Case(s): 028 Clm No: 38 Clm. Amt: $22,427.27

c/o Muller, Muller, Richmond, Harms
*Attn: David L. Baatenburg*
*161 Ottawa Ave, NW, Ste.205-E*
*Grand Rapids, MI 49503*
**Date Filed: 1/15/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $22,427.27**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 028 | UNS | | | $22,427.27 | | |
| | | | | $22,427.27 | | |

## Nexteer Automotive Corporation
### Case(s): 262 Clm No: 39 Clm. Amt: $8,041,359.49

c/o Thomas B. Radom, Esq.
*Butzel Long*
*Stoneridge West*
*41000 Woodward Ave.*
*Bloomfield Hills, MI 48304*
**Date Filed: 2/20/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $8,041,359.49**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 262 | UNS | | | $8,041,359.49 | | $0.00 |
| | | | | $8,041,359.49 | | $0.00 |

### Superior Die Set Corporation
#### Case(s): 028 Clm No: 40 Clm. Amt: $95,097.08

*c/o Muller, Muller, Richmond, Harms*
*Attn: David L. Baatenburg*
*161 Ottawa Ave, NW, Ste.205-E*
*Grand Rapids, MI 49503*
**Date Filed: 1/15/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $95,097.08**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | | | $95,097.08 | | |
| | | | | $95,097.08 | | |

### Department of the Treasury
#### Case(s): 028 Clm No: 41 Clm. Amt: $85,618.09

*Internal Revenue Service*
*Attn: A. Jackson*
*PO Box 7346*
*Philadelphia, PA 19101-7346*
**Date Filed: 4/5/2013**
**Orig. Date Filed: 2/4/2013**
**Bar Date: 6/28/2013**
**Amending Clm #: 41**
**Claim Face Value: $85,618.09**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | SEC | | | $85,618.09 | | $0.00 |
| 028 | UNS | | | | | $85,618.09 |
| | | | | $85,618.09 | | $85,618.09 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | | 2205 | Objection Granted | 07/21/2015 | 2266 |

### Department of the Treasury
#### Case(s): 028 Clm No: 41 Clm. Amt: $85,618.09

*Internal Revenue Service*
*Attn: A. Jackson, Bankruptcy Specialist*
*PO Box 7346*
*Philadelphia, PA 19101-7346*
**Date Filed: 7/21/2015**
**Orig. Date Filed: 2/4/2013**
**Bar Date: 6/28/2013**
**Amending Clm #: 41**
**Claim Face Value: $85,618.09**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | | | $85,618.09 | | |
| | | | | $85,618.09 | | |

### Native American Logistics Worldwide, LLC
#### Case(s): 262 Clm No: 42 Clm. Amt: $423,936.77

*c/o Kevin N. Summers*
*Dean & Fulkerson*
*801 W. Big Beaver Road*
*Suite 500*
*Troy, MI 48084*
**Date Filed: 2/27/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $423,936.77**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $423,936.77 | | $0.00 |
| | | | | $423,936.77 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 2365 | Objection Filed | | |

## Strasburger & Price, LLP
### Case(s): 262 Clm No: 43 Clm. Amt: $4,309.97

*c/o Robert P. Franke, Esq.*
*901 Main Street*
*Suite 4400*
*Dallas, TX 75202*
**Date Filed: 3/1/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $4,309.97**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $4,309.97 | | |
| | | | | $4,309.97 | | |

## Superior Die Set Corporation
### Case(s): 028 Clm No: 44 Clm. Amt: $89,316.57

*Attn: Lynette Ellman*
*900 West Drexel Ave*
*Oak Creek, WI 53154*
**Date Filed: 2/5/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $89,316.57**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | | | $89,316.57 | | |
| | | | | $89,316.57 | | |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Liability | | 2608 | Objection Filed | | |

## Hinckley, Allen & Snyder LLP
### Case(s): 262 Clm No: 45 Clm. Amt: $6,459.28

*Jennifer V. Doran*
*28 State Street, 29th Floor*
*Boston, MA 02109*
**Date Filed: 3/4/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $6,459.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $6,459.28 | | |
| | | | | $6,459.28 | | |

## Pearson Street Capital Advisors, LLC
### Case(s): 262 Clm No: 46 Clm. Amt: $30,000.00

*Attn: Dean Anderson*
*3615 N Lakewood Ave.*
*Chicago, IL 60613*
**Date Filed: 3/4/2013**
**Orig. Date Filed: 3/2/2013**
**Bar Date: 6/28/2013**
**Amending Clm #: 46**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $30,000.00 | | $15,000.00 |
| | | | | $30,000.00 | | $15,000.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Liability | | 2433 | Objection Granted | 07/18/2016 | 2446 |

## H & H Welding & Repair LLC
### Case(s): 028 Clm No: 47 Clm. Amt: $1,500.00

*Attn: Keith Gilliver*
*PO Box 371*
*Mason, MI 48854*
**Date Filed: 2/6/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $1,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | | | $1,500.00 | | |
| | | | | $1,500.00 | | |

### Aerotek, Inc.
#### Case(s): 028 Clm No: 48 Clm. Amt: $80,811.58

*Attn: Julie Hassenplug*
*7301 Parkway Drive*
*Hanover, MD 21076*
**Date Filed: 2/6/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $80,811.58**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 028 | UNS | | | $80,811.58 | | |
| | | | | $80,811.58 | | |

### Pilot Source, LLC
#### Case(s): 263 Clm No: 49 Clm. Amt: $188,640.81

*Attn: Patrick O'mara*
*1189 E. Tuttle Road*
*Ionia, MI 48846*
**Date Filed: 3/11/2013**
**Orig. Date Filed: 12/12/2012**
**Bar Date: 6/28/2013**
**Amending Clm #: 49**
**Amended By Clm #: 55**
**Claim Face Value: $188,640.81**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 263 | UNS | | | $188,640.81 | | $0.00 |
| | | | | $188,640.81 | | $0.00 |

### Department of the Treasury
#### Case(s): 263 Clm No: 50 Clm. Amt: $3,624.64

*Internal Revenue Service*
*Attn: A. Jackson*
*PO Box 7346*
*Philadelphia, PA 19101-7346*
**Date Filed: 10/28/2013**
**Orig. Date Filed: 12/26/2012**
**Bar Date: 6/28/2013**
**Amending Clm #: 50**
**Claim Face Value: $3,624.64**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 263 | UNS | | | $3,624.64 | | |
| | | | | $3,624.64 | | |

### Dell Marketing, L.P.
#### Case(s): 263 Clm No: 51 Clm. Amt: $42,866.58

*Attn: Nancy Mims*
*One Dell Way*
*RR1, MS 52*
*Round Rock, TX 786822*
**Date Filed: 1/23/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $42,866.58**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 263 | UNS | | | $42,866.58 | | |
| | | | | $42,866.58 | | |

### Native American Logistics Worldwide, LLC
#### Case(s): 263 Clm No: 52 Clm. Amt: $423,936.77

*c/o Dean & Fulkerson*
*Attn: Kevin N. Summers*
*801 W. Big Beaver Road, Suite 500*
*Troy, MI 48084*
**Date Filed: 2/27/2013**
**Bar Date: 6/28/2013**
**Amending Clm #: 52**
**Claim Face Value: $423,936.77**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 263 | UNS | | | $423,936.77 | | $0.00 |
| | | | | $423,936.77 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Liability | | 2608 | Objection Granted | 12/19/2018 | 2625 |

## mBank
### Case(s): 262 Clm No: 53 Clm. Amt: $69,062.16

*Attn: Tammy McDowell*
*130 S. Cedar Street*
*Manistique, MI 49854*
**Date Filed: 3/5/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $69,062.16**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $69,062.16 | | $0.00 |
| | | | | $69,062.16 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Liability | | 2433 | Objection Granted | 07/18/2016 | 2446 |

## Logicalis, Inc.
### Case(s): 262 Clm No: 54 Clm. Amt: $24,063.09

*c/o Warner Norcross & Judd LLP*
*Attn: Dennis W. Loughlin*
*2000 Town Center, Ste. 2700*
*Southfield, MI 48075*
**Date Filed: 3/12/2013**
**Orig. Date Filed: 1/23/2013**
**Bar Date: 6/28/2013**
**Amending Clm #: 17**
**Claim Face Value: $24,063.09**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $24,063.09 | | |
| | | | | $24,063.09 | | |

## Pilot Source, LLC
### Case(s): 028 Clm No: 55 Clm. Amt: $190,487.74

*c/o Smith Haughey Rice & Roegge*
*Attn: Ronald A. Schuknecht*
*101 N. Park Street, Suite 100*
*Traverse City, MI 49684*
**Date Filed: 3/11/2013**
**Orig. Date Filed: 12/12/2012**
**Bar Date: 6/28/2013**
**Amending Clm #: 49**
**Claim Face Value: $190,487.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | | | $190,487.74 | | $0.00 |
| | | | | $190,487.74 | | $0.00 |

## Bry-Mac, Inc.
### Case(s): 028 Clm No: 56 Clm. Amt: $50,353.68

*d/b/a Dietech Tooling Solutions*
*c/o Scholten Fant, P.C.*
*Attn: Bradley J. Fisher*
*100 N. Third St., P.O. Box 454*
*Grand Haven, MI 49417*
**Date Filed: 3/11/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $50,353.68**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | | | $50,353.68 | | |
| | | | | $50,353.68 | | |

**Patrick O'Mara**
**Case(s): 028 Clm No: 57 Clm. Amt: $1,550,000.00**

*c/o Smith Haughey Rice & Roegge*
*Attn: Ronald A. Schuknecht*
*101 N. Park Street, Suite 100*
*Traverse City, MI 49684*
**Date Filed: 7/11/2015**
**Orig. Date Filed: 12/12/2012**
**Bar Date: 6/28/2013**
**Amending Clm #: 57**
**Claim Face Value: $1,550,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 028 | UNS | | | $1,550,000.00 | | $1,550,000.00 |
| | | | | $1,550,000.00 | | $1,550,000.00 |

**Patrick O'Mara**
**Case(s): 028 Clm No: 57 Clm. Amt: $1,592,398.60**

*c/o Smith Haughey Rice & Roegge*
*Attn: Ronald A. Schuknecht*
*101 N. Park Street, Suite 100*
*Traverse City, MI 49684*
**Date Filed: 3/11/2013**
**Orig. Date Filed: 12/12/2012**
**Bar Date: 6/28/2013**
**Amending Clm #: 10**
**Claim Face Value: $1,592,398.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 028 | UNS | | | $1,592,398.60 | | $0.00 |
| | | | | $1,592,398.60 | | $0.00 |

**Esquire Deposition Solutions, LLC**
**Case(s): 262 Clm No: 58 Clm. Amt: $382.71**

*PO Box 846099*
*Dallas, TX 75284-6099*
**Date Filed: 3/11/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $382.71**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 262 | UNS | | | $382.71 | | |
| | | | | $382.71 | | |

**Logicalis, Inc**
**Case(s): 027 Clm No: 59 Clm. Amt: $6,357.33**

*c/o Warner Norcross & Judd LLP*
*Attn: Dennis W. Loughlin, Esq.*
*2000 Town Center, 27th Floor*
*Southfield, MI 48075*
**Date Filed: 3/13/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $6,357.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 027 | UNS | | | $6,357.33 | | |
| | | | | $6,357.33 | | |

**Vanguard Cleaning Systems**
**Case(s): 262 Clm No: 60 Clm. Amt: $3,735.30**

*Attn: Carey M. Winkel*
*2386 Franklin Rd.*
*Bloomfield Hills, MI 48302*
**Date Filed: 3/12/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $3,735.30**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 262 | UNS | | | $3,735.30 | | |
| | | | | $3,735.30 | | |

### General Motors LLC
**Case(s): 262 Clm No: 61 Clm. Amt: $511,110.85**

*c/o Honigman Miller Schwartz & Cohn LLP*
*Attn: Aaron Silver*
*2290 First National Building*
*660 Woodward Avenue*
*Detroit, MI 48226-3506*
**Date Filed: 3/13/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $511,110.85**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $511,110.85 | | $0.00 |
| | | | | $511,110.85 | | $0.00 |

### Indiana Department of Workforce
**Case(s): 262 Clm No: 62 Clm. Amt: $1,309.83**

*Development*
*Collection Enforcement Unit*
*Attn: Beverly A. Korobkin*
*10 N. Senate Avenue*
*Indianapolis, IN 46204-2277*
**Date Filed: 3/13/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $1,309.83**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | PRI | | | $1,082.83 | | $0.00 |
| 262 | UNS | | | $227.00 | | $1,309.83 |
| | | | | $1,309.83 | | $1,309.83 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | | 1601 | Objection Granted | 07/31/2014 | 1688 |

### State of Michigan
**Case(s): 262 Clm No: 63 Clm. Amt: $545,690.62**

*Department of Treasury*
*Attn: Allison M. Dietz*
*Cadillac Place, Ste. 10-200*
*3030 W. Grand Blvd.*
*Detroit, MI 48202*
**Date Filed: 5/5/2014**
**Orig. Date Filed: 3/15/2013**
**Bar Date: 6/28/2013**
**Amending Clm #: 63**
**Amended By Clm #: 63**
**Claim Face Value: $545,690.62**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | PRI | | | $545,690.62 | | $0.00 |
| | | | | $545,690.62 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Paid | | 1905 | Objection Granted | 01/14/2015 | 1928 |

### State of Michigan
**Case(s): 262 Clm No: 63 Clm. Amt: $279,532.84**

*Department of Treasury*
*Attn: Allison M. Dietz*
*Cadillac Place, Ste. 10-200*
*3030 W. Grand Blvd.*
*Detroit, MI 48202*
**Date Filed: 10/23/2014**
**Orig. Date Filed: 3/15/2013**
**Bar Date: 6/28/2013**
**Amending Clm #: 63**
**Amended By Clm #: 63**
**Claim Face Value: $279,532.84**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | PRI | | | $279,532.84 | | $0.00 |
| | | | | $279,532.84 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Paid | | 1905 | Objection Granted | 01/14/2015 | 1928 |

### State of Michigan
**Case(s): 262 Clm No: 63 Clm. Amt: $279,532.84**

*Department of Treasury*
*Attn: Allison M. Dietz*
*Cadillac Place, Ste. 10-200*
*3030 W. Grand Blvd.*
*Detroit, MI 48202*
**Date Filed: 11/18/2014**
**Orig. Date Filed: 3/15/2013**
**Bar Date: 6/28/2013**
**Amending Clm #: 63**
**Claim Face Value: $279,532.84**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | PRI | | | $279,532.84 | | $0.00 |
| | | | | $279,532.84 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Paid | | 1905 | Objection Granted | 01/14/2015 | 1928 |

### State of Michigan
**Case(s): 262 Clm No: 63 Clm. Amt: $445,116.07**

*Department of Treasury*
*Attn: Allison M. Dietz*
*Cadillac Place, Ste. 10-200*
*3030 W. Grand Blvd.*
*Detroit, MI 48202*
**Date Filed: 6/12/2014**
**Orig. Date Filed: 3/15/2013**
**Bar Date: 6/28/2013**
**Amending Clm #: 63**
**Amended By Clm #: 63**
**Claim Face Value: $445,116.07**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | PRI | | | $445,116.07 | | $0.00 |
| | | | | $445,116.07 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Paid | | 1905 | Objection Granted | 01/14/2015 | 1928 |

### State of Michigan
**Case(s): 262 Clm No: 64 Clm. Amt: $225,703.52**

*Department of Treasury*
*Attn: Allison M. Dietz*
*Cadillac Place, Ste. 10-200*
*3030 W. Grand Blvd.*
*Detroit, MI 48202*
**Date Filed: 6/12/2014**
**Orig. Date Filed: 3/15/2013**
**Bar Date: 6/28/2013**
**Amending Clm #: 64**
**Amended By Clm #: 64**
**Claim Face Value: $225,703.52**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $225,703.52 | | $0.00 |
| | | | | $225,703.52 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Paid | | 1905 | Objection Granted | 01/14/2015 | 1928 |


### State of Michigan
**Case(s): 262 Clm No: 64 Clm. Amt: $146,705.52**

*Department of Treasury*
*Attn: Allison M. Dietz*
*Cadillac Place, Ste. 10-200*
*3030 W. Grand Blvd.*
*Detroit, MI 48202*
**Date Filed: 10/23/2014**
**Orig. Date Filed: 3/15/2013**
**Bar Date: 6/28/2013**
**Amending Clm #: 64**
**Claim Face Value: $146,705.52**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $146,705.52 | | $0.00 |
| | | | | $146,705.52 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Paid | | 1905 | Objection Granted | 01/14/2015 | 1928 |


### State of Michigan
**Case(s): 262 Clm No: 64 Clm. Amt: $226,061.50**

*Department of Treasury*
*Attn: Allison M. Dietz*
*Cadillac Place, Ste. 10-200*
*3030 W. Grand Blvd.*
*Detroit, MI 48202*
**Date Filed: 5/5/2014**
**Orig. Date Filed: 3/15/2013**
**Bar Date: 6/28/2013**
**Amending Clm #: 64**
**Amended By Clm #: 64**
**Claim Face Value: $226,061.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $226,061.50 | | $0.00 |
| | | | | $226,061.50 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Paid | | 1905 | Objection Granted | 01/14/2015 | 1928 |

### State of Michigan
**Case(s): 028 Clm No: 65 Clm. Amt: $7,217.62**

*Department of Treasury*
*Attn: Allison M. Dietz*
*Cadillac Place, Ste. 10-200*
*3030 W. Grand Blvd.*
*Detroit, MI 48202*
**Date Filed: 5/20/2014**
**Orig. Date Filed: 3/15/2013**
**Bar Date: 6/28/2013**
**Amending Clm #: 65**
**Claim Face Value: $7,217.62**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | | | $7,217.62 | | $0.00 |
| | | | | $7,217.62 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Paid | | 1905 | Objection Granted | 01/14/2015 | 1928 |

### State of Michigan
**Case(s): 028 Clm No: 66 Clm. Amt: $30,211.40**

*Department of Treasury*
*Attn: Allison M. Dietz*
*Cadillac Place, Ste. 10-200*
*3030 W. Grand Blvd.*
*Detroit, MI 48202*
**Date Filed: 5/20/2014**
**Orig. Date Filed: 3/15/2013**
**Bar Date: 6/28/2013**
**Amending Clm #: 66**
**Claim Face Value: $30,211.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | PRI | | | $30,211.40 | | $0.00 |
| | | | | $30,211.40 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Paid | | 1905 | Objection Granted | 01/14/2015 | 1928 |

### PDM Steel Service Centers, Inc
**Case(s): 263 Clm No: 67 Clm. Amt: $60,082.64**

*Attn: J Fox, Distr Cr Mgr*
*PO Box 687*
*Stockton, CA 95201*
**Date Filed: 3/19/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $60,082.64**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | UNS | | | $60,082.64 | | |
| | | | | $60,082.64 | | |

### Michigan Bell Telephone Company
**Case(s): 262 Clm No: 68 Clm. Amt: $2,378.99**

*c/o AT&T Services, Inc*
*Attn: Karen A. Cavagnaro Lead Paralegal*
*One AT&T Way, Room 3A 231*
*Bedminster, NJ 07921*
**Date Filed: 3/25/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $2,378.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $2,378.99 | | |
| | | | | $2,378.99 | | |

### NMHG Financial Services
### Case(s): 027 Clm No: 69 Clm. Amt: $111,070.68

*Attn: Michelle Robinson*
*PO Box 643749*
*Pittsburgh, PA 15264-3749*
**Date Filed: 3/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $111,070.68**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 027 | SEC | | | Unknown | Y | $0.00 |
| 027 | UNS | | | $111,070.68 | | $111,070.68 |
| | | | | $111,070.68 | | $111,070.68 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | | 1536 | Objection Granted | 06/25/2014 | 1585 |

### NMHG Financial Services
### Case(s): 027 Clm No: 70 Clm. Amt: $20,975.75

*Attn: Michelle Robinson*
*PO Box 643749*
*Pittsburgh, PA 15264-3749*
**Date Filed: 3/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $20,975.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 027 | SEC | | | $20,975.75 | | $0.00 |
| | | | | $20,975.75 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No Liability | | 2608 | Objection Granted | 12/19/2018 | 2625 |

### Chem-Aqua
### Case(s): 027 Clm No: 71 Clm. Amt: $4,160.00

*Attn: Della Cruz*
*2727 Chemsearch Blvd*
*Irving, TX 75062*
**Date Filed: 4/2/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $4,160.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 027 | UNS | | | $4,160.00 | | |
| | | | | $4,160.00 | | |

### Holland
### Case(s): 262 Clm No: 72 Clm. Amt: $3,931.48

*c/o RMS*
*Attn: Nancy L. Yeager*
*PO Box 5126*
*Timonium, MD 21094*
**Date Filed: 4/10/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $3,931.48**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 262 | UNS | | | $3,931.48 | | $0.00 |
| | | | | $3,931.48 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 2365 | Objection Granted | 02/10/2016 | 2391 |

### State of Michigan
### Case(s): 028 Clm No: 73 Clm. Amt: $37,737.78

*Department of Treasury*
*Attn: Allison M. Dietz*
*Cadillac Place, Ste 10-200*
*3030 W. Grand Blvd.*
*Detroit, MI 48202*
**Date Filed: 10/28/2013**
**Orig. Date Filed: 4/26/2013**
**Bar Date: 6/28/2013**
**Amending Clm #: 73**
**Claim Face Value: $37,737.78**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 028 | ADM | | | $37,737.78 | | $0.00 |
| | | | | $37,737.78 | | $0.00 |

