UNITED STATES BANKRUPTCY COURT

DISTRICT OF Delaware

Region 3

In re: Revstone Industries, LLC　　　　　　§　　Case No. 12-13262
　　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　§　　Lead Case No. 12-13262
　　　　　　　Debtor(s)　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　　　　☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 06/30/2021　　　　　　　　　　　　　　Petition Date: 03/03/2012

Plan Confirmed Date: 03/23/2015　　　　　　　　　　　　　　Plan Effective Date: 06/23/2015

This Post-confirmation Report relates to:　⦿ Reorganized Debtor

　　　　　　　　　　　　　　　　　　　　　◯ Other Authorized Party or Entity: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Name of Authorized Party or Entity

/s/ Colin Robinson　　　　　　　　　　　　　　　　Colin Robinson
Signature of Responsible Party　　　　　　　　　　Printed Name of Responsible Party

08/13/2021
Date

　　　　　　　　　　　　　　　　　　　　　　　　919 N. Market Street, 17 Floor, Wilmington DE
　　　　　　　　　　　　　　　　　　　　　　　　Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name Revstone Industries, LLC                                      Case No. 12-13262

**Part 1: Summary of Post-confirmation Transfers**

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $45,774 | $0 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $45,774 | $0 |

**Part 2: Preconfirmation Professional Fees and Expenses**

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | | $21,227,556 | $0 | $9,766,012 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | FTI Consulting Group | | | $2,774,237 | $0 | $1,298,749 |
| ii | Kirkland & Ellis | | | $622,803 | $0 | $622,803 |
| iii | Womble Carlyle Sandridge & R | | | $4,040,084 | $0 | $1,620,575 |
| iv | Pachulski Stang Ziehl & Jones | | | $12,629,274 | $0 | $5,062,726 |
| v | Omni Bankrupcty | | | $4,489 | $0 | $4,489 |
| vi | Stout Risius Ross | | | $490,000 | $0 | $490,000 |
| vii | Werb and Sullivan | | | $132,771 | $0 | $132,771 |
| viii | Stuart Maue | | | $533,900 | $0 | $533,900 |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---:|---:|---:|---:|---:|
| a. Administrative claims | $15,513,000 | $0 | $15,513,000 | $15,513,000 | 100% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $60,000 | $0 | $60,000 | $60,000 | 100% |
| d. General unsecured claims | $3,000,000 | $0 | $1,840,269 | $25,000,000 | 7% |
| e. Equity interests | $0 | $0 | $0 | | |

Debtor's Name Revstone Industries, LLC                                    Case No. 12-13262

## Part 4: Questionnaire

a. Is this a final report?                                                                              Yes ● No ○
    If yes, give date Final Decree was entered:                    05/17/2021
    If no, give date when the application for Final Decree is anticipated:
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ● No ○

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| /s/ Agatha Serda | Agatha Serda |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| Corporate Secretary | 08/13/2021 |
| Title | Date |