### VOIDED
### Case(s): Clm No: 74 Clm. Amt:

**Date Filed:**
**Bar Date: 6/28/2013**
**Claim Face Value:**

### Steve Zhanel Enterprises Inc.
### Case(s): 262 Clm No: 75 Clm. Amt: $21,840.07

*dba Target Temporaries*
*4839 Don Dr.*
*Dallas, TX 75247*
**Date Filed: 4/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $21,840.07**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 262 | UNS | | | $21,840.07 | | |
| | | | | $21,840.07 | | |

### ANXeBusiness Corp
### Case(s): 262 Clm No: 76 Clm. Amt: $42,889.80

*Attn: John M. Hrovatich*
*2000 Town Center Drive*
*Suite 2050*
*Southfield, MI 48075*
**Date Filed: 4/30/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $42,889.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 262 | UNS | | | $42,889.80 | | $0.00 |
| | | | | $42,889.80 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | | 1971 | Objection Granted | 04/22/2015 | 2131 |

**Integrity Steel Company**

**Case(s): 028 Clm No: 77 Clm. Amt: $57,761.50**

*c/o Muller, Muller Richmond, Harms*
*Attn: David L. Baatenburg*
*161 Ottawa Ave, NW, Ste 205-E*
*Grand Rapids, MI 49503*
**Date Filed: 5/1/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $57,761.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | | | $57,761.50 | | $0.00 |
| | | | | $57,761.50 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | | 2608 | Objection Granted | 12/19/2018 | 2625 |

**Peerless Steel Company**

**Case(s): 028 Clm No: 78 Clm. Amt: $24,677.43**

*c/o Muller, Muller, Richmond, Harms*
*Attn: David L. Baatenburg*
*161 Ottawa Ave, NW, Ste 205-E*
*Grand Rapids, MI 49503*
**Date Filed: 5/1/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $24,677.43**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | | | $24,677.43 | | |
| | | | | $24,677.43 | | |

**Ajacs Die Sales Corportation**

**Case(s): 028 Clm No: 79 Clm. Amt: $22,427.27**

*c/o Muller, Muller, Richmond, Harms*
*Attn: David L. Baatenburg*
*161 Ottawa Ave, NW, Ste 205-E*
*Grand Rapids, MI 49503*
**Date Filed: 5/1/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $22,427.27**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | Disallowed | | $22,427.27 | | $0.00 |
| | | | | $22,427.27 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | | 2608 | Objection Granted | 12/19/2018 | 2625 |

**Superior Die Set Corporation**

**Case(s): 028 Clm No: 80 Clm. Amt: $95,097.08**

*c/o Muller, Muller, Richmond, Harms*
*Attn: David L. Baatenburg*
*161 Ottawa Ave, NW, Ste 205-E*
*Grand Rapids, MI 49503*
**Date Filed: 5/1/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $95,097.08**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | | | $95,097.08 | | $0.00 |
| | | | | $95,097.08 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | | 2608 | Objection Granted | 12/19/2018 | 2625 |

**Oberlikon Balzers Coating USA**

**Case(s): 028 Clm No: 81 Clm. Amt: $9,515.72**

*c/o Muller, Muller, Richmond, Harms*
*Attn: David L. Baatenburg*
*161 Ottawa Ave, NW, Ste. 205-E*
*Grand Rapids, MI 49503*
**Date Filed: 5/1/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $9,515.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | | | $9,515.72 | | $0.00 |
| | | | | $9,515.72 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | | 2608 | Objection Granted | 12/19/2018 | 2625 |

**Marshall's Lawncare Service**

**Case(s): 027 Clm No: 82 Clm. Amt: $5,850.00**

*Attn: Joe. E Marshall*
*315 Loblolly Circle*
*Greenwood, SC 29649*
**Date Filed: 5/2/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $5,850.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | UNS | | | $5,850.00 | | |
| | | | | $5,850.00 | | |

**Travers Tool Co Inc**

**Case(s): 027 Clm No: 83 Clm. Amt: $122.78**

*Attn: Alessandra Dossena*
*PO Box 541550*
*128-15 26 Ave*
*Flushing, NY 11354*
**Date Filed: 5/2/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $122.78**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | UNS | | | $122.78 | | $0.00 |
| | | | | $122.78 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | | 2608 | Objection Granted | 12/19/2018 | 2625 |

**Anxe Business Corp.**

**Case(s): 262 Clm No: 84 Clm. Amt: $32,092.08**

*Attn: Anna Iannello*
*2000 Town Center Suite 2050*
*Southfield, MI 48075*
**Date Filed: 5/2/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $32,092.08**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | $22,215.70 | | $0.00 |
| 262 | UNS | | | $9,876.38 | | $32,092.08 |
| | | | | $32,092.08 | | $32,092.08 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | | 1536 | Objection Filed | 06/25/2014 | 1585 |

### Staff Source Inc.
### Case(s): 027 Clm No: 85 Clm. Amt: $2,564.64

*Attn: Deborah B. Turner*
*P.O. Box 49505*
*Greenwood, SC 29649*
**Date Filed: 5/2/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $2,564.64**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 027 | UNS | | | $2,564.64 | | |
| | | | | $2,564.64 | | |

### Safety Solutions, Inc.
### Case(s): 027 Clm No: 86 Clm. Amt: $2,103.04

*Attn: James Caudill*
*c/o Dependable Sewer Cleaners*
*PO Box 1400*
*Bay City, MI 48706*
**Date Filed: 5/2/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $2,103.04**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 027 | UNS | | | $2,103.04 | | |
| | | | | $2,103.04 | | |

### Foster Tool & Supply Company
### Case(s): 027 Clm No: 87 Clm. Amt: $712.67

*Attn: James A Rawl Jr.*
*HWY 14*
*P.O. Box 1079*
*Laurens, SC 29360*
**Date Filed: 5/2/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $712.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 027 | UNS | | | $712.67 | | |
| | | | | $712.67 | | |

### Jackson Tumble Finish
### Case(s): 028 Clm No: 88 Clm. Amt: $150.00

*Attn: Denise L. Losey*
*1801 Mitchell Street*
*P.O. Box 4007*
*Jackson, MI 49201*
**Date Filed: 5/3/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $150.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 028 | UNS | | | $150.00 | | |
| | | | | $150.00 | | |

### Trask Instrumentation
### Case(s): 027 Clm No: 89 Clm. Amt: $812.85

*Attn: Karen Lane*
*P.O. Box 1778*
*Greer, SC 29650*
**Date Filed: 5/3/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $812.85**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 027 | UNS | | | $812.85 | | |
| | | | | $812.85 | | |

## Culligan of Lansing Michigan
### Case(s): 028 Clm No: 90 Clm. Amt: $347.78

*Attn: Courtney Burgess*
*3460 Dunkel Rd.*
*Lansing, MI 48911*
**Date Filed: 5/3/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $347.78**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 028 | UNS | | | $347.78 | | |
| | | | | $347.78 | | |

## Wiesen, Inc.
### Case(s): 028 Clm No: 91 Clm. Amt: $4,470.00

*Attn: Scott Gladding*
*8630 Storey Rd.*
*Belding, MI 48809*
**Date Filed: 5/3/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $4,470.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 028 | UNS | | | $4,470.00 | | |
| | | | | $4,470.00 | | |

## Bowles Rice Mcdavid Graff & Love LLP
### Case(s): 262 Clm No: 92 Clm. Amt: $12,947.79

*Attn: Richard M. Francis*
*P.O. Box 1386*
*Charleston, WV 25325*
**Date Filed: 5/3/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $12,947.79**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 262 | UNS | | | $12,947.79 | | |
| | | | | $12,947.79 | | |

## Radiant Energy Systems, Inc.
### Case(s): 028 Clm No: 93 Clm. Amt: $149.84

*Attn: David P. Kuehnl*
*29757 Anthony Dr.*
*Wixom, MI 48393*
**Date Filed: 5/3/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $149.84**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 028 | UNS | | | $149.84 | | |
| | | | | $149.84 | | |

## G & F Tool Products
### Case(s): 028 Clm No: 94 Clm. Amt: $12,600.00

*Attn: Grant Goodnoe*
*7127 5 Point Highway*
*Eaton Rapids, MI 48827*
**Date Filed: 5/3/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $12,600.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 028 | UNS | | | $12,600.00 | | |
| | | | | $12,600.00 | | |

## Precision Parts & Tooling
### Case(s): 028 Clm No: 95 Clm. Amt: $9,292.31

*Attn: Linda Beehler*
*P.O. Box 850*
*Holt, MI 48842*
**Date Filed: 5/3/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $9,292.31**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 028 | UNS | | | $9,292.31 | | |
| | | | | $9,292.31 | | |

## Pannier Corporation
### Case(s): 027 Clm No: 96 Clm. Amt: $661.07

Attn: Raymond J. Friedel
207 Sandusky Street
Pittsburgh, PA 15212
**Date Filed: 5/3/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $661.07**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027 | UNS | | | $661.07 | | |
| | | | | $661.07 | | |

## Bearing Distributors
### Case(s): 027 Clm No: 97 Clm. Amt: $7,464.89

Attn: Gary DeBorde
P.O. Box 887
Columbia, SC 29202
**Date Filed: 5/3/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $7,464.89**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027 | UNS | | | $7,464.89 | | |
| | | | | $7,464.89 | | |

## Jaffe Raitt Heuer & Weiss
### Case(s): 262 Clm No: 98 Clm. Amt: $17,027.92

Attn: Richard Kruger, Esq.
P.O. Box 5034
Southfield, MI 48086-5034
**Date Filed: 5/3/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $17,027.92**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | UNS | | | $17,027.92 | | |
| | | | | $17,027.92 | | |

## Town & Country Counstruction of SC Inc.
### Case(s): 027 Clm No: 99 Clm. Amt: $343.02

Attn: Nancy Stelling
132 W. Cambridge Ave.
Greenwood, SC 29648
**Date Filed: 5/6/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $343.02**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027 | UNS | | | $343.02 | | |
| | | | | $343.02 | | |

## All Phase Welding Service, Inc.
### Case(s): 028 Clm No: 100 Clm. Amt: $4,825.00

Attn: Jeff Verecke
711 Ionia NW
Grand Rapids, MI 49503
**Date Filed: 5/6/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $4,825.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 028 | UNS | | | $4,825.00 | | |
| | | | | $4,825.00 | | |

## Powell's Trash Service
### Case(s): 027 Clm No: 101 Clm. Amt: $1,813.30

Attn: William P. Powell
518 Flatwood Rd
Hodges, SC 29653
**Date Filed: 5/6/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $1,813.30**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027 | UNS | | | $1,813.30 | | |
| | | | | $1,813.30 | | |

## NSF International
### Case(s): 028 Clm No: 102 Clm. Amt: $3,286.64

*Attn: Leia Masonis*
*Lockbox #771380*
*P.O. Box 77000*
*Detroit, MI 48277*
**Date Filed: 5/6/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $3,286.64**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 028 | UNS | | | $3,286.64 | | |
| | | | | $3,286.64 | | |

## Multi-Precision Detail, Inc.
### Case(s): 262 Clm No: 103 Clm. Amt: $170,335.10

*c/o Law Offices of Steven A. Siman PC*
*Attn: Steven A. Siman, Esq.*
*3250 W. Big Beaver Road, Suite 344*
*Troy, MI 48084-2902*
**Date Filed: 5/6/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $170,335.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 262 | UNS | | | $170,335.10 | | $0.00 |
| | | | | $170,335.10 | | $0.00 |

## Auto Value
### Case(s): 028 Clm No: 104 Clm. Amt: $356.49

*Attn: Hazel Baker*
*431 N. Larch Street*
*Lansing, MI 48912*
**Date Filed: 5/6/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $356.49**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 028 | UNS | | | $356.49 | | |
| | | | | $356.49 | | |

## S2 Tools, Inc.
### Case(s): 028 Clm No: 105 Clm. Amt: $242,688.94

*Attn: Greg Smith*
*913 Beech Street*
*Lansing, MI 48912*
**Date Filed: 5/6/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $242,688.94**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 028 | UNS | | | $242,688.94 | | $0.00 |
| | | | | $242,688.94 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | | 2608 | Objection Granted | 12/19/2018 | 2625 |

## Dadco, Inc.
### Case(s): 028 Clm No: 106 Clm. Amt: $23,351.39

*Attn: Mary Pew*
*43850 Plymouth Oaks Blvd.*
*Plymouth, MI 48170*
**Date Filed: 5/6/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $23,351.39**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 028 | UNS | | | $23,351.39 | | |
| | | | | $23,351.39 | | |

**Airite Inc.**
**Case(s): 027 Clm No: 107 Clm. Amt: $2,863.98**

*Attn: Sherri S. Atwood*
*P.O. Box 775*
*Simpsonville, SC 29681*
**Date Filed: 5/6/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $2,863.98**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | UNS | | | $2,863.98 | | |
| | | | | $2,863.98 | | |

**Big Tool Barn, LLC.**
**Case(s): 028 Clm No: 108 Clm. Amt: $12,240.75**

*Attn: Brian Shellberg*
*5185 W. Herbison*
*Dewitt, MI 48820*
**Date Filed: 5/16/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $12,240.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | Disallowed | | $12,240.75 | | $0.00 |
| | | | | $12,240.75 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | | 2608 | Objection Granted | 12/19/2018 | 2625 |

**Logicalis, Inc.**
**Case(s): 027 Clm No: 109 Clm. Amt: $6,357.33**

*c/o Warner Norcross & Judd LLP*
*Attn: Dennis W. Loughlin, Esq.*
*2000 Town Center, 27th Floor*
*Southfield, MI 48075*
**Date Filed: 5/6/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $6,357.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | UNS | | | $6,357.33 | | |
| | | | | $6,357.33 | | |

**National Kidney Foundation of Michigan**
**Case(s): 262 Clm No: 110 Clm. Amt: $10,000.00**

*Attn: Ken Lessnau*
*1169 Oak Valley Drive*
*Ann Arbor, MI 48108*
**Date Filed: 5/6/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $10,000.00 | | $1,000.00 |
| | | | | $10,000.00 | | $1,000.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | | 2365 | Objection Granted | 02/10/2016 | 2391 |

### Logicalis, Inc.
**Case(s): 262 Clm No: 111 Clm. Amt: $24,063.09**

*c/o Warner Norcross & Judd LLP*
*Attn: Dennis W. Loughlin*
*2000 Town Center, 27th Floor*
*Southfield, MI 48075*
**Date Filed: 5/6/2013**
**Orig. Date Filed: 1/23/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $24,063.09**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | UNS | | | $24,063.09 | | $0.00 |
| | | | | $24,063.09 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | | 1971 | Objection Granted | 04/22/2015 | 2131 |

### Heritage Environmental Services, LLC
**Case(s): 262 Clm No: 112 Clm. Amt: $4,328.57**

*Attn: Valerie Ippel*
*1987 Momentum Place*
*Chicago, IL 60689*
**Date Filed: 5/6/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $4,328.57**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | UNS | | | $4,328.57 | | $0.00 |
| 027 | UNS | | | | | $4,328.57 |
| | | | | $4,328.57 | | $4,328.57 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Same Claim Different Case | | 2366 | Objection Granted | 01/28/2016 | 2374 |

### Southern Substations Inc.
**Case(s): 027 Clm No: 113 Clm. Amt: $2,950.00**

*Attn: Andrew S. Dobson*
*4522 Appleton Ave*
*Jacksonville, FL 32210*
**Date Filed: 5/6/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $2,950.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027 | UNS | | | $2,950.00 | | |
| | | | | $2,950.00 | | |

### HM Craig Metal & Supply Company
**Case(s): 027 Clm No: 114 Clm. Amt: $291.54**

*Attn: Linda Hamrick*
*280 Rocky Creek Road*
*Greenville, SC 29615*
**Date Filed: 5/6/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $291.54**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027 | UNS | | | $291.54 | | |
| | | | | $291.54 | | |

## MTS Systems
### Case(s): 027 Clm No: 115 Clm. Amt: $3,131.00

Attn: Stephanie Hodge
14000 Technology Drive
Eden Prairie, MI 55344
**Date Filed: 5/6/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $3,131.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | UNS | | | $3,131.00 | | |
| | | | | $3,131.00 | | |

## Highbridge Spring Water Company
### Case(s): 262 Clm No: 116 Clm. Amt: $105.75

Attn: M. deMonet Day
P.O. Box 100
Wilmore, KY 40390
**Date Filed: 5/6/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $105.75**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $105.75 | | |
| | | | | $105.75 | | |

## Schultz, Inc.
### Case(s): 028 Clm No: 117 Clm. Amt: $1,154.57

Attn: Terrence L. Lawless
P.O. Box 27607
Lansing, MI 48909
**Date Filed: 5/6/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $1,154.57**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | | | $1,154.57 | | |
| | | | | $1,154.57 | | |

## Dougherty Equipment Company
### Case(s): 027 Clm No: 118 Clm. Amt: $1,043.72

Attn: Ron Turner
P.O. Box 601439
Charlotte, NC 26821
**Date Filed: 5/6/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $1,043.72**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | UNS | | | $1,043.72 | | |
| | | | | $1,043.72 | | |

## Sankyo Oilless, Inc.
### Case(s): 028 Clm No: 119 Clm. Amt: $16,440.00

Attn: Masahiko Hosoe
44244 Phoenix Drive
Sterling Heights, MI 48314
**Date Filed: 5/6/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $16,440.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | | | $16,440.00 | | |
| | | | | $16,440.00 | | |

## Complete Design Service
### Case(s): 028 Clm No: 120 Clm. Amt: $15,500.00

Attn: James Murray
P.O. Box 490
Fenton, MI 48430
**Date Filed: 5/8/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $15,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | | | $15,500.00 | | |
| | | | | $15,500.00 | | |

### Wisconsin Department of Revenue
### Case(s): 262 Clm No: 121 Clm. Amt: $101.22

*Special Procedures Unit*
*Attn: Hiram Cutting*
*PO Box 8901*
*Madison, WI 53708-8901*
**Date Filed: 5/6/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $101.22**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | PRI | | | $36.22 | | $0.00 |
| 262 | UNS | | | $65.00 | | $101.22 |
| | | | | $101.22 | | $101.22 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | | 1601 | Objection Granted | 07/31/2014 | 1688 |

### Piedmont Glove & Safety MFG
### Case(s): 027 Clm No: 122 Clm. Amt: $5,370.96

*Attn: David J. Swad*
*P.O. Box 2328*
*Gaffney, SC 29342*
**Date Filed: 5/9/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $5,370.96**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027 | UNS | | | $5,370.96 | | |
| | | | | $5,370.96 | | |

### Stafford Nut & Bolt
### Case(s): 027 Clm No: 123 Clm. Amt: $677.74

*Attn: Debbie Myers*
*P.O. Box 2565*
*Augusta, GA 30903-2565*
**Date Filed: 5/9/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $677.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027 | UNS | | | $677.74 | | |
| | | | | $677.74 | | |

### SG Equipment Finance USA Corp.
### Case(s): 262-263 Clm No: 124 Clm. Amt: $380,852.14

*c/o The Tsang Law Firm, PC*
*40 Wall Street, 26th Floor*
*New York, NY 10005*
**Date Filed: 5/9/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $380,852.14**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | UNS | | | $380,852.14 | | $0.00 |
| 263 | UNS | | | $380,852.14 | | $0.00 |
| | | | | $761,704.28 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | | 1536 | Objection Granted | 06/25/2014 | 1585 |
| Claim not in balance | | 2365 | Objection Granted | 02/10/2016 | 2391 |
| Paid | | 2515 | Objection Filed | | |

## PTI Quality Containment Solutions
### Case(s): 262 Clm No: 125 Clm. Amt: $11,155.15

*Attn: Angela Bove*
*18615 Sherwood*
*Detroit, MI 48045*
**Date Filed: 5/10/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $11,155.15**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $11,155.15 | | $0.00 |
| 831 | UNS | | | | | $11,155.15 |
| | | | | $11,155.15 | | $11,155.15 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Same Claim Different Case | | 2366 | Objection Granted | 01/28/2016 | 2374 |

## Ceridian
### Case(s): 262 Clm No: 126 Clm. Amt: $973.21

*3311 E. Old Shakopee Road*
*Minneapolis, MN 55325*
**Date Filed: 5/10/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $973.21**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $973.21 | | $637.53 |
| | | | | $973.21 | | $637.53 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | | 2365 | Objection Granted | 02/10/2016 | 2391 |

## JA King & Company, LLC
### Case(s): 027 Clm No: 127 Clm. Amt: $583.04

*Attn: James Reynolds*
*PO Box 160*
*Whitsett, NC 27377*
**Date Filed: 5/13/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | UNS | | | $583.04 | | |
| | | | | $583.04 | | |

## Stout Risius Ross, Inc.
### Case(s): 262 Clm No: 128 Clm. Amt: $34,431.71

*c/o Ronald B. Rich & Associates*
*Attn: Ronald B. Rich*
*30665 Northwestern Highway, Suite 280*
*Farmington Hills, MI 48334*
**Date Filed: 5/13/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $34,431.71**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $34,431.71 | | |
| | | | | $34,431.71 | | |

### Native American Logistics Worldwide, LLC
**Case(s): 262 Clm No: 129 Clm. Amt: $423,936.77**

*c/o Kevin N. Summers*
*Dean & Fulkerson*
*801 W. Big Beaver Road, Suite 500*
*Troy, MI 48084*
**Date Filed: 5/13/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $423,936.77**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $423,936.77 | | $0.00 |
| | | | | $423,936.77 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|--------------|----------------|
| Duplicate claim | | 1971 | Objection Granted | 04/22/2015 | 2131 |

### Semco Energy Gas Company
**Case(s): 262 Clm No: 130 Clm. Amt: $704.15**

*Attn: Linda Paling*
*P.O. Box 740812*
*Cincinnati, OH 45274-0812*
**Date Filed: 5/13/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $704.15**

### Native American Logistics Worldwide, LLC
**Case(s): 263 Clm No: 131 Clm. Amt: $423,936.77**

*c/o Kevin N. Summers*
*Dean & Fulkerson*
*801 W. Big Beaver Road, Suite 500*
*Troy, MI 48084*
**Date Filed: 5/13/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $423,936.77**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | UNS | | | $423,936.77 | | $0.00 |
| | | | | $423,936.77 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|-----------------|--------------|----------------|
| Duplicate claim | | 2608 | Objection Granted | 12/19/2018 | 2625 |

### Dane County Treasurer
**Case(s): 262 Clm No: 132 Clm. Amt: $0.00**

*Attn: Donna Vogel*
*PO Box 1299*
*Madison, WI 53701*
**Date Filed: 5/13/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $0.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | PRI | | | Unknown | Y | |
| 262 | SEC | | | $0.00 | | |
| | | | | $0.00 | | |

## Greenwood County
**Case(s): 027 Clm No: 133 Clm. Amt: $633,031.66**

*528 Monument Street*
*Suite R-101*
*Greenwood, SC 29646*
**Date Filed: 5/14/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $316,515.83**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 027 | PRI | | | $316,515.83 | | $0.00 |
| 027 | SEC | | | $316,515.83 | | $0.00 |
| 027 | UNS | | | | | $0.00 |
| | | | | $633,031.66 | | $0.00 |

## Duke Energy Carolinas
**Case(s): 027 Clm No: 134 Clm. Amt: $59,302.84**

*Attn: Jennie M. Raine*
*P.O. Box 1321*
*DEC45A*
*Charlotte, NC 28201*
**Date Filed: 5/15/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $59,302.84**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 027 | UNS | Disallowed | | $59,302.84 | | $0.00 |
| | | | | $59,302.84 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | | 2608 | Objection Granted | 12/19/2018 | 2625 |

## McNaughton-McKay Electric
**Case(s): 027 Clm No: 135 Clm. Amt: $2,387.55**

*Attn: Tim Gibson*
*P.O. Box 890976*
*Charlotte, NC 28289*
**Date Filed: 5/15/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $2,387.55**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 027 | UNS | | | $2,387.55 | | |
| | | | | $2,387.55 | | |

## Vanguard Cleaning Systems
**Case(s): 262 Clm No: 136 Clm. Amt: $3,735.30**

*of Greater Detroit*
*Attn: Carey M. Winkel*
*2386 Frankilin Rd*
*Bloomfield Hills, MI 48302*
**Date Filed: 5/13/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $3,735.30**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 262 | UNS | | | $3,735.30 | | $0.00 |
| | | | | $3,735.30 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | | 1971 | Objection Granted | 04/22/2015 | 2131 |

## P.F. Markey, Inc.
### Case(s): 028 Clm No: 137 Clm. Amt: $3,599.89

*Attn: Joe Konieczka*
*PO Box 5769*
*2880 Universal Drive*
*Saginaw, MI 48603*
**Date Filed: 5/16/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $3,599.89**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | | | $3,599.89 | | |
| | | | | $3,599.89 | | |

## Thermal Products Company
### Case(s): 027 Clm No: 138 Clm. Amt: $280.13

*Attn: R.E. Muchow*
*4520 S Berkeley Lake Road*
*Norcross, GA 30071-1639*
**Date Filed: 5/17/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $280.13**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | UNS | | | $280.13 | | |
| | | | | $280.13 | | |

## Moeller Precision Tool
### Case(s): 028 Clm No: 139 Clm. Amt: $3,091.53

*Attn: MZZ*
*30893 Century Drive*
*Wixon, MI 48393*
**Date Filed: 5/17/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $3,091.53**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | | | $3,091.53 | | |
| | | | | $3,091.53 | | |

## Mesco Integrated Material Solutions
### Case(s): 028 Clm No: 140 Clm. Amt: $12,729.70

*C/O James Dworman*
*801 W. Big Beaver Road, Suite 500*
*Troy, MI 48084*
**Date Filed: 5/20/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $12,729.70**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | | | $12,729.70 | | |
| | | | | $12,729.70 | | |

## H & H Welding & Repair LLC
### Case(s): 028 Clm No: 141 Clm. Amt: $1,500.00

*Attn: Keith Gilliver*
*PO Box 371*
*Mason, MI 48854*
**Date Filed: 5/20/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $1,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | Disallowed | | $1,500.00 | | $0.00 |
| | | | | $1,500.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | | 2608 | Objection Granted | 12/19/2018 | 2625 |

**Stamp-Rite, Inc.**
**Case(s): 028 Clm No: 142 Clm. Amt: $760.00**

*Attn: Scott Parsons*
*154 S. Larch Street*
*Lansing, MI 48912*
**Date Filed: 5/20/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $760.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | | | $760.00 | | |
| | | | | $760.00 | | |

**Elizabeth Ouzts**
**Case(s): 027 Clm No: 143 Clm. Amt: $1,209.60**

*421 Abbott Avenue*
*Greenwood, SC 29646*
**Date Filed: 5/20/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $1,209.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | UNS | | | $1,209.60 | | |
| | | | | $1,209.60 | | |

**Accurate Diagnostics**
**Case(s): 262 Clm No: 144 Clm. Amt: $1,099.00**

*Accu Screen LLC*
*Attn: Sheila Price*
*P.O. Box 50404*
*Greenwood, SC 29649*
**Date Filed: 5/20/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $1,099.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | PRI | | | $1,099.00 | | $0.00 |
| 262 | UNS | | | | | $0.00 |
| | | | | $1,099.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | | 1670 | Objection Granted | 08/27/2014 | 1729 |
| No documentation | | 2366 | Objection Granted | 01/28/2016 | 2374 |

**Virginia Hoey**
**Case(s): 262 Clm No: 145 Clm. Amt: $12,490.70**

*11134 W Jennie Cir*
*Wichita, KS 67212*
**Date Filed: 6/17/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $12,490.70**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | PRI | | | $12,490.70 | | $0.00 |
| | | | | $12,490.70 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | | 1670 | Objection Granted | 08/27/2014 | 1729 |

## Piedmont Health Group LLC
### Case(s): 027 Clm No: 146 Clm. Amt: $362.50

*Attn: Jennifer Azzarano*
*105 Vine Crest Court*
*Suite 700*
*Greenwood, SC 29646*
**Date Filed: 5/20/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $362.50**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | UNS | | | $362.50 | | |
| | | | | $362.50 | | |

## J.C. Design & Engineering LLC
### Case(s): 028 Clm No: 147 Clm. Amt: $18,720.00

*Attn: James F. Confer*
*8111 Boulder Dr.*
*Davison, MI 48423*
**Date Filed: 5/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $18,720.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | | | $18,720.00 | | |
| | | | | $18,720.00 | | |

## AHB Tooling & Machinery, Inc.
### Case(s): 028 Clm No: 148 Clm. Amt: $18,053.12

*Attn: Jon Hays*
*1658 Champagne Drive North*
*Saginaw, MI 48604*
**Date Filed: 5/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $18,053.12**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | | | $18,053.12 | | |
| | | | | $18,053.12 | | |

## Kirtech Enterprises, Inc.
### Case(s): 027 Clm No: 149 Clm. Amt: $162,412.74

*dba Blue Sky Die Company*
*28210 Lake Industrial Blvd.*
*Tavares, FL 32778*
**Date Filed: 5/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $162,412.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | UNS | | | $162,412.74 | | |
| | | | | $162,412.74 | | |

## White & Case LLP
### Case(s): 262 Clm No: 150 Clm. Amt: $304,668.83

*Attn: Kevin McGill*
*200 South Biscayne Boulevard*
*Suite 4900*
*Miami, Fl 33131-2352*
**Date Filed: 5/29/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $304,668.83**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $304,668.83 | | |
| | | | | $304,668.83 | | |

## Golas Environmental Inc.
### Case(s): 027 Clm No: 151 Clm. Amt: $7,879.10

*Attn: Ronald E. Golas*
*569 Main Street*
*Vermillion, OH 44089*
**Date Filed: 5/30/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $7,879.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | UNS | | | $7,879.10 | | |
| | | | | $7,879.10 | | |

### Madar Metal Fabricating, LLC
### Case(s): 028 Clm No: 152 Clm. Amt: $7,703.07

*Attn: Audry R. Madar*
*3310 Ranger Street*
*Lansing, MI 48906*
**Date Filed: 5/30/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $7,703.07**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | | | $7,703.07 | | |
| | | | | $7,703.07 | | |

### Boston Finance Group, LLC
### Case(s): 027 Clm No: 153 Clm. Amt:

*Attn: Jonathan Golden, Esq.*
*4912 Creekside Drive*
*Clearwater, FL 33760*
**Date Filed: 6/25/2013**
**Orig. Date Filed: 5/30/2013**
**Bar Date: 6/28/2013**
**Amending Clm #: 153**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | PRI | | | | | |
| 027 | SEC | | | Unknown | Y | |

### Raymond Smith
### Case(s): 027 Clm No: 154 Clm. Amt: $5,456.95

*PO Box 146*
*West Union, SC 29696*
**Date Filed: 5/31/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $5,456.95**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | PRI | | | $5,456.95 | | |
| | | | | $5,456.95 | | |

### Con-way Freight, Inc.
### Case(s): 262 Clm No: 155 Clm. Amt: $339,040.23

*c/o Timothy Carl Aires, Aires Law Firm*
*180 Newport Center Drive, Suite 260*
*Newport Beach, CA 92660*
**Date Filed: 6/3/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $339,040.23**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $339,040.23 | | $0.00 |
| | | | | $339,040.23 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Liability | | 2433 | Objection Granted | 07/18/2016 | 2446 |

### Con-Way Freight, Inc.
### Case(s): 263 Clm No: 156 Clm. Amt: $339,040.23

*c/o Timothy Carl Aires, Aires Law Firm*
*180 Newport Center Drive, Suite 260*
*Newport Beach, CA 92660*
**Date Filed: 6/3/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $339,040.23**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | UNS | | | $339,040.23 | | |
| | | | | $339,040.23 | | |

## Greenwood Supply
### Case(s): 027 Clm No: 157 Clm. Amt: $1,068.21

*Attn: Joe E. Adams, Jr*
*P.O. Box 3069 72 Bypass*
*Greenwood, SC 29648*
**Date Filed: 6/3/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $1,068.21**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | UNS | | | $1,068.21 | | |
| | | | | $1,068.21 | | |

## Magna-Tech Manufacturing, LLC
### Case(s): 262 Clm No: 158 Clm. Amt: $35,942.04

*Attn: Derek Roesener*
*3416 S. Hoyt Ave.*
*Muncie, IN 47302*
**Date Filed: 6/3/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $35,942.04**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $35,942.04 | | $0.00 |
| | | | | $35,942.04 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 2365 | Objection Granted | 02/10/2016 | 2391 |

## Canon Financial Services, Inc.
### Case(s): 262 Clm No: 159 Clm. Amt: $15,916.14

*Attn: Elaine Monti*
*158 Gaither Drive, Suite 200*
*Mount Laurel, NJ 08054*
**Date Filed: 6/3/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $15,916.14**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | ADM | | | $15,916.14 | | $0.00 |
| 262 | UNS | | | | | $0.00 |
| | | | | $15,916.14 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | | 2366 | Objection Granted | 01/28/2016 | 2374 |

## Metokote De Mexico, S. DE R.L. DE C.V.
### Case(s): 262 Clm No: 160 Clm. Amt: $61,884.85

*Attn: Bruce Chalmers*
*AV Central #345, P. Logistico*
*San Luis Potosi, SLP MX 8*
*San Luis Potosi*
*Mexico*
**Date Filed: 6/4/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $61,884.85**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $61,884.85 | | |
| | | | | $61,884.85 | | |

## Austin International
### Case(s): 262 Clm No: 161 Clm. Amt: $235,000.00

c/o Law Offices of Steven B. Lever
200 Pine Avenue, Suite 620
Long Beach, CA 90802
**Date Filed: 6/6/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $235,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 262 | UNS | | | $235,000.00 | | |
| | | | | $235,000.00 | | |

## Waste Management - RMC
### Case(s): 262 Clm No: 162 Clm. Amt: $1,502.71

Attn: Leona Kilday
2625 W. Grandview Rd. Ste. 150
Phoenix, AZ 85023
**Date Filed: 6/4/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $1,502.71**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 262 | UNS | | | $1,502.71 | | $0.00 |
| 027 | UNS | | | | | $1,502.71 |
| | | | | $1,502.71 | | $1,502.71 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Same Claim Different Case | | 2366 | Objection Granted | 01/28/2016 | 2374 |

## Kevin Cramton
### Case(s): 262 Clm No: 163 Clm. Amt: $711,538.45

502 Saint Davids Ave
Wayne, PA 19087-4415
**Date Filed: 6/6/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $711,538.45**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 262 | PRI | | | $12,475.00 | | |
| 262 | UNS | | | $699,063.45 | | $350,000.00 |
| | | | | $711,538.45 | | $350,000.00 |

## Sterling Edge, Inc.
### Case(s): 028 Clm No: 164 Clm. Amt: $1,230.20

Attn: Albert Robitaille
2319 Glenwood Dr.
Kalamazoo, MI 49008
**Date Filed: 6/10/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $1,230.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 028 | UNS | | | $1,230.20 | | |
| | | | | $1,230.20 | | |

## Purity Cylinder Gases Inc.
### Case(s): 028 Clm No: 165 Clm. Amt: $302.27

Attn: Jim Hoekstra
P.O. 9390
Grand Rapids, MI 49509
**Date Filed: 6/10/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $302.27**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 028 | UNS | | | $302.27 | | |
| | | | | $302.27 | | |

## Venteon Finance
### Case(s): 262 Clm No: 166 Clm. Amt: $35,494.40

*Attn: F. Cedric Corera*
*P.O. Box 30516*
*Dept 7002*
*Lansing, MI 48909-8016*
**Date Filed: 6/10/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $35,494.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $35,494.40 | | $0.00 |
| | | | | $35,494.40 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed against wrong company | | 2365 | Objection Granted | 02/10/2016 | 2391 |

## Harvard Resource Solutions LLC
### Case(s): 262 Clm No: 167 Clm. Amt: $2,727.60

*Attn: F. Cedric Corera*
*3001 W. Big Beaver Road, Suite 222*
*Troy, MI 48084*
**Date Filed: 6/10/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $2,727.60**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $2,727.60 | | |
| | | | | $2,727.60 | | |

## Comvest Capital II, L.P.
### Case(s): 262 Clm No: 168 Clm. Amt: $2,600,000.00

*Attn: Mark Hughes*
*525 Okeechobee Blvd., Suite 1050*
*West Palm Beach, FL 33401*
**Date Filed: 6/12/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $2,600,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $2,600,000.00 | | $0.00 |
| | | | | $2,600,000.00 | | $0.00 |

## Glenn Crandall
### Case(s): 262 Clm No: 169 Clm. Amt: $6,545.00

*308 W. Fourth Street*
*Rochester, MI 48307*
**Date Filed: 6/12/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $6,545.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $6,545.00 | | |
| | | | | $6,545.00 | | |

## Cole Taylor Bank
### Case(s): 263 Clm No: 170 Clm. Amt:

*Attn: Terry Gerlach, SVP*
*9550 West Higgins Road*
*8th Floor*
*Rosemont, IL 60018*
**Date Filed: 6/14/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | ADM | | | Unknown | Y | |
| 263 | PRI | | | Unknown | Y | |
| 263 | SEC | | | Unknown | Y | |
| 263 | UNS | | | Unknown | Y | |

### Prog Works Industrial Designers
**Case(s): 028 Clm No: 171 Clm. Amt: $63,482.96**

*Attn: Scott A. Wirth*
*2442 E Maple Avenue #306*
*Flint, MI 48507-4496*
**Date Filed: 6/14/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $63,482.96**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 028 | UNS | | | $63,482.96 | | $0.00 |
| | | | | $63,482.96 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | | 2608 | Objection Granted | 12/19/2018 | 2625 |

### Strasburger & Price, LLP
**Case(s): 262 Clm No: 172 Clm. Amt: $4,309.97**

*Attn: Robert P. Franke, Esq.*
*901 Main Street, Suite 4400*
*Dallas, TX 75202*
**Date Filed: 6/14/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $4,309.97**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | UNS | | | $4,309.97 | | $0.00 |
| | | | | $4,309.97 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Duplicate claim | | 1971 | Objection Granted | 04/22/2015 | 2131 |

### Fastenal Company
**Case(s): 262 Clm No: 173 Clm. Amt: $642.65**

*Attn: John Milek*
*2001 Theurer Blvd., PO Box 978*
*Winona, MN 55987*
**Date Filed: 6/17/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $642.65**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | UNS | | | $642.65 | | |
| | | | | $642.65 | | |

### Schoeller Arca Systems, Inc.
**Case(s): 262 Clm No: 174 Clm. Amt: $15,015,392.40**

*c/o Dawda, Mann, Mulcahy & Sadler PLC*
*Attn: Suanne Trimmer*
*39533 Woodward Avenue, Suite 200*
*Bloomfield Hills, MI 48304*
**Date Filed: 6/17/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $15,015,392.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | UNS | | | $15,015,392.40 | | $2,100,000.00 |
| | | | | $15,015,392.40 | | $2,100,000.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No Basis | | 1972 | Objection Filed | | |
| No Basis | | | Objection Granted | | 2399 |

**Richard E. Newsted**
**Case(s): 262 Clm No: 175 Clm. Amt:**

*7993 Green Lake Drive*
*Liberty Township, OH 45044*
**Date Filed: 6/17/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | ADM | | | Unknown | Y | |

**Richard E. Newsted**
**Case(s): 263 Clm No: 176 Clm. Amt:**

*7993 Green Lake Drive*
*Liberty Township, OH 45044*
**Date Filed: 6/17/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | ADM | | | Unknown | Y | |

**Richard E. Newsted**
**Case(s): 028 Clm No: 177 Clm. Amt:**

*7993 Green Lake Drive*
*Liberty Township, OH 45044*
**Date Filed: 6/17/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | ADM | | | Unknown | Y | |

**Richard E. Newsted**
**Case(s): 027 Clm No: 178 Clm. Amt:**

*7993 Green Lake Drive*
*Liberty Township, OH 45044*
**Date Filed: 6/17/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | ADM | | | Unknown | Y | |

**Fresan Ingenieros, S.A. DE C.V.**
**Case(s): 262 Clm No: 179 Clm. Amt: $316,668.40**

*Attn: Fernando Arturo Fresan Guerrero*
*Calle 63 #216-A*
*Prados de San Vicente 1 Secc*
*San Luis Potosi, 78397*
*Mexico*
**Date Filed: 6/18/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $316,668.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $316,668.40 | | $0.00 |
| | | | | $316,668.40 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Liability | | 2433 | Objection Granted | 07/18/2016 | 2446 |

### Garcia Delgado Martha Alicia
**Case(s): 262 Clm No: 180 Clm. Amt: $168,522.58**

*Carr. Mexico-Piedras Negras No. 4313*
*Villa de Pozos*
*San Luis Potosi, 78421*
*Mexico*
**Date Filed: 6/18/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $168,522.58**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | UNS | | | $168,522.58 | | $8,186.32 |
| | | | | $168,522.58 | | $8,186.32 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | | 2365 | Objection Granted | 02/10/2016 | 2391 |

### Industrial Vibration Consultants
**Case(s): 027 Clm No: 181 Clm. Amt: $4,125.00**

*Attn: Jennifer G. Miller*
*210 S. West St*
*Lebanon, OH 45036*
**Date Filed: 6/19/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $4,125.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027 | UNS | | | $4,125.00 | | |
| | | | | $4,125.00 | | |

### Chenjia Wang
**Case(s): 262 Clm No: 182 Clm. Amt: $5,280.00**

*6619 Ridgefield Cir. Unit 202*
*West Bloomfield, MI 48322*
**Date Filed: 6/18/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $5,280.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | ADM | | | $5,280.00 | | |
| | | | | $5,280.00 | | |

### Faludi Wolf Theiss Ugyvedi Iroda
**Case(s): 262 Clm No: 183 Clm. Amt: $90,230.24**

*Attn: Dr. Zoltan Faludi*
*1085 Budapest, Kalvin ter 12-13*
*Hungary*
**Date Filed: 6/20/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $90,230.24**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | UNS | | | $90,230.24 | | |
| | | | | $90,230.24 | | |

### James B. Shein
**Case(s): 262 Clm No: 184 Clm. Amt:**

*1100 N. Lake Shore Dr.*
*Unit 18B*
*Chicago, IL 60611*
**Date Filed: 6/21/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | ADM | | | | | |

**James B. Shein**
**Case(s): 263 Clm No: 185 Clm. Amt:**

1100 N. Lake Shore Dr.
Unit 18B
Chicago, IL 60611
**Date Filed: 6/21/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 263 | ADM | | | | | |

**James B. Shein**
**Case(s): 027 Clm No: 186 Clm. Amt:**

1100 N. Lake Shore Dr.
Unit 18B
Chicago, IL 60611
**Date Filed: 6/21/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027 | ADM | | | | | |

**James B. Shein**
**Case(s): 028 Clm No: 187 Clm. Amt:**

1100 N. Lake Shore Dr.
Unit 18B
Chicago, IL 60611
**Date Filed: 6/21/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 028 | ADM | | | | | |

**Och-Ziff Capital Investments, L.L.C.**
**Case(s): 262 Clm No: 188 Clm. Amt: $430,179.00**

Attn: Joel Frank
9 West 57th Street, 13th Floor
New York, NY 10019
**Date Filed: 6/21/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $430,179.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | UNS | | | $430,179.00 | | |
| | | | | $430,179.00 | | |

**Thule Holdings, Inc.**
**Case(s): 262 Clm No: 189 Clm. Amt: $3,800,000.00**

c/o Ivery, Barnum & O'Mara, LLC
Attn: Mark Schnitzler
170 Mason Street
Greenwich, CT 06830
**Date Filed: 6/21/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $3,800,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | UNS | | | $3,800,000.00 | | $3,800,000.00 |
| | | | | $3,800,000.00 | | $3,800,000.00 |

**Thule Towing Systems, LLC**
**Case(s): 262 Clm No: 190 Clm. Amt: $3,800,000.00**

c/o Ivey, Barnum & O'Mara
Attn: Mark Schnitzler
170 Mason Street
Greenwich, CT 06830
**Date Filed: 6/21/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $3,800,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | UNS | | | $3,800,000.00 | | $0.00 |
| | | | | $3,800,000.00 | | $0.00 |

## Ascalon Enterprises Employee Medical
### Case(s): 028 Clm No: 191 Clm. Amt: $219,664.98

*Benefit Plan*
*c/o Ascalon Enterprises, LLC*
*2008 Cypress St Ste 100*
*Paris, KY 40361*
**Date Filed: 6/24/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $219,664.98**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 028 | UNS | | | $219,664.98 | | $0.00 |
| | | | | $219,664.98 | | $0.00 |

## Ascalon Enterprises, LLC
### Case(s): 263 Clm No: 192 Clm. Amt: $1,175,000.00

*2008 Cypress St Ste 100*
*Paris, KY 40361*
**Date Filed: 6/24/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $1,175,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 263 | UNS | | | $1,175,000.00 | | $0.00 |
| | | | | $1,175,000.00 | | $0.00 |

## Ascalon Enterprises Employee Medical
### Case(s): 262 Clm No: 193 Clm. Amt: $4,825,288.79

*Benefit Plan*
*c/o Ascalon Enterprises, LLC*
*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/24/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $4,825,288.79**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | UNS | | | $4,825,288.79 | | $0.00 |
| | | | | $4,825,288.79 | | $0.00 |

## Ascalon Enterprises, LLC.
### Case(s): 262 Clm No: 194 Clm. Amt: $3,474,706.00

*2008 Cypress St Ste 100*
*Paris, KY 40361*
**Date Filed: 6/24/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $3,474,706.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | UNS | | | $3,474,706.00 | | $0.00 |
| | | | | $3,474,706.00 | | $0.00 |

## Hansen/ Balk Steel Treating Company
### Case(s): 028 Clm No: 195 Clm. Amt: $189.83

*Attn: James Balk II*
*1230 Monroe Avenue*
*Grand Rapids, MI 49505*
**Date Filed: 6/24/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $189.83**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 028 | UNS | | | $189.83 | | |
| | | | | $189.83 | | |

## Ascalon Enterprises Employee Medical
### Case(s): 027 Clm No: 196 Clm. Amt: $246,032.97

*Benefit Plan*
*2008 Cypress St Ste 100*
*Paris, KY 40361*
**Date Filed: 6/24/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $246,032.97**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 027 | PRI | | | | | $0.00 |
| 027 | UNS | | | $246,032.97 | | $0.00 |
| | | | | $246,032.97 | | $0.00 |

## Munson, David
### Case(s): 262 Clm No: 197 Clm. Amt: $51,000.00

*c/o David Munson & Associates, Inc.*
*1513 Brookfield Court*
*Adrian, MI 49221*
**Date Filed: 6/24/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $51,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 262 | UNS | | | $51,000.00 | | $0.00 |
| | | | | $51,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No documentation | | 2365 | Objection Granted | 02/10/2016 | 2391 |

## ATI Ladish Diecast Tooling
### Case(s): 262 Clm No: 198 Clm. Amt: $11,115.00

*c/o Buchanan Ingersoll & Rooney PC*
*Attn: Kathleen Murphy, Esq.*
*1105 N. Market St., Ste.1900*
*Wilmington, DE 19801*
**Date Filed: 6/24/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $11,115.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 262 | UNS | | | $11,115.00 | | |
| | | | | $11,115.00 | | |

## Boston Finance Group, LLC
### Case(s): 028 Clm No: 199 Clm. Amt:

*Attn: Jonathan Golden, Esq.*
*4912 Creekside Drive*
*Clearwater, FL 33760*
**Date Filed: 6/25/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 028 | PRI | | | | | |
| 028 | SEC | | | | | |

## Boston Finance Group, LLC
### Case(s): 263 Clm No: 200 Clm. Amt:

*Attn: Jonathan Golden, Esq.*
*4912 Creekside Drive*
*Clearwater, FL 33760*
**Date Filed: 6/25/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 263 | PRI | | | | | |
| 263 | SEC | | | | | |

### Boston Finance Group, LLC
**Case(s): 262 Clm No: 201 Clm. Amt:**

*Attn: Jonathan Golden, Esq.*
*4912 Creekside Drive*
*Clearwater, FL 33760*
**Date Filed: 6/25/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | PRI | | | | | |
| 262 | UNS | | | | | $8,500,000.00 |
| | | | | | | $8,500,000.00 |

### Pension Benefit Guaranty Corporation
**Case(s): 027-028-263 Clm No: 202 Clm. Amt: $4,342,500.00**

*c/o Office of the Chief Counsel*
*Attn: Desiree M. Amador, Attorney*
*1200 K Street, N.W., Suite 340*
*Washington, D.C. 20005-4026*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $4,342,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | ADM | | | Unknown | Y | $0.00 |
| 263 | ADM | | | Unknown | Y | $0.00 |
| 027 | ADM | | | Unknown | Y | $0.00 |
| 028 | ADM | | | Unknown | Y | $0.00 |
| 262 | PRI | | | $4,342,500.00 | | $0.00 |
| 263 | PRI | | | $4,342,500.00 | | $0.00 |
| 027 | PRI | | | $4,342,500.00 | | $0.00 |
| 028 | PRI | | | $4,342,500.00 | | $0.00 |
| 262 | UNS | | | Unknown | Y | $0.00 |
| 263 | UNS | | | Unknown | Y | $0.00 |
| 027 | UNS | | | Unknown | Y | $0.00 |
| 028 | UNS | | | Unknown | Y | $0.00 |
| | | | | $17,370,000.00 | | $0.00 |

### Pension Benefit Guaranty Corporation
**Case(s): 027-028-263 Clm No: 203 Clm. Amt: $559,356.00**

*c/o Office of the Chief Counsel*
*Attn: Desiree M. Amador, Attorney*
*1200 K Street, N.W., Suite 340*
*Washington, D.C. 20005-4026*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Amended By Clm #: 546**
**Claim Face Value: $559,356.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | PRI | | | $65,011.00 | | $0.00 |
| 263 | PRI | | | $65,011.00 | | $0.00 |
| 027 | PRI | | | $65,011.00 | | $0.00 |
| 028 | PRI | | | $65,011.00 | | $0.00 |
| 262 | UNS | | | $494,345.00 | | $0.00 |
| 263 | UNS | | | $494,345.00 | | $0.00 |
| 027 | UNS | | | $494,345.00 | | $0.00 |
| 028 | UNS | | | $494,345.00 | | $0.00 |
| | | | | $2,237,424.00 | | $0.00 |

**Pension Benefit Guaranty Corporation**
**Case(s): 027-028-263 Clm No: 204 Clm. Amt:**

c/o Office of the Chief Counsel
Attn: Desiree M. Amador, Attorney
1200 K Street, N.W., Suite 340
Washington, D.C. 20005-4026
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Amended By Clm #: 548**
**Claim Face Value: $3,364,321.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | ADM | | | Unknown | Y | $0.00 |
| 263 | ADM | | | Unknown | Y | $0.00 |
| 027 | ADM | | | Unknown | Y | $0.00 |
| 028 | ADM | | | Unknown | Y | $0.00 |
| 262 | PRI | | | Unknown | Y | $0.00 |
| 263 | PRI | | | Unknown | Y | $0.00 |
| 027 | PRI | | | Unknown | Y | $0.00 |
| 028 | PRI | | | Unknown | Y | $0.00 |
| 262 | UNS | | | Unknown | Y | $0.00 |
| 263 | UNS | | | Unknown | Y | $0.00 |
| 027 | UNS | | | Unknown | Y | $0.00 |
| 028 | UNS | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

**Pension Benefit Guaranty Corporation**
**Case(s): 027-028-263 Clm No: 205 Clm. Amt: $172,500.00**

c/o Office of the Chief Counsel
Attn: Desiree M. Amador, Attorney
1200 K Street, N.W., Suite 340
Washington, D.C. 20005-4026
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Amended By Clm #: 545**
**Claim Face Value: $172,500.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | ADM | | | Unknown | Y | $0.00 |
| 263 | ADM | | | Unknown | Y | $0.00 |
| 027 | ADM | | | Unknown | Y | $0.00 |
| 028 | ADM | | | Unknown | Y | $0.00 |
| 262 | PRI | | | $172,500.00 | | $0.00 |
| 263 | PRI | | | $172,500.00 | | $0.00 |
| 027 | PRI | | | $172,500.00 | | $0.00 |
| 028 | PRI | | | $172,500.00 | | $0.00 |
| 262 | UNS | | | Unknown | Y | $0.00 |
| 263 | UNS | | | Unknown | Y | $0.00 |
| 027 | UNS | | | Unknown | Y | $0.00 |
| 028 | UNS | | | Unknown | Y | $0.00 |
| | | | | $690,000.00 | | $0.00 |

### Pension Benefit Guaranty Corporation
### Case(s): 027-028-263 Clm No: 206 Clm. Amt: $1,185,000.00

c/o Office of the Chief Counsel
*Attn: Desiree M. Amador, Attorney*
*1200 K Street, N.W., Suite 340*
*Washington, D.C. 20005-4026*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $1,185,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 262 | ADM | | | Unknown | Y | $0.00 |
| 263 | ADM | | | Unknown | Y | $0.00 |
| 027 | ADM | | | Unknown | Y | $0.00 |
| 028 | ADM | | | Unknown | Y | $0.00 |
| 262 | PRI | | | $1,185,000.00 | | $0.00 |
| 263 | PRI | | | $1,185,000.00 | | $0.00 |
| 027 | PRI | | | $1,185,000.00 | | $0.00 |
| 028 | PRI | | | $1,185,000.00 | | $0.00 |
| 262 | UNS | | | Unknown | Y | $0.00 |
| 263 | UNS | | | Unknown | Y | $0.00 |
| 027 | UNS | | | Unknown | Y | $0.00 |
| 028 | UNS | | | Unknown | Y | $0.00 |
| | | | | $4,740,000.00 | | $0.00 |

### Pension Benefit Guaranty Corporation
### Case(s): 027-028-263 Clm No: 207 Clm. Amt:

c/o Office of the Chief Counsel
*Attn: Desiree M. Amador, Attorney*
*1200 K Street, N.W., Suite 340*
*Washington, D.C. 20005-4026*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Amended By Clm #: 547**
**Claim Face Value: $1,138,674.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 262 | ADM | | | Unknown | Y | $0.00 |
| 263 | ADM | | | Unknown | Y | $0.00 |
| 027 | ADM | | | Unknown | Y | $0.00 |
| 028 | ADM | | | Unknown | Y | $0.00 |
| 262 | PRI | | | Unknown | Y | $0.00 |
| 263 | PRI | | | Unknown | Y | $0.00 |
| 027 | PRI | | | Unknown | Y | $0.00 |
| 028 | PRI | | | Unknown | Y | $0.00 |
| 262 | UNS | | | Unknown | Y | $0.00 |
| 263 | UNS | | | Unknown | Y | $0.00 |
| 027 | UNS | | | Unknown | Y | $0.00 |
| 028 | UNS | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

**Pension Benefit Guaranty Corporation**
**Case(s): 027-028-263 Clm No: 208 Clm. Amt: $1,380,000.00**

c/o Office of the Chief Counsel
Attn: Desiree M. Amador, Attorney
1200 K Street, N.W., Suite 340
Washington, D.C. 20005-4026
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $1,380,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 262 | ADM | | | Unknown | Y | $0.00 |
| 263 | ADM | | | Unknown | Y | $0.00 |
| 027 | ADM | | | Unknown | Y | $0.00 |
| 028 | ADM | | | Unknown | Y | $0.00 |
| 262 | PRI | | | $1,380,000.00 | | $0.00 |
| 263 | PRI | | | $1,380,000.00 | | $0.00 |
| 027 | PRI | | | $1,380,000.00 | | $0.00 |
| 028 | PRI | | | $1,380,000.00 | | $0.00 |
| 262 | UNS | | | Unknown | Y | $0.00 |
| 263 | UNS | | | Unknown | Y | $0.00 |
| 027 | UNS | | | Unknown | Y | $0.00 |
| 028 | UNS | | | Unknown | Y | $0.00 |
| | | | | $5,520,000.00 | | $0.00 |

**Pension Benefit Guaranty Corporation**
**Case(s): 027-028-263 Clm No: 209 Clm. Amt:**

c/o Office of the Chief Counsel
Attn: Desiree M. Amador, Attorney
1200 K Street, N.W., Suite 340
Washington, D.C. 20005-4026
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 262 | ADM | | | Unknown | Y | $0.00 |
| 263 | ADM | | | Unknown | Y | $0.00 |
| 027 | ADM | | | Unknown | Y | $0.00 |
| 028 | ADM | | | Unknown | Y | $0.00 |
| 262 | PRI | | | Unknown | Y | $0.00 |
| 263 | PRI | | | Unknown | Y | $0.00 |
| 027 | PRI | | | Unknown | Y | $0.00 |
| 028 | PRI | | | Unknown | Y | $0.00 |
| 262 | UNS | | | Unknown | Y | $0.00 |
| 263 | UNS | | | Unknown | Y | $0.00 |
| 027 | UNS | | | Unknown | Y | $0.00 |
| 028 | UNS | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

**Pension Benefit Guaranty Corporation**
**Case(s): 027-028-263 Clm No: 210 Clm. Amt:**

*c/o Office of the Chief Counsel*
*Attn: Desiree M. Amador, Attorney*
*1200 K Street, N.W., Suite 340*
*Washington, D.C. 20005-4026*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Amended By Clm #: 550**
**Claim Face Value: $8,927,262.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | ADM | | | Unknown | Y | $0.00 |
| 263 | ADM | | | Unknown | Y | $0.00 |
| 027 | ADM | | | Unknown | Y | $0.00 |
| 028 | ADM | | | Unknown | Y | $0.00 |
| 262 | PRI | | | Unknown | Y | $0.00 |
| 263 | PRI | | | Unknown | Y | $0.00 |
| 027 | PRI | | | Unknown | Y | $0.00 |
| 028 | PRI | | | Unknown | Y | $0.00 |
| 263 | UNS | | | Unknown | Y | $0.00 |
| 027 | UNS | | | Unknown | Y | $0.00 |
| 028 | UNS | | | Unknown | Y | $0.00 |
| 262 | UNS | | | Unknown | Y | $95,000,000.00 |
| | | | | | | $95,000,000.00 |

**Pension Benefit Guaranty Corporation**
**Case(s): 027-028-263 Clm No: 211 Clm. Amt:**

*c/o Office of the Chief Counsel*
*Attn: Desiree M. Amador, Attorney*
*1200 K Street, N.W., Suite 340*
*Washington, D.C. 20005-4026*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Amended By Clm #: 551**
**Claim Face Value: $7,500,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | ADM | | | Unknown | Y | $0.00 |
| 263 | ADM | | | Unknown | Y | $0.00 |
| 027 | ADM | | | Unknown | Y | $0.00 |
| 028 | ADM | | | Unknown | Y | $0.00 |
| 262 | PRI | | | Unknown | Y | $0.00 |
| 263 | PRI | | | Unknown | Y | $0.00 |
| 027 | PRI | | | Unknown | Y | $0.00 |
| 028 | PRI | | | Unknown | Y | $0.00 |
| 262 | UNS | | | Unknown | Y | $0.00 |
| 027 | UNS | | | Unknown | Y | $0.00 |
| 028 | UNS | | | Unknown | Y | $0.00 |
| 263 | UNS | | | Unknown | Y | $95,000,000.00 |
| | | | | | | $95,000,000.00 |

**Pension Benefit Guaranty Corporation**
**Case(s): 027 Clm No: 212 Clm. Amt:**

*c/o Office of the Chief Counsel*
*Attn: Desiree M. Amador, Attorney*
*1200 K Street, N.W., Suite 340*
*Washington, D.C. 20005-4026*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027 | SEC | | | Unknown | Y | $0.00 |
| 027 | UNS | | | Unknown | Y | $95,000,000.00 |
| | | | | | | $95,000,000.00 |

**Pension Benefit Guaranty Corporation**
**Case(s): 027-028-263 Clm No: 213 Clm. Amt:**

*c/o Office of the Chief Counsel*
*Attn: Desiree M. Amador, Attorney*
*1200 K Street, N.W., Suite 340*
*Washington, D.C. 20005-4026*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Amended By Clm #: 552**
**Claim Face Value: $38,600,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | ADM | | | Unknown | Y | $0.00 |
| 263 | ADM | | | Unknown | Y | $0.00 |
| 027 | ADM | | | Unknown | Y | $0.00 |
| 028 | ADM | | | Unknown | Y | $0.00 |
| 262 | PRI | | | Unknown | Y | $0.00 |
| 263 | PRI | | | Unknown | Y | $0.00 |
| 027 | PRI | | | Unknown | Y | $0.00 |
| 028 | PRI | | | Unknown | Y | $0.00 |
| 262 | UNS | | | Unknown | Y | $0.00 |
| 263 | UNS | | | Unknown | Y | $0.00 |
| 027 | UNS | | | Unknown | Y | $0.00 |
| 028 | UNS | | | Unknown | Y | $95,000,000.00 |
| | | | | | | $95,000,000.00 |

**Pension Benefit Guaranty Corporation**
**Case(s): 027-028-263 Clm No: 214 Clm. Amt:**

*c/o Office of the Chief Counsel*
*Attn: Desiree M. Amador, Attorney*
*1200 K Street, N.W., Suite 340*
*Washington, D.C. 20005-4026*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Amended By Clm #: 549**
**Claim Face Value: $87,822.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | ADM | | | Unknown | Y | $0.00 |
| 263 | ADM | | | Unknown | Y | $0.00 |
| 027 | ADM | | | Unknown | Y | $0.00 |
| 028 | ADM | | | Unknown | Y | $0.00 |
| 262 | PRI | | | Unknown | Y | $0.00 |
| 263 | PRI | | | Unknown | Y | $0.00 |
| 027 | PRI | | | Unknown | Y | $0.00 |
| 028 | PRI | | | Unknown | Y | $0.00 |
| 262 | UNS | | | Unknown | Y | $0.00 |
| 263 | UNS | | | Unknown | Y | $0.00 |
| 027 | UNS | | | Unknown | Y | $0.00 |
| 028 | UNS | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

**Daniel V. Smith**
**Case(s): 262 Clm No: 215 Clm. Amt:**

*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

**Daniel V. Smith**
**Case(s): 263 Clm No: 216 Clm. Amt:**

*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Daniel V. Smith**
**Case(s): 027 Clm No: 217 Clm. Amt:**

*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Daniel V. Smith**
**Case(s): 028 Clm No: 218 Clm. Amt:**

*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Kiel D. Smith**
**Case(s): 262 Clm No: 219 Clm. Amt:**

*49792 Cooke Ave*
*Plymouth, MI 48170-2885*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

## Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Liability | | 2608 | Objection Filed | | |

**Kiel D. Smith**

**Case(s): 263 Clm No: 220 Clm. Amt:**

*49792 Cooke Ave*
*Plymouth, MI 48170-2885*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|-----------------|---------------|-----------------|
| No Liability | | 2608 | Objection Granted | 12/19/2018 | 2625 |

**Kiel D. Smith**

**Case(s): 027 Clm No: 221 Clm. Amt:**

*49792 Cooke Ave*
*Plymouth, MI 48170*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|-----------------|---------------|-----------------|
| No Liability | | 2608 | Objection Granted | 12/19/2018 | 2625 |

**Kiel D. Smith**

**Case(s): 028 Clm No: 222 Clm. Amt:**

*49792 Cooke Ave*
*Plymouth, MI 48170-2885*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|-----------------|---------------|-----------------|
| No Liability | | 2608 | Objection Granted | 12/19/2018 | 2625 |

**Erin C.V. Bailey**

**Case(s): 263 Clm No: 223 Clm. Amt:**

*333 West Vine Street, Suite 1700*
*Lexington, KY 40507*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Erin C.V. Bailey**
**Case(s): 027 Clm No: 224 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *333 West Vine Street, Suite 1700*<br>*Lexington, KY 40507*<br>**Date Filed: 6/26/2013**<br>**Bar Date: 6/28/2013**<br>**Claim Face Value:** | 027 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Erin C.V. Bailey**
**Case(s): 028 Clm No: 225 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *333 West Vine Street, Suite 1700*<br>*Lexington, KY 40507*<br>**Date Filed: 6/26/2013**<br>**Bar Date: 6/28/2013**<br>**Claim Face Value:** | 028 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Erin C.V. Bailey**
**Case(s): 262 Clm No: 226 Clm. Amt:**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *333 West Vine Street, Suite 1700*<br>*Lexington, KY 40507*<br>**Date Filed: 6/26/2013**<br>**Bar Date: 6/28/2013**<br>**Claim Face Value:** | 262 | UNS | | | | | $0.00 |
| | | | | | | | $0.00 |

**Forbush, Rebecca**
**Case(s): 262 Clm No: 227 Clm. Amt: $15,333.00**

| | Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|---|
| *1808 Stockton Way*<br>*Lexington, KY 40511*<br>**Date Filed: 6/26/2013**<br>**Bar Date: 6/28/2013**<br>**Claim Face Value: $15,333.00** | 262 | UNS | | | $15,333.00 | | $0.00 |
| | | | | | $15,333.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| No Liability | | 2433 | Objection Granted | 07/18/2016 | 2446 |

**Rebecca Forbush**
**Case(s): 262 Clm No: 228 Clm. Amt: $5,000.00**

*2290 Goodwood Blvd SE*
*Smyrna, GA 30080-8205*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | PRI | | | $5,000.00 | | $0.00 |
| 262 | UNS | | | | | $0.00 |
| | | | | $5,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | | 1670 | Objection Granted | 08/27/2014 | 1729 |
| Claim does not agree with books | | 2365 | Objection Granted | 02/10/2016 | 2391 |

**Kristin Marsh**
**Case(s): 262 Clm No: 229 Clm. Amt: $5,000.00**

*102 Meadow View Way*
*Georgetown, KY 40324*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | PRI | | | $5,000.00 | | $0.00 |
| 262 | UNS | | | | | $0.00 |
| | | | | $5,000.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | | 1670 | Objection Granted | 08/27/2014 | 1729 |
| Claim does not agree with books | | 2365 | Objection Granted | 02/10/2016 | 2391 |

**Nossaman LLP**
**Case(s): 262 Clm No: 230 Clm. Amt: $51,428.83**

*Attn: Allan H. Ickowitz, Esq.*
*777 S. Figueroa St. 34th Floor*
*Los Angeles, CA 90017*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $51,428.83**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $51,428.83 | | |
| | | | | $51,428.83 | | |

### Bruce Koenig
**Case(s): 262 Clm No: 231 Clm. Amt: $5,000.00**

*2209 Sonoma Place*
*Lexington, KY 40511*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | PRI | | | $5,000.00 | | $0.00 |
| 262 | UNS | | | | | $0.00 |
| | | | | $5,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | | 1670 | Objection Granted | 08/27/2014 | 1729 |
| Claim does not agree with books | | 2365 | Objection Granted | 02/10/2016 | 2391 |

### Nossaman LLP
**Case(s): 263 Clm No: 232 Clm. Amt: $18,981.10**

*Attn: Allan H. Ickowitz, Esq.*
*777 S. Figueroa St. 34th Floor*
*Los Angeles, CA 90017*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $18,981.10**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | UNS | | | $18,981.10 | | |
| | | | | $18,981.10 | | |

### Matt Bailey
**Case(s): 262 Clm No: 233 Clm. Amt: $40,000.00**

*752 Old Dobbin Road*
*Lexington, KY 40502*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $40,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | PRI | | | $40,000.00 | | $0.00 |
| 262 | UNS | | | | | $0.00 |
| | | | | $40,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | | 1670 | Objection Granted | 08/27/2014 | 1729 |
| No Liability | | 2433 | Objection Granted | 07/18/2016 | 2446 |

### Medley Capital Corporation,on behalf of
**Case(s): 028 Clm No: 234 Clm. Amt: $3,890,926.45**

*itself, as Administrative Agent, and as*
*Collateral Agent*
*c/o King & Spalding LLP*
*1185 Avenue of the Americas*
*New York, NY 10036*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $3,890,926.45**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | SEC | | | $3,890,926.45 | | |
| | | | | $3,890,926.45 | | |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| Different class | | 1670 | Objection Filed | | |

### Medley Capital Corporation,on behalf of
### Case(s): 027 Clm No: 235 Clm. Amt: $3,890,926.45

*itself, as Administrative Agent, and as*
*Collateral Agent*
*c/o King & Spalding LLP*
*1185 Avenue of the Americas*
*New York, NY 10036*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $3,890,926.45**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | SEC | | | $3,890,926.45 | | |
| | | | | $3,890,926.45 | | |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | | 1670 | Objection Filed | | |

### Medley Capital Corporation,on behalf of
### Case(s): 263 Clm No: 236 Clm. Amt: $3,890,926.45

*itself, as Administrative Agent, and as*
*Collateral Agent*
*c/o King & Spalding LLP*
*1185 Avenue of the Americas*
*New York, NY 10036*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $3,890,926.45**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | SEC | | | $3,890,926.45 | | $0.00 |
| 263 | UNS | | | | | $1,153,195.71 |
| | | | | $3,890,926.45 | | $1,153,195.71 |

### Medley Capital Corporation,on behalf of
### Case(s): 262 Clm No: 237 Clm. Amt: $3,890,926.45

*itself, as Administrative Agent, and as*
*Collateral Agent*
*c/o King & Spalding LLP*
*1185 Avenue of the Americas*
*New York, NY 10036*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $3,890,926.45**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | $3,890,926.45 | | $0.00 |
| 262 | UNS | | | | | $1,500,000.00 |
| | | | | $3,890,926.45 | | $1,500,000.00 |

### GE CF Mexico, S.de R.L. de C.V.
### Case(s): 262 Clm No: 238 Clm. Amt: $7,638,853.80

*c/o Reed Smith LLP*
*Attn: Kurt F. Gwynne, esq.*
*Lucy Qiu, Esq.*
*1201 N. Market St., Suite 1500*
*Wilmington, DE 19801*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $7,638,853.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $7,638,853.80 | | $0.00 |
| | | | | $7,638,853.80 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Paid | | 1972 | Objection Granted | 04/22/2015 | 2130 |

### Emcor Services
### Case(s): 027 Clm No: 239 Clm. Amt: $5,735.74

*Attn: Christian Pedersen, CCE*
*P.O. Box 945617*
*Atlanta, GA 30394-5617*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $5,735.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027 | UNS | | | $5,735.74 | | |
| | | | | $5,735.74 | | |

### Hillsdale Hourly Pension Plan
### Case(s): 263 Clm No: 240 Clm. Amt: $1,656,893.00

*c/o Alston & Bird LLP*
*Attn: Dennis J. Connolly*
*One Atlantic Center*
*1201 West Peachtree St.*
*Atlanta, GA 30309*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $1,656,893.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 263 | PRI | | | $1,656,893.00 | | $0.00 |
| | | | | $1,656,893.00 | | $0.00 |

### Hillsdale Hourly Pension Plan
### Case(s): 027 Clm No: 241 Clm. Amt: $1,656,893.00

*c/o Alston & Bird LLP*
*Attn: Dennis J. Connolly*
*One Atlantic Center*
*1201 West Peachtree St.*
*Atlanta, GA 30309*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $1,656,893.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027 | PRI | | | $1,656,893.00 | | $0.00 |
| | | | | $1,656,893.00 | | $0.00 |

### Hillsdale Hourly Pension Plan
### Case(s): 262 Clm No: 242 Clm. Amt: $1,656,893.00

*c/o Alston & Bird LLP*
*Attn: Dennis J. Connolly*
*One Atlantic Center*
*1201 West Peachtree St.*
*Atlanta, GA 30309*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $1,656,893.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | PRI | | | $1,656,893.00 | | $0.00 |
| | | | | $1,656,893.00 | | $0.00 |

### Hillsdale Hourly Pension Plan
### Case(s): 028 Clm No: 243 Clm. Amt: $1,656,893.00

*c/o Alston & Bird LLP*
*Attn: Dennis J. Connolly*
*One Atlantic Center*
*1201 West Peachtree St.*
*Atlanta, GA 30309*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $1,656,893.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 028 | PRI | | | $1,656,893.00 | | $0.00 |
| | | | | $1,656,893.00 | | $0.00 |

## Hillsdale Salaried Pension Plan
### Case(s): 263 Clm No: 244 Clm. Amt: $670,904.00

*c/o Alston & Bird LLP*
*Attn: Dennis J. Connolly*
*One Atlantic Center*
*1201 West Peachtree St.*
*Atlanta, GA 30309*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $670,904.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | PRI | | | $670,904.00 | | $0.00 |
| | | | | $670,904.00 | | $0.00 |

## Hillsdale Salaried Pension Plan
### Case(s): 028 Clm No: 245 Clm. Amt: $670,904.00

*c/o Alston & Bird LLP*
*Attn: Dennis J. Connolly*
*One Atlantic Center*
*1201 West Peachtree St.*
*Atlanta, GA 30309*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $670,904.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | PRI | | | $670,904.00 | | $0.00 |
| | | | | $670,904.00 | | $0.00 |

## Hillsdale Salaried Pension Plan
### Case(s): 027 Clm No: 246 Clm. Amt: $670,904.00

*c/o Alston & Bird LLP*
*Attn: Dennis J. Connolly*
*One Atlantic Center*
*1201 West Peachtree St.*
*Atlanta, GA 30309*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $670,904.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | PRI | | | $670,904.00 | | $0.00 |
| | | | | $670,904.00 | | $0.00 |

## Hillsdale Salaried Pension Plan
### Case(s): 262 Clm No: 247 Clm. Amt: $670,904.00

*c/o Alston & Bird LLP*
*Attn: Dennis J. Connolly*
*One Atlantic Center*
*1201 West Peachtree St.*
*Atlanta, GA 30309*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $670,904.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | PRI | | | $670,904.00 | | $0.00 |
| | | | | $670,904.00 | | $0.00 |

## Hillsdale Hourly Pension Plan &
### Case(s): 027 Clm No: 248 Clm. Amt: $231,367.44

*Hillsdale Salaried Pension Plan*
*c/o Alston & Bird LLP - Dennis J. Connolly*
*One Atlantic Center*
*1201 West Peachtree St.*
*Atlanta, GA 30309*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $231,367.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | SEC | | | $62,505.64 | | $0.00 |
| 027 | UNS | | | $168,861.80 | | $0.00 |
| | | | | $231,367.44 | | $0.00 |

## Hillsdale Hourly Pension Plan &
### Case(s): 027 Clm No: 249 Clm. Amt: $3,375,000.00

*Hillsdale Salaried Pension Plan*
*c/o Alston & Bird LLP - Dennis J. Connolly*
*One Atlantic Center*
*1201 West Peachtree St.*
*Atlanta, GA 30309*
**Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $3,375,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 027 | SEC | | | $3,375,000.00 | | $0.00 |
| | | | | $3,375,000.00 | | $0.00 |

## UBS Securities LLC
### Case(s): 028 Clm No: 250 Clm. Amt: $2,146,600.00

*Attn: Shiri Ben-Yishai*
*299 Park Avenue, 28th Floor*
*New York, NY 10171*
**Date Filed: 6/27/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $2,146,600.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 028 | UNS | | | $2,146,600.00 | | $0.00 |
| | | | | $2,146,600.00 | | $0.00 |

## UBS Securities LLC
### Case(s): 027 Clm No: 251 Clm. Amt: $2,146,600.00

*Attn: Shiri Ben-Yishai*
*299 Park Avenue, 28th Floor*
*New York, NY 10171*
**Date Filed: 6/27/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $2,146,600.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 027 | UNS | | | $2,146,600.00 | | $0.00 |
| | | | | $2,146,600.00 | | $0.00 |

## UBS Securities LLC
### Case(s): 263 Clm No: 252 Clm. Amt: $2,146,600.00

*Attn: Shiri Ben-Yishai*
*299 Park Avenue, 28th Floor*
*New York, NY 10171*
**Date Filed: 6/27/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $2,146,600.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 263 | UNS | | | $2,146,600.00 | | $0.00 |
| | | | | $2,146,600.00 | | $0.00 |

## UBS Securities LLC
### Case(s): 262 Clm No: 253 Clm. Amt: $2,146,600.00

*Attn: Shiri Ben-Yishai*
*299 Park Avenue, 28th Floor*
*New York, NY 10171*
**Date Filed: 6/27/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $2,146,600.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 262 | UNS | | | $2,146,600.00 | | $0.00 |
| | | | | $2,146,600.00 | | $0.00 |

**RI SPC, for, and on behalf of, the Q Sharia**
**Case(s): 262 Clm No: 254 Clm. Amt:**

*Segregated Portfolio*
*c/o Bingham McCutchen, LLP*
*Attn: Andrew Gallo*
*One Federal Street*
*Boston, MA 02110*
**Date Filed: 6/27/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | ADM | | | Unknown | Y | $0.00 |
| 262 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

**Ferrellgas Inc.**
**Case(s): 262 Clm No: 255 Clm. Amt: $345.66**

*Attn: Khristopher Apley*
*One Liberty Plaza, MD#40*
*Liberty, MO 64068*
**Date Filed: 6/24/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $345.66**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $345.66 | | |
| | | | | $345.66 | | |

**Plex Systems, Inc.**
**Case(s): 262 Clm No: 256 Clm. Amt: $92,054.77**

*c/o Plunkett Cooney*
*Attn: Michael A. Fleming, Esq.*
*38505 Woodward Avenue, Suite 2000*
*Bloomfield Hills, MI 48304*
**Date Filed: 6/27/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $92,054.77**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $92,054.77 | | $70,813.72 |
| | | | | $92,054.77 | | $70,813.72 |

**Frost Brown Todd LLC**
**Case(s): 262 Clm No: 257 Clm. Amt: $31,220.05**

*Attn: Donald E. Hensley Jr.*
*PO Box 70087*
*Louisville, KY 40270-0087*
**Date Filed: 6/27/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $31,220.05**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $31,220.05 | | |
| | | | | $31,220.05 | | |

**GBQ Partners**
**Case(s): 028 Clm No: 258 Clm. Amt: $5,877.25**

*Attn: Debra Reese*
*230 West Street Suite 700*
*Columbus, OH 43215*
**Date Filed: 6/27/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $5,877.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | | | $5,877.25 | | |
| | | | | $5,877.25 | | |

**Applied Technical Services, Inc.**
**Case(s): 027 Clm No: 259 Clm. Amt: $1,069.00**

*Attn: Timothy N. Graves*
*1049 Triad Court*
*Marietta, GA 30062*
**Date Filed: 6/27/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $1,069.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 027 | UNS | | | $1,069.00 | | |
| | | | | $1,069.00 | | |

**Ascalon Enterprises, LLC**
**Case(s): 262 Clm No: 260 Clm. Amt: $20,580,000.00**

*Attn: George Hofmeister*
*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/27/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $20,580,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 262 | UNS | | | $20,580,000.00 | | $0.00 |
| | | | | $20,580,000.00 | | $0.00 |

**Ascalon Enterprises, LLC**
**Case(s): 262 Clm No: 261 Clm. Amt: $32,167.00**

*Attn: George Hofmeister*
*2008 Cypress St Ste 100*
*Paris, KY 40361*
**Date Filed: 6/27/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $32,167.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 262 | UNS | | | $32,167.00 | | $0.00 |
| | | | | $32,167.00 | | $0.00 |

**Ascalon Enterprises, LLC**
**Case(s): 262 Clm No: 262 Clm. Amt: $68,016.00**

*Attn: George Hofmeister*
*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/27/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $68,016.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 262 | PRI | | | $68,016.00 | | $0.00 |
| | | | | $68,016.00 | | $0.00 |

**Ascalon Enterprises, LLC**
**Case(s): 028 Clm No: 263 Clm. Amt: $68,016.00**

*Attn: George Hofmeister*
*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/27/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $68,016.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 028 | PRI | | | $68,016.00 | | $0.00 |
| | | | | $68,016.00 | | $0.00 |

**Ascalon Enterprises, LLC**
**Case(s): 027 Clm No: 264 Clm. Amt: $68,016.00**

*Attn: George Hofmeister*
*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/27/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $68,016.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 027 | PRI | | | $68,016.00 | | $0.00 |
| | | | | $68,016.00 | | $0.00 |

### Ascalon Enterprises, LLC
**Case(s): 263 Clm No: 265 Clm. Amt: $68,016.00**

*Attn: George Hofmeister*
*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/27/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $68,016.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 263 | PRI | | | $68,016.00 | | $0.00 |
| | | | | $68,016.00 | | $0.00 |

### Ascalon Enterprises, LLC
**Case(s): 263 Clm No: 266 Clm. Amt: $206,958.45**

*Attn: George Hofmeister*
*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/27/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $206,958.45**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 263 | UNS | | | $206,958.45 | | $0.00 |
| | | | | $206,958.45 | | $0.00 |

### B. Kent Rhoads
**Case(s): 027 Clm No: 267 Clm. Amt: $30,000.00**

*205 Swing About*
*Greenwood, SC 29649*
**Date Filed: 6/27/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $30,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027 | ADM | | | $30,000.00 | | $0.00 |
| 027 | UNS | | | | | $30,000.00 |
| | | | | $30,000.00 | | $30,000.00 |

### RI SPC for, and on behalf of, each of the
**Case(s): 262 Clm No: 268 Clm. Amt:**

*Conventional Segregated Portfolio and*
*the O Segregated Portfolio*
*c/o Bingham McCutchen, LLP/Attn: Andrew*
*Gallo*
*One Federal Street*
*Boston, MA 02110*
**Date Filed: 6/27/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | ADM | | | Unknown | Y | $0.00 |
| 262 | UNS | | | | | $4,750,000.00 |
| | | | | | | $4,750,000.00 |

### Cabot II - TX1L01, LP
**Case(s): 262 Clm No: 269 Clm. Amt: $1,118.00**

*c/o Thompson & Knight LLP*
*Attn: Katharine Battaia Clark*
*1722 Routh Street, Suite 1500*
*Dallas, TX 75201*
**Date Filed: 6/27/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $1,118.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | UNS | | | $1,118.00 | | $0.00 |
| | | | | $1,118.00 | | $0.00 |

## Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No Liability | | 2433 | Objection Granted | 07/18/2016 | 2446 |

### SMS Signature Cars, Inc.
### Case(s): 263 Clm No: 270 Clm. Amt: $400,000.00

*c/o Michaels Law Group, APLC*
*Attn: Jonathan A. Michaels (CA Bar 180455)*
*2801 W. Coast Highway, Suite 370*
*Newport Beach, CA 92663*
**Date Filed: 6/27/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $400,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | UNS | | | $400,000.00 | | $0.00 |
| | | | | $400,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No Liability | | 2608 | Objection Granted | 12/19/2018 | 2625 |

### SMS Signature Cars, Inc.
### Case(s): 262 Clm No: 271 Clm. Amt: $400,000.00

*c/o Michaels Law Group, APLC*
*Attn: Jonathan A. Michaels (CA Bar 180455)*
*2801 W. Coast Highway, Suite 370*
*Newport Beach, CA 92663*
**Date Filed: 6/27/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $400,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $400,000.00 | | $0.00 |
| | | | | $400,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | | 2366 | Objection Granted | 01/28/2016 | 2374 |

### Donald B. Lifton
### Case(s): 262 Clm No: 272 Clm. Amt: $56,610.08

*3000 Town Center, Suite 1700*
*Southfield, MI 48075*
**Date Filed: 6/27/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $56,610.08**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $56,610.08 | | $0.00 |
| | | | | $56,610.08 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | | 1972 | Objection Filed | | |

### Donald B. Lifton
### Case(s): 262 Clm No: 273 Clm. Amt: $221,748.00

*3000 Town Center, Suite 1700*
*Southfield, MI 48075*
**Date Filed: 6/27/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $221,748.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | PRI | | | $12,475.00 | | $0.00 |
| 262 | UNS | | | $209,273.00 | | $0.00 |
| | | | | $221,748.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | | 1972 | Objection Filed | | |

### Donald B. Lifton
**Case(s): 262 Clm No: 274 Clm. Amt: $2,425,000.00**

*3000 Town Center, Suite 1700*
*Southfield, MI 48075*
**Date Filed: 6/27/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $2,425,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | PRI | | | Unknown | Y | $0.00 |
| 262 | UNS | | | $2,425,000.00 | | $0.00 |
| | | | | $2,425,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | | 1972 | Objection Filed | | |

### Yu Zhang
**Case(s): 262 Clm No: 275 Clm. Amt: $790,695.57**

*3000 Town Center, Suite 1700*
*Southfield, MI 48075*
**Date Filed: 6/27/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $790,695.57**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | PRI | | | $12,475.00 | | $0.00 |
| 262 | UNS | | | $778,220.57 | | $0.00 |
| | | | | $790,695.57 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Paid | | 1972 | Objection Granted | 04/22/2015 | 2130 |
| Different class | | 1536 | Objection Granted | 06/25/2014 | 1585 |

### Selwyn Isakow, Trustee UA with
**Case(s): 262 Clm No: 276 Clm. Amt: $382,109.73**

*Selwyn Isakow, Dated 01/19/1993*
*c/o James Tobia, LLC*
*Attn: James Tobia*
*1716 Wawaset*
*Wilmington, DE 19806*
**Date Filed: 6/27/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $382,109.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $382,109.73 | | $0.00 |
| | | | | $382,109.73 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim not in balance | | 2365 | Objection Granted | 02/10/2016 | 2391 |

### Hilsel Investment Company LP
**Case(s): 262 Clm No: 277 Clm. Amt: $382,109.73**

c/o James Tobia, LLC
*Attn: James Tobia*
*1716 Wawaset*
*Wilmington, DE 19806*
**Date Filed: 6/27/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $382,109.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $382,109.73 | | $0.00 |
| | | | | $382,109.73 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim does not agree with books | | 2365 | Objection Granted | 02/10/2016 | 2391 |

### Rex E. Schlaybaugh, JR.
**Case(s): 262 Clm No: 278 Clm. Amt: $382,109.73**

c/o James Tobia, LLC
*Attn: James Tobia*
*1716 Wawaset*
*Wilmington, DE 19806*
**Date Filed: 6/27/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $382,109.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $382,109.73 | | $0.00 |
| | | | | $382,109.73 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim not in balance | | 2365 | Objection Granted | 02/10/2016 | 2391 |

### The Oxford Investment Group, Inc.
**Case(s): 262 Clm No: 279 Clm. Amt: $382,109.73**

c/o James Tobia, LLC
*Attn: James Tobia*
*1716 Wawaset*
*Wilmington, DE 19806*
**Date Filed: 6/27/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $382,109.73**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $382,109.73 | | $0.00 |
| | | | | $382,109.73 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Claim not in balance | | 2365 | Objection Granted | 02/10/2016 | 2391 |

### Bridgeport Capital Funding, LLC
**Case(s): 027 Clm No: 280 Clm. Amt:**

c/o Cole, Schotz. Meisel, Forman & Leonard,
P.A.
*Attn: Patrick J. Reilley, Esq.*
*500 Delaware Ave. Suite, 1410*
*Wilmington, DE 19801*
**Date Filed: 6/27/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $267,244.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | ADM | | | Unknown | Y | |
| 027 | SEC | | | Unknown | Y | |

## Bridgeport Capital Funding, LLC
### Case(s): 262 Clm No: 281 Clm. Amt:

c/o Cole, Schotz, Meisel, Forman & Leonard, P.A.
Attn: Patrick J. Reilley, Esq.
500 Delaware Ave. Suite, 1410
Wilmington, DE 19801
**Date Filed: 6/27/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $267,244.25**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | ADM | | | Unknown | Y | |
| 262 | SEC | | | Unknown | Y | |

## US Dept. of Labor - EBSA (on behalf of the
### Case(s): 262 Clm No: 282 Clm. Amt:

Ascalon Ent. EE Medical Benefits Plan)
Attn: L. Joe Rivers
1885 Dixie Hwy, Suite 210
Ft. Wright, KY 41011
**Date Filed: 4/24/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | PRI | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

## U.S Dept. of Labor - EBSA (on behalf of
### Case(s): 262 Clm No: 283 Clm. Amt: $14,298.49

the Revstone 401(k) Plan)
Attn: L. Joe Rivers
1885 Dixie Hwy, Suite 210
Ft. Wright, KY 41011
**Date Filed: 4/24/2013**
**Bar Date: 6/28/2013**
**Amended By Clm #: 553**
**Claim Face Value: $14,298.49**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | PRI | | | $1,852.28 | | $0.00 |
| 262 | UNS | | | $12,446.21 | | $0.00 |
| | | | | $14,298.49 | | $0.00 |

## Greenwood Forgings, LLC
### Case(s): 262 Clm No: 284 Clm. Amt:

Attn: Daniel V. Smith
520 Spyglass Ct.
Richmond, KY 40475
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | Unknown | Y | |

## Greenwood Forgings, LLC
### Case(s): 263 Clm No: 285 Clm. Amt:

Attn: Daniel V. Smith
520 Spyglass Ct.
Richmond, KY 40475
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | SEC | | | Unknown | Y | |

## Greenwood Forgings, LLC
### Case(s): 028 Clm No: 286 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | SEC | | | Unknown | Y | |

## Lansing Tool & Engineering, LLC
### Case(s): 027 Clm No: 287 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | SEC | | | Unknown | Y | |

## Lansing Tool & Engineering, LLC
### Case(s): 262 Clm No: 288 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | Unknown | Y | |

## Lansing Tool & Engineering, LLC
### Case(s): 263 Clm No: 289 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | SEC | | | Unknown | Y | |

## Lansing Tool & Engineering, LLC
### Case(s): 028 Clm No: 290 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | SEC | | | Unknown | Y | |

## US Tool & Engineering, LLC
### Case(s): 027 Clm No: 291 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | SEC | | | Unknown | Y | |

**Power-Tec Manufacturing, LLC**
**Case(s): 027 Clm No: 292 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | SEC | | | Unknown | Y | |

**Power-Tec Manufacturing, LLC**
**Case(s): 262 Clm No: 293 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | Unknown | Y | |

**Scott Products, Inc.**
**Case(s): 027 Clm No: 294 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | SEC | | | Unknown | Y | |

**Scott Products, Inc.**
**Case(s): 263 Clm No: 295 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | SEC | | | Unknown | Y | |

**Scott Products, Inc.**
**Case(s): 262 Clm No: 296 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | Unknown | Y | |

**Metavation Castings Fairfield, LLC**
**Case(s): 028 Clm No: 297 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | SEC | | | Unknown | Y | |

## Metavation Castings Fairfield, LLC
### Case(s): 027 Clm No: 298 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | SEC | | | Unknown | Y | |

## Metavation Castings Fairfield, LLC
### Case(s): 263 Clm No: 299 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | SEC | | | Unknown | Y | |

## Metavation Castings Fairfield, LLC
### Case(s): 262 Clm No: 300 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | Unknown | Y | |

## Resource Technology Group, LLC
### Case(s): 028 Clm No: 301 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | SEC | | | Unknown | Y | |

## Resource Technology Group, LLC
### Case(s): 027 Clm No: 302 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | SEC | | | Unknown | Y | |

## Resource Technology Group, LLC
### Case(s): 263 Clm No: 303 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | SEC | | | Unknown | Y | |

## Resource Technology Group, LLC
### Case(s): 262 Clm No: 304 Clm. Amt:

Attn: Daniel V. Smith
520 Spyglass Ct.
Richmond, KY 40475
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | Unknown | Y | |

## Fourslides, Inc.
### Case(s): 027 Clm No: 305 Clm. Amt:

Attn: Daniel V. Smith
520 Spyglass Ct.
Richmond, KY 40475
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | SEC | | | Unknown | Y | |

## Fourslides, Inc.
### Case(s): 263 Clm No: 306 Clm. Amt:

Attn: Daniel V. Smith
520 Spyglass Ct.
Richmond, KY 40475
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | SEC | | | Unknown | Y | |

## Fourslides, Inc.
### Case(s): 028 Clm No: 307 Clm. Amt:

Attn: Daniel V. Smith
520 Spyglass Ct.
Richmond, KY 40475
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | SEC | | | Unknown | Y | |

## Fourslides, Inc.
### Case(s): 262 Clm No: 308 Clm. Amt:

Attn: Daniel V. Smith
520 Spyglass Ct.
Richmond, KY 40475
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | Unknown | Y | |

## MW Universal, Inc.
### Case(s): 262 Clm No: 309 Clm. Amt:

Attn: Daniel V. Smith
520 Spyglass Ct.
Richmond, KY 40475
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | Unknown | Y | |

**MW Universal, Inc.**
**Case(s): 028 Clm No: 310 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 028 | SEC | | | Unknown | Y | |

**MW Universal, Inc.**
**Case(s): 027 Clm No: 311 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027 | SEC | | | Unknown | Y | |

**MW Universal, Inc.**
**Case(s): 263 Clm No: 312 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 263 | SEC | | | Unknown | Y | |

**Scott Products, Inc.**
**Case(s): 028 Clm No: 313 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 028 | SEC | | | Unknown | Y | |

**American Metals Industries, Inc.**
**Case(s): 262 Clm No: 314 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | SEC | | | Unknown | Y | |

**American Metals Industries, Inc.**
**Case(s): 263 Clm No: 315 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 263 | SEC | | | Unknown | Y | |

## American Metals Industries, Inc.
## Case(s): 027 Clm No: 316 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | SEC | | | Unknown | Y | |

## American Metals Industries, Inc.
## Case(s): 028 Clm No: 317 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | SEC | | | Unknown | Y | |

## Creative Lighting Solutions, LLC
## Case(s): 262 Clm No: 318 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | Unknown | Y | |

## Creative Lighting Solutions, LLC
## Case(s): 263 Clm No: 319 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | SEC | | | Unknown | Y | |

## Creative Lighting Solutions, LLC
## Case(s): 027 Clm No: 320 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | SEC | | | Unknown | Y | |

## Creative Lighting Solutions, LLC
## Case(s): 028 Clm No: 321 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | SEC | | | Unknown | Y | |

## Revstone Plastics, LLC
## Case(s): 027 Clm No: 322 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027  | SEC   |        |           | Unknown               | Y   |                      |

## Revstone Lighting, LLC
## Case(s): 262 Clm No: 323 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262  | SEC   |        |           | Unknown               | Y   |                      |

## Revstone Lighting, LLC
## Case(s): 263 Clm No: 324 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 263  | SEC   |        |           | Unknown               | Y   |                      |

## Revstone Lighting, LLC
## Case(s): 027 Clm No: 325 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027  | SEC   |        |           | Unknown               | Y   |                      |

## Revstone Lighting, LLC
## Case(s): 028 Clm No: 326 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 028  | SEC   |        |           | Unknown               | Y   |                      |

## James O'Toole
## Case(s): 262 Clm No: 327 Clm. Amt:

*2250 Thunderstick Drive, Suite 1203*
*Lexington, KY 40505*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262  | SEC   |        |           | Unknown               | Y   | $0.00                |
|      |       |        |           |                       |     | $0.00                |

### James O'Toole
### Case(s): 263 Clm No: 328 Clm. Amt:

*2250 Thunderstick Drive, Suite 1203*
*Lexington, KY 40505*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 263 | SEC | | | Unknown | Y | |

### James O'Toole
### Case(s): 027 Clm No: 329 Clm. Amt:

*2250 Thunderstick Drive, Suite 1203*
*Lexington, KY 40505*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027 | SEC | | | Unknown | Y | |

### James O'Toole
### Case(s): 028 Clm No: 330 Clm. Amt:

*2250 Thunderstick Drive, Suite 1203*
*Lexington, KY 40505*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 028 | SEC | | | Unknown | Y | |

### Lexington Logistics, LLC
### Case(s): 027 Clm No: 331 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027 | SEC | | | Unknown | Y | |

### Lexington Logistics, LLC
### Case(s): 262 Clm No: 332 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | SEC | | | Unknown | Y | |

### Lexington Logistics, LLC
### Case(s): 263 Clm No: 333 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 263 | SEC | | | Unknown | Y | |

## Lexington Logistics, LLC
### Case(s): 028 Clm No: 334 Clm. Amt:

Attn: Daniel V. Smith
520 Spyglass Ct.
Richmond, KY 40475
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | SEC | | | Unknown | Y | |

## Fairfield Castings, LLC
### Case(s): 027 Clm No: 335 Clm. Amt:

Attn: Daniel V. Smith
520 Spyglass Ct.
Richmond, KY 40475
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | SEC | | | Unknown | Y | |

## Fairfield Castings, LLC
### Case(s): 262 Clm No: 336 Clm. Amt:

Attn: Daniel V. Smith
520 Spyglass Ct.
Richmond, KY 40475
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | Unknown | Y | |

## Fairfield Castings, LLC
### Case(s): 263 Clm No: 337 Clm. Amt:

Attn: Daniel V. Smith
520 Spyglass Ct.
Richmond, KY 40475
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | SEC | | | Unknown | Y | |

## Fairfield Castings, LLC
### Case(s): 028 Clm No: 338 Clm. Amt:

Attn: Daniel V. Smith
520 Spyglass Ct.
Richmond, KY 40475
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | SEC | | | Unknown | Y | |

## Spara Tactical Mobility, LLC
### Case(s): 027 Clm No: 339 Clm. Amt:

Attn: Daniel V. Smith
520 Spyglass Ct.
Richmond, KY 40475
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | SEC | | | Unknown | Y | |

## Spara Tactical Mobility, LLC
### Case(s): 262 Clm No: 340 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | Unknown | Y | |

## Spara Tactical Mobility, LLC
### Case(s): 263 Clm No: 341 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | SEC | | | Unknown | Y | |

## Spara Tactical Mobility, LLC
### Case(s): 028 Clm No: 342 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | SEC | | | Unknown | Y | |

## T Cast Holdings, LLC
### Case(s): 027 Clm No: 343 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | SEC | | | Unknown | Y | |

## T Cast Holdings, LLC
### Case(s): 262 Clm No: 344 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | Unknown | Y | |

## T Cast Holdings, LLC
### Case(s): 263 Clm No: 345 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | SEC | | | Unknown | Y | |

**T Cast Holdings, LLC**
**Case(s): 028 Clm No: 346 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 028 | SEC | | | Unknown | Y | |

**Ascalon Enterprises, LLC**
**Case(s): 027 Clm No: 347 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 027 | SEC | | | Unknown | Y | |

**Ascalon Enterprises, LLC**
**Case(s): 263 Clm No: 348 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 263 | SEC | | | Unknown | Y | |

**Ascalon Enterprises, LLC**
**Case(s): 262 Clm No: 349 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 262 | SEC | | | Unknown | Y | |

**Ascalon Enterprises, LLC**
**Case(s): 028 Clm No: 350 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 028 | SEC | | | Unknown | Y | |

**Spara, LLC**
**Case(s): 027 Clm No: 351 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 027 | PRI | | | Unknown | Y | |

**Spara, LLC**
**Case(s): 262 Clm No: 352 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | Unknown | Y | |

**Spara, LLC**
**Case(s): 028 Clm No: 353 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | SEC | | | Unknown | Y | |

**Contech Castings, LLC**
**Case(s): 028 Clm No: 354 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | SEC | | | Unknown | Y | |

**Contech Castings, LLC**
**Case(s): 263 Clm No: 355 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | SEC | | | Unknown | Y | |

**Contech Castings, LLC**
**Case(s): 262 Clm No: 356 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | Unknown | Y | |

**Contech Castings, LLC**
**Case(s): 027 Clm No: 357 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | SEC | | | Unknown | Y | |

**Contech Castings Real Estate Holdings, LLC**
**Case(s): 028 Clm No: 358 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 028 | SEC | | | Unknown | Y | |

**Contech Castings Real Estate Holdings, LLC**
**Case(s): 263 Clm No: 359 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 263 | SEC | | | Unknown | Y | |

**Contech Castings Real Estate Holdings, LLC**
**Case(s): 027 Clm No: 360 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 027 | SEC | | | Unknown | Y | |

**Contech Castings Real Estate Holdings, LLC**
**Case(s): 262 Clm No: 361 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 262 | SEC | | | Unknown | Y | |

**Saleen, LLC**
**Case(s): 263 Clm No: 362 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 263 | SEC | | | Unknown | Y | |

**Saleen, LLC**
**Case(s): 028 Clm No: 363 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 028 | SEC | | | Unknown | Y | |

**Saleen, LLC**
**Case(s): 262 Clm No: 364 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | Unknown | Y | |

**Saleen, LLC**
**Case(s): 027 Clm No: 365 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | SEC | | | Unknown | Y | |

**RPM-Tec, LLC**
**Case(s): 027 Clm No: 366 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | SEC | | | Unknown | Y | |

**RPM-Tec, LLC**
**Case(s): 262 Clm No: 367 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | Unknown | Y | |

**RPM-Tec, LLC**
**Case(s): 263 Clm No: 368 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | SEC | | | Unknown | Y | |

**RPM-Tec, LLC**
**Case(s): 028 Clm No: 369 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | SEC | | | Unknown | Y | |

**Saleen Distribution & Sales, LLC**
**Case(s): 028 Clm No: 370 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 028 | SEC | | | Unknown | Y | |

**Saleen Distribution & Sales, LLC**
**Case(s): 263 Clm No: 371 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 263 | SEC | | | Unknown | Y | |

**Saleen Distribution & Sales, LLC**
**Case(s): 027 Clm No: 372 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027 | SEC | | | Unknown | Y | |

**Saleen Distribution & Sales, LLC**
**Case(s): 262 Clm No: 373 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | SEC | | | Unknown | Y | |

**RPM Towing, LLC**
**Case(s): 027 Clm No: 374 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027 | SEC | | | Unknown | Y | |

**RPM Towing, LLC**
**Case(s): 263 Clm No: 375 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 263 | SEC | | | Unknown | Y | |

**RPM Towing, LLC**
**Case(s): 262 Clm No: 376 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262  | SEC   |        |           | Unknown              | Y   |                     |

**RPM Towing, LLC**
**Case(s): 028 Clm No: 377 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028  | SEC   |        |           | Unknown              | Y   |                     |

**Power-Tec Manufacturing, LLC (Michigan Entity)**
**Case(s): 027 Clm No: 378 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027  | SEC   |        |           | Unknown              | Y   |                     |

**Power-Tec Manufacturing, LLC (Michigan Entity)**
**Case(s): 262 Clm No: 379 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262  | SEC   |        |           | Unknown              | Y   |                     |

**Power-Tec Manufacturing, LLC (Michigan Entity)**
**Case(s): 263 Clm No: 380 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263  | SEC   |        |           | Unknown              | Y   |                     |

**Power-Tec Manufacturing, LLC (Michigan Entity)**
**Case(s): 028 Clm No: 381 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028  | SEC   |        |           | Unknown              | Y   |                     |

## RPM Retail Sales, LLC
### Case(s): 263 Clm No: 382 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 263  | SEC   |        |           | Unknown               | Y   |                      |

## RPM Retail Sales, LLC
### Case(s): 027 Clm No: 383 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027  | SEC   |        |           | Unknown               | Y   |                      |

## RPM Retail Sales, LLC
### Case(s): 262 Clm No: 384 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262  | SEC   |        |           | Unknown               | Y   |                      |

## RPM Retail Sales, LLC
### Case(s): 028 Clm No: 385 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 028  | SEC   |        |           | Unknown               | Y   |                      |

## Revstone Tool & Engineering, LLC
### Case(s): 028 Clm No: 386 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 028  | SEC   |        |           | Unknown               | Y   |                      |

## Revstone Tool & Engineering, LLC
### Case(s): 263 Clm No: 387 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 263  | SEC   |        |           | Unknown               | Y   |                      |

## Revstone Tool & Engineering, LLC
## Case(s): 262 Clm No: 388 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262  | SEC   |        |           | Unknown               | Y   |                      |

## Revstone Tool & Engineering, LLC
## Case(s): 027 Clm No: 389 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027  | SEC   |        |           | Unknown               | Y   |                      |

## Revstone Industries, LLC
## Case(s): 028 Clm No: 390 Clm. Amt:

*c/o Huron Consulting Group Inc.*
*Attn: John C. DiDonato*
*900 Wilshire Drive, Suite 270*
*Troy, MI 48084*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 028  | SEC   |        |           | Unknown               | Y   |                      |

## Revstone Industries, LLC
## Case(s): 263 Clm No: 391 Clm. Amt:

*c/o Huron Consulting Group Inc.*
*Attn: John C. DiDonato*
*900 Wilshire Drive, Suite 270*
*Troy, MI 48084*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 263  | SEC   |        |           | Unknown               | Y   |                      |

## Revstone Industries, LLC
## Case(s): 027 Clm No: 392 Clm. Amt:

*c/o Huron Consulting Group Inc.*
*Attn: John C. DiDonato*
*900 Wilshire Drive, Suite 270*
*Troy, MI 48084*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027  | SEC   |        |           | Unknown               | Y   |                      |

### Power-Tec Manufacturing, LLC
### Case(s): 028 Clm No: 393 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 028 | SEC | | | Unknown | Y | |

### Power-Tec Manufacturing, LLC
### Case(s): 263 Clm No: 394 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 263 | SEC | | | Unknown | Y | |

### Revstone Transportation, LLC
### Case(s): 027 Clm No: 395 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027 | SEC | | | Unknown | Y | |

### Revstone Transportation, LLC
### Case(s): 262 Clm No: 396 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | SEC | | | Unknown | Y | |

### Revstone Transportation, LLC
### Case(s): 263 Clm No: 397 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 263 | SEC | | | Unknown | Y | |

### Revstone Transportation, LLC
### Case(s): 028 Clm No: 398 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 028 | SEC | | | Unknown | Y | |

**Metavation, LLC**
**Case(s): 027 Clm No: 399 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 027 | SEC | | | Unknown | Y | |

**Metavation, LLC**
**Case(s): 262 Clm No: 400 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 262 | SEC | | | Unknown | Y | |

**Metavation, LLC**
**Case(s): 263 Clm No: 401 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 263 | SEC | | | Unknown | Y | |

**Metavation, LLC**
**Case(s): 028 Clm No: 402 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 028 | SEC | | | Unknown | Y | |

**Revstone Plastics, LLC**
**Case(s): 263 Clm No: 403 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 263 | SEC | | | Unknown | Y | |

**Revstone Plastics, LLC**
**Case(s): 262 Clm No: 404 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 262 | SEC | | | Unknown | Y | |

**Revstone Plastics, LLC**
**Case(s): 027 Clm No: 405 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | SEC | | | Unknown | Y | |

**Metavation Mexico II, LLC**
**Case(s): 028 Clm No: 406 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | SEC | | | Unknown | Y | |

**Metavation Mexico II, LLC**
**Case(s): 263 Clm No: 407 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | SEC | | | Unknown | Y | |

**Metavation Mexico II, LLC**
**Case(s): 262 Clm No: 408 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | Unknown | Y | |

**Metavation Mexico II, LLC**
**Case(s): 027 Clm No: 409 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | SEC | | | Unknown | Y | |

**Metavation Mexico, LLC**
**Case(s): 028 Clm No: 410 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | SEC | | | Unknown | Y | |

**Metavation Mexico, LLC**
**Case(s): 263 Clm No: 411 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | SEC | | | Unknown | Y | |

**Metavation Mexico, LLC**
**Case(s): 262 Clm No: 412 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | Unknown | Y | |

**Metavation Mexico, LLC**
**Case(s): 027 Clm No: 413 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | SEC | | | Unknown | Y | |

**MW Texas Die Casting, Inc.**
**Case(s): 028 Clm No: 414 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | SEC | | | Unknown | Y | |

**MW Texas Die Casting, Inc.**
**Case(s): 263 Clm No: 415 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | SEC | | | Unknown | Y | |

**MW Texas Die Casting, Inc.**
**Case(s): 262 Clm No: 416 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | Unknown | Y | |

## MW Texas Die Casting, Inc.
### Case(s): 027 Clm No: 417 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | SEC | | | Unknown | Y | |

## Metavation Vassar, LLC
### Case(s): 028 Clm No: 418 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | SEC | | | Unknown | Y | |

## Metavation Vassar, LLC
### Case(s): 263 Clm No: 419 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | SEC | | | Unknown | Y | |

## Metavation Vassar, LLC
### Case(s): 262 Clm No: 420 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | Unknown | Y | |

## Metavation Vassar, LLC
### Case(s): 027 Clm No: 421 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | SEC | | | Unknown | Y | |

## US Tool & Engineering, LLC
### Case(s): 262 Clm No: 422 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | Unknown | Y | |

## US Tool & Engineering, LLC
### Case(s): 263 Clm No: 423 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | SEC | | | Unknown | Y | |

## DIDS, LLC
### Case(s): 027 Clm No: 424 Clm. Amt:

*Attn: George Hofmeister*
*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | SEC | | | Unknown | Y | |

## DIDS, LLC
### Case(s): 028 Clm No: 425 Clm. Amt:

*Attn: George Hofmeister*
*2008 Cypress St Ste 100*
*Paris, KY 40361*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | SEC | | | Unknown | Y | |

## DIDS, LLC
### Case(s): 263 Clm No: 426 Clm. Amt:

*Attn: George Hofmeister*
*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | SEC | | | Unknown | Y | |

## MIDS, LLC
### Case(s): 262 Clm No: 427 Clm. Amt:

*Attn: George Hofmeister*
*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | Unknown | Y | |

## MIDS, LLC
### Case(s): 028 Clm No: 428 Clm. Amt:

*Attn: George Hofmeister*
*2008 Cypress St Ste 100*
*Paris, KY 40361*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | SEC | | | Unknown | Y | |

**MIDS, LLC**

**Case(s): 263 Clm No: 429 Clm. Amt:**

Attn: George Hofmeister
2008 Cypress St Ste 100
Paris, KY 40361-1380
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 263  | SEC   |        |           | Unknown                | Y   |                      |

**MIDS, LLC**

**Case(s): 027 Clm No: 430 Clm. Amt:**

Attn: George Hofmeister
2008 Cypress St Ste 100
Paris, KY 40361-1380
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 027  | SEC   |        |           | Unknown                | Y   |                      |

**MPI, LLC**

**Case(s): 262 Clm No: 431 Clm. Amt:**

Attn: Daniel V. Smith
520 Spyglass Ct.
Richmond, KY 40475
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 262  | SEC   |        |           | Unknown                | Y   |                      |

**MPI, LLC**

**Case(s): 263 Clm No: 432 Clm. Amt:**

Attn: Daniel V. Smith
520 Spyglass Ct.
Richmond, KY 40475
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 263  | SEC   |        |           | Unknown                | Y   |                      |

**MPI, LLC**

**Case(s): 027 Clm No: 433 Clm. Amt:**

Attn: Daniel V. Smith
520 Spyglass Ct.
Richmond, KY 40475
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 027  | SEC   |        |           | Unknown                | Y   |                      |

**MPI, LLC**

**Case(s): 028 Clm No: 434 Clm. Amt:**

Attn: Daniel V. Smith
520 Spyglass Ct.
Richmond, KY 40475
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 028  | SEC   |        |           | Unknown                | Y   |                      |

## Jamie S. Hofmeister Irrevocable Trust
### Case(s): 028 Clm No: 435 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 028 | SEC | | | Unknown | Y | |

## Jamie S. Hofmeister Irrevocable Trust
### Case(s): 027 Clm No: 436 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027 | SEC | | | Unknown | Y | |

## Jamie S. Hofmeister Irrevocable Trust
### Case(s): 263 Clm No: 437 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 263 | SEC | | | Unknown | Y | |

## Jamie S. Hofmeister Irrevocable Trust
### Case(s): 262 Clm No: 438 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | SEC | | | Unknown | Y | |

## Megan G. Hofmeister Irrevocable Trust
### Case(s): 028 Clm No: 439 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 028 | SEC | | | Unknown | Y | |

## Megan G. Hofmeister Irrevocable Trust
### Case(s): 027 Clm No: 440 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027 | SEC | | | Unknown | Y | |

### Megan G. Hofmeister Irrevocable Trust
### Case(s): 262 Clm No: 441 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | Unknown | Y | |

### Megan G. Hofmeister Irrevocable Trust
### Case(s): 263 Clm No: 442 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | SEC | | | Unknown | Y | |

### Scott R. Hofmeister Irrevocable Trust
### Case(s): 028 Clm No: 443 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | SEC | | | Unknown | Y | |

### Scott R. Hofmeister Irrevocable Trust
### Case(s): 027 Clm No: 444 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | SEC | | | Unknown | Y | |

### Scott R. Hofmeister Irrevocable Trust
### Case(s): 263 Clm No: 445 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | SEC | | | Unknown | Y | |

### Scott R. Hofmeister Irrevocable Trust
### Case(s): 262 Clm No: 446 Clm. Amt:

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | Unknown | Y | |

**DIDS, LLC**
**Case(s): 262 Clm No: 447 Clm. Amt:**

*Attn: George Hofmeister*
*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | Unknown | Y | |

**George Hofmeister**
**Case(s): 028 Clm No: 448 Clm. Amt: $80,000.00**

*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**George Hofmeister**
**Case(s): 263 Clm No: 449 Clm. Amt: $80,000.00**

*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**George Hofmeister**
**Case(s): 262 Clm No: 450 Clm. Amt: $80,000.00**

*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**George Hofmeister**
**Case(s): 027 Clm No: 451 Clm. Amt: $80,000.00**

*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $80,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | UNS | | | $80,000.00 | | $0.00 |
| | | | | $80,000.00 | | $0.00 |

**Revstone Mexico, S. De R.L. De C.V.**
**Case(s): 028 Clm No: 452 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | SEC | | | Unknown | Y | |

**Revstone Mexico, S. De R.L. De C.V.**
**Case(s): 027 Clm No: 453 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | SEC | | | Unknown | Y | |

**Revstone Mexico, S. De R.L. De C.V.**
**Case(s): 263 Clm No: 454 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | SEC | | | Unknown | Y | |

**Revstone Mexico, S. De R.L. De C.V.**
**Case(s): 262 Clm No: 455 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | Unknown | Y | |

**Revstone San Luis Potosi, S. De R.L. De C.V.**
**Case(s): 027 Clm No: 456 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | SEC | | | Unknown | Y | |

**Revstone San Luis Potosi, S. De R.L. De C.V.**
**Case(s): 262 Clm No: 457 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | Unknown | Y | |

**Revstone San Luis Potosi, S. De R.L. De C.V.**
**Case(s): 263 Clm No: 458 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | SEC | | | Unknown | Y | |

**Revstone San Luis Potosi, S. De R.L. De C.V.**
**Case(s): 028 Clm No: 459 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | SEC | | | Unknown | Y | |

**Magnesium Aluminum de Mexico S. De R. L. De C. V.**
**Case(s): 027 Clm No: 460 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | SEC | | | Unknown | Y | |

**Magnesium Aluminum de Mexico S. De R. L. De C. V.**
**Case(s): 262 Clm No: 461 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | Unknown | Y | |

**Magnesium Aluminum de Mexico S. De R. L. De C. V.**
**Case(s): 263 Clm No: 462 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | SEC | | | Unknown | Y | |

**Magnesium Aluminum de Mexico S. De R. L. De C. V.**
**Case(s): 028 Clm No: 463 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | SEC | | | Unknown | Y | |

### George Hofmeister
### Case(s): 262 Clm No: 464 Clm. Amt: $68,016.00

*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $68,016.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | PRI | | | $68,016.00 | | $0.00 |
| 262 | UNS | | | | | $0.00 |
| | | | | $68,016.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Miscellaneous objection | | 1670 | Objection Granted | 08/27/2014 | 1729 |

### George Hofmeister
### Case(s): 263 Clm No: 465 Clm. Amt: $68,016.00

*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $68,016.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 263 | PRI | | | $68,016.00 | | $0.00 |
| 263 | UNS | | | | | $0.00 |
| | | | | $68,016.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Contract Cure | | 1670 | Objection Granted | 08/27/2014 | 1729 |

### George Hofmeister
### Case(s): 027 Clm No: 466 Clm. Amt: $68,016.00

*2008 Cypress St Ste 100*
*Paris, KY 40361*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $68,016.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027 | PRI | | | $68,016.00 | | $0.00 |
| 027 | UNS | | | | | $0.00 |
| | | | | $68,016.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Contract Cure | | 1670 | Objection Granted | 08/27/2014 | 1729 |

## George Hofmeister
### Case(s): 028 Clm No: 467 Clm. Amt: $68,016.00

*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $68,016.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | PRI | | | $68,016.00 | | $0.00 |
| 028 | UNS | | | | | $0.00 |
| | | | | $68,016.00 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Contract Cure | | 1670 | Objection Granted | 08/27/2014 | 1729 |

## Ascalon Enterprises, LLC
### Case(s): 262 Clm No: 468 Clm. Amt: $2,452,741.31

*Attn: George Hofmeister*
*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $2,452,741.31**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $2,452,741.31 | | $0.00 |
| | | | | $2,452,741.31 | | $0.00 |

### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *Medley Capital Corporation*<br>*c/o King & Spalding LLP*<br>*Attn: Arthur Steinberg esq.*<br>*1185 Avenue of the Americas*<br>*New York, NY 10036* | | 2,452,741.31 | Final |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | | 1973 | Objection Granted | 04/22/2015 | 2129 |

## Ascalon Enterprises, LLC
### Case(s): 263 Clm No: 469 Clm. Amt: $1,064,311.16

*Attn: George Hofmeister*
*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $1,064,311.16**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | UNS | | | $1,064,311.16 | | $0.00 |
| | | | | $1,064,311.16 | | $0.00 |

### Assignee

| Assignee | Percent | Amount | Status |
|----------|---------|--------|--------|
| *Medley Capital Corporation*<br>*c/o King & Spalding, LLP*<br>*Attn: Arthur Steingberg esq.*<br>*1185 Avenue of the Americas*<br>*New York, NY 10036* | | 1,064,311.16 | Final |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | | 1975 | Objection Granted | 04/22/2015 | 2127 |

**Ascalon Enterprises, LLC**
**Case(s): 262 Clm No: 470 Clm. Amt: $16,186,000.00**

*Attn: George Hofmeister*
*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $16,186,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $16,186,000.00 | | $0.00 |
| | | | | $16,186,000.00 | | $0.00 |

**Ascalon Enterprises, LLC**
**Case(s): 263 Clm No: 471 Clm. Amt: $4,223,000.00**

*Attn: George Hofmeister*
*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $4,223,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | UNS | | | $4,223,000.00 | | $0.00 |
| | | | | $4,223,000.00 | | $0.00 |

**Ascalon Enterprises, LLC**
**Case(s): 027 Clm No: 472 Clm. Amt: $311,000.00**

*Attn: George Hofmeister*
*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $311,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | UNS | | | $311,000.00 | | $0.00 |
| | | | | $311,000.00 | | $0.00 |

**Ascalon Enterprises, LLC**
**Case(s): 028 Clm No: 473 Clm. Amt: $21,000.00**

*Attn: George Hofmeister*
*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $21,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | | | $21,000.00 | | $0.00 |
| | | | | $21,000.00 | | $0.00 |

**George Hofmeister**
**Case(s): 262 Clm No: 474 Clm. Amt: $37,021,235.00**

*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $37,021,235.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $37,021,235.00 | | $0.00 |
| | | | | $37,021,235.00 | | $0.00 |

**George Hofmeister**
**Case(s): 263 Clm No: 475 Clm. Amt: $37,021,235.00**

*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $37,021,235.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | UNS | | | $37,021,235.00 | | $0.00 |
| | | | | $37,021,235.00 | | $0.00 |

**George Hofmeister**
**Case(s): 027 Clm No: 476 Clm. Amt: $37,021,235.00**

*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $37,021,235.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | UNS | | | $37,021,235.00 | | $0.00 |
| | | | | $37,021,235.00 | | $0.00 |

**George Hofmeister**
**Case(s): 028 Clm No: 477 Clm. Amt: $37,021,235.00**

*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $37,021,235.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | | | $37,021,235.00 | | $0.00 |
| | | | | $37,021,235.00 | | $0.00 |

**Ascalon Enterprises, LLC**
**Case(s): 262 Clm No: 478 Clm. Amt:**

*Attn: George Hofmeister*
*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | Unknown | Y | |

**Ascalon Enterprises, LLC**
**Case(s): 263 Clm No: 479 Clm. Amt:**

*Attn: George Hofmeister*
*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | SEC | | | Unknown | Y | |

**Ascalon Enterprises, LLC**
**Case(s): 027 Clm No: 480 Clm. Amt:**

*Attn: George Hofmeister*
*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | SEC | | | Unknown | Y | |

**Ascalon Enterprises, LLC**
**Case(s): 028 Clm No: 481 Clm. Amt:**

*Attn: George Hofmeister*
*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | SEC | | | Unknown | Y | |

**Spara, LLC**
**Case(s): 262 Clm No: 482 Clm. Amt:**

*Attn: George Hofmeister*
*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | SEC | | | Unknown | Y | |

**Spara, LLC**
**Case(s): 027 Clm No: 483 Clm. Amt:**

*Attn: George Hofmeister*
*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027 | SEC | | | Unknown | Y | |

**Spara, LLC**
**Case(s): 028 Clm No: 484 Clm. Amt:**

*Attn: George Hofmeister*
*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 028 | SEC | | | Unknown | Y | |

**George Hofmeister**
**Case(s): 262 Clm No: 485 Clm. Amt:**

*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | SEC | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

**George Hofmeister**
**Case(s): 263 Clm No: 486 Clm. Amt:**

*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 263 | SEC | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

**George Hofmeister**
**Case(s): 027 Clm No: 487 Clm. Amt:**

*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027 | SEC | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

## George Hofmeister
### Case(s): 028 Clm No: 488 Clm. Amt:

2008 Cypress St Ste 100
Paris, KY 40361-1380
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | SEC | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

## Spara, LLC
### Case(s): 262 Clm No: 489 Clm. Amt: $68,016.00

Attn: George Hofmeister
2008 Cypress St Ste 100
Paris, KY 40361
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $68,016.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | PRI | | | $68,016.00 | | |
| | | | | $68,016.00 | | |

## Spara, LLC
### Case(s): 027 Clm No: 490 Clm. Amt: $68,016.00

Attn: George Hofmeister
2008 Cypress St Ste 100
Paris, KY 40361-1380
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $68,016.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | PRI | | | $68,016.00 | | |
| | | | | $68,016.00 | | |

## Spara, LLC
### Case(s): 028 Clm No: 491 Clm. Amt: $68,016.00

Attn: George Hofmeister
2008 Cypress St Ste 100
Paris, KY 40361-1380
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $68,016.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | PRI | | | $68,016.00 | | |
| | | | | $68,016.00 | | |

## Ascalon Enterprises, LLC
### Case(s): 262 Clm No: 492 Clm. Amt: $37,021,235.00

Attn: George Hofmeister
2008 Cypress St Ste 100
Paris, KY 40361-1380
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $37,021,235.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $37,021,235.00 | | $0.00 |
| | | | | $37,021,235.00 | | $0.00 |

## Ascalon Enterprises, LLC
### Case(s): 263 Clm No: 493 Clm. Amt: $37,021,235.00

Attn: George Hofmeister
2008 Cypress St Ste 100
Paris, KY 40361-1380
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $37,021,235.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | UNS | | | $37,021,235.00 | | $0.00 |
| | | | | $37,021,235.00 | | $0.00 |

### Ascalon Enterprises, LLC
### Case(s): 027 Clm No: 494 Clm. Amt: $37,021,235.00

Attn: George Hofmeister
2008 Cypress St Ste 100
Paris, KY 40361-1380
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $37,021,235.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | UNS | | | $37,021,235.00 | | $0.00 |
| | | | | $37,021,235.00 | | $0.00 |

### Ascalon Enterprises, LLC
### Case(s): 028 Clm No: 495 Clm. Amt: $37,021,235.00

Attn: George Hofmeister
2008 Cypress St Ste 100
Paris, KY 40361-1380
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $37,021,235.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028 | UNS | | | $37,021,235.00 | | $0.00 |
| | | | | $37,021,235.00 | | $0.00 |

### Spara, LLC
### Case(s): 262 Clm No: 496 Clm. Amt: $37,021,235.00

Attn: George Hofmeister
2008 Cypress St Ste 100
Paris, KY 40361-1380
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $37,021,235.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $37,021,235.00 | | $0.00 |
| | | | | $37,021,235.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Multiple Case | | 1972 | Objection Granted | 04/22/2015 | 2130 |

### US Department of Labor, EBSA (on behalf
### Case(s): 027 Clm No: 497 Clm. Amt: $6,750,600.00

of Hillsdale Pension Plans)
Attn: L. Joe Rivers
1885 Dixie Hwy, Suite 210
Ft. Wright, KY 41011-2664
**Date Filed: 4/24/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $6,750,600.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | SEC | | | $6,750,000.00 | | $0.00 |
| 027 | UNS | | | $600.00 | | $0.00 |
| | | | | $6,750,600.00 | | $0.00 |

### U.S. Department of Labor, EBSA (on behalf
### Case(s): 262 Clm No: 498 Clm. Amt: $24,616,483.47

of the Hillsdale Hourly Pension Plan)
Attn: L. Joe Rivers
1885 Dixie Hwy, Suite 210
Ft. Wright, KY 41011-2664
**Date Filed: 4/24/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $24,616,483.47**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | $18,735,289.99 | | $0.00 |
| 262 | UNS | | | $5,881,193.48 | | $0.00 |
| | | | | $24,616,483.47 | | $0.00 |

### U.S. Department of Labor, EBSA (on behalf
### Case(s): 262 Clm No: 499 Clm. Amt: $12,589,735.44

*of the Hillsdale Salaried Pension Plan)*
*Attn: L. Joe Rivers*
*1885 Dixie Hwy, Suite 210*
*Ft. Wright, KY 41011-2664*
**Date Filed: 4/24/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $12,589,735.44**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | $8,942,450.00 | | $0.00 |
| 262 | UNS | | | $3,647,285.44 | | $0.00 |
| | | | | $12,589,735.44 | | $0.00 |

### U.S. Department of Labor, EBSA (on behalf
### Case(s): 263 Clm No: 500 Clm. Amt: $4,283,469.40

*of the revstone Casting Fairfield GMP*
*Local 359 Pension Plan)*
*Attn: L. Joe Rivers*
*1885 Dixie Hwy, Suite 210*
*Ft. Wright, KY 41011-2664*
**Date Filed: 4/24/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $4,283,469.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | SEC | | | $2,820,000.00 | | $0.00 |
| 263 | UNS | | | $1,463,469.40 | | $0.00 |
| | | | | $4,283,469.40 | | $0.00 |

### U.S. Department of Labor, EBSA (on behalf
### Case(s): 262 Clm No: 501 Clm. Amt: $4,283,469.40

*of the Revstone Casting Fairfield GMP*
*Local 359 Pension Plan*
*Attn: L. Joe Rivers*
*1885 Dixie Hwy, Suite 210*
*Ft. Wright, KY 41011-2664*
**Date Filed: 4/24/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $4,283,469.40**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | $2,820,000.00 | | $0.00 |
| 262 | UNS | | | $1,463,469.40 | | $0.00 |
| | | | | $4,283,469.40 | | $0.00 |

### Reilly, Margaux
### Case(s): 262 Clm No: 502 Clm. Amt: $5,000.00

*169 Romany Rd*
*Lexington, KY 40502*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $5,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | PRI | | | $5,000.00 | | $0.00 |
| 262 | UNS | | | | | $0.00 |
| | | | | $5,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | | 1670 | Objection Granted | 08/27/2014 | 1729 |
| Claim does not agree with books | | 2365 | Objection Granted | 02/10/2016 | 2391 |

### Edward C. Hawkins & Co. LTD.
### Case(s): 262 Clm No: 503 Clm. Amt: $9,582.38

*Attn: Ann Marie Hawkins*
*1267 West 9th Street, Suite 400*
*Cleveland, OH 44113*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $9,582.38**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $9,582.38 | | |
| | | | | $9,582.38 | | |

**Prologis**
**Case(s): 262 Clm No: 504 Clm. Amt: $12,550.93**

c/o Bryan Cave LLP
*Attn: Ryan O. Lawlor, Esq.*
*161 North Clark Street, Suite 4300*
*Chicago, IL 60601*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $12,550.93**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262  | UNS   |        |           | $12,550.93           |     |                     |
|      |       |        |           | $12,550.93           |     |                     |

**Revstone Wallaceburg Canada, Inc.**
**Case(s): 262 Clm No: 505 Clm. Amt:**

*Attn: Mary Van Santroort*
*2250 Thunderstick Drive, Suite 1203*
*Lexington, KY 40505*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262  | SEC   |        |           | Unknown              | Y   |                     |

**Revstone Wallaceburg Canada, Inc.**
**Case(s): 027 Clm No: 506 Clm. Amt:**

*Attn: Mary Van Santroort*
*2250 Thunderstick Drive, Suite 1203*
*Lexington, KY 40505*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027  | SEC   |        |           | Unknown              | Y   |                     |

**Revstone Wallaceburg Canada, Inc.**
**Case(s): 263 Clm No: 507 Clm. Amt:**

*Attn: Mary Van Santroort*
*2250 Thunderstick Drive, Suite 1203*
*Lexington, KY 40505*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263  | SEC   |        |           | Unknown              | Y   |                     |

**Revstone Wallaceburg Canada, Inc.**
**Case(s): 028 Clm No: 508 Clm. Amt:**

*Attn: Mary Van Santroort*
*2250 Thunderstick Drive, Suite 1203*
*Lexington, KY 40505*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028  | SEC   |        |           | Unknown              | Y   |                     |

**Aarkel Tool & Die, Inc.**
**Case(s): 262 Clm No: 509 Clm. Amt:**

*Attn: Mary Van Santroort*
*2250 Thunderstick Drive, Suite 1203*
*Lexington, KY 40505*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262  | SEC   |        |           | Unknown              | Y   |                     |

### Spara, LLC
**Case(s): 027 Clm No: 510 Clm. Amt: $37,021,235.00**

*Attn: George Hofmeister*
*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $37,021,235.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027  | UNS   |        |           | $37,021,235.00       |     |                     |
|      |       |        |           | $37,021,235.00       |     |                     |

### Aarkel Tool & Die, Inc.
**Case(s): 263 Clm No: 511 Clm. Amt:**

*Attn: Mary Van Santroort*
*2250 Thunderstick Drive, Suite 1203*
*Lexington, KY 40505*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263  | SEC   |        |           | Unknown              | Y   |                     |

### Spara, LLC
**Case(s): 028 Clm No: 512 Clm. Amt: $37,021,235.00**

*Attn: George Hofmeister*
*2008 Cypress St Ste 100*
*Paris, KY 40361-1380*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $37,021,235.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028  | UNS   |        |           | $37,021,235.00       |     |                     |
|      |       |        |           | $37,021,235.00       |     |                     |

### Aarkel Tool & Die, Inc.
**Case(s): 027 Clm No: 513 Clm. Amt:**

*Attn: Mary Van Santroort*
*2250 Thunderstick Drive, Suite 1203*
*Lexington, KY 40505*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027  | SEC   |        |           | Unknown              | Y   |                     |

### Aarkel Tool & Die, Inc.
**Case(s): 028 Clm No: 514 Clm. Amt:**

*Attn: Mary Van Santroort*
*2250 Thunderstick Drive, Suite 1203*
*Lexington, KY 40505*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028  | SEC   |        |           | Unknown              | Y   |                     |

### Revstone Mexico Holdings, LLC
**Case(s): 028 Clm No: 515 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 028  | SEC   |        |           | Unknown              | Y   |                     |

**Revstone Mexico Holdings, LLC**
**Case(s): 027 Clm No: 516 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | SEC | | | Unknown | Y | |

**Revstone Mexico Holdings, LLC**
**Case(s): 263 Clm No: 517 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | SEC | | | Unknown | Y | |

**Revstone Mexico Holdings, LLC**
**Case(s): 262 Clm No: 518 Clm. Amt:**

*Attn: Daniel V. Smith*
*520 Spyglass Ct.*
*Richmond, KY 40475*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | Unknown | Y | |

**Eptec S.A. De C.V.**
**Case(s): 262 Clm No: 519 Clm. Amt:**

*Attn: Robert Carney*
*2008 Cypress St Ste 100*
*Paris, KY 40361*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | SEC | | | Unknown | Y | |

**Eptec S.A. De C.V.**
**Case(s): 263 Clm No: 520 Clm. Amt:**

*Attn: Robert Carney*
*2250 Thunderstick Drive, Suite 1203*
*Lexington, KY 40505*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 263 | SEC | | | Unknown | Y | |

**Eptec S.A. De C.V.**
**Case(s): 027 Clm No: 521 Clm. Amt:**

*Attn: Robert Carney*
*2250 Thunderstick Drive, Suite 1203*
*Lexington, KY 40505*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 027 | SEC | | | Unknown | Y | |

**Eptec S.A. De C.V.**
**Case(s): 028 Clm No: 522 Clm. Amt:**

*Attn: Robert Carney*
*2008 Cypress St Ste 100*
*Paris, KY 40361*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 028 | SEC | | | Unknown | Y | |

**Rubens Perdomo**
**Case(s): 262 Clm No: 523 Clm. Amt:**

*50801 E. Russell Schmidt Blvd.*
*Chesterfield, MI 48051*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | SEC | | | Unknown | Y | $0.00 |
| 262 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No documentation | 07/15/2019 | 2678 | Objection Granted | 08/26/2019 | 2685 |

**Rubens Perdomo**
**Case(s): 028 Clm No: 524 Clm. Amt:**

*50801 E. Russell Schmidt Blvd.*
*Chesterfield, MI 48051*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 028 | SEC | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No documentation | 07/15/2019 | 2678 | Objection Granted | 08/26/2019 | 2685 |

**Rubens Perdomo**
**Case(s): 027 Clm No: 525 Clm. Amt:**

*50801 E. Russell Schmidt Blvd.*
*Chesterfield, MI 48051*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 027 | SEC | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|------------|-----------|------------------|---------------|-----------------|
| No documentation | 07/15/2019 | 2678 | Objection Granted | 08/26/2019 | 2685 |

### Rubens Perdomo
**Case(s): 263 Clm No: 526 Clm. Amt:**

50801 E. Russell Schmidt Blvd.
*Chesterfield, MI 48051*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 263 | SEC | | | Unknown | Y | $0.00 |
| | | | | | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| No documentation | 07/15/2019 | 2678 | Objection Granted | 08/26/2019 | 2685 |

### Gratiot 26 Mile Industrial 1, LLC
**Case(s): 263 Clm No: 527 Clm. Amt: $178,606.49**

c/o Russell and Weber, PLC
*Attn: Jason Kerr*
*500 Woodward Avenue, Suite 2500*
*Detroit, MI 48226*
**Date Filed: 7/1/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $178,606.49**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 263 | UNS | | | $178,606.49 | | |
| | | | | $178,606.49 | | |

### Fidelity Capital Group, LLC
**Case(s): 262 Clm No: 528 Clm. Amt: $150,000.00**

c/o Law Offices of Jeffrey S. Freeman
*Attn: Jeffrey S. Freeman*
*2051 Villa Rd., Ste. 105*
*Birmingham, MI 48009*
**Date Filed: 7/1/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $150,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | UNS | | | $150,000.00 | | $0.00 |
| | | | | $150,000.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | | 1971 | Objection Granted | 04/22/2015 | 2131 |

### Kentucky Utilities Company
**Case(s): 262 Clm No: 529 Clm. Amt: $392.88**

Attn: Jon Winfrey
*One Quality Street*
*Lexington, KY 40507*
**Date Filed: 6/27/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $392.88**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | UNS | | | $392.88 | | |
| | | | | $392.88 | | |

### Jeffery B. Owen / Palm Marketing LTD.
**Case(s): 262 Clm No: 530 Clm. Amt: $3,300,000.00**

11080 Hall Road, Suite D
*Sterling Heights, MI 48314*
**Date Filed: 6/28/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $3,300,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | UNS | | | $3,300,000.00 | | $2,250,000.00 |
| | | | | $3,300,000.00 | | $2,250,000.00 |

### Gary Walter
**Case(s): 262 Clm No: 531 Clm. Amt: $46,475.00**

*c/o Don Darnell, Esq.*
*7926 Ann Arbor St.*
*Dexter, MI 48130*
**Date Filed: 7/3/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $46,475.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 262 | UNS | | | $46,475.00 | | $0.00 |
| | | | | $46,475.00 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | | 1971 | Objection Granted | 04/22/2015 | 2131 |

### Virginia Hoey
**Case(s): 262 Clm No: 532 Clm. Amt: $12,352.14**

*c/o Don Darnell, Esq.*
*7926 Ann Arbor St.*
*Dexter, MI 48130*
**Date Filed: 7/3/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $12,352.14**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 262 | UNS | | | $12,352.14 | | $0.00 |
| | | | | $12,352.14 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | | 1971 | Objection Granted | 04/22/2015 | 2131 |

### David Bagby
**Case(s): 262 Clm No: 533 Clm. Amt: $116,751.39**

*c/o Don Darnell, Esq.*
*7926 Ann Arbor St.*
*Dexter, MI 48130*
**Date Filed: 7/3/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $116,751.39**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 262 | UNS | | | $116,751.39 | | $0.00 |
| | | | | $116,751.39 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---|---|---|---|---|---|
| Filed after bar date | | 1971 | Objection Granted | 04/22/2015 | 2131 |

### Spartan Water & Coffee Service
**Case(s): 028 Clm No: 534 Clm. Amt: $151.05**

*Attn: Tracy Palmer*
*900 Terminal Road*
*Lansing, MI 48906*
**Date Filed: 7/15/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $151.05**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|---|---|---|---|---|---|---|
| 028 | UNS | | | $151.05 | | |
| | | | | $151.05 | | |

### N&N International LLC
### Case(s): 262 Clm No: 535 Clm. Amt: $75,000.00

*c/o Akeel & Valentine*
*Attn: Shereef Akeel*
*1134 Autumnview*
*Rochester, MI 48307*
**Date Filed: 7/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $75,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $75,000.00 | | $0.00 |
| | | | | $75,000.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|--------------|-----------------|
| Filed after bar date | | 1971 | Objection Granted | 04/22/2015 | 2131 |

### WGS Global Services, LC.
### Case(s): 262 Clm No: 536 Clm. Amt: $57,863.28

*Attn: John Wagner*
*6350 Taylor Drive*
*Flint, MI 48507*
**Date Filed: 7/26/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $57,863.28**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $57,863.28 | | $0.00 |
| | | | | $57,863.28 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|--------------|-----------------|
| Filed after bar date | | 1971 | Objection Granted | 04/22/2015 | 2131 |

### Network Environmental Inc.
### Case(s): 262 Clm No: 537 Clm. Amt: $4,750.00

*Attn: Stephan K. Byrd*
*2629 Remico SW*
*Suite B*
*Grand Rapids, MI 49519*
**Date Filed: 7/29/2013**
**Bar Date: 1/1/2015**
**Claim Face Value: $4,750.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $4,750.00 | | $0.00 |
| | | | | $4,750.00 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|--------------|-----------------|
| Filed after bar date | | 1971 | Objection Granted | 04/22/2015 | 2131 |

### Irby Electrical Distributor
### Case(s): 262 Clm No: 538 Clm. Amt: $1,918.85

*Attn: Jenny P. Hicks Quattlebaum*
*Post Office Box 1819*
*Jackson, MS 39215-1819*
**Date Filed: 7/29/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $1,918.85**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $1,918.85 | | $0.00 |
| | | | | $1,918.85 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|---------------|-----------|-----------|------------------|--------------|-----------------|
| Filed after bar date | | 1971 | Objection Granted | 04/22/2015 | 2131 |

**Paul L. Nine & Associates, PC**
**Case(s): 262 Clm No: 539 Clm. Amt: $39,159.99**

*Attn: Paul L. Nine*
*100 West Long Lake Road*
*Suite 102*
*Bloomfield Hills, MI 48304*
**Date Filed: 8/12/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $39,159.99**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 262 | UNS | | | $39,159.99 | | |
| | | | | $39,159.99 | | |

**Commonwealth of Kentucky**
**Case(s): 262 Clm No: 540 Clm. Amt: $1,619.67**

*ex rel Div. of Unemployment Insurance*
*Attn: Amy F. Howard, Staff Attorney*
*Office of Legal and Legislative Services*
*500 Mero St., 3rd Fl, CPT*
*Frankfort, KY 40601*
**Date Filed: 9/3/2013**
**Bar Date: 7/8/2013**
**Claim Face Value: $1,619.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 262 | PRI | | | $1,619.67 | | |
| | | | | $1,619.67 | | |

**State of Michigan**
**Case(s): 262 Clm No: 541 Clm. Amt: $10,000.00**

*Department of Treasury*
*Attn: Allison M. Dietz*
*Cadillac Place, Ste 10-200*
*3030 W. Grand Blvd.*
*Detroit, MI 48202*
**Date Filed: 3/15/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $10,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 262 | ADM | | | $10,000.00 | | $0.00 |
| | | | | $10,000.00 | | $0.00 |

**Commonwealth of Kentucky, ex rel**
**Case(s): 262 Clm No: 542 Clm. Amt: $1,619.67**

*Division of Unemployment Insurance*
*Attn: Amy F. Howard, Staff Attorney*
*Office of Legal and Legislative Services*
*500 Mero St, 3rd Fl, CPT*
*Frankfort, KY 40601*
**Date Filed: 10/3/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $1,619.67**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|------------------------|-----|----------------------|
| 262 | PRI | Disallowed | | $1,619.67 | | $0.00 |
| | | | | $1,619.67 | | $0.00 |

**Objection**

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Duplicate claim | | 2608 | Objection Granted | 12/19/2018 | 2625 |

### Department of the Treasury
### Case(s): 262 Clm No: 543 Clm. Amt: $130,520.33

*Internal Revenue Service*
*Attn: A. Jackson*
*31 Hopkins Plaza, RM 1150*
*Baltimore, MD 21201*
**Date Filed: 9/23/2013**
**Bar Date: 7/8/2013**
**Claim Face Value: $130,520.33**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | ADM | | | $130,520.33 | | $0.00 |
| | UNS | | | | | $130,520.33 |
| | | | | $130,520.33 | | $130,520.33 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Different class | | 2608 | Objection Granted | 12/19/2018 | 2625 |

### C.H. Robinson Worldwide, Inc.
### Case(s): 262 Clm No: 544 Clm. Amt: $13,332.80

*Attn: William A. Glad*
*14701 Charlson Road*
*Eden Prairie, MN 55347*
**Date Filed: 12/3/2013**
**Bar Date: 6/28/2013**
**Claim Face Value: $13,332.80**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | UNS | | | $13,332.80 | | $0.00 |
| | | | | $13,332.80 | | $0.00 |

#### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | | 1971 | Objection Granted | 04/22/2015 | 2131 |

### Pension Benefit Guaranty Corporation
### Case(s): 262 Clm No: 545 Clm. Amt:

*c/o Office of the Chief Counsel*
*Attn: Desiree M. Amador, Attorney*
*1200 K Street, N.W., Suite 340*
*Washington, D.C. 20005-4026*
**Date Filed: 12/12/2013**
**Orig. Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Amending Clm #: 205**
**Claim Face Value: $146,250.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | ADM | | | | | $0.00 |
| 262 | PRI | | | | | $0.00 |
| 262 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

### Pension Benefit Guaranty Corporation
### Case(s): 262 Clm No: 546 Clm. Amt: $39,337.00

*c/o Office of the Chief Counsel*
*Attn: Desiree M. Amador, Attorney*
*1200 K Street, N.W., Suite 340*
*Washington, D.C. 20005-4026*
**Date Filed: 12/12/2013**
**Orig. Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Amending Clm #: 203**
**Claim Face Value: $39,337.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|---------------------|
| 262 | ADM | | | $9,172.00 | | $0.00 |
| 262 | PRI | | | $0.00 | | $0.00 |
| 262 | UNS | | | $30,165.00 | | $0.00 |
| | | | | $39,337.00 | | $0.00 |

## Pension Benefit Guaranty Corporation
### Case(s): 262 Clm No: 547 Clm. Amt: $193,310.00

*c/o Office of the Chief Counsel*
*Attn: Desiree M. Amador, Attorney*
*1200 K Street, N.W., Suite 340*
*Washington, D.C. 20005-4026*
**Date Filed: 12/12/2013**
**Orig. Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Amending Clm #: 207**
**Claim Face Value: $193,310.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 262 | ADM | | | $29,609.00 | | $0.00 |
| 262 | PRI | | | $62,668.00 | | $0.00 |
| 262 | UNS | | | $101,033.00 | | $0.00 |
| | | | | $193,310.00 | | $0.00 |

## Pension Benefit Guaranty Corporation
### Case(s): 262 Clm No: 548 Clm. Amt:

*c/o Office of the Chief Counsel*
*Attn: Desiree M. Amador, Attorney*
*1200 K Street, N.W., Suite 340*
*Washington, D.C. 20005-4026*
**Date Filed: 12/12/2013**
**Orig. Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Amending Clm #: 204**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 262 | ADM | | | | | $0.00 |
| 262 | PRI | | | | | $0.00 |
| 262 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

## Pension Benefit Guaranty Corporation
### Case(s): 262 Clm No: 549 Clm. Amt:

*c/o Office of the Chief Counsel*
*Attn: Desiree M. Amador, Attorney*
*1200 K Street, N.W., Suite 340*
*Washington, D.C. 20005-4026*
**Date Filed: 12/12/2013**
**Orig. Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Amending Clm #: 214**
**Claim Face Value: $200,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 262 | ADM | | | | | $0.00 |
| 262 | PRI | | | | | $0.00 |
| 262 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

## Pension Benefit Guaranty Corporation
### Case(s): 262 Clm No: 550 Clm. Amt:

*c/o Office of the Chief Counsel*
*Attn: Desiree M. Amador, Attorney*
*1200 K Street, N.W., Suite 340*
*Washington, D.C. 20005-4026*
**Date Filed: 12/12/2013**
**Orig. Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Amending Clm #: 210**
**Claim Face Value: $6,300,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------:|-----|---------------------:|
| 262 | ADM | | | | | $0.00 |
| 262 | PRI | | | | | $0.00 |
| 262 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

### Pension Benefit Guaranty Corporation
### Case(s): 262 Clm No: 551 Clm. Amt:

*c/o Office of the Chief Counsel*
*Attn: Desiree M. Amador, Attorney*
*1200 K Street, N.W., Suite 340*
*Washington, D.C. 20005-4026*
**Date Filed: 12/12/2013**
**Orig. Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Amending Clm #: 211**
**Claim Face Value: $14,300,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 262 | ADM | | | | | $0.00 |
| 262 | PRI | | | | | $0.00 |
| 262 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

### Pension Benefit Guaranty Corporation
### Case(s): 262 Clm No: 552 Clm. Amt:

*c/o Office of the Chief Counsel*
*Attn: Desiree M. Amador, Attorney*
*1200 K Street, N.W., Suite 340*
*Washington, D.C. 20005-4026*
**Date Filed: 12/12/2013**
**Orig. Date Filed: 6/26/2013**
**Bar Date: 6/28/2013**
**Amending Clm #: 213**
**Claim Face Value: $33,100,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 262 | ADM | | | | | $0.00 |
| 262 | PRI | | | | | $0.00 |
| 262 | UNS | | | | | $0.00 |
| | | | | | | $0.00 |

### U.S. Department of Labor
### Case(s): 262 Clm No: 553 Clm. Amt: $124,013.56

*EBSA on behalf of the Revstone 401(k) Plan*
*Attn: Employee Benefits Security Administration*
*1885 Dixie Highway, Suite 210*
*Ft. Wright, KY 41011*
**Date Filed: 5/27/2014**
**Orig. Date Filed: 4/24/2013**
**Bar Date: 6/28/2013**
**Amending Clm #: 283**
**Claim Face Value: $124,013.56**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 262 | PRI | | | $119,430.64 | | $0.00 |
| 262 | UNS | | | $4,582.92 | | $0.00 |
| | | | | $124,013.56 | | $0.00 |

### VOIDED CLAIM - ENTERED IN ERROR
### Case(s): Clm No: 554 Clm. Amt:

**Date Filed:**
**Claim Face Value:**

### U.S. Dept. of Labor - EBSA - on behalf of
### Case(s): 262 Clm No: 555 Clm. Amt: $4,129.30

*the Revstone 401k Plan*
*1885 Dixie Highway, Suite 210*
*Ft. Wright, KY 41011*
**Date Filed: 7/29/2014**
**Orig. Date Filed: 4/24/2013**
**Bar Date: 6/28/2013**
**Amending Clm #: 553**
**Claim Face Value: $4,129.30**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|----------------------|-----|----------------------|
| 262 | UNS | | | $4,129.30 | | $0.00 |
| | | | | $4,129.30 | | $0.00 |

## Tennessee Department of Revenue
### Case(s): 262 Clm No: 557 Clm. Amt: $37,979.74

*c/o Attorney General*
*Attn: Cassandra Young*
*PO Box 20207*
*Nashville, TN 37202-0207*
**Date Filed: 9/12/2014**
**Bar Date: 6/28/2013**
**Claim Face Value: $37,979.74**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | PRI | | | $32,371.87 | | $0.00 |
| 262 | UNS | | | $5,607.87 | | $0.00 |
| | | | | $37,979.74 | | $0.00 |

### Objection

| Objection Type | Date Filed | Docket No | Objection Status | Order Entered | Order Docket No |
|----------------|-----------|-----------|------------------|---------------|-----------------|
| Filed after bar date | | 1971 | Objection Granted | 04/22/2015 | 2131 |

## Van Benthem & Keulen N.V.
### Case(s): 262 Clm No: 558 Clm. Amt:

*Attn: Mr. L. Muller*
*Postbus 85005*
*3508 AA Utrecht*
*The Netherlands*
**Date Filed: 1/26/2015**
**Bar Date: 6/28/2013**
**Claim Face Value:**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | UNS | | | Unknown | Y | |

## Canon Solutions America Inc.
### Case(s): 262 Clm No: 559 Clm. Amt: $587.20

*Attn: Marta Luisa DeGuzman*
*300 Commerce Square Blvd*
*Burlington, NJ 08016*
**Date Filed: 2/19/2015**
**Bar Date: 6/28/2013**
**Claim Face Value: $587.20**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | UNS | | | $587.20 | | |
| | | | | $587.20 | | |

## Jay Brown
### Case(s): 262 Clm No: 560 Clm. Amt: $85,000.00

*c/o Ryan D. Heilman*
*24725 W. 12 Mile Rd., Suite 110*
*Southfield, MI 48034*
**Date Filed: 6/24/2016**
**Bar Date: 6/28/2013**
**Claim Face Value: $85,000.00**

| Case | Class | Status | Objection | Proof Of Claim Amount | IND | Final Allowed Amount |
|------|-------|--------|-----------|-----------------------|-----|----------------------|
| 262 | UNS | | | $85,000.00 | | $85,000.00 |
| | | | | $85,000.00 | | $85,000.00 |